## CONTRACT

THIS AGREEMENT, made this the *9th* day of *FEBRUARY*, *2009*, by and between the Harrison County Utility Authority hereinafter called "OWNER" and *PHILLIPS AND JORDAN, INC.*, doing business as (an Individual), (a Partnership), (a Limited Liability Company), or (a Corporation) hereinafter called "CONTRACTOR".

WITNESSETH: That for and in consideration of the payments and agreements hereinafter mentioned:

1. The CONTRACTOR will commence and complete the construction of specific quantities as provided in various work orders based on the **Two Year Unit Bid for the Furnishing and Installation of Water Mains, Sewer Mains, Force Mains, Pump Stations, and Appurtenances**, hereinafter called "PROJECT".

2. The CONTRACTOR will furnish all of the management, supervision, material, supplies, tools, equipment, labor and other services necessary for the construction and completion of the PROJECT described herein.

3. The CONTRACTOR will commence the work required by the CONTRACT DOCUMENTS within 10 calendar days after the date of the written WORK ORDER.

4. The CONTRACTOR agrees to perform all of the work described in the CONTRACT DOCUMENTS, and comply with the terms therein for the unit prices shown in the BID Schedule.

5. The term "CONTRACT DOCUMENTS" means and includes the following:
   (a) This Agreement or Contract
   (b) Instruction to Bidders
   (c) Signed Copy of Proposal Form and Bidder's Certificate
   (d) Executed Non-Collusion Form and Compliance Statements
   (e) Executed Performance Bond
   (f) Executed Payment Bond
   (g) General Conditions
   (h) Supplemental General Conditions

(i)    Special Conditions

(j)    Technical Specifications

(k)    Drawings issued by _SEYMOUR ENGINEERING_ and dated _AUGUST 20,_
2008.

(l)    ADDENDA:

No._____ 1 Dated 10/22/08    3  11/6/08
                                  2       10/24/08    4  11/8/08

(m)    All federal government conditions, specifications, regulations and requirements bound herein, incorporated herein by reference, or applicable as a matter of law.

(n)    Executed Work Orders prepared in accordance with the Agreement.

6.    The Contractor agrees to abide by the following consequences for failure to complete the project within the mutually agreed-upon time specified in the Work Order:

    A.    LIQUIDATED DAMAGES - CONTRACTOR shall pay to OWNER for each and every calendar day that he shall be in default in attaining Completion of the Work Order within the time stipulated for each Work Order the applicable sum reflected in the Contract Documents. The CONTRACTOR shall be liable for the continued assessment of liquidated damages of the applicable sum reflected in the Contract Documents for each calendar day that he shall be in default in completing each Work Order within the stipulated time as mutually agreed. Since the OWNER's losses are due to the CONTRACTOR's delay and are not readily ascertainable, the amount provided herein for liquidated damages constitutes agreed damages and not a penalty.

    B.    INDEMNIFICATION - CONTRACTOR shall fully indemnify and hold harmless the OWNER, the ENGINEER, the STATE of MISSISSIPPI, MISSISSIPPI DEVELOPMENT AUTHORITY, MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY, MISSISSIPPI ENGINEERING GROUP, INC. and their officers, personnel, and agents from and against: (1) any and all fines, civil penalties, and assessments levied by the State of Mississippi Office of Pollution Control, State of Mississippi Bureau of Environmental Health or any federal or state court or agency for failure to meet, perform, or comply with any part of the time schedule as defined in the Contract Documents, and (2) any and all , damages, fines

losses, expenses, liabilities, actions, judgments, and decrees of any and every nature whatsoever in any manner caused by, resulting from, or arising out of CONTRACTOR's performance of work on or in connection to the Project.

C.    RIGHT OF SET-OFF - The OWNER, in addition to its other remedies under this Contract and in law and in equity, may deduct from monies which become due the CONTRACTOR under this Contract or under any of the foregoing provisions amounts due OWNER from CONTRACTOR.

7.    The OWNER will pay to the CONTRACTOR in the manner and at such times set forth in the General Conditions such amount as required by the CONTRACT DOCUMENTS. The OWNER shall retain five percent (5%) of the amount of each payment until final completion and acceptance of all work covered by the CONTRACT DOCUMENTS unless otherwise mutually agreed.

8.    The CONTRACTOR agrees to allow the OWNER or a duly authorized representative thereof, access to books, documents, papers and records of the CONTRACTOR which are directly pertinent to the Project which is the subject of this Contract, for the purpose of making audits, examinations, excerpts and transcriptions, and CONTRACTOR agrees to insert an identical access to records clause into all subcontracts.

9.    Not withstanding any provision of this Agreement to the contrary, the parties hereto agree and acknowledge that this Agreement does not constitute a commitment of funds or site approval, and that such commitment of funds or approval may occur only upon satisfactory completion of environmental review, receipt by the State of Mississippi and the Harrison County Utility Authority of a release of funds from the U. S. Department of Housing and Urban Development under 24 CFR Part 58. The parties further agree that the provision of any funds to the Project is conditioned and contingent upon the State of Mississippi and the Harrison County Utility Authority's determination to proceed with, modify or cancel the project based on the results of a subsequent environmental review, the acquisition of property required for the project and the issuance of appropriate work orders which define specific areas of work.

10. The CONTRACTOR shall be held responsible for forfeiture of monies in the event that an audit indicates his failure to keep adequate records, including change orders, force accounts and payroll records, or the failure to comply with the Contract Documents.

11. Attached hereto and made a part of this Contract is a **Payment Bond**, executed by a Surety Company doing business in the State of Mississippi, in the sum of:

    THREE MILLION, NINE HUNDRED NINETY-FIVE THOUSAND, THREE HUNDRED EIGHTY-SIX DOLLARS AND THIRTY CENTS

    ($ 3,995,386.30 )
    (not less than one hundred percent of Contract amount)

12. Attached hereto and made a part of this Contract is a **Performance Bond**, executed by a Surety Company doing business in the State of Mississippi, in the sum of:

    THREE MILLION, NINE HUNDRED NINETY-FIVE THOUSAND, THREE HUNDRED EIGHTY-SIX DOLLARS AND THIRTY CENTS

    ($ 3,995,386.30 )
    (not less than one hundred percent of Contract amount)

13. This Agreement shall be binding upon all parties hereto and their respective heirs, executors, administrators, successors, and assigns.

IN WITNESS WHEREOF, the parties hereto have executed or caused to be executed by their duly authorized officials, this Agreement in **5** copies each of which shall be deemed an original on the date first above written.

HARRISON County Utility Authority

BY:

NAME: _Ramran Pahlavan_

TITLE: _Executive Director_

ATTEST:

BY:

NAME: _Cynthia Lewis_

TITLE: _Compliance Coord._                    (SEAL)

CONTRACTOR

BY:

NAME: _Randy Jordan_

TITLE: _Senior Vice Pres._

ATTEST:

BY:

NAME: _Janet D. Criss_

TITLE: _Asst Corp. Sec._

PHILLIPS & JORDAN, INC. (SEAL)

## PERFORMANCE BOND

KNOW ALL MEN BY THESE PRESENTS:   Phillips and Jordan, Incorporated

That _____

<div align="center">(Name of Contractor)<br>
3114 Randall Pkwy, Suite 4<br>
Wilmington, NC 28403</div>

<div align="center">(Address of Contractor)</div>

A   Corporation _____   hereinafter called "Principal", and

(Corporation, Partnership, Limited Liability Company, or Individual)

Safeco Insurance Company of America _____   hereinafter called "Surety",

<div align="center">(Name of Surety)</div>

are held and firmly bound unto the **Harrison County Utility Authority**, hereinafter called
"OWNER"           in         the         penal        sum         of
Three million nine hundred ninety five thousand three hundred eighty six

, and 00X/00X   30/100s _____  Dollars   ($ 3,995,386.30 _____ )

in lawful money of the United States, for the payment of which sum well and truly to be made, we
bind ourselves, successors, and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THIS OBLIGATION is such that whereas, the *Principal* entered into a
certain Contract with the OWNER, dated the _8th_ day of _January_, 2008, a copy of
which is hereto attached and made a part hereof for the construction of:

**Two Year Unit Bid for the Furnishing and Installation of Water Mains, Sewer Mains, Force
Mains, Pump Stations, and Appurtenances.**

NOW, THEREFORE, if the Principal shall well, truly and faithfully perform its duties, all the
undertakings, covenants, terms, conditions, and agreements of said Contract during the Original
term thereof, and any extensions thereof which may be granted by the OWNER, with or without
notice to the Surety and during the one year guaranty period and if he shall satisfy all claims and
demands incurred under such Contract, and shall fully indemnify and save harmless the OWNER
from all costs and damages which it may suffer by reason of failure to do so, and shall reimburse
and repay the OWNER of all of outlay and expense which the OWNER may incur in making good
any default, then this obligation shall be void;   otherwise to remain in full force and effect.
PROVIDED, FURTHER, that the said Surety for value received hereby stipulates and agrees that
no change, extension of time, alteration or addition to the terms of the Contract or to the WORK to
be performed hereunder or the SPECIFICATIONS accompanying the same shall in any wise affect
its obligation on this BOND, and it does hereby waive notice of any such change, extension of time,

alteration or addition to the loans of this Contract or to the WORK or to the SPECIFICATIONS.
PROVIDED, FURTHER, that no final settlement between the OWNER and the CONTRACTOR
shall abridge the right of any beneficiary hereunder, whose claim may not yet be satisfied.

WITNESS WHEREOF, this instrument is executed in _five (5)_ counterparts, each of which shall
be deemed an original, this the _8th_ day of _January_, 2008. 2009

**ATTEST:**

_Arnelta M. Milam_
(Principal) Secretary

(SEAL)

_Jeffrey C. Kinkead_
Witness as to Principal

3114 Randall Pkwy, Suite 4 (Address)
Wilmington, NC 28403

Phillips and Jordan, Incorporated
(Principal)

By _Paul R Oliver_

(Address)
3114 Randall Pkwy, Suite 4
Wilmington, NC 28403

**ATTEST:**
(SEAL)

_Shanna Roberts_
Witness as to Surety

Shanna Roberts

(Address)
413 Northshore Drive SW
Knoxville, TN 37919

Safeco Insurance Company of America
(Surety)

By _Catherine L. McMillan_
Attorney-in-Fact, MS-Resident Agent

Catherine L McMillan
(Address)
413 Northshore Drive SW
Knoxville, TN 37919

865-588-7200
Phone Number (include Area Code)

NOTE:        Date of BOND must not be prior to date of CONTRACT.    If
             CONTRACTOR is Partnership, all partners should execute BOND

IMPORTANT:   Surety companies executing BONDS must appear on the Treasury
             Department's most current list (Circular 570 as amended) and be authorized
             to transact business in the State where the Project is located.

COUNTERSIGNED BY

X _Peggy L. Jackson_
RESIDENT AGENT

# PAYMENT BOND

KNOW ALL MEN BY THESE PRESENTS:

That _____Phillips and Jordan, Incorporated_____
(Name of Contractor)

3114 Randall Pkwy, Suite 4
Wilmington, NC 28403
(Address of Contractor)

a   Corporation
(Corporation, Partnership, Limited Liability Company, or Individual)   hereinafter called "Principal", and

Safeco Insurance Company of America
(Name of Surety)   hereinafter called "Surety",

are held and firmly bound unto the **Harrison County Utility Authority** , hereinafter called "OWNER" in the penal sum of ___Three million nine hundred ninety five thousand three hundred eighty six___

dollars, and 00/100x 30/100s _____ Dollars    ($  3,995,386.30            )

in lawful money of the United States, for the payment of which sum well and truly to be made, we bind ourselves, successors, and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THIS OBLIGATION is such that whereas, the Principal entered into a certain Contract with the OWNER, dated the ___8th___ day of ___January___, 2008, a copy of which is hereto attached and made a part hereof for the construction of:

**Two Year Unit Bid for the Furnishing and Installation of Water Mains, Sewer Mains, Force Mains, Pump Stations, and Appurtenances.**

NOW, THEREFORE, if the Principal shall promptly make payment to all persons, firms, SUBCONTRACTORS, SUB-SUBCONTRACTORS, and corporations furnishing materials for or performing labor in the prosecution of the WORK provided for in such Contract, and any authorized extension or modification thereof, including all amounts due for materials, lubricants, oil, gasoline, coal and coke, repairs on machinery, equipment and tools, consumed or used in connection with the construction of such WORK, and all insurance premiums on said WORK, and for all labor, performed in such WORK whether by SUBCONTRACTOR or otherwise, then this obligation shall be void; otherwise to remain in full force and effect. PROVIDED, FURTHER, that the said Surety for value received hereby stipulates and sees that no change, extension of time, alteration or addition to the terms of the Contract or to the WORK to be performed hereunder or the SPECIFICATIONS accompanying the same shall in any wise affect its obligation on this

BOND, and it does hereby waive notice of any such change, extension of time, alteration or addition to the loans of this Contract or to the WORK or to the SPECIFICATIONS. PROVIDED, FURTHER, that no final settlement between the OWNER and the CONTRACTOR shall abridge the right of any beneficiary hereunder, whose claim may not yet be satisfied.

WITNESS WHEREOF, this instrument is executed in _five ($)_ counterparts, each of which shall be deemed an original, this the 8th day of _January_, 2008.
                                                                                  2009

ATTEST:

_Amanda M McMillan_
(Principal) Secretary

(SEAL)

_Jeffrey C Stafford_
Witness as to Principal

3114 Randall Pkwy, Suite 4
(Address)
Wilmington, NC 28403


ATTEST:
(SEAL)

_Shanna Roberts_
Witness as to Surety

Shanna Roberts

(Address)
413 Northshore Drive SW
Knoxville, TN 37919


Phillips and Jordan, Incorporated
(Principal)

By _Paul McAda_

(Address)
3114 Randall Pkwy, Suite 4
Wilmington, NC 28403


Safeco Insurance Company of America
(Surety)

By _Catherine L McMillan_
Attorney-in-Fact, MS Resident Agent

Catherine L McMillan
(Address)
413 Northshore Drive SW
Knoxville, TN 37919

865-588-7200

Phone Number (include Area Code)

NOTE:          Date of BOND must not be prior to date of CONTRACT. If CONTRACTOR is Partnership, all partners should execute BOND.


COUNTERSIGNED BY:

_Peggy L. Jackson_
RESIDENT AGENT

**IMPORTANT:** Surety companies executing BONDS must appear on the Treasury Department's most current list (Circular 570 as amended) and be authorized to transact business in the State where the Project is located.



## POWER
## OF ATTORNEY

Safeco Insurance Company of America
General Insurance Company of America
Safeco Plaza
Seattle, WA 98185

No. 12745

**KNOW ALL BY THESE PRESENTS:**

That SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA, each a Washington corporation, does each hereby appoint

·····················THOMAS H. MCCARLEY III; CATHERINE L. MCMILLAN; Knoxville, Tennessee·····················

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA have each executed and attested these presents

this ___5th___ day of ___November___ ___2008___

Edmund C. Kenealy, Secretary          Timothy A. Mikolajewski, Vice President

### CERTIFICATE

Extract from the By-Laws of SAFECO INSURANCE COMPANY OF AMERICA
and of GENERAL INSURANCE COMPANY OF AMERICA:

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

Extract from a Resolution of the Board of Directors of SAFECO INSURANCE COMPANY OF AMERICA
and of GENERAL INSURANCE COMPANY OF AMERICA adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
    (i)   The provisions of Article V, Section 13 of the By-Laws, and
    (ii)  A copy of the power-of-attorney appointment, executed pursuant thereto, and
    (iii)  Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, Edmund C. Kenealy     , Secretary of SAFECO INSURANCE COMPANY OF AMERICA and of GENERAL INSURANCE COMPANY OF AMERICA, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation

this ___8th___ day of ___January___ ___2009___

Edmund C. Kenealy, Secretary

Safeco® and the Safeco logo are registered trademarks of Safeco Corporation.

WEB PDF

S-0974/DS 10/08

HARRISON COUNTY UTILITY AUTHORITY
TERM BID HARCUA #2008-03 (S22)

CONTRACTOR'S BID TABULATION FOR BIDS
RECEIVED NOVEMBER 13, 2008 UNTIL 10:00 A.M.
HARRISON COUNTY UTILITY AUTHORITY
10271 EXPRESS DRIVE, GULFPORT, MS 39503

S22 D'Iberville Waterfront Wastewater System Improvements

Phillips and Jordan, Inc.

| Item No. | Item Description | Unit | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| 1 | 4' Dia Manhole 0' - 6' Cut | 17 | EA | $ 2,310.00 | $ 39,270.00 |
| 2 | 4' Dia Manhole 6' - 8' Cut | 20 | EA | $ 2,530.00 | $ 50,600.00 |
| 3 | 4' Dia Manhole 8' - 10' Cut | 20 | EA | $ 2,860.00 | $ 57,200.00 |
| 4 | 4' Dia Manhole 10' - 12' Cut | 4 | EA | $ 3,520.00 | $ 14,080.00 |
| 5 | Tie Into Existing Manholes | 2 | EA | $ 3,300.00 | $ 6,600.00 |
| 6 | 5' Dia Manhole 0' - 6' Cut | 1 | EA | $ 4,510.00 | $ 4,510.00 |
| 7 | 5' Dia Manhole 6' - 8' Cut | 1 | EA | $ 5,500.00 | $ 5,500.00 |
| 8 | 5' Dia Manhole 10' - 12' Cut | 3 | EA | $ 5,720.00 | $ 17,160.00 |
| 9 | 6' Dia Manhole 10' - 12' Cut | 2 | EA | $ 7,260.00 | $ 14,520.00 |
| 10 | 7' Dia Manhole 12' - 14' Cut | 1 | EA | $ 9,900.00 | $ 9,900.00 |
| 11 | 5' x 7' Concrete Box (Manhole) | 1 | EA | $ 6,930.00 | $ 6,930.00 |
| 12 | 12" Dia Sewer 0' - 6' Cut (FM) | 694 | LF | $ 46.20 | $ 32,062.80 |
| 13 | 12" Dia Sewer 6' - 8' Cut (FM) | 79 | LF | $ 55.00 | $ 4,345.00 |
| 14 | 12" Dia Sewer 8' - 10' Cut (FM) | 180 | LF | $ 55.00 | $ 9,900.00 |
| 15 | 15" Dia Sewer 0' - 6' Cut (FM) | 699 | LF | $ 55.00 | $ 38,445.00 |
| 16 | 15" Dia Sewer 6' - 8' Cut (FM) | 768 | LF | $ 55.00 | $ 42,240.00 |
| 17 | 15" Dia Sewer 8' - 10' Cut (FM) | 436 | LF | $ 57.20 | $ 24,939.20 |
| 18 | 18" Dia Sewer 0' - 6' Cut (FM) | 1,859 | LF | $ 59.95 | $ 111,447.05 |
| 19 | 18" Dia Sewer 6' - 8' Cut (FM) | 3,773 | LF | $ 61.05 | $ 230,341.65 |
| 20 | 18" Dia Sewer 8' - 10' Cut (FM) | 2,411 | LF | $ 63.80 | $ 153,821.80 |
| 21 | 18" Dia Sewer 10' - 12' Cut (FM) | 182 | LF | $ 66.00 | $ 12,012.00 |
| 22 | 24" Dia Sewer 0' - 6' Cut (FM) | 0 | LF | $ 110.00 | $ - |
| 23 | 24" Dia Sewer 6' - 8' Cut (FM) | 1,183 | LF | $ 68.20 | $ 80,680.60 |
| 24 | 24" Dia Sewer 8' - 10' Cut (FM) | 272 | LF | $ 72.60 | $ 19,747.20 |
| 25 | 36" Dia Sewer 0' - 6' Cut (FM) | 0 | LF | $ 275.00 | $ - |
| 26 | 36" Dia Sewer 6' - 8' Cut (FM) | 0 | LF | $ 275.00 | $ - |
| 27 | 36" Dia Sewer 8' - 10' Cut F(M) | 272 | LF | $ 132.00 | $ 35,904.00 |
| 28 | 36" Dia Sewer 10' - 12' Cut (FM) | 360 | LF | $ 143.00 | $ 51,480.00 |
| 29 | 60" Dia Sewer 12' - 14' Cut (FM) | 101 | LF | $ 440.00 | $ 44,440.00 |
| 30 | Jack and Bore with Steel Casing (M) | 150 | LF | $ 330.00 | $ 49,500.00 |
| 31 | 8" PVC Forcemain (M) | 2,012 | LF | $ 18.70 | $ 37,624.40 |
| 32 | 10" PVC Forcemain (M) | 3,285 | LF | $ 23.72 | $ 77,920.20 |
| 33 | Connect Existing Services to New 12" Line, 6" Double Service Connection, incl. fittings and approx. 25 LF of pipe from main line to property line | 5 | EA | $ 1,100.00 | $ 5,500.00 |
| 34 | Connect Existing Services to New 15" Line, 6" Double Service Connection, incl. fittings and approx. 25 LF of pipe from main line to property line | 10 | EA | $ 1,320.00 | $ 13,200.00 |

| Item No. | Item Description | Unit | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| 35 | Connect Existing Services to New 18" Line, 6" Double Service Connection, incl. fittings and approx. 25 LF of pipe from main line to property line | 46 | EA | $ 1,650.00 | $ 75,900.00 |
| 36 | Connect Existing Services to New 24" Line, 6" Double Service Connection, incl. fittings and approx. 25 LF of pipe from main line to property line | 8 | EA | $ 1,815.00 | $ 14,520.00 |
| 37 | Connect Existing Services to New 36" Line, 6" Double Service Connection, incl. fittings and approx. 25 LF of pipe from main line to property line | 3 | EA | $ 1,815.00 | $ 5,445.00 |
| 38 | Connect Existing Services to New 12" Line, 4" Single Service Connection, incl. 6" tee from main line and 4" fittings and approx. 25 LF of 4" pipe from tee to property line | 5 | EA | $ 1,100.00 | $ 5,500.00 |
| 39 | Connect Existing Services to New 15" Line, 4" Single Service Connection, incl. 6" tee from main line and 4" fittings and approx. 25 LF of 4" pipe from tee to property line | 10 | EA | $ 1,320.00 | $ 13,200.00 |
| 40 | Connect Existing Services to New 18" Line, 4" Single Service Connection, incl. 6" tee from main line and 4" fittings and approx. 25 LF of 4" pipe from tee to property line | 46 | EA | $ 1,540.00 | $ 70,840.00 |
| 41 | Connect Existing Services to New 24" Line, 4" Single Service Connection, incl. 6" tee from main line and 4" fittings and approx. 25 LF of 4" pipe from tee to property line | 8 | EA | $ 1,760.00 | $ 14,080.00 |
| 42 | Connect Existing Services to New 36" Line, 4" Single Service Connection, incl. 6" tee from main line and 4" fittings and approx. 25 LF of 4" pipe from tee to property line | 3 | EA | $ 1,870.00 | $ 5,610.00 |
| 43 | Select Backfill, LVM, 8' trench width (F) | 29,040 | CY | $ 15.40 | $ 447,216.00 |
| 44 | 6" Limestone Base, LVM, 8' trench width (F) | 2,420 | CY | $ 33.00 | $ 79,860.00 |
| 45 | 4" Black Base Asphalt, 8' trench width (F) | 3,194 | TN | $ 88.00 | $ 281,072.00 |
| 46 | 2" Asphalt Surface Course (SC-1), road width (F) | 3,194 | TN | $ 99.00 | $ 316,206.00 |
| 47 | Traffic Control | 1 | LS | $ 38,500.00 | $ 38,500.00 |
| 48 | New Lift Station | 5 | EA | $ 136,400.00 | $ 682,000.00 |
| 49 | Remove Existing Lift Station | 3 | EA | $ 11,000.00 | $ 33,000.00 |
| 50 | Dewatering | 1 | LS | $ 33,000.00 | $ 33,000.00 |
| 51 | Mobilization | 1 | EA | $ 33,000.00 | $ 33,000.00 |
| 52 | Erosion Control, incl Silt Fence/Haybales | 1 | LS | $ 38,500.00 | $ 38,500.00 |
| 53 | Seeding & Fertilizer | 4,081 | SY | $ 4.40 | $ 17,956.40 |
| 54 | Utility Adjustment, Water | 20 | EA | $ 220.00 | $ 4,400.00 |
| 55 | Utility Adjustment, Sewer | 20 | EA | $ 220.00 | $ 4,400.00 |
| 56 | Utility Adjustment, Sewer Force Main | 20 | EA | $ 220.00 | $ 4,400.00 |
| 57 | Utility Adjustment, Storm Sewer | 20 | EA | $ 440.00 | $ 8,800.00 |
| 58 | Utility Adjustment, Electrical | 20 | EA | $ 495.00 | $ 9,900.00 |
| 59 | Utility Adjustment, Communications | 20 | EA | $ 495.00 | $ 9,900.00 |
| 60 | Utility Adjustment, Gas | 20 | EA | $ 550.00 | $ 11,000.00 |
| 61 | Utility Adjustment, Other | 20 | EA | $ 550.00 | $ 11,000.00 |
| 62 | Removal of Existing Sewer System | 1 | LS | $ 170,000.00 | $ 170,000.00 |
| 63 | Removal of Existing Grinder Station Well | 40 | EA | $ 1,800.00 | $ 72,000.00 |

| Item No. | Item Description | Unit | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| 64 | Removal of Forcemains and Electrical to Grinder Stations | 40 | EA | $ 1,600.00 | $ 64,000.00 |
| 65 | Mobilization for Milling/Grinding of Asphalt | 1 | EA | $ 11,000.00 | $ 11,000.00 |
| 66 | Milling/Grinding of Asphalt, road width minus 8' trench | 14,520 | SY | $ 5.50 | $ 79,860.00 |
| 67 | Bypass Pumping | 1 | LS | $ 27,500.00 | $ 27,500.00 |

**TOTAL BASE BID** $ _____ 3,995,386.30

(F) *Eligible for Mississippi Department of Transportation Fuel Adjustment*

(M) *Eligible for ENR Materials Adjustment*

***MATHEMATICAL ERRORS HAVE BEEN IDENTIFIED AND/OR CORRECTED.***

THIS IS TO CERTIFY THAT THE TABULATION OF BIDS SHOWN HEREIN
IS ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF

Harrison County Utility Authority

BY: _____
NAME: _____
TITLE: _____

ATTEST:

BY: _____
NAME: _____
TITLE: _____

CONTRACTOR

BY: _Paul nObet_
NAME: _Paul Hebbert_
TITLE: _Assistant Vice President_

ATTEST:

BY: _Annette M Andrews_
NAME: _Annette Andrews_
TITLE: _Asst Secretary_

STATE OF TENNESSEE )

KNOX COUNTY )

## CERTIFIED
## RESOLUTION
## OF THE BOARD OF DIRECTORS
## OF PHILLIPS AND JORDAN, INCORPORATED,
### a North Carolina corporation

Before me, the undersigned, a Notary Public in and for said county and said state, personally appeared Connie H. Nichols, who being duly sworn stated the following:

1.     I am the duly elected Corporate Secretary of Phillips and Jordan, Incorporated, a corporation organized and existing under the laws of the state of North Carolina and

2.     I do hereby certify that attached hereto as Exhibit "A" is a true and correct copy of the resolution of the Company adopted by the Board of Directors of Phillips and Jordan, Incorporated, on August 01, 2008, pertaining to the authorization of officers to sign, execute and deliver on behalf of the Company all construction contracts and all documents relating to the construction contract which resolution is presently in full force and effect:

        IN WITNESS WHEREOF, I have hereunto subscribed my signature and affixed the seal of the Corporation this 5th day of December, 2008.

                               _Connie H. Nichols_
                               Connie H. Nichols
                               Corporate Secretary

STATE OF TENNESSEE )
KNOX COUNTY )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that Connie H. Nichols, whose name as Corporate Secretary of **PHILLIPS AND JORDAN, INCORPORATED**, a North Carolina corporation, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the foregoing instrument, she, in her capacity as such officer and with full authority, executed the same voluntarily for and as the act of said corporation on the day the same bears date.

Given under my hand this the 5th day of December, 2008.

                            Notary Public
                            My Commission Expires: June 28, 2011

"Exhibit A"

## ACTIONS TAKEN BY WRITTEN CONSENT
## BY THE BOARD OF DIRECTORS OF
## PHILLIPS AND JORDAN, INCORPORATED

By written consent of all the directors of Phillips and Jordan, Incorporated (the "Company"), the following actions and resolutions were taken and consented to:

**BE IT RESOLVED** that either the President, Vice President or Assistant Vice President of Phillips and Jordan, Incorporated, whose names appear on the Corporate minutes of its Annual Meeting held August 01, 2008 are authorized to sign and execute construction contracts, and all documents relating to the construction contract, on behalf of the Company. They are the following:

| | |
|---|---|
| W.T. Phillips, Sr. | Chairman & Chief Executive Officer |
| Ben R. Turner | President & Chief Operations Officer |
| J. Patrick McMullen | Executive Vice President, CFO & Treasurer |
| W.T. Phillips, Jr. | Vice Chairman & Vice President - Real Estate & Corporate Development |
| Connie H. Nichols | Senior Vice President & Corporate Secretary |
| Randy Jordan | Senior Vice President |
| Brian Paul Kuhnle | Senior Vice President |
| Frank Wood | Senior Vice President |
| Stanley L. Croy | Vice President - Florida Heavy Division |
| Wendell E. Durham | Vice President – Florida Clearing Division |
| Ronnie Jordan | Vice President |
| Dudley Orr | Vice President |
| Cecil Patterson | Vice President |
| H. Lin Riley, Jr. | Vice President |
| Steve Rasmussen | Vice President – Information and Technology |
| Steve D. Thompson | Vice President – Safety & Risk Management |
| Dorinda A. Futch | Vice President – Contract Administration & Assistant Secretary |
| Max G. Morton | Vice President |
| R. Page Riley | Vice President |
| David Edd Satterfield | Asst. Vice President |
| Michael A. Teem | Asst. Vice President |
| Ritchie L. Trammell | Asst. Vice President |
| Christopher Paul Hibbert | Asst. Vice President |
| Eric Hedrick | Asst. Vice President |

each of whom is currently serving in the capacity to which elected.

The above actions and resolutions being taken upon the written consent of all the directors of Phillips and Jordan, Incorporated, their signatures below. This 1st day of August, 2008.

DIRECTORS:

_____
W.T. Phillips, Sr.

_____
W.T. Phillips, Jr.

_____
Connie H. Nichols

_____
Ben R. Turner

_____
J. Patrick McMullen

_____
Randy Jordan

" *Exhibit A* "

# PHILLIPS AND JORDAN, INCORPORATED
## OFFICERS AUTHORIZED TO SIGN CONTRACTS

## Officers:

| NAME | TITLE | BUSINESS ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| William T. Phillips, Sr. | Chairman & CEO | 8940 Gall Blvd. | Zephyrhills | FL | 33541 |
| Ben R. Turner | President & COO | 8940 Gall Blvd. | Zephyrhills | FL | 33541 |
| J. Patrick McMullen | Executive Vice President | 6621 Wilbanks Road | Knoxville | TN | 37912 |
| William T. Phillips, Jr. | CFO & Treasurer / Vice-Chairman & Vice-President / Real Estate and Corporate Development | 6621 Wilbanks Road | Knoxville | TN | 37912 |
| Connie H. Nichols | Senior Vice President & Secretary | 6621 Wilbanks Road | Knoxville | TN | 37912 |
| Randy Jordan | Senior Vice President | 191 P&J Road | Robbinsville | NC | 28771 |
| Brian Paul Kubale | Senior Vice President | 2100 Fairfax Rd., Ste. 101D | Greensboro | NC | 27407 |
| Frank Wood | Senior Vice President | 8940 Gall Blvd. | Zephyrhills | FL | 33541 |
| Stanley L. Croy | Vice President – FL Heavy Division | 8940 Gall Blvd. | Zephyrhills | FL | 33541 |
| Wendell E. Durham | Vice President – FL Clearing Division | 8940 Gall Blvd. | Zephyrhills | FL | 33541 |
| Ronnie Jordan | Vice President | 25809 Business Center Dr., Ste A. | Redlands | CA | 92374 |
| Dudley Orr | Vice President | 191 P&J Road | Robbinsville | NC | 28771 |
| Cecil Patterson | Vice President | 191 P&J Road | Robbinsville | NC | 28771 |
| H. Lee Riley, Jr. | Vice President | 8940 Gall Blvd. | Zephyrhills | FL | 33541 |
| Steve Rasmussen | Vice President – Information and Technology | 6621 Wilbanks Road | Knoxville | TN | 37912 |
| Steve D. Thompson | Vice President – Safety & Risk Management | 6621 Wilbanks Road | Knoxville | TN | 37912 |
| Derinda A. Futch | Vice President – Contract Administration & Assistant Secretary | 8940 Gall Blvd. | Zephyrhills | FL | 33541 |
| Max G. Merson | Vice President | 6621 Wilbanks Road | Knoxville | TN | 37912 |
| R. Page Riley | Vice President | 2100 Fairfax Rd., Ste. 101D | Greensboro | NC | 27407 |
| David Edd Satterfield | Asst. Vice President | 191 P&J Road | Robbinsville | NC | 28771 |
| Michael A. Teem | Asst. Vice President | 191 P&J Road | Robbinsville | NC | 28771 |
| Richie L. Trammell | Asst. Vice President | 191 P&J Road | Robbinsville | NC | 28771 |
| Christopher Paul Hibbert | Asst. Vice President | 3114 Randall Parkway, Ste 4m | Wilmington | NC | 28403 |
| Eric Hedrick | Asst Vice President | 8940 Gall Blvd. | Zephyrhills | FL | 33541 |

# PHILLIPS AND JORDAN, INCORPORATED

## SECRETARY'S CERTIFICATE

I, Connie H. Nichols, duly elected Secretary of Phillips and Jordan, Incorporated, a North Carolina corporation, do hereby certify that attached hereto as Exhibit "A" is a true and correct listing of the officers authorized to sign and execute construction contracts, and all documents relating to the construction contract, on behalf of the Company.

In witness whereof, I have hereunto signed my name as of the 5th day of December, 2008.

*Connie H Nichols*

Connie H. Nichols, Secretary

SEAL

## AFFIDAVIT

### (TO BE EXECUTED IN DUPLICATE)

STATE OF ~~MISSISSIPPI~~ Alabama

COUNTY OF Mobile

I, ___Cecil B Patterson___

(name of person signing affidavit)

individually, and in my capacity as __Vice President__

(title)

of __Phillips and Jordan, Incorporated__

(name of firm, partnership, limited liability company, or corporation.)

being duly sworn, on oath do depose and say as follows:

(a) That Phillips and Jordan, Inc, Bidder on the Two Year Unit Bid for the Furnishing and Installation of Water Mains, Sewer Mains, Force Mains, Pump Stations, and Appurtenances, HARCUA 2008-03, has not either directly or indirectly entered into any agreement, participated in any collusion, or otherwise taken any action in restraint of free competitive bidding in connection with this contract; nor have any of its officers, partners, employees or principal owners.

(b) further, that neither said legal entity nor any of its directors, officers, partners, principal owners or managerial employees are currently debarred from bidding on public contracts by the State of Mississippi or any of its agencies; or by one or more of the other states or any of their agencies; or by the Department of Housing and Urban Development.

Signature _____

Title __Vice President__

(SEAL)

Sworn before me this 1th day of Nov, 2008.

My commission expires __10-1-2010__     Notary Public __Jacqueline R Bryan__

**NOTE: FAILURE TO PROPERLY SIGN AND NOTARIZE THIS AFFIDAVIT WILL DISQUALIFY THE BID.**

| PRODUCER (865)691-4847 FAX (865)694-4847 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
| TIS Insurance Services, Inc. 1900 Winston Road, Suite 100 P.O. Box 10328 Knoxville, TN 37939-0328 | |

| | INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED Phillips & Jordan, Inc., et al | INSURER A: American Contractors Insurance Co RRG A VII | |
| Attn: Steve Thompson | INSURER B: ACIG Insurance Company A VIII | |
| 6621 Wilbanks Rd | INSURER C: Zurich/American Guarantee/WSRB A XV | |
| Knoxville, TN 37912 | INSURER D: Fireman's Fund Insurance Co. A XV | |
| | INSURER E: | |

**COVERAGES**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY** | GL08000030 | 06/01/2008 | 06/01/2009 | EACH OCCURRENCE | $ 2,000,000 |
| | | X COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | CLAIMS MADE X OCCUR | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 4,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $ 4,000,000 |
| | | POLICY X PRO-JECT LOC | | | | | |
| A | | **AUTOMOBILE LIABILITY** | AL08000018 | 06/01/2008 | 06/01/2009 | COMBINED SINGLE LIMIT (Ea accident) | $ 2,000,000 |
| | | X ANY AUTO | | | | | |
| | | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | SCHEDULED AUTOS | | | | | |
| | | X HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | X NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ANY AUTO | | | | OTHER THAN EA ACC | $ |
| | | | | | | AUTO ONLY: AGG | $ |
| C | | **EXCESS/UMBRELLA LIABILITY** | AUC-9137945-02 | 06/01/2008 | 06/01/2009 | EACH OCCURRENCE | $ 10,000,000 |
| | | X OCCUR CLAIMS MADE | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | | $ |
| | | DEDUCTIBLE | | | | | $ |
| | | X RETENTION $ 10,000 | | | | | $ |
| B | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | WC08000072 | 06/01/2008 | 06/01/2009 | X WC STATU-TORY LIMITS OTH-ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? | WC08000073 | 06/01/2008 | 06/01/2009 | E.L. EACH ACCIDENT | $ 500,000 |
| | | If yes, describe under SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |
| D | | **OTHER** Installation Floater/Builders Risk | MZI97602065 | 06/01/2008 | 06/01/2009 | $10,000,000 job site limit $250,000 off-site storage $250,000 transit coverage | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
Term Bid HARCUA 2008-03 Project S-22 D'Iberville Waterfront Wastewater System Improvements
Workers Compensation and Employers Liability protect the Contractor against claims under applicable
Mississippi State Workers Compensation Laws. Thirty (30) days written notice will be given to the Owner
before the policy is cancelled or changed. The Workers Compensation policy forms include in Part Three
Other States Insurance that replaced the "all states" endorsement as of April 1, 1992. The General

| **CERTIFICATE HOLDER** | **CANCELLATION** |
|---|---|
| Harrison County Utility Authority 10271 Express Drive Gulfport, MS 39503 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL XXXXXXXX MAIL **30** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX AUTHORIZED REPRESENTATIVE Construction Div./BECHEN *R.I. Bechen* |

ACORD 25 (2001/08)                    ©ACORD CORPORATION 1988

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the Issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

ACORD 25 (2001/08)

01/26/2009
Liability policy provides for a. Explosion, collapse, and underground property damage (XCU) to include any damage or destruction of property below the surface of the ground, such as wires, conduits, pipes, mains, sewers, etc. caused by the contractor's operations;  b. The collapse of or structural injury to buildings, structures or property on or adjacent to the Owner's premises caused by the Contractor's operations in the removal of other buildings, structures, or supports, or by excavation below the surface of the ground; c. Contractual Liability Coverage for the "Hold Harmless" segments of the Contract Documents.

The Public Liability Bodily Injury and Property Damage Limit is $2,000,000 Each Occurrence with a $4,000,000 General Aggregate Limit.  Damage to Rented Premises with a $100,000 limit is not the Public Liability Bodily Injury and Property Damage Limit.  Damage to Rented Premises or Damage to premises rented to you is one of the limits of liability prescribed by the standard Commercial General Liability Policy; it applies to damage by fire to premises rented to the Insured (Phillips and Jordan) and to damage regardless of cause to premises (including contents) occupied by the insured (Phillips and Jordan) for 7 days or less.  Damage to Rented Premises is not intended to cover any of Harrison County Utility Authority's projects or job sites because they are covered by the $2,000,000 Each Occurrence General Liability with a $4,000,000 General Liability General Aggregate Limit.  Additionally, the $10,000,000 Zurich/American Guarantee Umbrella drops down over the General Liability limits to provide $12,000,000 Each Occurrence/$14,000,000 General Liability limit.

The $10,000,000 Zurich/American Guarantee Umbrella drops down over the $2,000,000 Auto policy to provide $12,000,000 in Auto coverage.
Zurich/American Guarantee Umbrella policy form U-UMB-103-B CW (7/2003) "Insuring Agreements Section 1. Coverage A. Coverage A - Excess Follow Form Liability Insurance: Under Coverage A, we will pay on behalf of the Insured, those damages covered by this insurance in excess of the total applicable limits of underlying insurance."  The Automobile Policy AL08000018 and the Umbrella AUC-9137945-02 provide $1 million Automobile coverage for injury to one person, $2 million Automobile coverage for one accident, and Automobile Property Damage coverage of $1 million as mandated by the Insurance Requirements.  This coverage shall apply to the use of automobiles and trucks on and off the site of the project.

Builders Risk coverage is for the benefit of the Owner, the prime contractor, and sub-contractors as their interests may appear.

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

| PRODUCER (865)691-4847 FAX (865)694-4847 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | | |
|---|---|---|---|
| TIS Insurance Services, Inc.<br>1900 Winston Road, Suite 100<br>P.O. Box 10328<br>Knoxville, TN 37939-0328 | INSURERS AFFORDING COVERAGE | | NAIC # |
| INSURED Harrison County Utility Authority<br>10271 Express Drive<br>Gulfport, MS 39503 | INSURER A: American Contractors Ins C RRG X | | VIII |
| | INSURER B: | | |
| | INSURER C: | | |
| | INSURER D: | | |
| | INSURER E: | | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS

| INSR LTR | ADDL INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | OC08000025 | 01/06/2009 | 01/06/2010 | EACH OCCURRENCE | $ 2,000,000 |
| | | COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | ☐ CLAIMS MADE ☒ OCCUR | | | | MED EXP (Any one person) | $ |
| A | X | Owners & Contracto | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ 4,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $ |
| | | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | |
| | | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | |
| | | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | SCHEDULED AUTOS | | | | | |
| | | HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ANY AUTO | | | | OTHER THAN EA ACC | $ |
| | | | | | | AUTO ONLY: AGG | $ |
| | | **EXCESS/UMBRELLA LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | ☐ DEDUCTIBLE | | | | | $ |
| | | ☐ RETENTION $ | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? | | | | E.L. EACH ACCIDENT | $ |
| | | If yes, describe under SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | **OTHER** | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

This policy covers Bodily Injury $1,000,000 each person, $2,000,000 each accident, Property Damage Liability $1,000,000 one accident, total limit of $2,000,000. In the event of cancellation or reduction in coverage, thirty (30) days written notice will be given to the Owner.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL XXXXXXXXXX MAIL **30** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, XXXXXX XXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| Phillips and Jordan, Incorporated<br>6621 Wilbanks Road<br>Knoxville. TN 37912 | AUTHORIZED REPRESENTATIVE<br>Construction Div./CATWAR _R.L.Coker_ |

ACORD 25 (2001/08) ©ACORD CORPORATION 1988

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

# DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

ACORD 25 (2001/08)

## Harrison County Utility Authority

A. J. Holloway, Mayor, City of Biloxi
Russell Quave, Mayor, City of D'Iberville
Brent Warr, Mayor, City of Gulfport

Board of Directors

Executive Director
Kamran Pahlavan, P.E.

Billy Skellie, Jr., Mayor, City of Long Beach
Chipper McDermott, Mayor, City of Pass Christian
Kim B. Savant, Supervisor, Harrison County
Marlin Ladner, Supervisor, Harrison County

January 9, 2009

Phillips and Jordan Inc.
3114 Randall Parkway #4
Wilmington, NC 28403

**Re: Harrison County Utility Authority**
**Term Bid HARCUA 2008-03  Award Notification**
**Project S22**

Dear Gentlemen,

Congratulations, it is our pleasure to inform you that at its board meeting of January 8, 2009, the Harrison County Utility Authority authorized award of the contract for HARCUA Term Bid 2008-03 in the amount of $3,995,386 .30 to your firm, contingent upon approval of the Board Attorney and the Mississippi Department of Environmental Quality (MDEQ).

We look forward to working with your company on these important projects.  Please feel free to contact me or our Program Manager, Broaddus Associates, if you have any questions.

Sincerely,

Kamran Pahlavan, P.E.
Executive Director

Cc: Ronald E. Robertson, P.E.
    Forrest Forbes, P.E.
    Seymour Engineering

| SUB CONTRACTORS | | |
|---|---|---|
| NAME | TYPE OF SERVICE | CONTRACT AMOUNT |
| WOLFPEN ASSOC | UTILITY CONTRACTOR | $1,598,154.52 |
| | | |
| | | |
| | | |
| | | |

| MAJOR MATERIAL AND EQUIPMENT SUPPLIERS | | |
|---|---|---|
| NAME | MATERIAL/EQUIPMENT | CONTRACT AMOUNT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

STATE OF MISSISSIPPI
Haley Barbour
Governor
MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY
Trudy D. Fisher, Executive Director

February 5, 2009

Mr. Kamran Pahlavan, P.E.
HRCUA
PO Box 2409
Gulfport, Ms 39505-2409

Dear Mr. Pahlavan:

<div align="right">

Re:   HARCUA-02
Term Bid 2008-03
S22
Executed Contract Documents

</div>

Review of the executed contract documents for the referenced contract submitted to our office has been completed. No comments resulted from our review. Our acceptance is conditional upon the premise that the executed contract documents are identical to the previously approved documents and the contract is signed by you.

If you have any questions, please contact me at (601) 961-5132.

Sincerely,

John Harris
Coast Grants Branch

cc:   Ron Robertson
Ollie Elfer
Jim Catt

OFFICE OF POLLUTION CONTROL
Post Office Box 2261 • Jackson, Mississippi 39225-2261 • Tel: (601) 961-5171 • Fax: (601) 354-6612 • www.deq.state.ms.us

**STATE OF MISSISSIPPI**
Haley Barbour
Governor

**MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY**
Trudy D. Fisher, Executive Director

February 5, 2009

Mr. Kamran Pahlavan, P.E.
HCUA
PO Box 2409
Gulfport, Ms 39505-2409

Dear Mr. Pahlavan:

> Re: HARCUA-02
> Term Bid 2008-03
> S22
> Executed Contract Documents

Review of the executed contract documents for the referenced contract submitted to our office has been completed. No comments resulted from our review. Our acceptance is conditional upon the premise that the executed contract documents are identical to the previously approved documents and the contract is signed by you.

If you have any questions, please contact me at (601) 961-5132.

Sincerely,

John Harris
Coast Grants Branch

cc: Ron Robertson
Olie Elfer
Jim Catt

OFFICE OF POLLUTION CONTROL
Post Office Box 2261 • Jackson, Mississippi 39225-2261 • Tel: (601) 961-5171 • Fax: (601) 354-6612 • www.deq.state.ms.us
An Equal Opportunity Employer

HARRISON COUNTY UTILITY AUTHORITY

CONTRACT DOCUMENTS

S-22 D'Iberville Waterfront Wastewater System Improvements

Term Bid HARCUA # 2008-03

WATER MAINS, SEWER MAINS, FORCE MAINS AND PUMP STATIONS

SEPTEMBER 2008

**CONTRACT DOCUMENTS FOR TERM BID HARCUA # 2008-03**

A.     TABLE OF CONTENTS

B.     ADVERTISEMENT FOR BIDS

C.     INFORMATION FOR BIDDERS

D.     BID FORM

E.     BID BOND

F.     CONTRACT

G.     PERFORMANCE BOND

H.     PAYMENT BOND

I.     PROJECT GENERAL CONDITIONS WITH APPENDIX "A"

J.     PROJECT SPECIAL CONDITIONS
   1.  Special Conditions
   2.  Instruction for Bonds
   3.  Special Provisions
   4.  Insurance Requirements
   5.  Shop Drawings, Product Data and Samples
   6.  Record Documents
   7.  Contract Closeout
   8.  Schedule of Values

K.     PROJECT SUPPLEMENTAL GENERAL CONDITIONS

L.     SAMPLE WORK ORDER FORM

M.     WAGE RATES

N.     TECHNICAL SPECIFICATIONS

## ADVERTISEMENT FOR BIDS

Separate Sealed Bids for the Two Year Unit Bid for the Furnishing and Installation of Utility Water Mains, Sewage Mains, Force Mains, Pump Stations, and Appurtenances. *S-22 D'Iberville Waterfront Wastewater System Improvements*, Term Bid HARCUA # 2008-03, will be received by The Harrison County Utility Authority herein called the "Owner" at 10271 Express Drive, Gulfport, Mississippi 39503 until 3:00 PM local time on Friday, October 31, 2008 and then at said office publicly opened and read aloud.

The PLANS, SPECIFICATIONS and CONTRACT DOCUMENTS may be examined at the following locations:

Harrison County Utility Authority Office at address noted above.

Bid documents can be found at the Broaddus & Associates FTP site located at:

ftp://ftp.broaddusassociates.com/

All interested bidders must call Mr. Cory Martinez Monday through Friday between the hours of 8:30 A.M. and 4:00 P.M. Upon furnishing firm/bidder name, address, telephone number, fax number and email address (if applicable), a user ID and password will be provided for downloading.

Mr. Martinez can be reached at 228-868-8752 of 228-222-0515 or by email at deiicm@bellsouth.net.

The BID SCHEDULE may be examined at the following locations:

A.  Mississippi Procurement Technical Assistance Program (MPTAP)
Mississippi Development Authority, Minority & Small Business Development
Woolfolk Building
501 North West Street
Suite B 01
Jackson, MS 39201
Contact: Carol Harris, 601-359-3448

South Mississippi Contract Procurement Center, Inc. (SMCPC)
Marcia McDowell, ACAS, Director
1636 Popps Ferry Road, Suite 203
Biloxi, Mississippi 39532
Phone: 228-396-1288

Minority and women's business enterprises are solicited to bid on this contract as prime contractors and are encouraged to make inquiries regarding potential subcontracting opportunities and equipment, material and/or supply needs.

Any contract or contracts awarded under this invitation for bids are expected to be funded in whole or in part by anticipated funds from the Hurricane Katrina Disaster Recovery Community Development Block Grant (CDBG) Program from the U.S. Department of Housing and Urban Development and the State of Mississippi. Neither the State of Mississippi nor the Commission on Environmental Quality nor any of their employees is or will be a party to this invitation for bids or any resulting or related contracts. This procurement will be subject to all applicable sections of the Mississippi Code of 1972, Annotated, as well as federal, state, and local rules, regulations, codes and ordinances.

A Pre-Bid Conference will be held on Thursday October 16, 2008 at 3:00 a.m. local time at the office of the **Harrison County Utility Authority, 10271 Express Drive, Gulfport, Mississippi 39503.** All interested parties are urged to attend this conference.

Award, if made, will be made from the lowest and best bidder. The Harrison County Utility Authority reserves the right to reject any and all bids.

BY ORDER OF THE HARRISON COUNTY UTILITY AUTHORITY ON THE 21ST DAY OF AUGUST, 2008.

HARRISON COUNTY UTILITY AUTHORITY

By: _____.

Publish September 30, and October 7, 2008 in The Sun Herald and the Clarion Ledger.

Furnish proof of publication and send invoice to the Harrison County Utility Authority,10271 Express Drive, Gulfport, Mississippi 39503.

## INFORMATION FOR BIDDERS

1. **Receipt and Opening of Bids:** Bids will be received by the HARRISON COUNTY UTILITY AUTHORITY no later than 3:00 P.M. local time on Friday, October 31, 2008 at the office of the Harrison County Utility Authority, 10271 Express Drive, Gulfport, Mississippi 39503.

2. **Bids:**

   A.  Shall be made on the forms provided and all applicable blank spaces filled in. Alterations, erasures or changes of any kind must be initialed by the BIDDER and shall not contain any recapitulation of the work to be done. No oral, telephonic or telegraphic proposals will be considered.

   B.  **BIDDERS ARE HEREBY NOTIFIED THAT ANY PROPOSAL ACCOMPANIED BY LETTERS, QUALIFYING IN ANY MANNER, THE CONDITION UNDER WHICH THE PROPOSAL IS TENDERED, WILL BE CONSIDERED AS AN IRREGULAR BID AND SHALL NOT BE CONSIDERED IN MAKING THE AWARD.**

   C.  Bids may be withdrawn prior to the above scheduled time for the opening of bids or authorized postponement thereof. Bids received after the time and date specified shall not be considered.

   D.  Submit bids in a sealed envelope marked in the lower left hand corner as follows:

       1.  Bid for TWO YEAR UNIT BID FOR THE FURNISHINGS AND INSTALLATION OF UTILITY WATER MAINS, SEWERAGE MAINS, FORCE MAINS, PUMP STATIONS AND APPURTENANCES.

       2.  Certificate of Responsibility No . _____.

   E.  Any addenda issued during the bidding shall be noted on the Bid Form and shall become a part of the executed Contract.

3. **Method of Bidding:**

   A.  The bid will consist of a unit bid amount for each contractor-provided item in Schedule "A" for all labor, material and equipment required for the Project. Each bid item reflects an estimated quantity of work for such item. CONTRACTOR shall multiply the unit-price bid amount times the estimated quantity for each item of work. CONTRACTOR shall then add all items of work together and the total of Schedule "A" will be the basis for contract award.

   B.  **The HARRISON COUNTY UTILITY AUTHORITY reserves the right to reject any or all bids.**

C. **The HARRISON COUNTY UTILITY AUTHORITY does not guarantee a minimum quantity of work for any item. Payment shall be made on the actual quantity of work performed, if any, for each line item.**

4. **Addenda and Interpretations:**

   A. Should a bidder find discrepancies in, or omissions from, the drawings or specifications or should be in doubt as to their written meaning, he should at once notify the ENGINEER, who will send a written instruction or interpretation to all known holders of the documents. The ENGINEER will not be responsible for any oral instructions.

   B. Addenda to specifications or drawings that may be issued before or during the time of bidding shall be included in the bid form and will become a part of the Contract.

5. **Certificate of Responsibility Number:**

   A. Each Contractor submitting a bid must show on the face of the envelope containing the bid, his Mississippi State Certificate of Responsibility Number unless there appears a statement on the face of the envelope that the enclosed bid does not exceed $50,000.00.

   B. **No bids will be accepted, opened or considered unless the above information is given as specified.**

      Sufficient evidence that said certificate of responsibility number has been issued and is in effect at the time of receiving bids, and that Bidder's CR work classification(s) qualifies him to perform the type(s) of work required for this project, must be submitted when required by OWNER or ENGINEER.

6. **Bid Security**: Each bid must be accompanied by a certified check of the Bidder, or a Bid Bond prepared on the form of a Bid Bond as included herein, duly executed by the Bidder as principal and having as surety thereon a surety company licensed by the State of Mississippi and signed by an agent resident in Mississippi, **in the amount of five percent (5%) of the base bid.**

7. **Liquidated Damages for Failure to Enter into Contract**: The successful Bidder, upon his failure or refusal to execute and deliver the Contract and bonds required within ten (10) days after he has received the Contract for execution, shall forfeit to the OWNER, as liquidated damages, the bid security deposited with his bid.

8. **Security for Faithful Performance**: Simultaneously with his delivery of the executed Contract, the CONTRACTOR shall furnish a Performance Bond and a Payment Bond each in the amount of 100% of the Contract for the guarantee of performance and the payment of all persons performing labor on this Contract and for furnishing all materials in connection with this Contract. The surety on such Bond or Bonds shall be a duly authorized Surety Company doing business in the State of Mississippi.

9. **Law And Regulations**: The bidder's attention is directed to the fact that all applicable federal, state, and local laws, municipal ordinances, and the rules and regulations of all

authorities having jurisdiction over construction of the Project shall apply to the Contract throughout, and they will be deemed to be included in the Contract the same as though herein written out in full.

10. **Minority Business and Women's Business Utilization Requirements**: Positive efforts as required by the Community Development Block Grant (CDBG) Program shall be made by BIDDERS to utilize minority-owned and women-owned businesses as sources of construction, materials, supplies and services. Such efforts must allow these sources the maximum feasible opportunity to compete for subagreements and contracts. Documentation of efforts made to utilize minority and women-owned firms must be maintained by all BIDDERS.

The OWNER's goal for minority-owned business participation as a percentage of construction cost is **10%**. The OWNER's goal for women-owned business participation is **5%**.

The Supplemental General Conditions (Attachment No. 13) provides a list of qualified minority and women's business enterprises for assisting contractors in their MBE/WBE solicitation efforts.

11. **Obligation of Bidder**: At the time of the opening of bids, each Bidder will be presumed to have inspected the site and to have read and to be thoroughly familiar with the Drawings, Specifications and Contract Documents (including addenda issued, if any).

12. **Time of Completion**: Bidder must agree to commence work within 10 calendar days of issuance of a written "Work Order" from the OWNER and to fully complete the project within the number of consecutive calendar days mutually agreed upon and set forth in the "Work Order".

13. **Proposal Guarantees**: Proposal guarantees will be returned to the unsuccessful bidders as soon as a Contract has been awarded, and to the successful bidder after he has executed the Contract and has furnished a Performance Bond and Payment Bond and Certificates of Insurance as required.

14. **Non-Collusion Affidavit**: Contractor must complete (**in duplicate**) the non-collusion affidavits included in the Contract Documents and submit same as part of his bid. **FAILURE TO DO SO WILL DISQUALIFY HIS BID.**

15. **Interpretations**: No oral interpretation made to any Bidder as to the meaning of the Drawings and Specifications or Contract Documents, shall be considered an effective modification of the provisions of the Contract Documents. Written and oral requests for interpretation of the Drawings and Specifications shall be submitted to the ENGINEER for a formal decision which will be given in writing to all Drawing and Specification holders.

16. **Subcontractor**: The Bidder is specifically advised that any person, firm or other party to whom it proposes to award a subcontract must be acceptable to the OWNER. The total allowable subcontract amount shall not exceed **fifty percent (50%) of contract amount**.

A. **Qualifications of Subcontractors: Material and Equipment Suppliers:**

Within ten (10) working days after issuance of a Work Order, the CONTRACTOR will submit to the OWNER and the ENGINEER for acceptance, a list of the names of Subcontractors and such other persons and organization (including those who are to furnish principal items of materials or equipment) proposed for those portions of the Work as to which the identity of the Subcontractors and other persons and organizations must be submitted as specified in the Contract Documents. Within ten (10) working days after receiving the list, the ENGINEER will notify the CONTRACTOR in writing if either the OWNER or the ENGINEER, after due investigation, has reasonable objection to any Subcontractor, person or organization on such list. The failure of the OWNER or the ENGINEER to make objection to any Subcontractor, person or organization on the list within ten (10) working days of receipt shall constitute an acceptance of such Subcontractor, person or organization but shall not constitute a waiver of any right of the OWNER or the ENGINEER to reject any work, material or equipment that is not in conformance with the requirements of the Contract Documents.

B. The CONTRACTOR will not employ any Subcontractor, other person or organization, whether initially or as a substitute, against whom the OWNER or the ENGINEER may have reasonable objection, nor will the CONTRACTOR be required to employ a Subcontractor who has been accepted by the OWNER and the ENGINEER, unless the ENGINEER determines that there is good cause for doing so.

C. The CONTRACTOR shall be fully responsible for all acts and omissions of his Subcontractors and of persons and organizations directly or indirectly employed by them and of persons and organizations for whose acts any of them may be liable to the same extent that he is responsible for the acts and omissions of persons directly employed by him. Nothing in the Contract Documents shall create any obligation on the part of OWNER or ENGINEER to pay or to see to the payment of monies due Subcontractors or other persons or organizations, except as may otherwise be required by law. OWNER or ENGINEER may furnish to Subcontractors or other persons or organizations, to the extent practicable, evidence of amounts paid to the CONTRACTOR on account of specific Work done in accordance with the schedule of values.

D. The divisions and sections of the Specifications and the identifications of Drawings shall not control the CONTRACTOR in dividing the Work among Subcontractors or delineating the Work to be performed by specific trades.

E. The CONTRACTOR agrees to bind specifically every Subcontractor to the applicable terms and conditions of the Contract Documents for the benefit of the OWNER.

F. All Work performed for the CONTRACTOR by a Subcontractor shall be pursuant to an appropriate agreement between the CONTRACTOR and the Subcontractor.

G. The CONTRACTOR shall be responsible for the coordination of the trades, Subcontractors and materialmen engaged in the Work.

   a. The CONTRACTOR shall cause appropriate provisions to be inserted in all subcontracts relative to the Work to bind Subcontractors to the CONTRACTOR by the terms of these General Conditions and other Contract Documents insofar as

applicable to the Work of Subcontractors, and to give the CONTRACTORS the same power as regards terminating subcontracts that the OWNER may exercise over the CONTRACTOR under provisions of the Contract Documents.

b.   The OWNER or ENGINEER will not undertake to settle differences between the CONTRACTOR and his Subcontractors or between Subcontractors.

c.   If in the opinion of the ENGINEER, a Subcontractor on the Project proves to be incompetent or otherwise unsatisfactory, he shall be replaced if and when the CONTRACTOR is so directed in writing.

17.   **Qualifications of Bidders:** The OWNER may make such investigations as he deems necessary to determine the ability of the Bidder to perform the work and the Bidder shall furnish to the OWNER all such information and data for this purpose as the OWNER may request. The OWNER reserves the right to reject a Bid if the evidence submitted by or investigation of such Bidder fails to satisfy the OWNER that such Bidder is properly qualified to carry out the items of Work contemplated therein.

18.   **Insurance:** The Contractor will be required to carry the types and amounts of insurance specified in the Supplemental Conditions as enclosed herein for the full term of the Contract.

19.   **Contract Award:** Award of Contract, if made, shall be within **90 days** of date of receipt of Bids. Issuance of Work Orders shall be within the time frame included elsewhere, unless extended by Change Order.

20.   **Contingencies:** Not withstanding any provision of this Agreement to the contrary, the parties hereto agree and acknowledge that this Agreement does not constitute a commitment of funds or site approval, and that such commitment of funds or approval may occur only upon satisfactory completion of environmental review, receipt by the State of Mississippi and the Harrison County Utility Authority of a release of funds from the U. S. Department of Housing and Urban Development under 24 CFR Part 58. The parties further agree that the provision of any funds to the project is conditioned and contingent upon the State of Mississippi and the Harrison County Utility Authority's determination to proceed with modify or cancel the project based on the results of a subsequent environmental review, the acquisition of property required for the project and the issuance of appropriate work orders which define specific areas of work.

21.   **Work Orders:** A written statement to Contractor issued on or after the Effective Date of the Agreement and signed by Owner and recommended by Engineer ordering an addition, deletion, or revision in the Work. A Work Order will reflect the Contract Time within which the Work required by such Work Order shall be performed. The Unit Prices reflected in the Contractor's Bid shall apply to all work required to be performed pursuant to a Work Order. Contractor acknowledges that this is a Unit Price Contract and that Owner shall be entitled to issue Work Orders throughout the life of the Contract. Owner may or may not have the Site(s) currently located or secured.

22. **Plans and Specifications:** It is understood that the design for the installation of the units of work included in this Term Bid may or may not be complete at the time of bidding or Contract Award. Drawings are issued for the purpose of showing the derivation of the bid quantities and the anticipated location of the Work. The bidder is responsible for including in his bid the cost of performing under the general conditions apparent in the field at the time of bid. Contractor shall not be entitled to any adjustment in unit prices due to the issuance of Work Orders except as provided in the Special Conditions.

# BID

Proposal of _____ (hereinafter called "BIDDER"), organized and existing under the laws of the State of _____ doing business as a _____ insert: (corporation, partnership, limited liability company or individual) to: the **Harrison County Utility Authority**, (hereinafter called "OWNER"). In compliance with your advertisement for Bids, BIDDER, hereby proposes to perform all WORK for **Two Year Unit Bid for the Furnishing and Installation of Water Mains, Sewer Mains, Force Mains, Pump Stations, and Appurtenances, HARCUA 2008-01**, in strict accordance with the CONTRACT DOCUMENTS at the prices stated below. By submission of the BID, each BIDDER certifies, and in the case of a joint BID each party thereto certifies as to his own organization, that this BID has been developed independently, without consultation, communication or agreement as to any matter relating to this BID with any other BIDDER or with any competitor.

The unit prices bid shall be valid for a period of two years for the issuance of a work order from the date of the executed Contract. Work Order(s) for the construction of specific items of work will be issued within two years of the date of the executed Contract and the Contractor shall be bound by the unit prices stated in the Work Order.

BIDDER hereby agrees to commence WORK under this Contract within 10 days of receipt of a Written Work Order. BIDDER further agrees to pay as liquidated damages, the applicable sum reflected in the Contract Documents for each and every consecutive calendar day that he shall be in default in completing each Work Order within the stipulated time as mutually agreed.

BIDDER ACKNOWLEDGES receipt of the following ADDENDA:

    NUMBER                    DATE

_____    _____

_____    _____

Each BIDDER is responsible for inspecting the site and for reading and being thoroughly familiar with the CONTRACT DOCUMENTS. The failure or omission of any BIDDER to do any of the foregoing shall in no way relieve any BIDDER from any obligation in respect to this bid.

It is anticipated that project specific work orders shall be issued for the construction of bid items. Work orders may vary in quantity and duration depending on the specific site. BIDDER also

understands that the total quantities mentioned below are approximate only and are subject to either increase or decrease, and hereby proposes to perform any increased or decreased quantities of work at the Unit Price Bid. OWNER does not guarantee a minimum quantity of work to CONTRACTOR.

In accordance with the requirements of the Plans, Specifications and Contract Documents, BIDDER proposes to furnish all necessary materials, equipment, labor, tools and other means of construction and to construct the Project in accordance with the Contract Documents.

BIDDER further agrees to execute the contract agreement as bound herein within ten (10) days after receipt of contract forms from the OWNER.

BIDDER also proposes to execute a Performance Bond and a Payment Bond, as shown in the Specifications, each in an amount of not less than **one hundred percent (100%)** of the total of the Bid. These Bonds shall not only serve to guarantee the completion of the work on the BIDDERS part, but also to guarantee the excellence of both workmanship and materials until the work is finally accepted.

BIDDER encloses a Bid Bond or Certified Check for <u>5% of Bid Amount</u> DOLLARS ($_____) and hereby agrees that in case of failure to execute the Contract and furnish the required Bonds within (10) days after the Receipt of Contract Award, the amount of this Certified Check or Bid Bond will be forfeited to the OWNER, as liquidated damages arising out of his failure to execute the Contract as proposed.

It is understood that in case BIDDER is awarded the Work, the Certified Check or Bid Bond submitted as Bid security will be returned as stipulated in the Contract Documents.

Further, the BIDDER agrees to abide by the requirements under Executive Order No. 11246, as amended, including specifically the provision of the Equal Opportunity Clause set forth in the Federal Requirements, if applicable.

The BIDDER shall supply the names and address of major material suppliers and subcontractors.

**The engineer is Seymour Engineering, Inc.**

BIDDER agrees to perform all the Work described in the CONTRACT DOCUMENTS for the following unit prices or base bid amount:

**NOTES:**

1.  Unit price amounts are to be shown in figures where indicated. Where a discrepancy in the unit price and the extension of any items occurs, the unit price will govern.

2.  Unit prices shall include all management, supervision, equipment, labor, materials, bonding, shoring, removal, overhead, profit, insurance, etc., to cover the finished work of the several kinds called for.

3.  Any erasure, change or alteration of any kind must be initialed by the BIDDER.

4.  Bid prices shall include sales tax and all other applicable taxes and fees.

5.  Any item of work not specified on the Proposal as a separate pay item but required for the performance of the work shall be considered as an absorbed cost and no additional compensation shall be paid for such item of work.

6.  Owner reserves the right to award any combination of base and alternate bids (if any) it deems advantageous and in the event that any specified bid item units are lump sum (LS), the Owner reserves the right to delete any such item or combination of such items from the project. The Owner further reserves the right to delete any item or items desired from the Bid Schedule and to adjust quantities after the Contract has been awarded. Any deletions or adjustments, if any are made, shall be made by Change Order and bidder hereby agrees to accept such Change Orders.

### (SEE THE FOLLOWING SHEETS FOR BID ITEMS)

HARRISON COUNTY UTILITY AUTHORITY

TWO YEAR UNIT BID FOR THE FURNISHING AND INSTALLATION OF UTILITY WATER MAINS, SEWAGE MAINS, FORCE MAINS, PUMP STATIONS AND APPURTENANCES

TERM BID HARCUA #2008-03

MATERIALS, LABOR, EQUIPMENT AND INSTALLATION

| ITEM NO. | S22 D'Iberville Waterfront Wastewater System Improvements DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | COST |
|---|---|---|---|---|---|
| 1 | 4' Dia Manhole 0' - 6' Cut | 17 | EA | | |
| 2 | 4' Dia Manhole 6' - 8' Cut | 20 | EA | | |
| 3 | 4' Dia Manhole 8' - 10' Cut | 20 | EA | | |
| 4 | 4' Dia Manhole 10' - 12' Cut | 4 | EA | | |
| 5 | Tie Into Existing Manholes | 2 | EA | | |
| 6 | 5' Dia Manhole 0' - 6' Cut | 1 | EA | | |
| 7 | 5' Dia Manhole 6' - 8' Cut | 1 | EA | | |
| 8 | 5' Dia Manhole 10' - 12' Cut | 3 | EA | | |
| 9 | 6' Dia Manhole 10' - 12' Cut | 2 | EA | | |
| 10 | 7' Dia Manhole 12' - 14' Cut | 1 | EA | | |
| 11 | 5' x 7' Concrete Box (Manhole) | 1 | EA | | |
| 12 | 12" Dia Sewer 0' - 6' Cut | 694 | LF | | |
| 13 | 12" Dia Sewer 6' - 8' Cut | 79 | LF | | |
| 14 | 12" Dia Sewer 8' - 10' Cut | 180 | LF | | |
| 15 | 15" Dia Sewer 0' - 6' Cut | 699 | LF | | |
| 16 | 15" Dia Sewer 6' - 8' Cut | 768 | LF | | |
| 17 | 15" Dia Sewer 8' - 10' Cut | 436 | LF | | |
| 18 | 18" Dia Sewer 0' - 6' Cut | 1,859 | LF | | |
| 19 | 18" Dia Sewer 6' - 8' Cut | 3,773 | LF | | |
| 20 | 18" Dia Sewer 8' - 10' Cut | 2,411 | LF | | |
| 21 | 18" Dia Sewer 10' - 12' Cut | 182 | LF | | |
| 22 | 24" Dia Sewer 0' - 6' Cut | 0 | LF | | |
| 23 | 24" Dia Sewer 6' - 8' Cut | 1,183 | LF | | |
| 24 | 24" Dia Sewer 8' - 10' Cut | 272 | LF | | |
| 25 | 36" Dia Sewer 0' - 6' Cut | 0 | LF | | |
| 26 | 36" Dia Sewer 6' - 8' Cut | 0 | LF | | |
| 27 | 36" Dia Sewer 8' - 10' Cut | 272 | LF | | |
| 28 | 36" Dia Sewer 10' - 12' Cut | 360 | LF | | |
| | Continued Next Page | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Continuation S22 | | | | |
| 29 | 60" Dia Sewer 12' - 14' Cut | 101 | LF | | |
| 30 | Jack and Bore with Steel Casing (M) | 150 | LF | | |
| 31 | 8" PVC Forcemain (M) | 2,012 | LF | | |
| 32 | 10" PVC Forcemain (M) | 3,285 | LF | | |
| 33 | Connect Existing Services to New 12" Line, 6" Double Service Connection, incl. fittings and approx. 25 LF of pipe from main line to property line | 5 | EA | | |
| 34 | Connect Existing Services to New 15" Line, 6" Double Service Connection, incl. fittings and approx. 25 LF of pipe from main line to property line | 10 | EA | | |
| 35 | Connect Existing Services to New 18" Line, 6" Double Service Connection, incl. fittings and approx. 25 LF of pipe from main line to property line | 46 | EA | | |
| 36 | Connect Existing Services to New 24" Line, 6" Double Service Connection, incl. fittings and approx. 25 LF of pipe from main line to property line | 8 | EA | | |
| 37 | Connect Existing Services to New 36" Line, 6" Double Service Connection, incl. fittings and approx. 25 LF of pipe from main line to property line | 3 | EA | | |
| 38 | Connect Existing Services to New 12" Line, 4" Single Service Connection, incl. 6" tee from main line and 4" fittings and approx. 25 LF of 4" pipe from tee to property line | 5 | EA | | |
| 39 | Connect Existing Services to New 15" Line, 4" Single Service Connection, incl. 6" tee from main line and 4" fittings and approx. 25 LF of 4" pipe from tee to property line | 10 | EA | | |
| 40 | Connect Existing Services to New 18" Line, 4" Single Service Connection, incl. 6" tee from main line and 4" fittings and approx. 25 LF of 4" pipe from tee to property line | 46 | EA | | |
| 41 | Connect Existing Services to New 24" Line, 4" Single Service Connection, incl. 6" tee from main line and 4" fittings and approx. 25 LF of 4" pipe from tee to property line | 8 | EA | | |
| 42 | Connect Existing Services to New 36" Line, 4" Single Service Connection, incl. 6" tee from main line and 4" fittings and approx. 25 LF of 4" pipe from tee to property line | 3 | EA | | |
| 43 | Select Backfill, LVM, 8' trench width | 29,040 | CY | | |
| 44 | 6" Limestone Base, LVM, 8' trench width | 2,420 | CY | | |
| 45 | 4" Black Base Asphalt, 8' trench width | 3,194 | TN | | |
| 46 | 2" Asphalt Surface Course (SC-1), road width | 3,194 | TN | | |
| | Continued Next Page | | | | |

| | Continuation S22 | | | | |
|---|---|---|---|---|---|
| 47 | Traffic Control | 1 | LS | | |
| 48 | New Lift Station | 5 | EA | | |
| 49 | Remove Existing Lift Station | 3 | EA | | |
| 50 | Dewatering | 1 | LS | | |
| 51 | Mobilization | 1 | LS | | |
| 52 | Erosion Control, incl Silt Fence | 1 | LS | | |
| 53 | Seeding & Fertilizer | 4,081 | SY | | |
| 54 | Utility Adjustment, Water | 20 | EA | | |
| 55 | Utility Adjustment, Sewer | 20 | EA | | |
| 56 | Utility Adjustment, Sewer Force Main | 20 | EA | | |
| 57 | Utility Adjustment, Storm Sewer | 20 | EA | | |
| 58 | Utility Adjustment, Electrical | 20 | EA | | |
| 59 | Utility Adjustment, Communications | 20 | EA | | |
| 60 | Utility Adjustment, Gas | 20 | EA | | |
| 61 | Utility Adjustment, Other | 20 | EA | | |
| 62 | Removal of Existing Sewer System | 1 | LS | | |
| 63 | Removal of Existing Grinder Station Well | 40 | EA | | |
| 64 | Removal of Forcemains and Electrical to Grinder Stations | 40 | EA | | |
| 65 | Mobilization for Milling/Grinding of Asphalt | 1 | LS | | |
| 66 | Milling/Grinding of Asphalt, road width minus 8' trench | 14,520 | SY | | |
| 67 | Bypass Pumping | 1 | LS | | |
| | | | | | |
| | | | | | |
| | | TOTAL BASE BID | $ | | |

NUMERICAL

TOTAL BASE BID _____
DOLLARS
_____ CENTS

WORDS
(Total Base Bid amount is to be in both words and figures.  In case of discrepancy the
amount shown in words will govern.)

**Items with F designation are eligible for fuel adjustment. Items with M designation are eligible for material adjustment.**

RESPECTFULLY SUBMITTED BY: _____

_(PLEASE PRINT)_

SIGNATURE _____

NAME AND TITLE _____

_(PLEASE PRINT)_

ADDRESS _____

_____

_____

(SEAL)

PHONE NUMBER _____

IF BY CORPORATION

CERTIFICATE OF RESPONSIBILITY NO. _____

## CORPORATE CERTIFICATE

(To Be Executed If Bidder Is A Corporation)

I, _____ certify that I am the Secretary of the Corporation named as Contractor in the

foregoing Proposal; that _____who signed said Proposal on behalf of the Contractor,

was then _____ of said Corporation; that said Proposal was duly signed for and in behalf of

said Corporation by authority of its governing body and is within the scope of its corporate powers.


Name:_____

Title:_____

Signature:_____

(CORPORATE SEAL)

## PARTNERSHIP CERTIFICATE
(To Be Executed If Bidder Is A Partnership)


STATE OF _____ )
                                   )  ss:
COUNTY OF _____ )


On this __ day of _____, 2008, before me personally appeared _____, known to be

and known by me to be the person who executed the above instrument, who being by me first duly

sworn, did depose and say that he is general partner in the firm of:

_____; that said firm consists of himself and _____; and that

he executed the foregoing instrument for and on behalf of said firm for the uses and purposes stated

herein.


Name:_____

Signature:_____

Notary Public in and for the

County of_____
State of_____


                                                        (Notary Seal)

My Commission Expires:_____

## LIMITED LIABILITY COMPANY CERTIFICATE

I, the undersigned _____, hereby certify that I am the Manager of _____ _____ (the "Company") or if the Company does not have a Manager, a Member of the Company with full power and authority to bind the Company; that _____ who executed the Proposal on behalf of the Company is _____ of the Company with full power and authority to execute same on behalf of the Company, and that the Proposal and the Contract, if awarded to the Company, are within the powers and authority of the Company.


Name: _____

Title: _____

Signature: _____


Name: _____

Signature: _____

Notary Public in and for the

County of _____
State of _____


(Notary Seal)

My Commission Expires: _____

## AFFIDAVIT

### (TO BE EXECUTED IN DUPLICATE)

STATE OF MISSISSIPPI
COUNTY OF
I, _____   _____
                    (name of person signing affidavit)
individually, and in my capacity as_____
                                                        (title)
of _____   _____
          (name of firm, partnership, limited liability company, or corporation.)
being duly sworn, on oath do depose and say as follows:


(a) That _____ , Bidder on the **Two Year Unit Bid for the Furnishing and Installation of**

**Water Mains, Sewer Mains, Force Mains, Pump Stations, and Appurtenances, HARCUA**

**2008-01** ,has not either directly or indirectly entered into any agreement, participated in any

collusion, or otherwise taken any action in restraint of free competitive bidding in connection with

this contract; nor have any of its officers, partners, employees or principal owners.

(b) further, that neither said legal entity nor any of its directors, officers, partners, principal owners

or managerial employees are currently debarred from bidding on public contracts by the State of

Mississippi or any of its agencies; or by one or more of the other states or any of their agencies; or

by the Department of Housing and Urban Development.

Signature _____   _____

Title _____   _____

(SEAL)
Sworn before me this _ day of _____, 2008.

My commission expires _ _____   Notary Public

**NOTE:   FAILURE TO PROPERLY SIGN AND NOTARIZE THIS AFFIDAVIT WILL
DISQUALIFY THE BID.**

## AFFIDAVIT

### (TO BE EXECUTED IN DUPLICATE)

STATE OF MISSISSIPPI
COUNTY OF

I, _____
(name of person signing affidavit)

individually, and in my capacity as_____
(title)

of _____
(name of firm, partnership, limited liability company, or corporation.)

being duly sworn, on oath do depose and say as follows:

(a) That _____, Bidder on the **Two Year Unit Bid for the Furnishing and Installation of Water Mains, Sewer Mains, Force Mains, Pump Stations, and Appurtenances, HARCUA 2008-01**, has not either directly or indirectly entered into any agreement, participated in any collusion, or otherwise taken any action in restraint of free competitive bidding in connection with this contract; nor have any of its officers, partners, employees or principal owners.

(b) further, that neither said legal entity nor any of its directors, officers, partners, principal owners or managerial employees are currently debarred from bidding on public contracts by the State of Mississippi or any of its agencies; or by one or more of the other states or any of their agencies; or by the Department of Housing and Urban Development.

Signature _____

Title _____

(SEAL)
Sworn before me this _ day of _____, 2008.

My commission expires _____ _ Notary Public

**NOTE: FAILURE TO PROPERLY SIGN AND NOTARIZE THIS AFFIDAVIT WILL DISQUALIFY THE BID.**

| SUB CONTRACTORS | | |
|---|---|---|
| NAME | TYPE OF SERVICE | CONTRACT AMOUNT |
| | | |
| | | |
| | | |
| | | |
| | | |

| MAJOR MATERIAL AND EQUIPMENT SUPPLIERS | | |
|---|---|---|
| NAME | MATERIAL/EQUIPMENT | CONTRACT AMOUNT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# BID BOND

KNOW ALL MEN BY THESE PRESENTS:

That _____
<div align="center">(Name of Contractor)</div>

_____
<div align="center">(Address of Contractor)</div>

a _____   hereinafter called "Principal", and
<div align="center">(Corporation, Partnership, Limited Liability Company or Individual)</div>

                                                       hereinafter called "Surety",

_____
<div align="center">(Name of Surety)</div>

are held and firmly bound unto the **HARRISON COUNTY UTILITY AUTHORITY**, hereinafter called "OWNER" in the penal sum of 5% of Total Bid, for the payment of which sum well and truly to be made, we bind ourselves, successors, and assigns, jointly and severally, firmly by these presents.

Signed, this the ____ day of _____. 2008. The Condition of the above obligation is such that whereas the Principal has submitted to the **Harrison County Utility Authority** a certain BID, attached hereto and hereby made a part thereof to enter into a contract in writing, for the performance of: a:

**Two Year Unit Bid for the Furnishing and Installation of Water Mains, Sewer Mains, Force Mains, Pump Stations, and Appurtenances, Term Bid HARCUA # 2008-03**

NOW, THEREFORE,

     (a)     If said BID shall be rejected, or,

     (b)     If said BID shall be accepted and the Principal shall execute and deliver a contract on the Contract form as attached hereto (properly completed in accordance with said BID) and shall furnish BONDS for his faithful performance of said contract, and for the payment of all persons performing labor or furnishing materials in connection herewith, and shall in all other respects perform the agreement created by the acceptance of said BID, then this obligation shall be void, otherwise the same shall remain in effect; it being expressly understood and agreed that the liability of the Surety for any and all claims hereunder shall, in no event, exceed the penal amount of this obligation as herein stated.

The Surety, for value received, hereby stipulates and agrees that the obligations of said Surety and its BOND shall be in no way impaired or affected by any extension of the time within which the OWNER may accept such BID; and said Surety does hereby waive notice of any such extension.

IN WITNESS WHEREOF, the Principal and the Surety have hereunto set their hands and seals, and such of them as are corporations have caused their corporate seals to be hereto affixed and these present to be signed by their officers, the day and year first set forth above.

(L.S.)

| | |
|---|---|
| Principal | Surety |

| | |
|---|---|
| By: | By: |

**IMPORTANT:** Surety companies executing BONDS must appear on the Treasury Department's most current list (Circular 570 as amended) and be authorized to transact business in the state where the project is located.

# CONTRACT

THIS AGREEMENT, made this the _____ day of _____, 2008, by and between the **Harrison County Utility Authority** hereinafter called "OWNER" and _____, doing business as (an Individual), (a Partnership), (a Limited Liability Company), or (a Corporation) hereinafter called "CONTRACTOR".

WITNESSETH: That for and in consideration of the payments and agreements hereinafter mentioned:

1. The CONTRACTOR will commence and complete the construction of specific quantities as provided in various work orders based on the **Two Year Unit Bid for the Furnishing and Installation of Water Mains, Sewer Mains, Force Mains, Pump Stations, and Appurtenances**, hereinafter called "PROJECT".

2. The CONTRACTOR will furnish all of the management, supervision, material, supplies, tools, equipment, labor and other services necessary for the construction and completion of the PROJECT described herein.

3. The CONTRACTOR will commence the work required by the CONTRACT DOCUMENTS within 10 calendar days after the date of the written WORK ORDER.

4. The CONTRACTOR agrees to perform all of the work described in the CONTRACT DOCUMENTS, and comply with the terms therein for the unit prices shown in the BID Schedule.

5. The term "CONTRACT DOCUMENTS" means and includes the following:
   (a) This Agreement or Contract
   (b) Instruction to Bidders
   (c) Signed Copy of Proposal Form and Bidder's Certificate
   (d) Executed Non-Collusion Form and Compliance Statements
   (e) Executed Performance Bond
   (f) Executed Payment Bond
   (g) General Conditions
   (h) Supplemental General Conditions

(i)     Special Conditions

(j)     Technical Specifications

(k)     Drawings issued by _____ and dated _____
        2008.

(l)     ADDENDA:

No._____ Dated

(m)     All federal government conditions, specifications, regulations and requirements
bound herein, incorporated herein by reference, or applicable as a matter of law.

(n)     Executed Work Orders prepared in accordance with the Agreement.

6.      The Contractor agrees to abide by the following consequences for failure to complete the
project within the mutually agreed-upon time specified in the Work Order:

A.      LIQUIDATED DAMAGES - CONTRACTOR shall pay to OWNER for each and
every calendar day that he shall be in default in attaining Completion of the Work
Order within the time stipulated for each Work Order the applicable sum reflected in
the Contract Documents.  The CONTRACTOR shall be liable for the continued
assessment of liquidated damages of the applicable sum reflected in the Contract
Documents for each calendar day that he shall be in default in completing each
Work Order within the stipulated time as mutually agreed. Since the OWNER's
losses are due to the CONTRACTOR's delay and are not readily ascertainable, the
amount provided herein for liquidated damages constitutes agreed damages and not
a penalty.

B.      INDEMNIFICATION - CONTRACTOR shall fully indemnify and hold harmless
the OWNER, the ENGINEER, the STATE of MISSISSIPPI, MISSISSIPPI
DEVELOPMENT    AUTHORITY,    MISSISSIPPI    DEPARTMENT    OF
ENVIRONMENTAL QUALITY, MISSISSIPPI ENGINEERING GROUP, INC.
and their officers, personnel, and agents from and against:  (1) any and all fines,
civil penalties, and assessments levied by the State of Mississippi Office of Pollution
Control, State of Mississippi Bureau of Environmental Health or any federal or state
court or agency for failure to meet, perform, or comply with any part of the time
schedule as defined in the Contract Documents, and (2) any and all , damages, fines

losses, expenses, liabilities, actions, judgments, and decrees of any and every mature whatsoever in any manner caused by, resulting from, or arising out of CONTRACTOR's performance of work on or in connection to the Project.

C.  RIGHT OF SET-OFF - The OWNER, in addition to its other remedies under this Contract and in law and in equity, may deduct from monies which become due the CONTRACTOR under this Contract or under any of the foregoing provisions amounts due OWNER from CONTRACTOR.

7.  The OWNER will pay to the CONTRACTOR in the manner and at such times set forth in the General Conditions such amount as required by the CONTRACT DOCUMENTS. The OWNER shall retain five percent (5%) of the amount of each payment until final completion and acceptance of all work covered by the CONTRACT DOCUMENTS unless otherwise mutually agreed.

8.  The CONTRACTOR agrees to allow the OWNER or a duly authorized representative thereof, access to books. documents, papers and records of the CONTRACTOR which are directly pertinent to the Project which is the subject of this Contract, for the purpose of making audits, examinations, excerpts and transcriptions, and CONTRACTOR agrees to insert an identical access to records clause into all subcontracts.

9.  Not withstanding any provision of this Agreement to the contrary, the parties hereto agree and acknowledge that this Agreement does not constitute a commitment of funds or site approval, and that such commitment of funds or approval may occur only upon satisfactory completion of environmental review, receipt by the State of Mississippi and the Harrison County Utility Authority of a release of funds from the U. S. Department of Housing and Urban Development under 24 CFR Part 58. The parties further agree that the provision of any funds to the Project is conditioned and contingent upon the State of Mississippi and the Harrison County Utility Authority's determination to proceed with, modify or cancel the project based on the results of a subsequent environmental review, the acquisition of property required for the project and the issuance of appropriate work orders which define specific areas of work.

10. The CONTRACTOR shall be held responsible for forfeiture of monies in the event that an audit indicates his failure to keep adequate records, including change orders, force accounts and payroll records, or the failure to comply with the Contract Documents.

11. Attached hereto and made a part of this Contract is a **Payment Bond**, executed by a Surety Company doing business in the State of Mississippi, in the sum of:

($ _____ ) _____
(not less than one hundred percent of Contract amount)

12. Attached hereto and made a part of this Contract is a **Performance Bond**, executed by a Surety Company doing business in the State of Mississippi, in the sum of:

($ _____ ) _____
(not less than one hundred percent of Contract amount)

13. This Agreement shall be binding upon all parties hereto and their respective heirs, executors, administrators, successors, and assigns.

IN WITNESS WHEREOF, the parties hereto have executed or caused to be executed by their duly authorized officials, this Agreement in **5** copies each of which shall be deemed an original on the date first above written.

_____ County Utility Authority

BY: _____
NAME: _____
TITLE: _____

ATTEST:

BY: _____
NAME: _____
TITLE: _____                    (SEAL)

CONTRACTOR

BY: _____
NAME: _____
TITLE: _____

ATTEST:

BY: _____
NAME: _____
TITLE: _____                    (SEAL)

## PERFORMANCE BOND

KNOW ALL MEN BY THESE PRESENTS:

That _____
(Name of Contractor)

_____
(Address of Contractor)

A _____ hereinafter called "Principal", and
(Corporation, Partnership, Limited Liability Company, or Individual)

_____ hereinafter called "Surety",
(Name of Surety)

are held and firmly bound unto the **Harrison County Utility Authority**, hereinafter called "OWNER" in the penal sum of

_____
, and 00/100s. _____ Dollars ($_____)

in lawful money of the United States, for the payment of which sum well and truly to be made, we bind ourselves, successors, and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THIS OBLIGATION is such that whereas, the Principal entered into a certain Contract with the OWNER, dated the _____ day of _____,2008, a copy of which is hereto attached and made a part hereof for the construction of:

**Two Year Unit Bid for the Furnishing and Installation of Water Mains, Sewer Mains, Force Mains, Pump Stations, and Appurtenances.**

NOW, THEREFORE, if the Principal shall well, truly and faithfully perform its duties, all the undertakings, covenants, terms, conditions, and agreements of said Contract during the Original term thereof, and any extensions thereof which may be granted by the OWNER, with or without notice to the Surety and during the one year guaranty period and if he shall satisfy all claims and demands incurred under such Contract, and shall fully indemnify and save harmless the OWNER from all costs and damages which it may suffer by reason of failure to do so, and shall reimburse and repay the OWNER of all of outlay and expense which the OWNER may incur in making good any default, then this obligation shall be void; otherwise to remain in full force and effect. PROVIDED, FURTHER, that the said Surety for value received hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the Contract or to the WORK to be performed hereunder or the SPECIFICATIONS accompanying the same shall in any wise affect its obligation on this BOND, and it does hereby waive notice of any such change, extension of time,

alteration or addition to the loans of this Contract or to the WORK or to the SPECIFICATIONS. PROVIDED, FURTHER, that no final settlement between the OWNER and the CONTRACTOR shall abridge the right of any beneficiary hereunder, whose claim may not yet be satisfied.

WITNESS WHEREOF, this instrument is executed in __five (5)__ counterparts, each of which shall be deemed an original, this the _____ day of _____, 2008.

**ATTEST:**

_____
(Principal) Secretary

(SEAL)

_____
Witness as to Principal

_____
(Address)

_____

**ATTEST:**
(SEAL)

_____
Witness as to Surety

_____
(Address)

_____


_____
(Principal)

By _____

_____
(Address)

_____


_____
(Surety)

By _____
Attorney-in-Fact, MS Resident Agent

_____
(Address)

_____

_____
Phone Number (include Area Code)

**NOTE:** Date of BOND **must not be** prior to date of CONTRACT. If CONTRACTOR is Partnership, all partners should execute BOND

**IMPORTANT:** Surety companies executing BONDS must appear on the Treasury Department's most current list (Circular 570 as amended) and be authorized to transact business in the State where the Project is located.

# PAYMENT BOND

KNOW ALL MEN BY THESE PRESENTS:

That _____
(Name of Contractor)

_____
(Address of Contractor)

a _____ hereinafter called "Principal", and
(Corporation, Partnership, Limited Liability Company, or Individual)

_____ hereinafter called "Surety",
(Name of Surety)

are held and firmly bound unto the **Harrison County Utility Authority**, hereinafter called
"OWNER" in the penal sum of _____

dollars, and 00/100s.                     Dollars     ($_____)

in lawful money of the United States, for the payment of which sum well and truly to be made, we
bind ourselves, successors, and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THIS OBLIGATION is such that whereas, the Principal entered into a
certain Contract with the OWNER, dated the _____ day of _____, 2008, a copy of
which is hereto attached and made a part hereof for the construction of:

**Two Year Unit Bid for the Furnishing and Installation of Water Mains, Sewer Mains, Force
Mains, Pump Stations, and Appurtenances.**

NOW, THEREFORE, if the Principal shall promptly make payment to all persons, firms,
SUBCONTRACTORS, SUB-SUBCONTRACTORS, and corporations furnishing materials for or
performing labor in the prosecution of the WORK provided for in such Contract, and any authorized
extension or modification thereof, including all amounts due for materials, lubricants, oil, gasoline,
coal and coke, repairs on machinery, equipment and tools, consumed or used in connection with the
construction of such WORK, and all insurance premiums on said WORK, and for all labor,
performed in such WORK whether by SUBCONTRACTOR or otherwise, then this obligation shall
be void; otherwise to remain in full force and effect. PROVIDED, FURTHER, that the said Surety
for value received hereby stipulates and sees that no change, extension of time, alteration or addition
to the terms of the Contract or to the WORK to be performed hereunder or the SPECIFICATIONS
accompanying the same shall in any wise affect its obligation on this

BOND, and it does hereby waive notice of any such change, extension of time, alteration or addition to the loans of this Contract or to the WORK or to the SPECIFICATIONS. PROVIDED, FURTHER, that no final settlement between the OWNER and the CONTRACTOR shall abridge the right of any beneficiary hereunder, whose claim may not yet be satisfied.

WITNESS WHEREOF, this instrument is executed in _five (5)_ counterparts, each of which shall be deemed an original, this the _____ day of _____, 2008.

**ATTEST:**

_____
(Principal) Secretary

(SEAL)

_____
Witness as to Principal

_____
(Address)

_____

_____
(Principal)

By _____

_____
(Address)

_____

**ATTEST:**
(SEAL)

_____
(Surety)

By _____
Attorney-in-Fact, MS Resident Agent

_____
Witness as to Surety

_____
(Address)

_____
(Address)

_____

_____
Phone Number (include Area Code)

**NOTE:**        Date of BOND must not be prior to date of CONTRACT. If CONTRACTOR is Partnership, all partners should execute BOND.

**IMPORTANT:** Surety companies executing BONDS must appear on the Treasury Department's most current list (Circular 570 as amended) and be authorized to transact business in the State where the Project is located.

This document has important legal consequences; consultation with an attorney is encouraged with respect to its use or modification. This document should be adapted to the particular circumstances of the contemplated Project and the controlling Laws and Regulations.

# STANDARD GENERAL CONDITIONS
# OF THE CONSTRUCTION CONTRACT

Prepared by

**ENGINEERS JOINT CONTRACT DOCUMENTS COMMITTEE**

and

Issued and Published Jointly by









AMERICAN COUNCIL OF ENGINEERING COMPANIES

ASSOCIATED GENERAL CONTRACTORS OF AMERICA

AMERICAN SOCIETY OF CIVIL ENGINEERS

PROFESSIONAL ENGINEERS IN PRIVATE PRACTICE
*A Practice Division of the*
NATIONAL SOCIETY OF PROFESSIONAL ENGINEERS

Endorsed by



CONSTRUCTION SPECIFICATIONS INSTITUTE

These General Conditions have been prepared for use with the Suggested Forms of Agreement Between Owner and Contractor (EJCDC C-520 or C-525, 2007 Editions). Their provisions are interrelated and a change in one may necessitate a change in the other. Comments concerning their usage are contained in the Narrative Guide to the EJCDC Construction Documents (EJCDC C-001, 2007 Edition). For guidance in the preparation of Supplementary Conditions, see Guide to the Preparation of Supplementary Conditions (EJCDC C-800, 2007 Edition).

Copyright © 2007 National Society of Professional Engineers
1420 King Street, Alexandria, VA 22314-2794
(703) 684-2882
www.nspe.org

American Council of Engineering Companies
1015 15th Street N.W., Washington, DC 20005
(202) 347-7474
www.acec.org

American Society of Civil Engineers
1801 Alexander Bell Drive, Reston, VA 20191-4400
(800) 548-2723
www.asce.org

Associated General Contractors of America
2300 Wilson Boulevard, Suite 400, Arlington, VA 22201-3308
(703) 548-3118
www.agc.org

The copyright for this EJCDC document is owned jointly by the four EJCDC sponsoring organizations and held in trust for their benefit by NSPE.

# STANDARD GENERAL CONDITIONS OF THE
# CONSTRUCTION CONTRACT

## TABLE OF CONTENTS

Page

Article 1 – Definitions and Terminology ...........................................................................................1

   1.01 Defined Terms    1
   1.02 Terminology   5

Article 2 – Preliminary Matters ........................................................................................................6

   2.01 Delivery of Bonds and Evidence of Insurance     6
   2.02 Copies of Documents 6
   2.03 Commencement of Contract Times; Notice to Proceed    6
   2.04 Starting the Work   7
   2.05 Before Starting Construction 7
   2.06 Preconstruction Conference; Designation of Authorized Representatives  7
   2.07 Initial Acceptance of Schedules   7

Article 3 – Contract Documents: Intent, Amending, Reuse ...............................................................8

   3.01 Intent  8
   3.02 Reference Standards 8
   3.03 Reporting and Resolving Discrepancies   9
   3.04 Amending and Supplementing Contract Documents 9
   3.05 Reuse of Documents 10
   3.06 Electronic Data   10

Article 4 – Availability of Lands; Subsurface and Physical Conditions; Hazardous Environmental

      Conditions; Reference Points ....................................................................................11

   4.01 Availability of Lands   11
   4.02 Subsurface and Physical Conditions 11
   4.03 Differing Subsurface or Physical Conditions 12
   4.04 Underground Facilities   13
   4.05 Reference Points   14
   4.06 Hazardous Environmental Condition at Site 14

Article 5 – Bonds and Insurance .....................................................................................................16

   5.01 Performance, Payment, and Other Bonds   16
   5.02 Licensed Sureties and Insurers   16
   5.03 Certificates of Insurance   17
   5.04 Contractor's Insurance   17
   5.05 Owner's Liability Insurance   19
   5.06 Property Insurance   19
   5.07 Waiver of Rights   20
   5.08 Receipt and Application of Insurance Proceeds   21

5.09 Acceptance of Bonds and Insurance; Option to Replace    21
5.10 Partial Utilization, Acknowledgment of Property Insurer    22

Article 6 – Contractor's Responsibilities ................................................................................22

6.01 Supervision and Superintendence    22
6.02 Labor; Working Hours 22
6.03 Services, Materials, and Equipment  22
6.04 Progress Schedule    23
6.05 Substitutes and "Or-Equals"  23
6.06 Concerning Subcontractors, Suppliers, and Others  25
6.07 Patent Fees and Royalties    27
6.08 Permits      27
6.09 Laws and Regulations      28
6.10 Taxes  28
6.11 Use of Site and Other Areas  28
6.12 Record Documents    29
6.13 Safety and Protection 29
6.14 Safety Representative      30
6.15 Hazard Communication Programs    30
6.16 Emergencies  30
6.17 Shop Drawings and Samples 31
6.18 Continuing the Work  32
6.19 Contractor's General Warranty and Guarantee    33
6.20 Indemnification      33
6.21 Delegation of Professional Design Services 34

Article 7 – Other Work at the Site .......................................................................................35

7.01 Related Work at Site  35
7.02 Coordination  35
7.03 Legal Relationships    36

Article 8 – Owner's Responsibilities ....................................................................................36

8.01 Communications to Contractor    36
8.02 Replacement of Engineer    36
8.03 Furnish Data  36
8.04 Pay When Due    36
8.05 Lands and Easements; Reports and Tests  36
8.06 Insurance    37
8.07 Change Orders    37
8.08 Inspections, Tests, and Approvals    37
8.09 Limitations on Owner's Responsibilities    37
8.10 Undisclosed Hazardous Environmental Condition    37
8.11 Evidence of Financial Arrangements 37
8.12 Compliance with Safety Program    37

Article 9 – Engineer's Status During Construction ...............................................................37

9.01 Owner's Representative    37
9.02 Visits to Site  37
9.03 Project Representative    38

9.04 Authorized Variations in Work          38
9.05 Rejecting Defective Work          38
9.06 Shop Drawings, Change Orders and Payments          39
9.07 Determinations for Unit Price Work    39
9.08 Decisions on Requirements of Contract Documents and Acceptability of Work          39
9.09 Limitations on Engineer's Authority and Responsibilities          39
9.10 Compliance with Safety Program          40

Article 10 – Changes in the Work; Claims ................................................................40

    10.01     Authorized Changes in the Work          40
    10.02     Unauthorized Changes in the Work    40
    10.03     Execution of Change Orders  41
    10.04     Notification to Surety  41
    10.05     Claims 41

Article 11 – Cost of the Work; Allowances; Unit Price Work ....................................42

    11.01     Cost of the Work          42
    11.02     Allowances     45
    11.03     Unit Price Work          46

Article 12 – Change of Contract Price; Change of Contract Times ...........................46

    12.01     Change of Contract Price     46
    12.02     Change of Contract Times     47
    12.03     Delays 48

Article 13 – Tests and Inspections; Correction, Removal or Acceptance of Defective Work......48

    13.01     Notice of Defects     48
    13.02     Access to Work          48
    13.03     Tests and Inspections 49
    13.04     Uncovering Work     49
    13.05     Owner May Stop the Work     50
    13.06     Correction or Removal of Defective Work     50
    13.07     Correction Period     50
    13.08     Acceptance of Defective Work          51
    13.09     Owner May Correct Defective Work  52

Article 14 – Payments to Contractor and Completion ...............................................52

    14.01     Schedule of Values     52
    14.02     Progress Payments     52
    14.03     Contractor's Warranty of Title 55
    14.04     Substantial Completion          55
    14.05     Partial Utilization     56
    14.06     Final Inspection     57
    14.07     Final Payment 57
    14.08     Final Completion Delayed     58
    14.09     Waiver of Claims     58

Article 15 – Suspension of Work and Termination ....................................................59

15.01 Owner May Suspend Work 59
15.02 Owner May Terminate for Cause 59
15.03 Owner May Terminate For Convenience 60
15.04 Contractor May Stop Work or Terminate 61

Article 16 – Dispute Resolution ........................................................................................................61

16.01 Methods and Procedures 61

Article 17 – Miscellaneous ...............................................................................................................62

17.01 Giving Notice 62
17.02 Computation of Times 62
17.03 Cumulative Remedies 62
17.04 Survival of Obligations 62
17.05 Controlling Law 62
17.06 Headings 62

## ARTICLE 1 – DEFINITIONS AND TERMINOLOGY

1.01   *Defined Terms*

A. Wherever used in the Bidding Requirements or Contract Documents and printed with initial capital letters, the terms listed below will have the meanings indicated which are applicable to both the singular and plural thereof. In addition to terms specifically defined, terms with initial capital letters in the Contract Documents include references to identified articles and paragraphs, and the titles of other documents or forms.

1. *Addenda*—Written or graphic instruments issued prior to the opening of Bids which clarify, correct, or change the Bidding Requirements or the proposed Contract Documents.

2. *Agreement*—The written instrument which is evidence of the agreement between Owner and Contractor covering the Work.

3. *Application for Payment*—The form acceptable to Engineer which is to be used by Contractor during the course of the Work in requesting progress or final payments and which is to be accompanied by such supporting documentation as is required by the Contract Documents.

4. *Asbestos*—Any material that contains more than one percent asbestos and is friable or is releasing asbestos fibers into the air above current action levels established by the United States Occupational Safety and Health Administration.

5. *Bid*—The offer or proposal of a Bidder submitted on the prescribed form setting forth the prices for the Work to be performed.

6. *Bidder*—The individual or entity who submits a Bid directly to Owner.

7. *Bidding Documents*—The Bidding Requirements and the proposed Contract Documents (including all Addenda).

8. *Bidding Requirements*—The advertisement or invitation to bid, Instructions to Bidders, Bid security of acceptable form, if any, and the Bid Form with any supplements.

9. *Change Order*—A document recommended by Engineer which is signed by Contractor and Owner and authorizes an addition, deletion, or revision in the Work or an adjustment in the Contract Price or the Contract Times, issued on or after the Effective Date of the Agreement.

10. *Claim*—A demand or assertion by Owner or Contractor seeking an adjustment of Contract Price or Contract Times, or both, or other relief with respect to the terms of the Contract. A demand for money or services by a third party is not a Claim.

11. *Contract*—The entire and integrated written agreement between the Owner and Contractor concerning the Work. The Contract supersedes prior negotiations, representations, or agreements, whether written or oral.

12. *Contract Documents*—Those items so designated in the Agreement. Only printed or hard copies of the items listed in the Agreement are Contract Documents. Approved Shop Drawings, other Contractor submittals, and the reports and drawings of subsurface and physical conditions are not Contract Documents.

13. *Contract Price*—The moneys payable by Owner to Contractor for completion of the Work in accordance with the Contract Documents as stated in the Agreement (subject to the provisions of Paragraph 11.03 in the case of Unit Price Work).

14. *Contract Times*—The number of days or the dates stated in the Agreement to: (i) achieve Milestones, if any; (ii) achieve Substantial Completion; and (iii) complete the Work so that it is ready for final payment as evidenced by Engineer's written recommendation of final payment.

15. *Contractor*—The individual or entity with whom Owner has entered into the Agreement.

16. *Cost of the Work*—See Paragraph 11.01 for definition.

17. *Drawings*—That part of the Contract Documents prepared or approved by Engineer which graphically shows the scope, extent, and character of the Work to be performed by Contractor. Shop Drawings and other Contractor submittals are not Drawings as so defined.

18. *Effective Date of the Agreement*—The date indicated in the Agreement on which it becomes effective, but if no such date is indicated, it means the date on which the Agreement is signed and delivered by the last of the two parties to sign and deliver.

19. *Engineer*—The individual or entity named as such in the Agreement.

20. *Field Order*—A written order issued by Engineer which requires minor changes in the Work but which does not involve a change in the Contract Price or the Contract Times.

21. *General Requirements*—Sections of Division 1 of the Specifications.

22. *Hazardous Environmental Condition*—The presence at the Site of Asbestos, PCBs, Petroleum, Hazardous Waste, or Radioactive Material in such quantities or circumstances that may present a substantial danger to persons or property exposed thereto.

23. *Hazardous Waste*—The term Hazardous Waste shall have the meaning provided in Section 1004 of the Solid Waste Disposal Act (42 USC Section 6903) as amended from time to time.

24. *Laws and Regulations; Laws or Regulations*—Any and all applicable laws, rules, regulations, ordinances, codes, and orders of any and all governmental bodies, agencies, authorities, and courts having jurisdiction.

25. *Liens*—Charges, security interests, or encumbrances upon Project funds, real property, or personal property.

26. *Milestone*—A principal event specified in the Contract Documents relating to an intermediate completion date or time prior to Substantial Completion of all the Work.

27. *Notice of Award*—The written notice by Owner to the Successful Bidder stating that upon timely compliance by the Successful Bidder with the conditions precedent listed therein, Owner will sign and deliver the Agreement.

28. *Notice to Proceed*—A written notice given by Owner to Contractor fixing the date on which the Contract Times will commence to run and on which Contractor shall start to perform the Work under the Contract Documents.

29. *Owner*—The individual or entity with whom Contractor has entered into the Agreement and for whom the Work is to be performed.

30. *PCBs*—Polychlorinated biphenyls.

31. *Petroleum*—Petroleum, including crude oil or any fraction thereof which is liquid at standard conditions of temperature and pressure (60 degrees Fahrenheit and 14.7 pounds per square inch absolute), such as oil, petroleum, fuel oil, oil sludge, oil refuse, gasoline, kerosene, and oil mixed with other non-Hazardous Waste and crude oils.

32. *Progress Schedule*—A schedule, prepared and maintained by Contractor, describing the sequence and duration of the activities comprising the Contractor's plan to accomplish the Work within the Contract Times.

33. *Project*—The total construction of which the Work to be performed under the Contract Documents may be the whole, or a part.

34. *Project Manual*—The bound documentary information prepared for bidding and constructing the Work. A listing of the contents of the Project Manual, which may be bound in one or more volumes, is contained in the table(s) of contents.

35. *Radioactive Material*—Source, special nuclear, or byproduct material as defined by the Atomic Energy Act of 1954 (42 USC Section 2011 et seq.) as amended from time to time.

36. *Resident Project Representative*—The authorized representative of Engineer who may be assigned to the Site or any part thereof.

37. *Samples*—Physical examples of materials, equipment, or workmanship that are representative of some portion of the Work and which establish the standards by which such portion of the Work will be judged.

38. *Schedule of Submittals*—A schedule, prepared and maintained by Contractor, of required submittals and the time requirements to support scheduled performance of related construction activities.

39. *Schedule of Values*—A schedule, prepared and maintained by Contractor, allocating portions of the Contract Price to various portions of the Work and used as the basis for reviewing Contractor's Applications for Payment.

40. *Shop Drawings*—All drawings, diagrams, illustrations, schedules, and other data or information which are specifically prepared or assembled by or for Contractor and submitted by Contractor to illustrate some portion of the Work.

41. *Site*—Lands or areas indicated in the Contract Documents as being furnished by Owner upon which the Work is to be performed, including rights-of-way and easements for access thereto, and such other lands furnished by Owner which are designated for the use of Contractor.

42. *Specifications*—That part of the Contract Documents consisting of written requirements for materials, equipment, systems, standards and workmanship as applied to the Work, and certain administrative requirements and procedural matters applicable thereto.

43. *Subcontractor*—An individual or entity having a direct contract with Contractor or with any other Subcontractor for the performance of a part of the Work at the Site.

44. *Substantial Completion*—The time at which the Work (or a specified part thereof) has progressed to the point where, in the opinion of Engineer, the Work (or a specified part thereof) is sufficiently complete, in accordance with the Contract Documents, so that the Work (or a specified part thereof) can be utilized for the purposes for which it is intended. The terms "substantially complete" and "substantially completed" as applied to all or part of the Work refer to Substantial Completion thereof.

45. *Successful Bidder*—The Bidder submitting a responsive Bid to whom Owner makes an award.

46. *Supplementary Conditions*—That part of the Contract Documents which amends or supplements these General Conditions.

47. *Supplier*—A manufacturer, fabricator, supplier, distributor, materialman, or vendor having a direct contract with Contractor or with any Subcontractor to furnish materials or equipment to be incorporated in the Work by Contractor or Subcontractor.

48. *Underground Facilities*—All underground pipelines, conduits, ducts, cables, wires, manholes, vaults, tanks, tunnels, or other such facilities or attachments, and any encasements containing such facilities, including those that convey electricity, gases, steam, liquid petroleum products, telephone or other communications, cable television, water, wastewater, storm water, other liquids or chemicals, or traffic or other control systems.

49. *Unit Price Work*—Work to be paid for on the basis of unit prices.

50. *Work*—The entire construction or the various separately identifiable parts thereof required to be provided under the Contract Documents. Work includes and is the result of performing or providing all labor, services, and documentation necessary to produce such construction, and furnishing, installing, and incorporating all materials and equipment into such construction, all as required by the Contract Documents.

51. *Work Change Directive*—A written statement to Contractor issued on or after the Effective Date of the Agreement and signed by Owner and recommended by Engineer ordering an

addition, deletion, or revision in the Work, or responding to differing or unforeseen subsurface or physical conditions under which the Work is to be performed or to emergencies. A Work Change Directive will not change the Contract Price or the Contract Times but is evidence that the parties expect that the change ordered or documented by a Work Change Directive will be incorporated in a subsequently issued Change Order following negotiations by the parties as to its effect, if any, on the Contract Price or Contract Times.

1.02  *Terminology*

A. The words and terms discussed in Paragraph 1.02.B through F are not defined but, when used in the Bidding Requirements or Contract Documents, have the indicated meaning.

B. *Intent of Certain Terms or Adjectives:*

1. The Contract Documents include the terms "as allowed," "as approved," "as ordered," "as directed" or terms of like effect or import to authorize an exercise of professional judgment by Engineer. In addition, the adjectives "reasonable," "suitable," "acceptable," "proper," "satisfactory," or adjectives of like effect or import are used to describe an action or determination of Engineer as to the Work. It is intended that such exercise of professional judgment, action, or determination will be solely to evaluate, in general, the Work for compliance with the information in the Contract Documents and with the design concept of the Project as a functioning whole as shown or indicated in the Contract Documents (unless there is a specific statement indicating otherwise). The use of any such term or adjective is not intended to and shall not be effective to assign to Engineer any duty or authority to supervise or direct the performance of the Work, or any duty or authority to undertake responsibility contrary to the provisions of Paragraph 9.09 or any other provision of the Contract Documents.

C. *Day:*

1. The word "day" means a calendar day of 24 hours measured from midnight to the next midnight.

D. *Defective:*

1. The word "defective," when modifying the word "Work," refers to Work that is unsatisfactory, faulty, or deficient in that it:

   a. does not conform to the Contract Documents; or

   b. does not meet the requirements of any applicable inspection, reference standard, test, or approval referred to in the Contract Documents; or

   c. has been damaged prior to Engineer's recommendation of final payment (unless responsibility for the protection thereof has been assumed by Owner at Substantial Completion in accordance with Paragraph 14.04 or 14.05).

E. *Furnish, Install, Perform, Provide:*

1. The word "furnish," when used in connection with services, materials, or equipment, shall mean to supply and deliver said services, materials, or equipment to the Site (or some other specified location) ready for use or installation and in usable or operable condition.

2. The word "install," when used in connection with services, materials, or equipment, shall mean to put into use or place in final position said services, materials, or equipment complete and ready for intended use.

3. The words "perform" or "provide," when used in connection with services, materials, or equipment, shall mean to furnish and install said services, materials, or equipment complete and ready for intended use.

4. When "furnish," "install," "perform," or "provide" is not used in connection with services, materials, or equipment in a context clearly requiring an obligation of Contractor, "provide" is implied.

F. Unless stated otherwise in the Contract Documents, words or phrases that have a well-known technical or construction industry or trade meaning are used in the Contract Documents in accordance with such recognized meaning.

## ARTICLE 2 – PRELIMINARY MATTERS

2.01 *Delivery of Bonds and Evidence of Insurance*

A. When Contractor delivers the executed counterparts of the Agreement to Owner, Contractor shall also deliver to Owner such bonds as Contractor may be required to furnish.

B. *Evidence of Insurance:* Before any Work at the Site is started, Contractor and Owner shall each deliver to the other, with copies to each additional insured identified in the Supplementary Conditions, certificates of insurance (and other evidence of insurance which either of them or any additional insured may reasonably request) which Contractor and Owner respectively are required to purchase and maintain in accordance with Article 5.

2.02 *Copies of Documents*

A. Owner shall furnish to Contractor up to ten printed or hard copies of the Drawings and Project Manual. Additional copies will be furnished upon request at the cost of reproduction.

2.03 *Commencement of Contract Times; Notice to Proceed*

The Contract Times will commence to run on the thirtieth day after the Effective Date of the Agreement or, if a Notice to Proceed is given, on the day indicated in the Notice to Proceed. A Notice to Proceed may be given at any time within 30 days after the Effective Date of the Agreement. In no event will the Contract Times commence to run later than the sixtieth day after the day of Bid opening or the thirtieth day after the Effective Date of the Agreement, whichever date is earlier.

2.04 *Starting the Work*

A. Contractor shall start to perform the Work on the date when the Contract Times commence to run. No Work shall be done at the Site prior to the date on which the Contract Times commence to run.

2.05 *Before Starting Construction*

A. *Preliminary Schedules:* Within 10 days after the Effective Date of the Agreement (unless otherwise specified in the General Requirements), Contractor shall submit to Engineer for timely review:

1. a preliminary Progress Schedule indicating the times (numbers of days or dates) for starting and completing the various stages of the Work, including any Milestones specified in the Contract Documents;

2. a preliminary Schedule of Submittals; and

3. a preliminary Schedule of Values for all of the Work which includes quantities and prices of items which when added together equal the Contract Price and subdivides the Work into component parts in sufficient detail to serve as the basis for progress payments during performance of the Work. Such prices will include an appropriate amount of overhead and profit applicable to each item of Work.

2.06 *Preconstruction Conference; Designation of Authorized Representatives*

A. Before any Work at the Site is started, a conference attended by Owner, Contractor, Engineer, and others as appropriate will be held to establish a working understanding among the parties as to the Work and to discuss the schedules referred to in Paragraph 2.05.A, procedures for handling Shop Drawings and other submittals, processing Applications for Payment, and maintaining required records.

B. At this conference Owner and Contractor each shall designate, in writing, a specific individual to act as its authorized representative with respect to the services and responsibilities under the Contract. Such individuals shall have the authority to transmit instructions, receive information, render decisions relative to the Contract, and otherwise act on behalf of each respective party.

2.07 *Initial Acceptance of Schedules*

A. At least 10 days before submission of the first Application for Payment a conference attended by Contractor, Engineer, and others as appropriate will be held to review for acceptability to Engineer as provided below the schedules submitted in accordance with Paragraph 2.05.A. Contractor shall have an additional 10 days to make corrections and adjustments and to complete and resubmit the schedules. No progress payment shall be made to Contractor until acceptable schedules are submitted to Engineer.

1. The Progress Schedule will be acceptable to Engineer if it provides an orderly progression of the Work to completion within the Contract Times. Such acceptance will not impose on Engineer responsibility for the Progress Schedule, for sequencing, scheduling, or progress of

the Work, nor interfere with or relieve Contractor from Contractor's full responsibility therefor.

2. Contractor's Schedule of Submittals will be acceptable to Engineer if it provides a workable arrangement for reviewing and processing the required submittals.

3. Contractor's Schedule of Values will be acceptable to Engineer as to form and substance if it provides a reasonable allocation of the Contract Price to component parts of the Work.

## ARTICLE 3 – CONTRACT DOCUMENTS: INTENT, AMENDING, REUSE

3.01    *Intent*

A.  The Contract Documents are complementary; what is required by one is as binding as if required by all.

B.  It is the intent of the Contract Documents to describe a functionally complete project (or part thereof) to be constructed in accordance with the Contract Documents. Any labor, documentation, services, materials, or equipment that reasonably may be inferred from the Contract Documents or from prevailing custom or trade usage as being required to produce the indicated result will be provided whether or not specifically called for, at no additional cost to Owner.

C.  Clarifications and interpretations of the Contract Documents shall be issued by Engineer as provided in Article 9.

3.02    *Reference Standards*

A.  Standards, Specifications, Codes, Laws, and Regulations

1.  Reference to standards, specifications, manuals, or codes of any technical society, organization, or association, or to Laws or Regulations, whether such reference be specific or by implication, shall mean the standard, specification, manual, code, or Laws or Regulations in effect at the time of opening of Bids (or on the Effective Date of the Agreement if there were no Bids), except as may be otherwise specifically stated in the Contract Documents.

2.  No provision of any such standard, specification, manual, or code, or any instruction of a Supplier, shall be effective to change the duties or responsibilities of Owner, Contractor, or Engineer, or any of their subcontractors, consultants, agents, or employees, from those set forth in the Contract Documents. No such provision or instruction shall be effective to assign to Owner, Engineer, or any of their officers, directors, members, partners, employees, agents, consultants, or subcontractors, any duty or authority to supervise or direct the performance of the Work or any duty or authority to undertake responsibility inconsistent with the provisions of the Contract Documents.

3.03    *Reporting and Resolving Discrepancies*

A.  *Reporting Discrepancies:*

1.  *Contractor's Review of Contract Documents Before Starting Work:* Before undertaking each part of the Work, Contractor shall carefully study and compare the Contract Documents and check and verify pertinent figures therein and all applicable field measurements. Contractor shall promptly report in writing to Engineer any conflict, error, ambiguity, or discrepancy which Contractor discovers, or has actual knowledge of, and shall obtain a written interpretation or clarification from Engineer before proceeding with any Work affected thereby.

2.  *Contractor's Review of Contract Documents During Performance of Work:* If, during the performance of the Work, Contractor discovers any conflict, error, ambiguity, or discrepancy within the Contract Documents, or between the Contract Documents and (a) any applicable Law or Regulation , (b) any standard, specification, manual, or code, or (c) any instruction of any Supplier, then Contractor shall promptly report it to Engineer in writing. Contractor shall not proceed with the Work affected thereby (except in an emergency as required by Paragraph 6.16.A) until an amendment or supplement to the Contract Documents has been issued by one of the methods indicated in Paragraph 3.04.

3.  Contractor shall not be liable to Owner or Engineer for failure to report any conflict, error, ambiguity, or discrepancy in the Contract Documents unless Contractor had actual knowledge thereof.

B.  *Resolving Discrepancies:*

1.  Except as may be otherwise specifically stated in the Contract Documents, the provisions of the Contract Documents shall take precedence in resolving any conflict, error, ambiguity, or discrepancy between the provisions of the Contract Documents and:

    a.  the provisions of any standard, specification, manual, or code, or the instruction of any Supplier (whether or not specifically incorporated by reference in the Contract Documents); or

    b.  the provisions of any Laws or Regulations applicable to the performance of the Work (unless such an interpretation of the provisions of the Contract Documents would result in violation of such Law or Regulation).

3.04    *Amending and Supplementing Contract Documents*

A.  The Contract Documents may be amended to provide for additions, deletions, and revisions in the Work or to modify the terms and conditions thereof by either a Change Order or a Work Change Directive.

B.  The requirements of the Contract Documents may be supplemented, and minor variations and deviations in the Work may be authorized, by one or more of the following ways:

1. A Field Order;

2. Engineer's approval of a Shop Drawing or Sample (subject to the provisions of Paragraph 6.17.D.3); or

3. Engineer's written interpretation or clarification.

3.05  *Reuse of Documents*

A. Contractor and any Subcontractor or Supplier shall not:

1. have or acquire any title to or ownership rights in any of the Drawings, Specifications, or other documents (or copies of any thereof) prepared by or bearing the seal of Engineer or its consultants, including electronic media editions; or

2. reuse any such Drawings, Specifications, other documents, or copies thereof on extensions of the Project or any other project without written consent of Owner and Engineer and specific written verification or adaptation by Engineer.

B. The prohibitions of this Paragraph 3.05 will survive final payment, or termination of the Contract. Nothing herein shall preclude Contractor from retaining copies of the Contract Documents for record purposes.

3.06  *Electronic Data*

A. Unless otherwise stated in the Supplementary Conditions, the data furnished by Owner or Engineer to Contractor, or by Contractor to Owner or Engineer, that may be relied upon are limited to the printed copies (also known as hard copies). Files in electronic media format of text, data, graphics, or other types are furnished only for the convenience of the receiving party. Any conclusion or information obtained or derived from such electronic files will be at the user's sole risk. If there is a discrepancy between the electronic files and the hard copies, the hard copies govern.

B. Because data stored in electronic media format can deteriorate or be modified inadvertently or otherwise without authorization of the data's creator, the party receiving electronic files agrees that it will perform acceptance tests or procedures within 60 days, after which the receiving party shall be deemed to have accepted the data thus transferred. Any errors detected within the 60-day acceptance period will be corrected by the transferring party.

C. When transferring documents in electronic media format, the transferring party makes no representations as to long term compatibility, usability, or readability of documents resulting from the use of software application packages, operating systems, or computer hardware differing from those used by the data's creator.

## ARTICLE 4 – AVAILABILITY OF LANDS; SUBSURFACE AND PHYSICAL CONDITIONS; HAZARDOUS ENVIRONMENTAL CONDITIONS; REFERENCE POINTS

4.01 *Availability of Lands*

A. Owner shall furnish the Site. Owner shall notify Contractor of any encumbrances or restrictions not of general application but specifically related to use of the Site with which Contractor must comply in performing the Work. Owner will obtain in a timely manner and pay for easements for permanent structures or permanent changes in existing facilities. If Contractor and Owner are unable to agree on entitlement to or on the amount or extent, if any, of any adjustment in the Contract Price or Contract Times, or both, as a result of any delay in Owner's furnishing the Site or a part thereof, Contractor may make a Claim therefor as provided in Paragraph 10.05.

B. Upon reasonable written request, Owner shall furnish Contractor with a current statement of record legal title and legal description of the lands upon which the Work is to be performed and Owner's interest therein as necessary for giving notice of or filing a mechanic's or construction lien against such lands in accordance with applicable Laws and Regulations.

C. Contractor shall provide for all additional lands and access thereto that may be required for temporary construction facilities or storage of materials and equipment.

4.02 *Subsurface and Physical Conditions*

A. *Reports and Drawings:* The Supplementary Conditions identify:

1. those reports known to Owner of explorations and tests of subsurface conditions at or contiguous to the Site; and

2. those drawings known to Owner of physical conditions relating to existing surface or subsurface structures at the Site (except Underground Facilities).

B. *Limited Reliance by Contractor on Technical Data Authorized:* Contractor may rely upon the accuracy of the "technical data" contained in such reports and drawings, but such reports and drawings are not Contract Documents. Such "technical data" is identified in the Supplementary Conditions. Except for such reliance on such "technical data," Contractor may not rely upon or make any claim against Owner or Engineer, or any of their officers, directors, members, partners, employees, agents, consultants, or subcontractors with respect to:

1. the completeness of such reports and drawings for Contractor's purposes, including, but not limited to, any aspects of the means, methods, techniques, sequences, and procedures of construction to be employed by Contractor, and safety precautions and programs incident thereto; or

2. other data, interpretations, opinions, and information contained in such reports or shown or indicated in such drawings; or

3. any Contractor interpretation of or conclusion drawn from any "technical data" or any such other data, interpretations, opinions, or information.

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 80 of 300

4.03    *Differing Subsurface or Physical Conditions*

A.  *Notice:*  If Contractor believes that any subsurface or physical condition that is uncovered or revealed either:

    1.  is of such a nature as to establish that any "technical data" on which Contractor is entitled to rely as provided in Paragraph 4.02 is materially inaccurate; or

    2.  is of such a nature as to require a change in the Contract Documents; or

    3.  differs materially from that shown or indicated in the Contract Documents; or

    4.  is of an unusual nature, and differs materially from conditions ordinarily encountered and generally recognized as inherent in work of the character provided for in the Contract Documents;

then Contractor shall, promptly after becoming aware thereof and before further disturbing the subsurface or physical conditions or performing any Work in connection therewith (except in an emergency as required by Paragraph 6.16.A), notify Owner and Engineer in writing about such condition. Contractor shall not further disturb such condition or perform any Work in connection therewith (except as aforesaid) until receipt of written order to do so.

B.  *Engineer's Review:*  After receipt of written notice as required by Paragraph 4.03.A, Engineer will promptly review the pertinent condition, determine the necessity of Owner's obtaining additional exploration or tests with respect thereto, and advise Owner in writing (with a copy to Contractor) of Engineer's findings and conclusions.

C.  *Possible Price and Times Adjustments:*

    1.  The Contract Price or the Contract Times, or both, will be equitably adjusted to the extent that the existence of such differing subsurface or physical condition causes an increase or decrease in Contractor's cost of, or time required for, performance of the Work; subject, however, to the following:

       a.  such condition must meet any one or more of the categories described in Paragraph 4.03.A; and

       b.  with respect to Work that is paid for on a unit price basis, any adjustment in Contract Price will be subject to the provisions of Paragraphs 9.07 and 11.03.

    2.  Contractor shall not be entitled to any adjustment in the Contract Price or Contract Times if:

       a.  Contractor knew of the existence of such conditions at the time Contractor made a final commitment to Owner with respect to Contract Price and Contract Times by the submission of a Bid or becoming bound under a negotiated contract; or

       b.  the existence of such condition could reasonably have been discovered or revealed as a result of any examination, investigation, exploration, test, or study of the Site and

contiguous areas required by the Bidding Requirements or Contract Documents to be conducted by or for Contractor prior to Contractor's making such final commitment; or

    c. Contractor failed to give the written notice as required by Paragraph 4.03.A.

3. If Owner and Contractor are unable to agree on entitlement to or on the amount or extent, if any, of any adjustment in the Contract Price or Contract Times, or both, a Claim may be made therefor as provided in Paragraph 10.05. However, neither Owner or Engineer, or any of their officers, directors, members, partners, employees, agents, consultants, or subcontractors shall be liable to Contractor for any claims, costs, losses, or damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) sustained by Contractor on or in connection with any other project or anticipated project.

## 4.04 *Underground Facilities*

A. *Shown or Indicated:* The information and data shown or indicated in the Contract Documents with respect to existing Underground Facilities at or contiguous to the Site is based on information and data furnished to Owner or Engineer by the owners of such Underground Facilities, including Owner, or by others. Unless it is otherwise expressly provided in the Supplementary Conditions:

1. Owner and Engineer shall not be responsible for the accuracy or completeness of any such information or data provided by others; and

2. the cost of all of the following will be included in the Contract Price, and Contractor shall have full responsibility for:

    a. reviewing and checking all such information and data;

    b. locating all Underground Facilities shown or indicated in the Contract Documents;

    c. coordination of the Work with the owners of such Underground Facilities, including Owner, during construction; and

    d. the safety and protection of all such Underground Facilities and repairing any damage thereto resulting from the Work.

B. *Not Shown or Indicated:*

1. If an Underground Facility is uncovered or revealed at or contiguous to the Site which was not shown or indicated, or not shown or indicated with reasonable accuracy in the Contract Documents, Contractor shall, promptly after becoming aware thereof and before further disturbing conditions affected thereby or performing any Work in connection therewith (except in an emergency as required by Paragraph 6.16.A), identify the owner of such Underground Facility and give written notice to that owner and to Owner and Engineer. Engineer will promptly review the Underground Facility and determine the extent, if any, to which a change is required in the Contract Documents to reflect and document the

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 82 of 300

consequences of the existence or location of the Underground Facility. During such time, Contractor shall be responsible for the safety and protection of such Underground Facility.

2. If Engineer concludes that a change in the Contract Documents is required, a Work Change Directive or a Change Order will be issued to reflect and document such consequences. An equitable adjustment shall be made in the Contract Price or Contract Times, or both, to the extent that they are attributable to the existence or location of any Underground Facility that was not shown or indicated or not shown or indicated with reasonable accuracy in the Contract Documents and that Contractor did not know of and could not reasonably have been expected to be aware of or to have anticipated. If Owner and Contractor are unable to agree on entitlement to or on the amount or extent, if any, of any such adjustment in Contract Price or Contract Times, Owner or Contractor may make a Claim therefor as provided in Paragraph 10.05.

4.05   *Reference Points*

A. Owner shall provide engineering surveys to establish reference points for construction which in Engineer's judgment are necessary to enable Contractor to proceed with the Work. Contractor shall be responsible for laying out the Work, shall protect and preserve the established reference points and property monuments, and shall make no changes or relocations without the prior written approval of Owner. Contractor shall report to Engineer whenever any reference point or property monument is lost or destroyed or requires relocation because of necessary changes in grades or locations, and shall be responsible for the accurate replacement or relocation of such reference points or property monuments by professionally qualified personnel.

4.06   *Hazardous Environmental Condition at Site*

A. *Reports and Drawings:*  The Supplementary Conditions identify those reports and drawings known to Owner relating to Hazardous Environmental Conditions that have been identified at the Site.

B. *Limited Reliance by Contractor on Technical Data Authorized:*  Contractor may rely upon the accuracy of the "technical data" contained in such reports and drawings, but such reports and drawings are not Contract Documents. Such "technical data" is identified in the Supplementary Conditions. Except for such reliance on such "technical data," Contractor may not rely upon or make any claim against Owner or Engineer, or any of their officers, directors, members, partners, employees, agents, consultants, or subcontractors with respect to:

1. the completeness of such reports and drawings for Contractor's purposes, including, but not limited to, any aspects of the means, methods, techniques, sequences and procedures of construction to be employed by Contractor and safety precautions and programs incident thereto; or

2. other data, interpretations, opinions and information contained in such reports or shown or indicated in such drawings; or

3. any Contractor interpretation of or conclusion drawn from any "technical data" or any such other data, interpretations, opinions or information.

Case: 24CI2:14-cv-00037   Document #: 2   Filed: 03/05/2014   Page 83 of 300

C. Contractor shall not be responsible for any Hazardous Environmental Condition uncovered or revealed at the Site which was not shown or indicated in Drawings or Specifications or identified in the Contract Documents to be within the scope of the Work. Contractor shall be responsible for a Hazardous Environmental Condition created with any materials brought to the Site by Contractor, Subcontractors, Suppliers, or anyone else for whom Contractor is responsible.

D. If Contractor encounters a Hazardous Environmental Condition or if Contractor or anyone for whom Contractor is responsible creates a Hazardous Environmental Condition, Contractor shall immediately: (i) secure or otherwise isolate such condition; (ii) stop all Work in connection with such condition and in any area affected thereby (except in an emergency as required by Paragraph 6.16.A); and (iii) notify Owner and Engineer (and promptly thereafter confirm such notice in writing). Owner shall promptly consult with Engineer concerning the necessity for Owner to retain a qualified expert to evaluate such condition or take corrective action, if any. Promptly after consulting with Engineer, Owner shall take such actions as are necessary to permit Owner to timely obtain required permits and provide Contractor the written notice required by Paragraph 4.06.E.

E. Contractor shall not be required to resume Work in connection with such condition or in any affected area until after Owner has obtained any required permits related thereto and delivered written notice to Contractor: (i) specifying that such condition and any affected area is or has been rendered safe for the resumption of Work; or (ii) specifying any special conditions under which such Work may be resumed safely. If Owner and Contractor cannot agree as to entitlement to or on the amount or extent, if any, of any adjustment in Contract Price or Contract Times, or both, as a result of such Work stoppage or such special conditions under which Work is agreed to be resumed by Contractor, either party may make a Claim therefor as provided in Paragraph 10.05.

F. If after receipt of such written notice Contractor does not agree to resume such Work based on a reasonable belief it is unsafe, or does not agree to resume such Work under such special conditions, then Owner may order the portion of the Work that is in the area affected by such condition to be deleted from the Work. If Owner and Contractor cannot agree as to entitlement to or on the amount or extent, if any, of an adjustment in Contract Price or Contract Times as a result of deleting such portion of the Work, then either party may make a Claim therefor as provided in Paragraph 10.05. Owner may have such deleted portion of the Work performed by Owner's own forces or others in accordance with Article 7.

G. To the fullest extent permitted by Laws and Regulations, Owner shall indemnify and hold harmless Contractor, Subcontractors, and Engineer, and the officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to a Hazardous Environmental Condition, provided that such Hazardous Environmental Condition: (i) was not shown or indicated in the Drawings or Specifications or identified in the Contract Documents to be included within the scope of the Work, and (ii) was not created by Contractor or by anyone for whom Contractor is responsible. Nothing in this Paragraph 4.06.G shall obligate Owner to indemnify any individual or entity from and against the consequences of that individual's or entity's own negligence.

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 84 of 300

H. To the fullest extent permitted by Laws and Regulations, Contractor shall indemnify and hold harmless Owner and Engineer, and the officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to a Hazardous Environmental Condition created by Contractor or by anyone for whom Contractor is responsible. Nothing in this Paragraph 4.06.H shall obligate Contractor to indemnify any individual or entity from and against the consequences of that individual's or entity's own negligence.

I. The provisions of Paragraphs 4.02, 4.03, and 4.04 do not apply to a Hazardous Environmental Condition uncovered or revealed at the Site.

## ARTICLE 5 – BONDS AND INSURANCE

5.01 *Performance, Payment, and Other Bonds*

A. Contractor shall furnish performance and payment bonds, each in an amount at least equal to the Contract Price as security for the faithful performance and payment of all of Contractor's obligations under the Contract Documents. These bonds shall remain in effect until one year after the date when final payment becomes due or until completion of the correction period specified in Paragraph 13.07, whichever is later, except as provided otherwise by Laws or Regulations or by the Contract Documents. Contractor shall also furnish such other bonds as are required by the Contract Documents.

B. All bonds shall be in the form prescribed by the Contract Documents except as provided otherwise by Laws or Regulations, and shall be executed by such sureties as are named in the list of "Companies Holding Certificates of Authority as Acceptable Sureties on Federal Bonds and as Acceptable Reinsuring Companies" as published in Circular 570 (amended) by the Financial Management Service, Surety Bond Branch, U.S. Department of the Treasury. All bonds signed by an agent or attorney-in-fact must be accompanied by a certified copy of that individual's authority to bind the surety. The evidence of authority shall show that it is effective on the date the agent or attorney-in-fact signed each bond.

C. If the surety on any bond furnished by Contractor is declared bankrupt or becomes insolvent or its right to do business is terminated in any state where any part of the Project is located or it ceases to meet the requirements of Paragraph 5.01.B, Contractor shall promptly notify Owner and Engineer and shall, within 20 days after the event giving rise to such notification, provide another bond and surety, both of which shall comply with the requirements of Paragraphs 5.01.B and 5.02.

5.02 *Licensed Sureties and Insurers*

A. All bonds and insurance required by the Contract Documents to be purchased and maintained by Owner or Contractor shall be obtained from surety or insurance companies that are duly licensed or authorized in the jurisdiction in which the Project is located to issue bonds or insurance policies for the limits and coverages so required. Such surety and insurance companies shall also meet such additional requirements and qualifications as may be provided in the Supplementary Conditions.

5.03 *Certificates of Insurance*

A. Contractor shall deliver to Owner, with copies to each additional insured and loss payee identified in the Supplementary Conditions, certificates of insurance (and other evidence of insurance requested by Owner or any other additional insured) which Contractor is required to purchase and maintain.

B. Owner shall deliver to Contractor, with copies to each additional insured and loss payee identified in the Supplementary Conditions, certificates of insurance (and other evidence of insurance requested by Contractor or any other additional insured) which Owner is required to purchase and maintain.

C. Failure of Owner to demand such certificates or other evidence of Contractor's full compliance with these insurance requirements or failure of Owner to identify a deficiency in compliance from the evidence provided shall not be construed as a waiver of Contractor's obligation to maintain such insurance.

D. Owner does not represent that insurance coverage and limits established in this Contract necessarily will be adequate to protect Contractor.

E. The insurance and insurance limits required herein shall not be deemed as a limitation on Contractor's liability under the indemnities granted to Owner in the Contract Documents.

5.04 *Contractor's Insurance*

A. Contractor shall purchase and maintain such insurance as is appropriate for the Work being performed and as will provide protection from claims set forth below which may arise out of or result from Contractor's performance of the Work and Contractor's other obligations under the Contract Documents, whether it is to be performed by Contractor, any Subcontractor or Supplier, or by anyone directly or indirectly employed by any of them to perform any of the Work, or by anyone for whose acts any of them may be liable:

1. claims under workers' compensation, disability benefits, and other similar employee benefit acts;

2. claims for damages because of bodily injury, occupational sickness or disease, or death of Contractor's employees;

3. claims for damages because of bodily injury, sickness or disease, or death of any person other than Contractor's employees;

4. claims for damages insured by reasonably available personal injury liability coverage which are sustained:

   a. by any person as a result of an offense directly or indirectly related to the employment of such person by Contractor, or

   b. by any other person for any other reason;

5. claims for damages, other than to the Work itself, because of injury to or destruction of tangible property wherever located, including loss of use resulting therefrom; and

6. claims for damages because of bodily injury or death of any person or property damage arising out of the ownership, maintenance or use of any motor vehicle.

B. The policies of insurance required by this Paragraph 5.04 shall:

1. with respect to insurance required by Paragraphs 5.04.A.3 through 5.04.A.6 inclusive, be written on an occurrence basis, include as additional insureds (subject to any customary exclusion regarding professional liability) Owner and Engineer, and any other individuals or entities identified in the Supplementary Conditions, all of whom shall be listed as additional insureds, and include coverage for the respective officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of all such additional insureds, and the insurance afforded to these additional insureds shall provide primary coverage for all claims covered thereby;

2. include at least the specific coverages and be written for not less than the limits of liability provided in the Supplementary Conditions or required by Laws or Regulations, whichever is greater;

3. include contractual liability insurance covering Contractor's indemnity obligations under Paragraphs 6.11 and 6.20;

4. contain a provision or endorsement that the coverage afforded will not be canceled, materially changed or renewal refused until at least 30 days prior written notice has been given to Owner and Contractor and to each other additional insured identified in the Supplementary Conditions to whom a certificate of insurance has been issued (and the certificates of insurance furnished by the Contractor pursuant to Paragraph 5.03 will so provide);

5. remain in effect at least until final payment and at all times thereafter when Contractor may be correcting, removing, or replacing defective Work in accordance with Paragraph 13.07; and

6. include completed operations coverage:

   a. Such insurance shall remain in effect for two years after final payment.

   b. Contractor shall furnish Owner and each other additional insured identified in the Supplementary Conditions, to whom a certificate of insurance has been issued, evidence satisfactory to Owner and any such additional insured of continuation of such insurance at final payment and one year thereafter.

5.05  *Owner's Liability Insurance*

A. In addition to the insurance required to be provided by Contractor under Paragraph 5.04, Owner, at Owner's option, may purchase and maintain at Owner's expense Owner's own liability insurance as will protect Owner against claims which may arise from operations under the Contract Documents.

5.06  *Property Insurance*

A. Unless otherwise provided in the Supplementary Conditions, Owner shall purchase and maintain property insurance upon the Work at the Site in the amount of the full replacement cost thereof (subject to such deductible amounts as may be provided in the Supplementary Conditions or required by Laws and Regulations). This insurance shall:

   1. include the interests of Owner, Contractor, Subcontractors, and Engineer, and any other individuals or entities identified in the Supplementary Conditions, and the officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of them, each of whom is deemed to have an insurable interest and shall be listed as a loss payee;

   2. be written on a Builder's Risk "all-risk" policy form that shall at least include insurance for physical loss or damage to the Work, temporary buildings, falsework, and materials and equipment in transit, and shall insure against at least the following perils or causes of loss: fire, lightning, extended coverage, theft, vandalism and malicious mischief, earthquake, collapse, debris removal, demolition occasioned by enforcement of Laws and Regulations, water damage (other than that caused by flood), and such other perils or causes of loss as may be specifically required by the Supplementary Conditions.

   3. include expenses incurred in the repair or replacement of any insured property (including but not limited to fees and charges of engineers and architects);

   4. cover materials and equipment stored at the Site or at another location that was agreed to in writing by Owner prior to being incorporated in the Work, provided that such materials and equipment have been included in an Application for Payment recommended by Engineer;

   5. allow for partial utilization of the Work by Owner;

   6. include testing and startup; and

   7. be maintained in effect until final payment is made unless otherwise agreed to in writing by Owner, Contractor, and Engineer with 30 days written notice to each other loss payee to whom a certificate of insurance has been issued.

B. Owner shall purchase and maintain such equipment breakdown insurance or additional property insurance as may be required by the Supplementary Conditions or Laws and Regulations which will include the interests of Owner, Contractor, Subcontractors, and Engineer, and any other individuals or entities identified in the Supplementary Conditions, and the officers, directors, members, partners, employees, agents, consultants and subcontractors of each and any of them, each of whom is deemed to have an insurable interest and shall be listed as a loss payee.

EJCDC C-700 Standard General Conditions of the Construction Contract
Copyright © 2007 National Society of Professional Engineers for EJCDC. All rights reserved.
Page 19 of 62

C. All the policies of insurance (and the certificates or other evidence thereof) required to be purchased and maintained in accordance with this Paragraph 5.06 will contain a provision or endorsement that the coverage afforded will not be canceled or materially changed or renewal refused until at least 30 days prior written notice has been given to Owner and Contractor and to each other loss payee to whom a certificate of insurance has been issued and will contain waiver provisions in accordance with Paragraph 5.07.

D. Owner shall not be responsible for purchasing and maintaining any property insurance specified in this Paragraph 5.06 to protect the interests of Contractor, Subcontractors, or others in the Work to the extent of any deductible amounts that are identified in the Supplementary Conditions. The risk of loss within such identified deductible amount will be borne by Contractor, Subcontractors, or others suffering any such loss, and if any of them wishes property insurance coverage within the limits of such amounts, each may purchase and maintain it at the purchaser's own expense.

E. If Contractor requests in writing that other special insurance be included in the property insurance policies provided under this Paragraph 5.06, Owner shall, if possible, include such insurance, and the cost thereof will be charged to Contractor by appropriate Change Order. Prior to commencement of the Work at the Site, Owner shall in writing advise Contractor whether or not such other insurance has been procured by Owner.

5.07 *Waiver of Rights*

A. Owner and Contractor intend that all policies purchased in accordance with Paragraph 5.06 will protect Owner, Contractor, Subcontractors, and Engineer, and all other individuals or entities identified in the Supplementary Conditions as loss payees (and the officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of them) in such policies and will provide primary coverage for all losses and damages caused by the perils or causes of loss covered thereby. All such policies shall contain provisions to the effect that in the event of payment of any loss or damage the insurers will have no rights of recovery against any of the insureds or loss payees thereunder. Owner and Contractor waive all rights against each other and their respective officers, directors, members, partners, employees, agents, consultants and subcontractors of each and any of them for all losses and damages caused by, arising out of or resulting from any of the perils or causes of loss covered by such policies and any other property insurance applicable to the Work; and, in addition, waive all such rights against Subcontractors and Engineer, and all other individuals or entities identified in the Supplementary Conditions as loss payees (and the officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of them) under such policies for losses and damages so caused. None of the above waivers shall extend to the rights that any party making such waiver may have to the proceeds of insurance held by Owner as trustee or otherwise payable under any policy so issued.

B. Owner waives all rights against Contractor, Subcontractors, and Engineer, and the officers, directors, members, partners, employees, agents, consultants and subcontractors of each and any of them for:

1. loss due to business interruption, loss of use, or other consequential loss extending beyond direct physical loss or damage to Owner's property or the Work caused by, arising out of, or resulting from fire or other perils whether or not insured by Owner; and

2. loss or damage to the completed Project or part thereof caused by, arising out of, or resulting from fire or other insured peril or cause of loss covered by any property insurance maintained on the completed Project or part thereof by Owner during partial utilization pursuant to Paragraph 14.05, after Substantial Completion pursuant to Paragraph 14.04, or after final payment pursuant to Paragraph 14.07.

C. Any insurance policy maintained by Owner covering any loss, damage or consequential loss referred to in Paragraph 5.07.B shall contain provisions to the effect that in the event of payment of any such loss, damage, or consequential loss, the insurers will have no rights of recovery against Contractor, Subcontractors, or Engineer, and the officers, directors, members, partners, employees, agents, consultants and subcontractors of each and any of them.

5.08    *Receipt and Application of Insurance Proceeds*

A. Any insured loss under the policies of insurance required by Paragraph 5.06 will be adjusted with Owner and made payable to Owner as fiduciary for the loss payees, as their interests may appear, subject to the requirements of any applicable mortgage clause and of Paragraph 5.08.B. Owner shall deposit in a separate account any money so received and shall distribute it in accordance with such agreement as the parties in interest may reach. If no other special agreement is reached, the damaged Work shall be repaired or replaced, the moneys so received applied on account thereof, and the Work and the cost thereof covered by an appropriate Change Order.

B. Owner as fiduciary shall have power to adjust and settle any loss with the insurers unless one of the parties in interest shall object in writing within 15 days after the occurrence of loss to Owner's exercise of this power. If such objection be made, Owner as fiduciary shall make settlement with the insurers in accordance with such agreement as the parties in interest may reach. If no such agreement among the parties in interest is reached, Owner as fiduciary shall adjust and settle the loss with the insurers and, if required in writing by any party in interest, Owner as fiduciary shall give bond for the proper performance of such duties.

5.09    *Acceptance of Bonds and Insurance; Option to Replace*

A. If either Owner or Contractor has any objection to the coverage afforded by or other provisions of the bonds or insurance required to be purchased and maintained by the other party in accordance with Article 5 on the basis of non-conformance with the Contract Documents, the objecting party shall so notify the other party in writing within 10 days after receipt of the certificates (or other evidence requested) required by Paragraph 2.01.B. Owner and Contractor shall each provide to the other such additional information in respect of insurance provided as the other may reasonably request. If either party does not purchase or maintain all of the bonds and insurance required of such party by the Contract Documents, such party shall notify the other party in writing of such failure to purchase prior to the start of the Work, or of such failure to maintain prior to any change in the required coverage. Without prejudice to any other right or remedy, the other party may elect to obtain equivalent bonds or insurance to protect such other

party's interests at the expense of the party who was required to provide such coverage, and a Change Order shall be issued to adjust the Contract Price accordingly.

5.10 *Partial Utilization, Acknowledgment of Property Insurer*

A. If Owner finds it necessary to occupy or use a portion or portions of the Work prior to Substantial Completion of all the Work as provided in Paragraph 14.05, no such use or occupancy shall commence before the insurers providing the property insurance pursuant to Paragraph 5.06 have acknowledged notice thereof and in writing effected any changes in coverage necessitated thereby. The insurers providing the property insurance shall consent by endorsement on the policy or policies, but the property insurance shall not be canceled or permitted to lapse on account of any such partial use or occupancy.

## ARTICLE 6 – CONTRACTOR'S RESPONSIBILITIES

6.01 *Supervision and Superintendence*

A. Contractor shall supervise, inspect, and direct the Work competently and efficiently, devoting such attention thereto and applying such skills and expertise as may be necessary to perform the Work in accordance with the Contract Documents. Contractor shall be solely responsible for the means, methods, techniques, sequences, and procedures of construction. Contractor shall not be responsible for the negligence of Owner or Engineer in the design or specification of a specific means, method, technique, sequence, or procedure of construction which is shown or indicated in and expressly required by the Contract Documents.

B. At all times during the progress of the Work, Contractor shall assign a competent resident superintendent who shall not be replaced without written notice to Owner and Engineer except under extraordinary circumstances.

6.02 *Labor; Working Hours*

A. Contractor shall provide competent, suitably qualified personnel to survey and lay out the Work and perform construction as required by the Contract Documents. Contractor shall at all times maintain good discipline and order at the Site.

B. Except as otherwise required for the safety or protection of persons or the Work or property at the Site or adjacent thereto, and except as otherwise stated in the Contract Documents, all Work at the Site shall be performed during regular working hours. Contractor will not permit the performance of Work on a Saturday, Sunday, or any legal holiday without Owner's written consent (which will not be unreasonably withheld) given after prior written notice to Engineer.

6.03 *Services, Materials, and Equipment*

A. Unless otherwise specified in the Contract Documents, Contractor shall provide and assume full responsibility for all services, materials, equipment, labor, transportation, construction equipment and machinery, tools, appliances, fuel, power, light, heat, telephone, water, sanitary facilities, temporary facilities, and all other facilities and incidentals necessary for the performance, testing, start-up, and completion of the Work.

B. All materials and equipment incorporated into the Work shall be as specified or, if not specified, shall be of good quality and new, except as otherwise provided in the Contract Documents. All special warranties and guarantees required by the Specifications shall expressly run to the benefit of Owner. If required by Engineer, Contractor shall furnish satisfactory evidence (including reports of required tests) as to the source, kind, and quality of materials and equipment.

C. All materials and equipment shall be stored, applied, installed, connected, erected, protected, used, cleaned, and conditioned in accordance with instructions of the applicable Supplier, except as otherwise may be provided in the Contract Documents.

6.04  *Progress Schedule*

A. Contractor shall adhere to the Progress Schedule established in accordance with Paragraph 2.07 as it may be adjusted from time to time as provided below.

1. Contractor shall submit to Engineer for acceptance (to the extent indicated in Paragraph 2.07) proposed adjustments in the Progress Schedule that will not result in changing the Contract Times. Such adjustments will comply with any provisions of the General Requirements applicable thereto.

2. Proposed adjustments in the Progress Schedule that will change the Contract Times shall be submitted in accordance with the requirements of Article 12. Adjustments in Contract Times may only be made by a Change Order.

6.05  *Substitutes and "Or-Equals"*

A. Whenever an item of material or equipment is specified or described in the Contract Documents by using the name of a proprietary item or the name of a particular Supplier, the specification or description is intended to establish the type, function, appearance, and quality required. Unless the specification or description contains or is followed by words reading that no like, equivalent, or "or-equal" item or no substitution is permitted, other items of material or equipment or material or equipment of other Suppliers may be submitted to Engineer for review under the circumstances described below.

1. *"Or-Equal" Items:* If in Engineer's sole discretion an item of material or equipment proposed by Contractor is functionally equal to that named and sufficiently similar so that no change in related Work will be required, it may be considered by Engineer as an "or-equal" item, in which case review and approval of the proposed item may, in Engineer's sole discretion, be accomplished without compliance with some or all of the requirements for approval of proposed substitute items. For the purposes of this Paragraph 6.05.A.1, a proposed item of material or equipment will be considered functionally equal to an item so named if:

a. in the exercise of reasonable judgment Engineer determines that:

1) it is at least equal in materials of construction, quality, durability, appearance, strength, and design characteristics;

2) it will reliably perform at least equally well the function and achieve the results imposed by the design concept of the completed Project as a functioning whole; and

3) it has a proven record of performance and availability of responsive service.

b. Contractor certifies that, if approved and incorporated into the Work:

1) there will be no increase in cost to the Owner or increase in Contract Times; and

2) it will conform substantially to the detailed requirements of the item named in the Contract Documents.

2. *Substitute Items:*

a. If in Engineer's sole discretion an item of material or equipment proposed by Contractor does not qualify as an "or-equal" item under Paragraph 6.05.A.1, it will be considered a proposed substitute item.

b. Contractor shall submit sufficient information as provided below to allow Engineer to determine if the item of material or equipment proposed is essentially equivalent to that named and an acceptable substitute therefor. Requests for review of proposed substitute items of material or equipment will not be accepted by Engineer from anyone other than Contractor.

c. The requirements for review by Engineer will be as set forth in Paragraph 6.05.A.2.d, as supplemented by the General Requirements, and as Engineer may decide is appropriate under the circumstances.

d. Contractor shall make written application to Engineer for review of a proposed substitute item of material or equipment that Contractor seeks to furnish or use. The application:

1) shall certify that the proposed substitute item will:

a) perform adequately the functions and achieve the results called for by the general design,

b) be similar in substance to that specified, and

c) be suited to the same use as that specified;

2) will state:

a) the extent, if any, to which the use of the proposed substitute item will prejudice Contractor's achievement of Substantial Completion on time,

b) whether use of the proposed substitute item in the Work will require a change in any of the Contract Documents (or in the provisions of any other direct contract with Owner for other work on the Project) to adapt the design to the proposed substitute item, and

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 93 of 300

     c) whether incorporation or use of the proposed substitute item in connection with the Work is subject to payment of any license fee or royalty;

   3) will identify:

     a) all variations of the proposed substitute item from that specified, and

     b) available engineering, sales, maintenance, repair, and replacement services; and

   4) shall contain an itemized estimate of all costs or credits that will result directly or indirectly from use of such substitute item, including costs of redesign and claims of other contractors affected by any resulting change.

B. *Substitute Construction Methods or Procedures:* If a specific means, method, technique, sequence, or procedure of construction is expressly required by the Contract Documents, Contractor may furnish or utilize a substitute means, method, technique, sequence, or procedure of construction approved by Engineer. Contractor shall submit sufficient information to allow Engineer, in Engineer's sole discretion, to determine that the substitute proposed is equivalent to that expressly called for by the Contract Documents. The requirements for review by Engineer will be similar to those provided in Paragraph 6.05.A.2.

C. *Engineer's Evaluation:* Engineer will be allowed a reasonable time within which to evaluate each proposal or submittal made pursuant to Paragraphs 6.05.A and 6.05.B. Engineer may require Contractor to furnish additional data about the proposed substitute item. Engineer will be the sole judge of acceptability. No "or equal" or substitute will be ordered, installed or utilized until Engineer's review is complete, which will be evidenced by a Change Order in the case of a substitute and an approved Shop Drawing for an "or equal." Engineer will advise Contractor in writing of any negative determination.

D. *Special Guarantee:* Owner may require Contractor to furnish at Contractor's expense a special performance guarantee or other surety with respect to any substitute.

E. *Engineer's Cost Reimbursement:* Engineer will record Engineer's costs in evaluating a substitute proposed or submitted by Contractor pursuant to Paragraphs 6.05.A.2 and 6.05.B. Whether or not Engineer approves a substitute so proposed or submitted by Contractor, Contractor shall reimburse Owner for the reasonable charges of Engineer for evaluating each such proposed substitute. Contractor shall also reimburse Owner for the reasonable charges of Engineer for making changes in the Contract Documents (or in the provisions of any other direct contract with Owner) resulting from the acceptance of each proposed substitute.

F. *Contractor's Expense:* Contractor shall provide all data in support of any proposed substitute or "or-equal" at Contractor's expense.

6.06 *Concerning Subcontractors, Suppliers, and Others*

A. Contractor shall not employ any Subcontractor, Supplier, or other individual or entity (including those acceptable to Owner as indicated in Paragraph 6.06.B), whether initially or as a replacement, against whom Owner may have reasonable objection. Contractor shall not be

required to employ any Subcontractor, Supplier, or other individual or entity to furnish or perform any of the Work against whom Contractor has reasonable objection.

B. If the Supplementary Conditions require the identity of certain Subcontractors, Suppliers, or other individuals or entities to be submitted to Owner in advance for acceptance by Owner by a specified date prior to the Effective Date of the Agreement, and if Contractor has submitted a list thereof in accordance with the Supplementary Conditions, Owner's acceptance (either in writing or by failing to make written objection thereto by the date indicated for acceptance or objection in the Bidding Documents or the Contract Documents) of any such Subcontractor, Supplier, or other individual or entity so identified may be revoked on the basis of reasonable objection after due investigation. Contractor shall submit an acceptable replacement for the rejected Subcontractor, Supplier, or other individual or entity, and the Contract Price will be adjusted by the difference in the cost occasioned by such replacement, and an appropriate Change Order will be issued. No acceptance by Owner of any such Subcontractor, Supplier, or other individual or entity, whether initially or as a replacement, shall constitute a waiver of any right of Owner or Engineer to reject defective Work.

C. Contractor shall be fully responsible to Owner and Engineer for all acts and omissions of the Subcontractors, Suppliers, and other individuals or entities performing or furnishing any of the Work just as Contractor is responsible for Contractor's own acts and omissions. Nothing in the Contract Documents:

1. shall create for the benefit of any such Subcontractor, Supplier, or other individual or entity any contractual relationship between Owner or Engineer and any such Subcontractor, Supplier or other individual or entity; nor

2. shall create any obligation on the part of Owner or Engineer to pay or to see to the payment of any moneys due any such Subcontractor, Supplier, or other individual or entity except as may otherwise be required by Laws and Regulations.

D. Contractor shall be solely responsible for scheduling and coordinating the Work of Subcontractors, Suppliers, and other individuals or entities performing or furnishing any of the Work under a direct or indirect contract with Contractor.

E. Contractor shall require all Subcontractors, Suppliers, and such other individuals or entities performing or furnishing any of the Work to communicate with Engineer through Contractor.

F. The divisions and sections of the Specifications and the identifications of any Drawings shall not control Contractor in dividing the Work among Subcontractors or Suppliers or delineating the Work to be performed by any specific trade.

G. All Work performed for Contractor by a Subcontractor or Supplier will be pursuant to an appropriate agreement between Contractor and the Subcontractor or Supplier which specifically binds the Subcontractor or Supplier to the applicable terms and conditions of the Contract Documents for the benefit of Owner and Engineer. Whenever any such agreement is with a Subcontractor or Supplier who is listed as a loss payee on the property insurance provided in Paragraph 5.06, the agreement between the Contractor and the Subcontractor or Supplier will contain provisions whereby the Subcontractor or Supplier waives all rights against Owner, Contractor, Engineer, and all other individuals or entities identified in the Supplementary

Conditions to be listed as insureds or loss payees (and the officers, directors, members, partners, employees, agents, consultants, and subcontractors of each and any of them) for all losses and damages caused by, arising out of, relating to, or resulting from any of the perils or causes of loss covered by such policies and any other property insurance applicable to the Work. If the insurers on any such policies require separate waiver forms to be signed by any Subcontractor or Supplier, Contractor will obtain the same.

6.07 *Patent Fees and Royalties*

A. Contractor shall pay all license fees and royalties and assume all costs incident to the use in the performance of the Work or the incorporation in the Work of any invention, design, process, product, or device which is the subject of patent rights or copyrights held by others. If a particular invention, design, process, product, or device is specified in the Contract Documents for use in the performance of the Work and if, to the actual knowledge of Owner or Engineer, its use is subject to patent rights or copyrights calling for the payment of any license fee or royalty to others, the existence of such rights shall be disclosed by Owner in the Contract Documents.

B. To the fullest extent permitted by Laws and Regulations, Owner shall indemnify and hold harmless Contractor, and its officers, directors, members, partners, employees, agents, consultants, and subcontractors from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals, and all court or arbitration or other dispute resolution costs) arising out of or relating to any infringement of patent rights or copyrights incident to the use in the performance of the Work or resulting from the incorporation in the Work of any invention, design, process, product, or device specified in the Contract Documents, but not identified as being subject to payment of any license fee or royalty to others required by patent rights or copyrights.

C. To the fullest extent permitted by Laws and Regulations, Contractor shall indemnify and hold harmless Owner and Engineer, and the officers, directors, members, partners, employees, agents, consultants and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to any infringement of patent rights or copyrights incident to the use in the performance of the Work or resulting from the incorporation in the Work of any invention, design, process, product, or device not specified in the Contract Documents.

6.08 *Permits*

A. Unless otherwise provided in the Supplementary Conditions, Contractor shall obtain and pay for all construction permits and licenses. Owner shall assist Contractor, when necessary, in obtaining such permits and licenses. Contractor shall pay all governmental charges and inspection fees necessary for the prosecution of the Work which are applicable at the time of opening of Bids, or, if there are no Bids, on the Effective Date of the Agreement. Owner shall pay all charges of utility owners for connections for providing permanent service to the Work.

Case: 24CI2:14-cv-00037     Document #: 2     Filed: 03/05/2014     Page 96 of 300

6.09   *Laws and Regulations*

    A. Contractor shall give all notices required by and shall comply with all Laws and Regulations applicable to the performance of the Work. Except where otherwise expressly required by applicable Laws and Regulations, neither Owner nor Engineer shall be responsible for monitoring Contractor's compliance with any Laws or Regulations.

    B. If Contractor performs any Work knowing or having reason to know that it is contrary to Laws or Regulations, Contractor shall bear all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to such Work. However, it shall not be Contractor's responsibility to make certain that the Specifications and Drawings are in accordance with Laws and Regulations, but this shall not relieve Contractor of Contractor's obligations under Paragraph 3.03.

    C. Changes in Laws or Regulations not known at the time of opening of Bids (or, on the Effective Date of the Agreement if there were no Bids) having an effect on the cost or time of performance of the Work shall be the subject of an adjustment in Contract Price or Contract Times. If Owner and Contractor are unable to agree on entitlement to or on the amount or extent, if any, of any such adjustment, a Claim may be made therefor as provided in Paragraph 10.05.

6.10   *Taxes*

    A. Contractor shall pay all sales, consumer, use, and other similar taxes required to be paid by Contractor in accordance with the Laws and Regulations of the place of the Project which are applicable during the performance of the Work.

6.11   *Use of Site and Other Areas*

    A. *Limitation on Use of Site and Other Areas:*

        1. Contractor shall confine construction equipment, the storage of materials and equipment, and the operations of workers to the Site and other areas permitted by Laws and Regulations, and shall not unreasonably encumber the Site and other areas with construction equipment or other materials or equipment. Contractor shall assume full responsibility for any damage to any such land or area, or to the owner or occupant thereof, or of any adjacent land or areas resulting from the performance of the Work.

        2. Should any claim be made by any such owner or occupant because of the performance of the Work, Contractor shall promptly settle with such other party by negotiation or otherwise resolve the claim by arbitration or other dispute resolution proceeding or at law.

        3. To the fullest extent permitted by Laws and Regulations, Contractor shall indemnify and hold harmless Owner and Engineer, and the officers, directors, members, partners, employees, agents, consultants and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to any claim or action, legal or equitable, brought by any such owner or occupant against Owner, Engineer, or any other party

indemnified hereunder to the extent caused by or based upon Contractor's performance of the Work.

B. *Removal of Debris During Performance of the Work.* During the progress of the Work Contractor shall keep the Site and other areas free from accumulations of waste materials, rubbish, and other debris. Removal and disposal of such waste materials, rubbish, and other debris shall conform to applicable Laws and Regulations.

C. *Cleaning:* Prior to Substantial Completion of the Work Contractor shall clean the Site and the Work and make it ready for utilization by Owner. At the completion of the Work Contractor shall remove from the Site all tools, appliances, construction equipment and machinery, and surplus materials and shall restore to original condition all property not designated for alteration by the Contract Documents.

D. *Loading Structures:* Contractor shall not load nor permit any part of any structure to be loaded in any manner that will endanger the structure, nor shall Contractor subject any part of the Work or adjacent property to stresses or pressures that will endanger it.

6.12 *Record Documents*

A. Contractor shall maintain in a safe place at the Site one record copy of all Drawings, Specifications, Addenda, Change Orders, Work Change Directives, Field Orders, and written interpretations and clarifications in good order and annotated to show changes made during construction. These record documents together with all approved Samples and a counterpart of all approved Shop Drawings will be available to Engineer for reference. Upon completion of the Work, these record documents, Samples, and Shop Drawings will be delivered to Engineer for Owner.

6.13 *Safety and Protection*

A. Contractor shall be solely responsible for initiating, maintaining and supervising all safety precautions and programs in connection with the Work. Such responsibility does not relieve Subcontractors of their responsibility for the safety of persons or property in the performance of their work, nor for compliance with applicable safety Laws and Regulations. Contractor shall take all necessary precautions for the safety of, and shall provide the necessary protection to prevent damage, injury or loss to:

1. all persons on the Site or who may be affected by the Work;

2. all the Work and materials and equipment to be incorporated therein, whether in storage on or off the Site; and

3. other property at the Site or adjacent thereto, including trees, shrubs, lawns, walks, pavements, roadways, structures, utilities, and Underground Facilities not designated for removal, relocation, or replacement in the course of construction.

B. Contractor shall comply with all applicable Laws and Regulations relating to the safety of persons or property, or to the protection of persons or property from damage, injury, or loss; and shall erect and maintain all necessary safeguards for such safety and protection. Contractor shall

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 98 of 300

notify owners of adjacent property and of Underground Facilities and other utility owners when prosecution of the Work may affect them, and shall cooperate with them in the protection, removal, relocation, and replacement of their property.

C. Contractor shall comply with the applicable requirements of Owner's safety programs, if any. The Supplementary Conditions identify any Owner's safety programs that are applicable to the Work.

D. Contractor shall inform Owner and Engineer of the specific requirements of Contractor's safety program with which Owner's and Engineer's employees and representatives must comply while at the Site.

E. All damage, injury, or loss to any property referred to in Paragraph 6.13.A.2 or 6.13.A.3 caused, directly or indirectly, in whole or in part, by Contractor, any Subcontractor, Supplier, or any other individual or entity directly or indirectly employed by any of them to perform any of the Work, or anyone for whose acts any of them may be liable, shall be remedied by Contractor (except damage or loss attributable to the fault of Drawings or Specifications or to the acts or omissions of Owner or Engineer or anyone employed by any of them, or anyone for whose acts any of them may be liable, and not attributable, directly or indirectly, in whole or in part, to the fault or negligence of Contractor or any Subcontractor, Supplier, or other individual or entity directly or indirectly employed by any of them).

F. Contractor's duties and responsibilities for safety and for protection of the Work shall continue until such time as all the Work is completed and Engineer has issued a notice to Owner and Contractor in accordance with Paragraph 14.07.B that the Work is acceptable (except as otherwise expressly provided in connection with Substantial Completion).

6.14 *Safety Representative*

A. Contractor shall designate a qualified and experienced safety representative at the Site whose duties and responsibilities shall be the prevention of accidents and the maintaining and supervising of safety precautions and programs.

6.15 *Hazard Communication Programs*

A. Contractor shall be responsible for coordinating any exchange of material safety data sheets or other hazard communication information required to be made available to or exchanged between or among employers at the Site in accordance with Laws or Regulations.

6.16 *Emergencies*

A. In emergencies affecting the safety or protection of persons or the Work or property at the Site or adjacent thereto, Contractor is obligated to act to prevent threatened damage, injury, or loss. Contractor shall give Engineer prompt written notice if Contractor believes that any significant changes in the Work or variations from the Contract Documents have been caused thereby or are required as a result thereof. If Engineer determines that a change in the Contract Documents is required because of the action taken by Contractor in response to such an emergency, a Work Change Directive or Change Order will be issued.

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 99 of 300

6.17  *Shop Drawings and Samples*

A. Contractor shall submit Shop Drawings and Samples to Engineer for review and approval in accordance with the accepted Schedule of Submittals (as required by Paragraph 2.07). Each submittal will be identified as Engineer may require.

   1.  *Shop Drawings:*

      a.  Submit number of copies specified in the General Requirements.

      b.  Data shown on the Shop Drawings will be complete with respect to quantities, dimensions, specified performance and design criteria, materials, and similar data to show Engineer the services, materials, and equipment Contractor proposes to provide and to enable Engineer to review the information for the limited purposes required by Paragraph 6.17.D.

   2.  *Samples:*

      a.  Submit number of Samples specified in the Specifications.

      b.  Clearly identify each Sample as to material, Supplier, pertinent data such as catalog numbers, the use for which intended and other data as Engineer may require to enable Engineer to review the submittal for the limited purposes required by Paragraph 6.17.D.

B. Where a Shop Drawing or Sample is required by the Contract Documents or the Schedule of Submittals, any related Work performed prior to Engineer's review and approval of the pertinent submittal will be at the sole expense and responsibility of Contractor.

C. *Submittal Procedures:*

   1.  Before submitting each Shop Drawing or Sample, Contractor shall have:

      a.  reviewed and coordinated each Shop Drawing or Sample with other Shop Drawings and Samples and with the requirements of the Work and the Contract Documents;

      b.  determined and verified all field measurements, quantities, dimensions, specified performance and design criteria, installation requirements, materials, catalog numbers, and similar information with respect thereto;

      c.  determined and verified the suitability of all materials offered with respect to the indicated application, fabrication, shipping, handling, storage, assembly, and installation pertaining to the performance of the Work; and

      d.  determined and verified all information relative to Contractor's responsibilities for means, methods, techniques, sequences, and procedures of construction, and safety precautions and programs incident thereto.

   2.  Each submittal shall bear a stamp or specific written certification that Contractor has satisfied Contractor's obligations under the Contract Documents with respect to Contractor's review and approval of that submittal.

EJCDC C-700 Standard General Conditions of the Construction Contract
Copyright © 2007 National Society of Professional Engineers for EJCDC. All rights reserved.
Page 31 of 62

3. With each submittal, Contractor shall give Engineer specific written notice of any variations that the Shop Drawing or Sample may have from the requirements of the Contract Documents. This notice shall be both a written communication separate from the Shop Drawings or Sample submittal; and, in addition, by a specific notation made on each Shop Drawing or Sample submitted to Engineer for review and approval of each such variation.

D. *Engineer's Review:*

1. Engineer will provide timely review of Shop Drawings and Samples in accordance with the Schedule of Submittals acceptable to Engineer. Engineer's review and approval will be only to determine if the items covered by the submittals will, after installation or incorporation in the Work, conform to the information given in the Contract Documents and be compatible with the design concept of the completed Project as a functioning whole as indicated by the Contract Documents.

2. Engineer's review and approval will not extend to means, methods, techniques, sequences, or procedures of construction (except where a particular means, method, technique, sequence, or procedure of construction is specifically and expressly called for by the Contract Documents) or to safety precautions or programs incident thereto. The review and approval of a separate item as such will not indicate approval of the assembly in which the item functions.

3. Engineer's review and approval shall not relieve Contractor from responsibility for any variation from the requirements of the Contract Documents unless Contractor has complied with the requirements of Paragraph 6.17.C.3 and Engineer has given written approval of each such variation by specific written notation thereof incorporated in or accompanying the Shop Drawing or Sample. Engineer's review and approval shall not relieve Contractor from responsibility for complying with the requirements of Paragraph 6.17.C.1.

E. *Resubmittal Procedures:*

1. Contractor shall make corrections required by Engineer and shall return the required number of corrected copies of Shop Drawings and submit, as required, new Samples for review and approval. Contractor shall direct specific attention in writing to revisions other than the corrections called for by Engineer on previous submittals.

6.18 *Continuing the Work*

A. Contractor shall carry on the Work and adhere to the Progress Schedule during all disputes or disagreements with Owner. No Work shall be delayed or postponed pending resolution of any disputes or disagreements, except as permitted by Paragraph 15.04 or as Owner and Contractor may otherwise agree in writing.

6.19   *Contractor's General Warranty and Guarantee*

A. Contractor warrants and guarantees to Owner that all Work will be in accordance with the Contract Documents and will not be defective. Engineer and its officers, directors, members, partners, employees, agents, consultants, and subcontractors shall be entitled to rely on representation of Contractor's warranty and guarantee.

B. Contractor's warranty and guarantee hereunder excludes defects or damage caused by:

   1. abuse, modification, or improper maintenance or operation by persons other than Contractor, Subcontractors, Suppliers, or any other individual or entity for whom Contractor is responsible; or

   2. normal wear and tear under normal usage.

C. Contractor's obligation to perform and complete the Work in accordance with the Contract Documents shall be absolute. None of the following will constitute an acceptance of Work that is not in accordance with the Contract Documents or a release of Contractor's obligation to perform the Work in accordance with the Contract Documents:

   1. observations by Engineer;

   2. recommendation by Engineer or payment by Owner of any progress or final payment;

   3. the issuance of a certificate of Substantial Completion by Engineer or any payment related thereto by Owner;

   4. use or occupancy of the Work or any part thereof by Owner;

   5. any review and approval of a Shop Drawing or Sample submittal or the issuance of a notice of acceptability by Engineer;

   6. any inspection, test, or approval by others; or

   7. any correction of defective Work by Owner.

6.20   *Indemnification*

A. To the fullest extent permitted by Laws and Regulations, Contractor shall indemnify and hold harmless Owner and Engineer, and the officers, directors, members, partners, employees, agents, consultants and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to the performance of the Work, provided that any such claim, cost, loss, or damage is attributable to bodily injury, sickness, disease, or death, or to injury to or destruction of tangible property (other than the Work itself), including the loss of use resulting therefrom but only to the extent caused by any negligent act or omission of Contractor, any Subcontractor, any Supplier, or any individual or entity directly or indirectly employed by any of them to perform any of the Work or anyone for whose acts any of them may be liable .

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 102 of 300

B. If any and all claims against Owner or Engineer or any of their officers, directors, members, partners, employees, agents, consultants, or subcontractors by any employee (or the survivor or personal representative of such employee) of Contractor, any Subcontractor, any Supplier, or any individual or entity directly or indirectly employed by any of them to perform any of the Work, or anyone for whose acts any of them may be liable, the indemnification obligation under Paragraph 6.20.A shall not be limited in any way by any limitation on the amount or type of damages, compensation, or benefits payable by or for Contractor or any such Subcontractor, Supplier, or other individual or entity under workers' compensation acts, disability benefit acts, or other employee benefit acts.

C. The indemnification obligations of Contractor under Paragraph 6.20.A shall not extend to the liability of Engineer and Engineer's officers, directors, members, partners, employees, agents, consultants and subcontractors arising out of:

1. the preparation or approval of, or the failure to prepare or approve maps, Drawings, opinions, reports, surveys, Change Orders, designs, or Specifications; or

2. giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

6.21  *Delegation of Professional Design Services*

A. Contractor will not be required to provide professional design services unless such services are specifically required by the Contract Documents for a portion of the Work or unless such services are required to carry out Contractor's responsibilities for construction means, methods, techniques, sequences and procedures. Contractor shall not be required to provide professional services in violation of applicable law.

B. If professional design services or certifications by a design professional related to systems, materials or equipment are specifically required of Contractor by the Contract Documents, Owner and Engineer will specify all performance and design criteria that such services must satisfy. Contractor shall cause such services or certifications to be provided by a properly licensed professional, whose signature and seal shall appear on all drawings, calculations, specifications, certifications, Shop Drawings and other submittals prepared by such professional. Shop Drawings and other submittals related to the Work designed or certified by such professional, if prepared by others, shall bear such professional's written approval when submitted to Engineer.

C. Owner and Engineer shall be entitled to rely upon the adequacy, accuracy and completeness of the services, certifications or approvals performed by such design professionals, provided Owner and Engineer have specified to Contractor all performance and design criteria that such services must satisfy.

D. Pursuant to this Paragraph 6.21, Engineer's review and approval of design calculations and design drawings will be only for the limited purpose of checking for conformance with performance and design criteria given and the design concept expressed in the Contract Documents. Engineer's review and approval of Shop Drawings and other submittals (except design calculations and design drawings) will be only for the purpose stated in Paragraph 6.17.D.1.

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 103 of 300

E. Contractor shall not be responsible for the adequacy of the performance or design criteria required by the Contract Documents.

## ARTICLE 7 – OTHER WORK AT THE SITE

7.01    *Related Work at Site*

A. Owner may perform other work related to the Project at the Site with Owner's employees, or through other direct contracts therefor, or have other work performed by utility owners. If such other work is not noted in the Contract Documents, then:

1. written notice thereof will be given to Contractor prior to starting any such other work; and

2. if Owner and Contractor are unable to agree on entitlement to or on the amount or extent, if any, of any adjustment in the Contract Price or Contract Times that should be allowed as a result of such other work, a Claim may be made therefor as provided in Paragraph 10.05.

B. Contractor shall afford each other contractor who is a party to such a direct contract, each utility owner, and Owner, if Owner is performing other work with Owner's employees, proper and safe access to the Site, provide a reasonable opportunity for the introduction and storage of materials and equipment and the execution of such other work, and properly coordinate the Work with theirs. Contractor shall do all cutting, fitting, and patching of the Work that may be required to properly connect or otherwise make its several parts come together and properly integrate with such other work. Contractor shall not endanger any work of others by cutting, excavating, or otherwise altering such work; provided, however, that Contractor may cut or alter others' work with the written consent of Engineer and the others whose work will be affected. The duties and responsibilities of Contractor under this Paragraph are for the benefit of such utility owners and other contractors to the extent that there are comparable provisions for the benefit of Contractor in said direct contracts between Owner and such utility owners and other contractors.

C. If the proper execution or results of any part of Contractor's Work depends upon work performed by others under this Article 7, Contractor shall inspect such other work and promptly report to Engineer in writing any delays, defects, or deficiencies in such other work that render it unavailable or unsuitable for the proper execution and results of Contractor's Work. Contractor's failure to so report will constitute an acceptance of such other work as fit and proper for integration with Contractor's Work except for latent defects and deficiencies in such other work.

7.02    *Coordination*

A. If Owner intends to contract with others for the performance of other work on the Project at the Site, the following will be set forth in Supplementary Conditions:

1. the individual or entity who will have authority and responsibility for coordination of the activities among the various contractors will be identified;

    2.  the specific matters to be covered by such authority and responsibility will be itemized; and

    3.  the extent of such authority and responsibilities will be provided.

B.  Unless otherwise provided in the Supplementary Conditions, Owner shall have sole authority and responsibility for such coordination.

7.03   *Legal Relationships*

A.  Paragraphs 7.01.A and 7.02 are not applicable for utilities not under the control of Owner.

B.  Each other direct contract of Owner under Paragraph 7.01.A shall provide that the other contractor is liable to Owner and Contractor for the reasonable direct delay and disruption costs incurred by Contractor as a result of the other contractor's wrongful actions or inactions.

C.  Contractor shall be liable to Owner and any other contractor under direct contract to Owner for the reasonable direct delay and disruption costs incurred by such other contractor as a result of Contractor's wrongful action or inactions.

## ARTICLE 8 – OWNER'S RESPONSIBILITIES

8.01   *Communications to Contractor*

A.  Except as otherwise provided in these General Conditions, Owner shall issue all communications to Contractor through Engineer.

8.02   *Replacement of Engineer*

A.  In case of termination of the employment of Engineer, Owner shall appoint an engineer to whom Contractor makes no reasonable objection, whose status under the Contract Documents shall be that of the former Engineer.

8.03   *Furnish Data*

A.  Owner shall promptly furnish the data required of Owner under the Contract Documents.

8.04   *Pay When Due*

A.  Owner shall make payments to Contractor when they are due as provided in Paragraphs 14.02.C and 14.07.C.

8.05   *Lands and Easements; Reports and Tests*

A.  Owner's duties with respect to providing lands and easements and providing engineering surveys to establish reference points are set forth in Paragraphs 4.01 and 4.05. Paragraph 4.02 refers to Owner's identifying and making available to Contractor copies of reports of explorations and tests of subsurface conditions and drawings of physical conditions relating to existing surface or subsurface structures at the Site.

8.06  *Insurance*

A. Owner's responsibilities, if any, with respect to purchasing and maintaining liability and property insurance are set forth in Article 5.

8.07  *Change Orders*

A. Owner is obligated to execute Change Orders as indicated in Paragraph 10.03.

8.08  *Inspections, Tests, and Approvals*

A. Owner's responsibility with respect to certain inspections, tests, and approvals is set forth in Paragraph 13.03.B.

8.09  *Limitations on Owner's Responsibilities*

A. The Owner shall not supervise, direct, or have control or authority over, nor be responsible for, Contractor's means, methods, techniques, sequences, or procedures of construction, or the safety precautions and programs incident thereto, or for any failure of Contractor to comply with Laws and Regulations applicable to the performance of the Work. Owner will not be responsible for Contractor's failure to perform the Work in accordance with the Contract Documents.

8.10  *Undisclosed Hazardous Environmental Condition*

A. Owner's responsibility in respect to an undisclosed Hazardous Environmental Condition is set forth in Paragraph 4.06.

8.11  *Evidence of Financial Arrangements*

A. Upon request of Contractor, Owner shall furnish Contractor reasonable evidence that financial arrangements have been made to satisfy Owner's obligations under the Contract Documents.

8.12  *Compliance with Safety Program*

A. While at the Site, Owner's employees and representatives shall comply with the specific applicable requirements of Contractor's safety programs of which Owner has been informed pursuant to Paragraph 6.13.D.

## ARTICLE 9 – ENGINEER'S STATUS DURING CONSTRUCTION

9.01  *Owner's Representative*

A. Engineer will be Owner's representative during the construction period. The duties and responsibilities and the limitations of authority of Engineer as Owner's representative during construction are set forth in the Contract Documents.

9.02  *Visits to Site*

A. Engineer will make visits to the Site at intervals appropriate to the various stages of construction as Engineer deems necessary in order to observe as an experienced and qualified design

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 106 of 300

professional the progress that has been made and the quality of the various aspects of Contractor's executed Work. Based on information obtained during such visits and observations, Engineer, for the benefit of Owner, will determine, in general, if the Work is proceeding in accordance with the Contract Documents. Engineer will not be required to make exhaustive or continuous inspections on the Site to check the quality or quantity of the Work. Engineer's efforts will be directed toward providing for Owner a greater degree of confidence that the completed Work will conform generally to the Contract Documents. On the basis of such visits and observations, Engineer will keep Owner informed of the progress of the Work and will endeavor to guard Owner against defective Work.

B. Engineer's visits and observations are subject to all the limitations on Engineer's authority and responsibility set forth in Paragraph 9.09. Particularly, but without limitation, during or as a result of Engineer's visits or observations of Contractor's Work, Engineer will not supervise, direct, control, or have authority over or be responsible for Contractor's means, methods, techniques, sequences, or procedures of construction, or the safety precautions and programs incident thereto, or for any failure of Contractor to comply with Laws and Regulations applicable to the performance of the Work.

9.03   *Project Representative*

A. If Owner and Engineer agree, Engineer will furnish a Resident Project Representative to assist Engineer in providing more extensive observation of the Work. The authority and responsibilities of any such Resident Project Representative and assistants will be as provided in the Supplementary Conditions, and limitations on the responsibilities thereof will be as provided in Paragraph 9.09. If Owner designates another representative or agent to represent Owner at the Site who is not Engineer's consultant, agent or employee, the responsibilities and authority and limitations thereon of such other individual or entity will be as provided in the Supplementary Conditions.

9.04   *Authorized Variations in Work*

A. Engineer may authorize minor variations in the Work from the requirements of the Contract Documents which do not involve an adjustment in the Contract Price or the Contract Times and are compatible with the design concept of the completed Project as a functioning whole as indicated by the Contract Documents. These may be accomplished by a Field Order and will be binding on Owner and also on Contractor, who shall perform the Work involved promptly. If Owner or Contractor believes that a Field Order justifies an adjustment in the Contract Price or Contract Times, or both, and the parties are unable to agree on entitlement to or on the amount or extent, if any, of any such adjustment, a Claim may be made therefor as provided in Paragraph 10.05.

9.05   *Rejecting Defective Work*

A. Engineer will have authority to reject Work which Engineer believes to be defective, or that Engineer believes will not produce a completed Project that conforms to the Contract Documents or that will prejudice the integrity of the design concept of the completed Project as a functioning whole as indicated by the Contract Documents. Engineer will also have authority to require special inspection or testing of the Work as provided in Paragraph 13.04, whether or not the Work is fabricated, installed, or completed.

9.06  *Shop Drawings, Change Orders and Payments*

A. In connection with Engineer's authority, and limitations thereof, as to Shop Drawings and Samples, see Paragraph 6.17.

B. In connection with Engineer's authority, and limitations thereof, as to design calculations and design drawings submitted in response to a delegation of professional design services, if any, see Paragraph 6.21.

C. In connection with Engineer's authority as to Change Orders, see Articles 10, 11, and 12.

D. In connection with Engineer's authority as to Applications for Payment, see Article 14.

9.07  *Determinations for Unit Price Work*

A. Engineer will determine the actual quantities and classifications of Unit Price Work performed by Contractor. Engineer will review with Contractor the Engineer's preliminary determinations on such matters before rendering a written decision thereon (by recommendation of an Application for Payment or otherwise). Engineer's written decision thereon will be final and binding (except as modified by Engineer to reflect changed factual conditions or more accurate data) upon Owner and Contractor, subject to the provisions of Paragraph 10.05.

9.08  *Decisions on Requirements of Contract Documents and Acceptability of Work*

A. Engineer will be the initial interpreter of the requirements of the Contract Documents and judge of the acceptability of the Work thereunder. All matters in question and other matters between Owner and Contractor arising prior to the date final payment is due relating to the acceptability of the Work, and the interpretation of the requirements of the Contract Documents pertaining to the performance of the Work, will be referred initially to Engineer in writing within 30 days of the event giving rise to the question.

B. Engineer will, with reasonable promptness, render a written decision on the issue referred. If Owner or Contractor believes that any such decision entitles them to an adjustment in the Contract Price or Contract Times or both, a Claim may be made under Paragraph 10.05. The date of Engineer's decision shall be the date of the event giving rise to the issues referenced for the purposes of Paragraph 10.05.B.

C. Engineer's written decision on the issue referred will be final and binding on Owner and Contractor, subject to the provisions of Paragraph 10.05.

D. When functioning as interpreter and judge under this Paragraph 9.08, Engineer will not show partiality to Owner or Contractor and will not be liable in connection with any interpretation or decision rendered in good faith in such capacity.

9.09  *Limitations on Engineer's Authority and Responsibilities*

A. Neither Engineer's authority or responsibility under this Article 9 or under any other provision of the Contract Documents nor any decision made by Engineer in good faith either to exercise or not exercise such authority or responsibility or the undertaking, exercise, or performance of any

authority or responsibility by Engineer shall create, impose, or give rise to any duty in contract, tort, or otherwise owed by Engineer to Contractor, any Subcontractor, any Supplier, any other individual or entity, or to any surety for or employee or agent of any of them.

B. Engineer will not supervise, direct, control, or have authority over or be responsible for Contractor's means, methods, techniques, sequences, or procedures of construction, or the safety precautions and programs incident thereto, or for any failure of Contractor to comply with Laws and Regulations applicable to the performance of the Work. Engineer will not be responsible for Contractor's failure to perform the Work in accordance with the Contract Documents.

C. Engineer will not be responsible for the acts or omissions of Contractor or of any Subcontractor, any Supplier, or of any other individual or entity performing any of the Work.

D. Engineer's review of the final Application for Payment and accompanying documentation and all maintenance and operating instructions, schedules, guarantees, bonds, certificates of inspection, tests and approvals, and other documentation required to be delivered by Paragraph 14.07.A will only be to determine generally that their content complies with the requirements of, and in the case of certificates of inspections, tests, and approvals that the results certified indicate compliance with, the Contract Documents.

E. The limitations upon authority and responsibility set forth in this Paragraph 9.09 shall also apply to the Resident Project Representative, if any, and assistants, if any.

9.10  *Compliance with Safety Program*

A. While at the Site, Engineer's employees and representatives shall comply with the specific applicable requirements of Contractor's safety programs of which Engineer has been informed pursuant to Paragraph 6.13.D.

## ARTICLE 10 – CHANGES IN THE WORK; CLAIMS

10.01  *Authorized Changes in the Work*

A. Without invalidating the Contract and without notice to any surety, Owner may, at any time or from time to time, order additions, deletions, or revisions in the Work by a Change Order, or a Work Change Directive. Upon receipt of any such document, Contractor shall promptly proceed with the Work involved which will be performed under the applicable conditions of the Contract Documents (except as otherwise specifically provided).

B. If Owner and Contractor are unable to agree on entitlement to, or on the amount or extent, if any, of an adjustment in the Contract Price or Contract Times, or both, that should be allowed as a result of a Work Change Directive, a Claim may be made therefor as provided in Paragraph 10.05.

10.02  *Unauthorized Changes in the Work*

A. Contractor shall not be entitled to an increase in the Contract Price or an extension of the Contract Times with respect to any work performed that is not required by the Contract Documents as amended, modified, or supplemented as provided in Paragraph 3.04, except in the

EJCDC C-700 Standard General Conditions of the Construction Contract
Copyright © 2007 National Society of Professional Engineers for EJCDC. All rights reserved.
Page 40 of 62

case of an emergency as provided in Paragraph 6.16 or in the case of uncovering Work as provided in Paragraph 13.04.D.

10.03 *Execution of Change Orders*

A. Owner and Contractor shall execute appropriate Change Orders recommended by Engineer covering:

1. changes in the Work which are: (i) ordered by Owner pursuant to Paragraph 10.01.A, (ii) required because of acceptance of defective Work under Paragraph 13.08.A or Owner's correction of defective Work under Paragraph 13.09, or (iii) agreed to by the parties;

2. changes in the Contract Price or Contract Times which are agreed to by the parties, including any undisputed sum or amount of time for Work actually performed in accordance with a Work Change Directive; and

3. changes in the Contract Price or Contract Times which embody the substance of any written decision rendered by Engineer pursuant to Paragraph 10.05; provided that, in lieu of executing any such Change Order, an appeal may be taken from any such decision in accordance with the provisions of the Contract Documents and applicable Laws and Regulations, but during any such appeal, Contractor shall carry on the Work and adhere to the Progress Schedule as provided in Paragraph 6.18.A.

10.04 *Notification to Surety*

A. If the provisions of any bond require notice to be given to a surety of any change affecting the general scope of the Work or the provisions of the Contract Documents (including, but not limited to, Contract Price or Contract Times), the giving of any such notice will be Contractor's responsibility. The amount of each applicable bond will be adjusted to reflect the effect of any such change.

10.05 *Claims*

A. *Engineer's Decision Required*: All Claims, except those waived pursuant to Paragraph 14.09, shall be referred to the Engineer for decision. A decision by Engineer shall be required as a condition precedent to any exercise by Owner or Contractor of any rights or remedies either may otherwise have under the Contract Documents or by Laws and Regulations in respect of such Claims.

B. *Notice*: Written notice stating the general nature of each Claim shall be delivered by the claimant to Engineer and the other party to the Contract promptly (but in no event later than 30 days) after the start of the event giving rise thereto. The responsibility to substantiate a Claim shall rest with the party making the Claim. Notice of the amount or extent of the Claim, with supporting data shall be delivered to the Engineer and the other party to the Contract within 60 days after the start of such event (unless Engineer allows additional time for claimant to submit additional or more accurate data in support of such Claim). A Claim for an adjustment in Contract Price shall be prepared in accordance with the provisions of Paragraph 12.01.B. A Claim for an adjustment in Contract Times shall be prepared in accordance with the provisions of Paragraph 12.02.B. Each Claim shall be accompanied by claimant's written statement that the adjustment claimed is

EJCDC C-700 Standard General Conditions of the Construction Contract
Copyright © 2007 National Society of Professional Engineers for EJCDC. All rights reserved.
Page 41 of 62

the entire adjustment to which the claimant believes it is entitled as a result of said event. The opposing party shall submit any response to Engineer and the claimant within 30 days after receipt of the claimant's last submittal (unless Engineer allows additional time).

C. *Engineer's Action:* Engineer will review each Claim and, within 30 days after receipt of the last submittal of the claimant or the last submittal of the opposing party, if any, take one of the following actions in writing:

1. deny the Claim in whole or in part;

2. approve the Claim; or

3. notify the parties that the Engineer is unable to resolve the Claim if, in the Engineer's sole discretion, it would be inappropriate for the Engineer to do so. For purposes of further resolution of the Claim, such notice shall be deemed a denial.

D. In the event that Engineer does not take action on a Claim within said 30 days, the Claim shall be deemed denied.

E. Engineer's written action under Paragraph 10.05.C or denial pursuant to Paragraphs 10.05.C.3 or 10.05.D will be final and binding upon Owner and Contractor, unless Owner or Contractor invoke the dispute resolution procedure set forth in Article 16 within 30 days of such action or denial.

F. No Claim for an adjustment in Contract Price or Contract Times will be valid if not submitted in accordance with this Paragraph 10.05.

## ARTICLE 11 – COST OF THE WORK; ALLOWANCES; UNIT PRICE WORK

11.01 *Cost of the Work*

A. *Costs Included:* The term Cost of the Work means the sum of all costs, except those excluded in Paragraph 11.01.B, necessarily incurred and paid by Contractor in the proper performance of the Work. When the value of any Work covered by a Change Order or when a Claim for an adjustment in Contract Price is determined on the basis of Cost of the Work, the costs to be reimbursed to Contractor will be only those additional or incremental costs required because of the change in the Work or because of the event giving rise to the Claim. Except as otherwise may be agreed to in writing by Owner, such costs shall be in amounts no higher than those prevailing in the locality of the Project, shall not include any of the costs itemized in Paragraph 11.01.B, and shall include only the following items:

1. Payroll costs for employees in the direct employ of Contractor in the performance of the Work under schedules of job classifications agreed upon by Owner and Contractor. Such employees shall include, without limitation, superintendents, foremen, and other personnel employed full time on the Work. Payroll costs for employees not employed full time on the Work shall be apportioned on the basis of their time spent on the Work. Payroll costs shall include, but not be limited to, salaries and wages plus the cost of fringe benefits, which shall include social security contributions, unemployment, excise, and payroll taxes, workers' compensation, health and retirement benefits, bonuses, sick leave, vacation and holiday pay

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 111 of 300

applicable thereto. The expenses of performing Work outside of regular working hours, on Saturday, Sunday, or legal holidays, shall be included in the above to the extent authorized by Owner.

2. Cost of all materials and equipment furnished and incorporated in the Work, including costs of transportation and storage thereof, and Suppliers' field services required in connection therewith. All cash discounts shall accrue to Contractor unless Owner deposits funds with Contractor with which to make payments, in which case the cash discounts shall accrue to Owner. All trade discounts, rebates and refunds and returns from sale of surplus materials and equipment shall accrue to Owner, and Contractor shall make provisions so that they may be obtained.

3. Payments made by Contractor to Subcontractors for Work performed by Subcontractors. If required by Owner, Contractor shall obtain competitive bids from subcontractors acceptable to Owner and Contractor and shall deliver such bids to Owner, who will then determine, with the advice of Engineer, which bids, if any, will be acceptable. If any subcontract provides that the Subcontractor is to be paid on the basis of Cost of the Work plus a fee, the Subcontractor's Cost of the Work and fee shall be determined in the same manner as Contractor's Cost of the Work and fee as provided in this Paragraph 11.01.

4. Costs of special consultants (including but not limited to engineers, architects, testing laboratories, surveyors, attorneys, and accountants) employed for services specifically related to the Work.

5. Supplemental costs including the following:

   a. The proportion of necessary transportation, travel, and subsistence expenses of Contractor's employees incurred in discharge of duties connected with the Work.

   b. Cost, including transportation and maintenance, of all materials, supplies, equipment, machinery, appliances, office, and temporary facilities at the Site, and hand tools not owned by the workers, which are consumed in the performance of the Work, and cost, less market value, of such items used but not consumed which remain the property of Contractor.

   c. Rentals of all construction equipment and machinery, and the parts thereof whether rented from Contractor or others in accordance with rental agreements approved by Owner with the advice of Engineer, and the costs of transportation, loading, unloading, assembly, dismantling, and removal thereof. All such costs shall be in accordance with the terms of said rental agreements. The rental of any such equipment, machinery, or parts shall cease when the use thereof is no longer necessary for the Work.

   d. Sales, consumer, use, and other similar taxes related to the Work, and for which Contractor is liable, as imposed by Laws and Regulations.

   e. Deposits lost for causes other than negligence of Contractor, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable, and royalty payments and fees for permits and licenses.

f. Losses and damages (and related expenses) caused by damage to the Work, not compensated by insurance or otherwise, sustained by Contractor in connection with the performance of the Work (except losses and damages within the deductible amounts of property insurance established in accordance with Paragraph 5.06.D), provided such losses and damages have resulted from causes other than the negligence of Contractor, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable. Such losses shall include settlements made with the written consent and approval of Owner. No such losses, damages, and expenses shall be included in the Cost of the Work for the purpose of determining Contractor's fee.

g. The cost of utilities, fuel, and sanitary facilities at the Site.

h. Minor expenses such as telegrams, long distance telephone calls, telephone service at the Site, express and courier services, and similar petty cash items in connection with the Work.

i. The costs of premiums for all bonds and insurance Contractor is required by the Contract Documents to purchase and maintain.

B. *Costs Excluded:* The term Cost of the Work shall not include any of the following items:

1. Payroll costs and other compensation of Contractor's officers, executives, principals (of partnerships and sole proprietorships), general managers, safety managers, engineers, architects, estimators, attorneys, auditors, accountants, purchasing and contracting agents, expediters, timekeepers, clerks, and other personnel employed by Contractor, whether at the Site or in Contractor's principal or branch office for general administration of the Work and not specifically included in the agreed upon schedule of job classifications referred to in Paragraph 11.01.A.1 or specifically covered by Paragraph 11.01.A.4, all of which are to be considered administrative costs covered by the Contractor's fee.

2. Expenses of Contractor's principal and branch offices other than Contractor's office at the Site.

3. Any part of Contractor's capital expenses, including interest on Contractor's capital employed for the Work and charges against Contractor for delinquent payments.

4. Costs due to the negligence of Contractor, any Subcontractor, or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable, including but not limited to, the correction of defective Work, disposal of materials or equipment wrongly supplied, and making good any damage to property.

5. Other overhead or general expense costs of any kind and the costs of any item not specifically and expressly included in Paragraphs 11.01.A.

C. *Contractor's Fee:* When all the Work is performed on the basis of cost-plus, Contractor's fee shall be determined as set forth in the Agreement. When the value of any Work covered by a Change Order or when a Claim for an adjustment in Contract Price is determined on the basis of Cost of the Work, Contractor's fee shall be determined as set forth in Paragraph 12.01.C.

D. *Documentation:* Whenever the Cost of the Work for any purpose is to be determined pursuant to Paragraphs 11.01.A and 11.01.B, Contractor will establish and maintain records thereof in accordance with generally accepted accounting practices and submit in a form acceptable to Engineer an itemized cost breakdown together with supporting data.

11.02 *Allowances*

A. It is understood that Contractor has included in the Contract Price all allowances so named in the Contract Documents and shall cause the Work so covered to be performed for such sums and by such persons or entities as may be acceptable to Owner and Engineer.

B. *Cash Allowances:*

1. Contractor agrees that:

   a. the cash allowances include the cost to Contractor (less any applicable trade discounts) of materials and equipment required by the allowances to be delivered at the Site, and all applicable taxes; and

   b. Contractor's costs for unloading and handling on the Site, labor, installation, overhead, profit, and other expenses contemplated for the cash allowances have been included in the Contract Price and not in the allowances, and no demand for additional payment on account of any of the foregoing will be valid.

C. *Contingency Allowance:*

1. Contractor agrees that a contingency allowance, if any, is for the sole use of Owner to cover unanticipated costs.

D. Prior to final payment, an appropriate Change Order will be issued as recommended by Engineer to reflect actual amounts due Contractor on account of Work covered by allowances, and the Contract Price shall be correspondingly adjusted.

11.03  *Unit Price Work*

   A. Where the Contract Documents provide that all or part of the Work is to be Unit Price Work, initially the Contract Price will be deemed to include for all Unit Price Work an amount equal to the sum of the unit price for each separately identified item of Unit Price Work times the estimated quantity of each item as indicated in the Agreement.

   B. The estimated quantities of items of Unit Price Work are not guaranteed and are solely for the purpose of comparison of Bids and determining an initial Contract Price. Determinations of the actual quantities and classifications of Unit Price Work performed by Contractor will be made by Engineer subject to the provisions of Paragraph 9.07.

   C. Each unit price will be deemed to include an amount considered by Contractor to be adequate to cover Contractor's overhead and profit for each separately identified item.

   D. Owner or Contractor may make a Claim for an adjustment in the Contract Price in accordance with Paragraph 10.05 if:

      1. the quantity of any item of Unit Price Work performed by Contractor differs materially and significantly from the estimated quantity of such item indicated in the Agreement; and

      2. there is no corresponding adjustment with respect to any other item of Work; and

      3. Contractor believes that Contractor is entitled to an increase in Contract Price as a result of having incurred additional expense or Owner believes that Owner is entitled to a decrease in Contract Price and the parties are unable to agree as to the amount of any such increase or decrease.

## ARTICLE 12 – CHANGE OF CONTRACT PRICE; CHANGE OF CONTRACT TIMES

12.01  *Change of Contract Price*

   A. The Contract Price may only be changed by a Change Order. Any Claim for an adjustment in the Contract Price shall be based on written notice submitted by the party making the Claim to the Engineer and the other party to the Contract in accordance with the provisions of Paragraph 10.05.

   B. The value of any Work covered by a Change Order or of any Claim for an adjustment in the Contract Price will be determined as follows:

      1. where the Work involved is covered by unit prices contained in the Contract Documents, by application of such unit prices to the quantities of the items involved (subject to the provisions of Paragraph 11.03); or

      2. where the Work involved is not covered by unit prices contained in the Contract Documents, by a mutually agreed lump sum (which may include an allowance for overhead and profit not necessarily in accordance with Paragraph 12.01.C.2); or

3. where the Work involved is not covered by unit prices contained in the Contract Documents and agreement to a lump sum is not reached under Paragraph 12.01.B.2, on the basis of the Cost of the Work (determined as provided in Paragraph 11.01) plus a Contractor's fee for overhead and profit (determined as provided in Paragraph 12.01.C).

C. *Contractor's Fee:* The Contractor's fee for overhead and profit shall be determined as follows:

1. a mutually acceptable fixed fee; or

2. if a fixed fee is not agreed upon, then a fee based on the following percentages of the various portions of the Cost of the Work:

   a. for costs incurred under Paragraphs 11.01.A.1 and 11.01.A.2, the Contractor's fee shall be 15 percent;

   b. for costs incurred under Paragraph 11.01.A.3, the Contractor's fee shall be five percent;

   c. where one or more tiers of subcontracts are on the basis of Cost of the Work plus a fee and no fixed fee is agreed upon, the intent of Paragraphs 12.01.C.2.a and 12.01.C.2.b is that the Subcontractor who actually performs the Work, at whatever tier, will be paid a fee of 15 percent of the costs incurred by such Subcontractor under Paragraphs 11.01.A.1 and 11.01.A.2 and that any higher tier Subcontractor and Contractor will each be paid a fee of five percent of the amount paid to the next lower tier Subcontractor;

   d. no fee shall be payable on the basis of costs itemized under Paragraphs 11.01.A.4, 11.01.A.5, and 11.01.B;

   e. the amount of credit to be allowed by Contractor to Owner for any change which results in a net decrease in cost will be the amount of the actual net decrease in cost plus a deduction in Contractor's fee by an amount equal to five percent of such net decrease; and

   f. when both additions and credits are involved in any one change, the adjustment in Contractor's fee shall be computed on the basis of the net change in accordance with Paragraphs 12.01.C.2.a through 12.01.C.2.e, inclusive.

12.02 *Change of Contract Times*

A. The Contract Times may only be changed by a Change Order. Any Claim for an adjustment in the Contract Times shall be based on written notice submitted by the party making the Claim to the Engineer and the other party to the Contract in accordance with the provisions of Paragraph 10.05.

B. Any adjustment of the Contract Times covered by a Change Order or any Claim for an adjustment in the Contract Times will be determined in accordance with the provisions of this Article 12.

12.03 *Delays*

A. Where Contractor is prevented from completing any part of the Work within the Contract Times due to delay beyond the control of Contractor, the Contract Times will be extended in an amount equal to the time lost due to such delay if a Claim is made therefor as provided in Paragraph 12.02.A. Delays beyond the control of Contractor shall include, but not be limited to, acts or neglect by Owner, acts or neglect of utility owners or other contractors performing other work as contemplated by Article 7, fires, floods, epidemics, abnormal weather conditions, or acts of God.

B. If Owner, Engineer, or other contractors or utility owners performing other work for Owner as contemplated by Article 7, or anyone for whom Owner is responsible, delays, disrupts, or interferes with the performance or progress of the Work, then Contractor shall be entitled to an equitable adjustment in the Contract Price or the Contract Times, or both. Contractor's entitlement to an adjustment of the Contract Times is conditioned on such adjustment being essential to Contractor's ability to complete the Work within the Contract Times.

C. If Contractor is delayed in the performance or progress of the Work by fire, flood, epidemic, abnormal weather conditions, acts of God, acts or failures to act of utility owners not under the control of Owner, or other causes not the fault of and beyond control of Owner and Contractor, then Contractor shall be entitled to an equitable adjustment in Contract Times, if such adjustment is essential to Contractor's ability to complete the Work within the Contract Times. Such an adjustment shall be Contractor's sole and exclusive remedy for the delays described in this Paragraph 12.03.C.

D. Owner, Engineer, and their officers, directors, members, partners, employees, agents, consultants, or subcontractors shall not be liable to Contractor for any claims, costs, losses, or damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) sustained by Contractor on or in connection with any other project or anticipated project.

E. Contractor shall not be entitled to an adjustment in Contract Price or Contract Times for delays within the control of Contractor. Delays attributable to and within the control of a Subcontractor or Supplier shall be deemed to be delays within the control of Contractor.

## ARTICLE 13 – TESTS AND INSPECTIONS; CORRECTION, REMOVAL OR ACCEPTANCE OF DEFECTIVE WORK

13.01 *Notice of Defects*

Prompt notice of all defective Work of which Owner or Engineer has actual knowledge will be given to Contractor. Defective Work may be rejected, corrected, or accepted as provided in this Article 13.

13.02 *Access to Work*

Owner, Engineer, their consultants and other representatives and personnel of Owner, independent testing laboratories, and governmental agencies with jurisdictional interests will have access to the Site and the Work at reasonable times for their observation, inspection, and testing. Contractor shall

provide them proper and safe conditions for such access and advise them of Contractor's safety procedures and programs so that they may comply therewith as applicable.

13.03 *Tests and Inspections*

A. Contractor shall give Engineer timely notice of readiness of the Work for all required inspections, tests, or approvals and shall cooperate with inspection and testing personnel to facilitate required inspections or tests.

B. Owner shall employ and pay for the services of an independent testing laboratory to perform all inspections, tests, or approvals required by the Contract Documents except:

 1. for inspections, tests, or approvals covered by Paragraphs 13.03.C and 13.03.D below;

 2. that costs incurred in connection with tests or inspections conducted pursuant to Paragraph 13.04.B shall be paid as provided in Paragraph 13.04.C; and

 3. as otherwise specifically provided in the Contract Documents.

C. If Laws or Regulations of any public body having jurisdiction require any Work (or part thereof) specifically to be inspected, tested, or approved by an employee or other representative of such public body, Contractor shall assume full responsibility for arranging and obtaining such inspections, tests, or approvals, pay all costs in connection therewith, and furnish Engineer the required certificates of inspection or approval.

D. Contractor shall be responsible for arranging and obtaining and shall pay all costs in connection with any inspections, tests, or approvals required for Owner's and Engineer's acceptance of materials or equipment to be incorporated in the Work; or acceptance of materials, mix designs, or equipment submitted for approval prior to Contractor's purchase thereof for incorporation in the Work. Such inspections, tests, or approvals shall be performed by organizations acceptable to Owner and Engineer.

E. If any Work (or the work of others) that is to be inspected, tested, or approved is covered by Contractor without written concurrence of Engineer, Contractor shall, if requested by Engineer, uncover such Work for observation.

F. Uncovering Work as provided in Paragraph 13.03.E shall be at Contractor's expense unless Contractor has given Engineer timely notice of Contractor's intention to cover the same and Engineer has not acted with reasonable promptness in response to such notice.

13.04 *Uncovering Work*

A. If any Work is covered contrary to the written request of Engineer, it must, if requested by Engineer, be uncovered for Engineer's observation and replaced at Contractor's expense.

B. If Engineer considers it necessary or advisable that covered Work be observed by Engineer or inspected or tested by others, Contractor, at Engineer's request, shall uncover, expose, or otherwise make available for observation, inspection, or testing as Engineer may require, that portion of the Work in question, furnishing all necessary labor, material, and equipment.

C. If it is found that the uncovered Work is defective, Contractor shall pay all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to such uncovering, exposure, observation, inspection, and testing, and of satisfactory replacement or reconstruction (including but not limited to all costs of repair or replacement of work of others); and Owner shall be entitled to an appropriate decrease in the Contract Price. If the parties are unable to agree as to the amount thereof, Owner may make a Claim therefor as provided in Paragraph 10.05.

D. If the uncovered Work is not found to be defective, Contractor shall be allowed an increase in the Contract Price or an extension of the Contract Times, or both, directly attributable to such uncovering, exposure, observation, inspection, testing, replacement, and reconstruction. If the parties are unable to agree as to the amount or extent thereof, Contractor may make a Claim therefor as provided in Paragraph 10.05.

13.05 *Owner May Stop the Work*

A. If the Work is defective, or Contractor fails to supply sufficient skilled workers or suitable materials or equipment, or fails to perform the Work in such a way that the completed Work will conform to the Contract Documents, Owner may order Contractor to stop the Work, or any portion thereof, until the cause for such order has been eliminated; however, this right of Owner to stop the Work shall not give rise to any duty on the part of Owner to exercise this right for the benefit of Contractor, any Subcontractor, any Supplier, any other individual or entity, or any surety for, or employee or agent of any of them.

13.06 *Correction or Removal of Defective Work*

A. Promptly after receipt of written notice, Contractor shall correct all defective Work, whether or not fabricated, installed, or completed, or, if the Work has been rejected by Engineer, remove it from the Project and replace it with Work that is not defective. Contractor shall pay all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to such correction or removal (including but not limited to all costs of repair or replacement of work of others).

B. When correcting defective Work under the terms of this Paragraph 13.06 or Paragraph 13.07, Contractor shall take no action that would void or otherwise impair Owner's special warranty and guarantee, if any, on said Work.

13.07 *Correction Period*

A. If within one year after the date of Substantial Completion (or such longer period of time as may be prescribed by the terms of any applicable special guarantee required by the Contract Documents) or by any specific provision of the Contract Documents, any Work is found to be defective, or if the repair of any damages to the land or areas made available for Contractor's use by Owner or permitted by Laws and Regulations as contemplated in Paragraph 6.11.A is found to be defective, Contractor shall promptly, without cost to Owner and in accordance with Owner's written instructions:

1. repair such defective land or areas; or

2. correct such defective Work; or

3. if the defective Work has been rejected by Owner, remove it from the Project and replace it with Work that is not defective, and

4. satisfactorily correct or repair or remove and replace any damage to other Work, to the work of others or other land or areas resulting therefrom.

B. If Contractor does not promptly comply with the terms of Owner's written instructions, or in an emergency where delay would cause serious risk of loss or damage, Owner may have the defective Work corrected or repaired or may have the rejected Work removed and replaced. All claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to such correction or repair or such removal and replacement (including but not limited to all costs of repair or replacement of work of others) will be paid by Contractor.

C. In special circumstances where a particular item of equipment is placed in continuous service before Substantial Completion of all the Work, the correction period for that item may start to run from an earlier date if so provided in the Specifications.

D. Where defective Work (and damage to other Work resulting therefrom) has been corrected or removed and replaced under this Paragraph 13.07, the correction period hereunder with respect to such Work will be extended for an additional period of one year after such correction or removal and replacement has been satisfactorily completed.

E. Contractor's obligations under this Paragraph 13.07 are in addition to any other obligation or warranty. The provisions of this Paragraph 13.07 shall not be construed as a substitute for, or a waiver of, the provisions of any applicable statute of limitation or repose.

13.08 *Acceptance of Defective Work*

A. If, instead of requiring correction or removal and replacement of defective Work, Owner (and, prior to Engineer's recommendation of final payment, Engineer) prefers to accept it, Owner may do so. Contractor shall pay all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) attributable to Owner's evaluation of and determination to accept such defective Work (such costs to be approved by Engineer as to reasonableness) and for the diminished value of the Work to the extent not otherwise paid by Contractor pursuant to this sentence. If any such acceptance occurs prior to Engineer's recommendation of final payment, a Change Order will be issued incorporating the necessary revisions in the Contract Documents with respect to the Work, and Owner shall be entitled to an appropriate decrease in the Contract Price, reflecting the diminished value of Work so accepted. If the parties are unable to agree as to the amount thereof, Owner may make a Claim therefor as provided in Paragraph 10.05. If the acceptance occurs after such recommendation, an appropriate amount will be paid by Contractor to Owner.

13.09  *Owner May Correct Defective Work*

A.  If Contractor fails within a reasonable time after written notice from Engineer to correct defective Work, or to remove and replace rejected Work as required by Engineer in accordance with Paragraph 13.06.A, or if Contractor fails to perform the Work in accordance with the Contract Documents, or if Contractor fails to comply with any other provision of the Contract Documents, Owner may, after seven days written notice to Contractor, correct, or remedy any such deficiency.

B.  In exercising the rights and remedies under this Paragraph 13.09, Owner shall proceed expeditiously. In connection with such corrective or remedial action, Owner may exclude Contractor from all or part of the Site, take possession of all or part of the Work and suspend Contractor's services related thereto, take possession of Contractor's tools, appliances, construction equipment and machinery at the Site, and incorporate in the Work all materials and equipment stored at the Site or for which Owner has paid Contractor but which are stored elsewhere. Contractor shall allow Owner, Owner's representatives, agents and employees, Owner's other contractors, and Engineer and Engineer's consultants access to the Site to enable Owner to exercise the rights and remedies under this Paragraph.

C.  All claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) incurred or sustained by Owner in exercising the rights and remedies under this Paragraph 13.09 will be charged against Contractor, and a Change Order will be issued incorporating the necessary revisions in the Contract Documents with respect to the Work; and Owner shall be entitled to an appropriate decrease in the Contract Price. If the parties are unable to agree as to the amount of the adjustment, Owner may make a Claim therefor as provided in Paragraph 10.05. Such claims, costs, losses and damages will include but not be limited to all costs of repair, or replacement of work of others destroyed or damaged by correction, removal, or replacement of Contractor's defective Work.

D.  Contractor shall not be allowed an extension of the Contract Times because of any delay in the performance of the Work attributable to the exercise by Owner of Owner's rights and remedies under this Paragraph 13.09.

## ARTICLE 14 – PAYMENTS TO CONTRACTOR AND COMPLETION

14.01  *Schedule of Values*

A.  The Schedule of Values established as provided in Paragraph 2.07.A will serve as the basis for progress payments and will be incorporated into a form of Application for Payment acceptable to Engineer. Progress payments on account of Unit Price Work will be based on the number of units completed.

14.02  *Progress Payments*

A.  *Applications for Payments:*

1.  At least 20 days before the date established in the Agreement for each progress payment (but not more often than once a month), Contractor shall submit to Engineer for review an

Application for Payment filled out and signed by Contractor covering the Work completed as of the date of the Application and accompanied by such supporting documentation as is required by the Contract Documents. If payment is requested on the basis of materials and equipment not incorporated in the Work but delivered and suitably stored at the Site or at another location agreed to in writing, the Application for Payment shall also be accompanied by a bill of sale, invoice, or other documentation warranting that Owner has received the materials and equipment free and clear of all Liens and evidence that the materials and equipment are covered by appropriate property insurance or other arrangements to protect Owner's interest therein, all of which must be satisfactory to Owner.

2. Beginning with the second Application for Payment, each Application shall include an affidavit of Contractor stating that all previous progress payments received on account of the Work have been applied on account to discharge Contractor's legitimate obligations associated with prior Applications for Payment.

3. The amount of retainage with respect to progress payments will be as stipulated in the Agreement.

B. *Review of Applications:*

1. Engineer will, within 10 days after receipt of each Application for Payment, either indicate in writing a recommendation of payment and present the Application to Owner or return the Application to Contractor indicating in writing Engineer's reasons for refusing to recommend payment. In the latter case, Contractor may make the necessary corrections and resubmit the Application.

2. Engineer's recommendation of any payment requested in an Application for Payment will constitute a representation by Engineer to Owner, based on Engineer's observations of the executed Work as an experienced and qualified design professional, and on Engineer's review of the Application for Payment and the accompanying data and schedules, that to the best of Engineer's knowledge, information and belief:

   a. the Work has progressed to the point indicated;

   b. the quality of the Work is generally in accordance with the Contract Documents (subject to an evaluation of the Work as a functioning whole prior to or upon Substantial Completion, the results of any subsequent tests called for in the Contract Documents, a final determination of quantities and classifications for Unit Price Work under Paragraph 9.07, and any other qualifications stated in the recommendation); and

   c. the conditions precedent to Contractor's being entitled to such payment appear to have been fulfilled in so far as it is Engineer's responsibility to observe the Work.

3. By recommending any such payment Engineer will not thereby be deemed to have represented that:

   a. inspections made to check the quality or the quantity of the Work as it has been performed have been exhaustive, extended to every aspect of the Work in progress, or

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 122 of 300

involved detailed inspections of the Work beyond the responsibilities specifically assigned to Engineer in the Contract Documents; or

   b.  there may not be other matters or issues between the parties that might entitle Contractor to be paid additionally by Owner or entitle Owner to withhold payment to Contractor.

4. Neither Engineer's review of Contractor's Work for the purposes of recommending payments nor Engineer's recommendation of any payment, including final payment, will impose responsibility on Engineer:

   a.  to supervise, direct, or control the Work, or

   b.  for the means, methods, techniques, sequences, or procedures of construction, or the safety precautions and programs incident thereto, or

   c.  for Contractor's failure to comply with Laws and Regulations applicable to Contractor's performance of the Work, or

   d.  to make any examination to ascertain how or for what purposes Contractor has used the moneys paid on account of the Contract Price, or

   e.  to determine that title to any of the Work, materials, or equipment has passed to Owner free and clear of any Liens.

5. Engineer may refuse to recommend the whole or any part of any payment if, in Engineer's opinion, it would be incorrect to make the representations to Owner stated in Paragraph 14.02.B.2. Engineer may also refuse to recommend any such payment or, because of subsequently discovered evidence or the results of subsequent inspections or tests, revise or revoke any such payment recommendation previously made, to such extent as may be necessary in Engineer's opinion to protect Owner from loss because:

   a.  the Work is defective, or completed Work has been damaged, requiring correction or replacement;

   b.  the Contract Price has been reduced by Change Orders;

   c.  Owner has been required to correct defective Work or complete Work in accordance with Paragraph 13.09; or

   d.  Engineer has actual knowledge of the occurrence of any of the events enumerated in Paragraph 15.02.A.

C. *Payment Becomes Due:*

   1. Ten days after presentation of the Application for Payment to Owner with Engineer's recommendation, the amount recommended will (subject to the provisions of Paragraph 14.02.D) become due, and when due will be paid by Owner to Contractor.

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 123 of 300

D. *Reduction in Payment:*

    1. Owner may refuse to make payment of the full amount recommended by Engineer because:

        a. claims have been made against Owner on account of Contractor's performance or furnishing of the Work;

        b. Liens have been filed in connection with the Work, except where Contractor has delivered a specific bond satisfactory to Owner to secure the satisfaction and discharge of such Liens;

        c. there are other items entitling Owner to a set-off against the amount recommended; or

        d. Owner has actual knowledge of the occurrence of any of the events enumerated in Paragraphs 14.02.B.5.a through 14.02.B.5.c or Paragraph 15.02.A.

    2. If Owner refuses to make payment of the full amount recommended by Engineer, Owner will give Contractor immediate written notice (with a copy to Engineer) stating the reasons for such action and promptly pay Contractor any amount remaining after deduction of the amount so withheld. Owner shall promptly pay Contractor the amount so withheld, or any adjustment thereto agreed to by Owner and Contractor, when Contractor remedies the reasons for such action.

    3. Upon a subsequent determination that Owner's refusal of payment was not justified, the amount wrongfully withheld shall be treated as an amount due as determined by Paragraph 14.02.C.1 and subject to interest as provided in the Agreement.

14.03 *Contractor's Warranty of Title*

A. Contractor warrants and guarantees that title to all Work, materials, and equipment covered by any Application for Payment, whether incorporated in the Project or not, will pass to Owner no later than the time of payment free and clear of all Liens.

14.04 *Substantial Completion*

A. When Contractor considers the entire Work ready for its intended use Contractor shall notify Owner and Engineer in writing that the entire Work is substantially complete (except for items specifically listed by Contractor as incomplete) and request that Engineer issue a certificate of Substantial Completion.

B. Promptly after Contractor's notification, Owner, Contractor, and Engineer shall make an inspection of the Work to determine the status of completion. If Engineer does not consider the Work substantially complete, Engineer will notify Contractor in writing giving the reasons therefor.

C. If Engineer considers the Work substantially complete, Engineer will deliver to Owner a tentative certificate of Substantial Completion which shall fix the date of Substantial Completion. There shall be attached to the certificate a tentative list of items to be completed or corrected before final payment. Owner shall have seven days after receipt of the tentative

certificate during which to make written objection to Engineer as to any provisions of the certificate or attached list. If, after considering such objections, Engineer concludes that the Work is not substantially complete, Engineer will, within 14 days after submission of the tentative certificate to Owner, notify Contractor in writing, stating the reasons therefor. If, after consideration of Owner's objections, Engineer considers the Work substantially complete, Engineer will, within said 14 days, execute and deliver to Owner and Contractor a definitive certificate of Substantial Completion (with a revised tentative list of items to be completed or corrected) reflecting such changes from the tentative certificate as Engineer believes justified after consideration of any objections from Owner.

D. At the time of delivery of the tentative certificate of Substantial Completion, Engineer will deliver to Owner and Contractor a written recommendation as to division of responsibilities pending final payment between Owner and Contractor with respect to security, operation, safety, and protection of the Work, maintenance, heat, utilities, insurance, and warranties and guarantees. Unless Owner and Contractor agree otherwise in writing and so inform Engineer in writing prior to Engineer's issuing the definitive certificate of Substantial Completion, Engineer's aforesaid recommendation will be binding on Owner and Contractor until final payment.

E. Owner shall have the right to exclude Contractor from the Site after the date of Substantial Completion subject to allowing Contractor reasonable access to remove its property and complete or correct items on the tentative list.

14.05  *Partial Utilization*

A. Prior to Substantial Completion of all the Work, Owner may use or occupy any substantially completed part of the Work which has specifically been identified in the Contract Documents, or which Owner, Engineer, and Contractor agree constitutes a separately functioning and usable part of the Work that can be used by Owner for its intended purpose without significant interference with Contractor's performance of the remainder of the Work, subject to the following conditions:

  1. Owner at any time may request Contractor in writing to permit Owner to use or occupy any such part of the Work which Owner believes to be ready for its intended use and substantially complete. If and when Contractor agrees that such part of the Work is substantially complete, Contractor, Owner, and Engineer will follow the procedures of Paragraph 14.04.A through D for that part of the Work.

  2. Contractor at any time may notify Owner and Engineer in writing that Contractor considers any such part of the Work ready for its intended use and substantially complete and request Engineer to issue a certificate of Substantial Completion for that part of the Work.

  3. Within a reasonable time after either such request, Owner, Contractor, and Engineer shall make an inspection of that part of the Work to determine its status of completion. If Engineer does not consider that part of the Work to be substantially complete, Engineer will notify Owner and Contractor in writing giving the reasons therefor. If Engineer considers that part of the Work to be substantially complete, the provisions of Paragraph 14.04 will apply with respect to certification of Substantial Completion of that part of the Work and the division of responsibility in respect thereof and access thereto.

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 125 of 300

4. No use or occupancy or separate operation of part of the Work may occur prior to compliance with the requirements of Paragraph 5.10 regarding property insurance.

14.06 *Final Inspection*

A. Upon written notice from Contractor that the entire Work or an agreed portion thereof is complete, Engineer will promptly make a final inspection with Owner and Contractor and will notify Contractor in writing of all particulars in which this inspection reveals that the Work is incomplete or defective. Contractor shall immediately take such measures as are necessary to complete such Work or remedy such deficiencies.

14.07 *Final Payment*

A. *Application for Payment:*

1. After Contractor has, in the opinion of Engineer, satisfactorily completed all corrections identified during the final inspection and has delivered, in accordance with the Contract Documents, all maintenance and operating instructions, schedules, guarantees, bonds, certificates or other evidence of insurance, certificates of inspection, marked-up record documents (as provided in Paragraph 6.12), and other documents, Contractor may make application for final payment following the procedure for progress payments.

2. The final Application for Payment shall be accompanied (except as previously delivered) by:

   a. all documentation called for in the Contract Documents, including but not limited to the evidence of insurance required by Paragraph 5.04.B.6;

   b. consent of the surety, if any, to final payment;

   c. a list of all Claims against Owner that Contractor believes are unsettled; and

   d. complete and legally effective releases or waivers (satisfactory to Owner) of all Lien rights arising out of or Liens filed in connection with the Work.

3. In lieu of the releases or waivers of Liens specified in Paragraph 14.07.A.2 and as approved by Owner, Contractor may furnish receipts or releases in full and an affidavit of Contractor that: (i) the releases and receipts include all labor, services, material, and equipment for which a Lien could be filed; and (ii) all payrolls, material and equipment bills, and other indebtedness connected with the Work for which Owner might in any way be responsible, or which might in any way result in liens or other burdens on Owner's property, have been paid or otherwise satisfied. If any Subcontractor or Supplier fails to furnish such a release or receipt in full, Contractor may furnish a bond or other collateral satisfactory to Owner to indemnify Owner against any Lien.

B. *Engineer's Review of Application and Acceptance:*

1. If, on the basis of Engineer's observation of the Work during construction and final inspection, and Engineer's review of the final Application for Payment and accompanying documentation as required by the Contract Documents, Engineer is satisfied that the Work

Case: 24CI2:14-cv-00037   Document #: 2   Filed: 03/05/2014   Page 126 of 300

has been completed and Contractor's other obligations under the Contract Documents have been fulfilled, Engineer will, within ten days after receipt of the final Application for Payment, indicate in writing Engineer's recommendation of payment and present the Application for Payment to Owner for payment. At the same time Engineer will also give written notice to Owner and Contractor that the Work is acceptable subject to the provisions of Paragraph 14.09. Otherwise, Engineer will return the Application for Payment to Contractor, indicating in writing the reasons for refusing to recommend final payment, in which case Contractor shall make the necessary corrections and resubmit the Application for Payment.

C. *Payment Becomes Due:*

1. Thirty days after the presentation to Owner of the Application for Payment and accompanying documentation, the amount recommended by Engineer, less any sum Owner is entitled to set off against Engineer's recommendation, including but not limited to liquidated damages, will become due and will be paid by Owner to Contractor.

14.08 *Final Completion Delayed*

A. If, through no fault of Contractor, final completion of the Work is significantly delayed, and if Engineer so confirms, Owner shall, upon receipt of Contractor's final Application for Payment (for Work fully completed and accepted) and recommendation of Engineer, and without terminating the Contract, make payment of the balance due for that portion of the Work fully completed and accepted. If the remaining balance to be held by Owner for Work not fully completed or corrected is less than the retainage stipulated in the Agreement, and if bonds have been furnished as required in Paragraph 5.01, the written consent of the surety to the payment of the balance due for that portion of the Work fully completed and accepted shall be submitted by Contractor to Engineer with the Application for such payment. Such payment shall be made under the terms and conditions governing final payment, except that it shall not constitute a waiver of Claims.

14.09 *Waiver of Claims*

A. The making and acceptance of final payment will constitute:

1. a waiver of all Claims by Owner against Contractor, except Claims arising from unsettled Liens, from defective Work appearing after final inspection pursuant to Paragraph 14.06, from failure to comply with the Contract Documents or the terms of any special guarantees specified therein, or from Contractor's continuing obligations under the Contract Documents; and

2. a waiver of all Claims by Contractor against Owner other than those previously made in accordance with the requirements herein and expressly acknowledged by Owner in writing as still unsettled.

## ARTICLE 15 – SUSPENSION OF WORK AND TERMINATION

15.01 *Owner May Suspend Work*

    A. At any time and without cause, Owner may suspend the Work or any portion thereof for a period of not more than 90 consecutive days by notice in writing to Contractor and Engineer which will fix the date on which Work will be resumed. Contractor shall resume the Work on the date so fixed. Contractor shall be granted an adjustment in the Contract Price or an extension of the Contract Times, or both, directly attributable to any such suspension if Contractor makes a Claim therefor as provided in Paragraph 10.05.

15.02 *Owner May Terminate for Cause*

    A. The occurrence of any one or more of the following events will justify termination for cause:

        1. Contractor's persistent failure to perform the Work in accordance with the Contract Documents (including, but not limited to, failure to supply sufficient skilled workers or suitable materials or equipment or failure to adhere to the Progress Schedule established under Paragraph 2.07 as adjusted from time to time pursuant to Paragraph 6.04);

        2. Contractor's disregard of Laws or Regulations of any public body having jurisdiction;

        3. Contractor's repeated disregard of the authority of Engineer; or

        4. Contractor's violation in any substantial way of any provisions of the Contract Documents.

    B. If one or more of the events identified in Paragraph 15.02.A occur, Owner may, after giving Contractor (and surety) seven days written notice of its intent to terminate the services of Contractor:

        1. exclude Contractor from the Site, and take possession of the Work and of all Contractor's tools, appliances, construction equipment, and machinery at the Site, and use the same to the full extent they could be used by Contractor (without liability to Contractor for trespass or conversion);

        2. incorporate in the Work all materials and equipment stored at the Site or for which Owner has paid Contractor but which are stored elsewhere; and

        3. complete the Work as Owner may deem expedient.

    C. If Owner proceeds as provided in Paragraph 15.02.B, Contractor shall not be entitled to receive any further payment until the Work is completed. If the unpaid balance of the Contract Price exceeds all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) sustained by Owner arising out of or relating to completing the Work, such excess will be paid to Contractor. If such claims, costs, losses, and damages exceed such unpaid balance, Contractor shall pay the difference to Owner. Such claims, costs, losses, and damages incurred by Owner will be reviewed by Engineer as to their reasonableness and, when so approved by Engineer, incorporated in a Change Order. When exercising any rights or

EJCDC C-700 Standard General Conditions of the Construction Contract
Copyright © 2007 National Society of Professional Engineers for EJCDC. All rights reserved.
Page 59 of 62

remedies under this Paragraph, Owner shall not be required to obtain the lowest price for the Work performed.

D. Notwithstanding Paragraphs 15.02.B and 15.02.C, Contractor's services will not be terminated if Contractor begins within seven days of receipt of notice of intent to terminate to correct its failure to perform and proceeds diligently to cure such failure within no more than 30 days of receipt of said notice.

E. Where Contractor's services have been so terminated by Owner, the termination will not affect any rights or remedies of Owner against Contractor then existing or which may thereafter accrue. Any retention or payment of moneys due Contractor by Owner will not release Contractor from liability.

F. If and to the extent that Contractor has provided a performance bond under the provisions of Paragraph 5.01.A, the termination procedures of that bond shall supersede the provisions of Paragraphs 15.02.B and 15.02.C.

15.03  *Owner May Terminate For Convenience*

A. Upon seven days written notice to Contractor and Engineer, Owner may, without cause and without prejudice to any other right or remedy of Owner, terminate the Contract. In such case, Contractor shall be paid for (without duplication of any items):

1. completed and acceptable Work executed in accordance with the Contract Documents prior to the effective date of termination, including fair and reasonable sums for overhead and profit on such Work;

2. expenses sustained prior to the effective date of termination in performing services and furnishing labor, materials, or equipment as required by the Contract Documents in connection with uncompleted Work, plus fair and reasonable sums for overhead and profit on such expenses;

3. all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) incurred in settlement of terminated contracts with Subcontractors, Suppliers, and others: and

4. reasonable expenses directly attributable to termination.

B. Contractor shall not be paid on account of loss of anticipated profits or revenue or other economic loss arising out of or resulting from such termination.

15.04 *Contractor May Stop Work or Terminate*

A. If, through no act or fault of Contractor, (i) the Work is suspended for more than 90 consecutive days by Owner or under an order of court or other public authority, or (ii) Engineer fails to act on any Application for Payment within 30 days after it is submitted, or (iii) Owner fails for 30 days to pay Contractor any sum finally determined to be due, then Contractor may, upon seven days written notice to Owner and Engineer, and provided Owner or Engineer do not remedy such suspension or failure within that time, terminate the Contract and recover from Owner payment on the same terms as provided in Paragraph 15.03.

B. In lieu of terminating the Contract and without prejudice to any other right or remedy, if Engineer has failed to act on an Application for Payment within 30 days after it is submitted, or Owner has failed for 30 days to pay Contractor any sum finally determined to be due, Contractor may, seven days after written notice to Owner and Engineer, stop the Work until payment is made of all such amounts due Contractor, including interest thereon. The provisions of this Paragraph 15.04 are not intended to preclude Contractor from making a Claim under Paragraph 10.05 for an adjustment in Contract Price or Contract Times or otherwise for expenses or damage directly attributable to Contractor's stopping the Work as permitted by this Paragraph.

## ARTICLE 16 – DISPUTE RESOLUTION

16.01 *Methods and Procedures*

A. Either Owner or Contractor may request mediation of any Claim submitted to Engineer for a decision under Paragraph 10.05 before such decision becomes final and binding. The mediation will be governed by the Construction Industry Mediation Rules of the American Arbitration Association in effect as of the Effective Date of the Agreement. The request for mediation shall be submitted in writing to the American Arbitration Association and the other party to the Contract. Timely submission of the request shall stay the effect of Paragraph 10.05.E.

B. Owner and Contractor shall participate in the mediation process in good faith. The process shall be concluded within 60 days of filing of the request. The date of termination of the mediation shall be determined by application of the mediation rules referenced above.

C. If the Claim is not resolved by mediation, Engineer's action under Paragraph 10.05.C or a denial pursuant to Paragraphs 10.05.C.3 or 10.05.D shall become final and binding 30 days after termination of the mediation unless, within that time period, Owner or Contractor:

1. elects in writing to invoke any dispute resolution process provided for in the Supplementary Conditions; or

2. agrees with the other party to submit the Claim to another dispute resolution process; or

3. gives written notice to the other party of the intent to submit the Claim to a court of competent jurisdiction.

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 130 of 300

## ARTICLE 17 – MISCELLANEOUS

17.01  *Giving Notice*

    1.  Whenever any provision of the Contract Documents requires the giving of written notice, it will be deemed to have been validly given if: delivered in person to the individual or to a member of the firm or to an officer of the corporation for whom it is intended; or

    2.  delivered at or sent by registered or certified mail, postage prepaid, to the last business address known to the giver of the notice.

17.02  *Computation of Times*

    A.  When any period of time is referred to in the Contract Documents by days, it will be computed to exclude the first and include the last day of such period. If the last day of any such period falls on a Saturday or Sunday or on a day made a legal holiday by the law of the applicable jurisdiction, such day will be omitted from the computation.

17.03  *Cumulative Remedies*

    A.  The duties and obligations imposed by these General Conditions and the rights and remedies available hereunder to the parties hereto are in addition to, and are not to be construed in any way as a limitation of, any rights and remedies available to any or all of them which are otherwise imposed or available by Laws or Regulations, by special warranty or guarantee, or by other provisions of the Contract Documents. The provisions of this Paragraph will be as effective as if repeated specifically in the Contract Documents in connection with each particular duty, obligation, right, and remedy to which they apply.

17.04  *Survival of Obligations*

    A.  All representations, indemnifications, warranties, and guarantees made in, required by, or given in accordance with the Contract Documents, as well as all continuing obligations indicated in the Contract Documents, will survive final payment, completion, and acceptance of the Work or termination or completion of the Contract or termination of the services of Contractor.

17.05  *Controlling Law*

    A.  This Contract is to be governed by the law of the state in which the Project is located.

17.06  *Headings*

    A.  Article and paragraph headings are inserted for convenience only and do not constitute parts of these General Conditions.

Case: 24CI2:14-cv-00037    Document #: 2    Filed: 03/05/2014    Page 131 of 300

## APPENDIX "A"

1. **On Page 3 of 62 delete Item No. 39, "Schedule of Values" in its entirety.**

2. **On Page 4 of 62 delete Item No. 51 in its entirety and replace with the following:**

   Work Order--A written statement to Contractor issued on or after the Effective Date of the Agreement and signed by Owner ordering an addition in the Work . A Work Order will reflect the Contract Time within which the Work required by such Work Order shall be performed. The Unit Prices reflected in the Contractor's BID shall apply to all work required to be performed pursuant to a Work Order.

3. **On Page 6 of 62 in Section 2.03, change "sixtieth" to "ninetieth".**

4. **On Page 7 of 62 in Section 2.05, "Before Starting Construction", delete Paragraph A.3 and replace with the following:**

   a Contingency Plan for acceleration of work (including adjustments, means, methods, measures, and additional resources to be applied) should the Contractor fail to complete on schedule the various stages of the Work, including Milestones specified in the Progress Schedule. The Contingency Plan should specifically address how the Contractor will achieve schedule compliance.

5. **On Page 7 of 62 in Section 2.07, "Initial Acceptance of Schedules", delete Paragraph A.1 and replace with the following:**

   1. The Progress Schedule will be acceptable to Engineer if it provides an orderly progression of the Work to completion within the Contract Times and includes measurable stages of the Work and Milestones. Such acceptance will not impose on Engineer responsibility for the Progress Schedule, for sequencing, scheduling, or progress of the Work nor interfere with or relieve Contractor from Contractor's full responsibility therefor.

6. **On Page 8 of 62 in Section 2.07, "Initial Acceptance of Schedules", delete Paragraph A.3 and replace with the following:**

   3 Contingency Plan will be acceptable to the Engineer if it specifically addresses how the Contractor will achieve schedule compliance including adjustments, means, methods, measures, and additional resources to be applied.

7. **On Page 11 of 62 in Section 4.01, Availability of Lands, in Paragraph A, in the second sentence delete the words "in a timely manner."**

8.  **On Page 11 of 62 in Section 4.01, Availability of Lands, delete Paragraph B in its entirety and replace with the following:**

Contractor acknowledges that this is a Unit Price Contract and that Owner shall be entitled to issue Work Orders throughout the life of the Contract. Owner may or may not have the Site currently located or secured. Likewise, the design for work required by a specific Work Order may or may not be complete at the time of Contract. Contractor shall not be entitled to any adjustment in unit prices due to the issuance of Work Orders except as provided in the Special Conditions.

9.  **On Page 12 of 62 in Section 4.03, Differing Subsurface or Physical Conditions, delete line A.2 and replace with the following:**

2. differs materially from that shown or indicated in the Contract Documents; or

and delete line A.3 in its entirety and replace with the following:

3. is of an unusual nature, and differs materially from conditions ordinarily encountered and generally recognized as inherent in work of the character provided for in the Contract Documents;

and delete line A.4 in its entirety.

10. **On Page 12 of 62 in Section 4.03, Differing Subsurface or Physical Conditions, In Paragraph C, Possible Price and Times Adjustment, in the first sentence replace the word "will" with the word "may."**

11. **On Page 14 of 62 in Section 4.04, Underground Facilities, in Paragraph B.2 delete the words "work change directive or a."**

12. **On Pages 15 and 16 of 62 in Section 4.05, Hazardous Environmental Conditions at Site, delete Paragraphs G and H and replace with the following:**

G. To the fullest extent permitted by Laws and Regulations, Contractor shall indemnify and hold harmless Owner and Engineer, and the officers, directors, partners, employees, agents, consultants, and subcontractors of each and any of them from and against all claims, costs, losses, and damages (including but not limited to all fees and charges of engineers, architects, attorneys, and other professionals and all court or arbitration or other dispute resolution costs) arising out of or relating to a Hazardous Environmental Condition created by Contractor or by anyone for whom Contractor is responsible. Nothing in this Paragraph 4.06.G shall obligate Contractor to indemnify any individual or entity from and against the consequences of that individual's or entity's own negligence.

and, on Page 16, change the letter I to H.

13. **On Page 17 of 62 in Section 5.04, Contractors Insurance, in Paragraph A.4 delete the words "reasonably available."**

14. On Page 18 of 62 in Section 5.04, Contractors Insurance, in Paragraph B.6.a change the word "two" to "five."

15. On Page 33 of 62 in Section 6.19, Contractor's General Warranty and Guarantee, add the following new Paragraph D:

   D. The Contractor's warranty and guarantee shall extend for a period of one year from the date the Certificate of Substantial Completion is issued by the Owner.

16. On Page 38 of 62 in Section 9.04, Authorized Variations in Work, in Paragraph A change the words "field" to the words "work."

17. On Page 46 of 62 in Section 11.03, delete Paragraph 11.03 D in its entirety.

18. On Page 47 of 62 in Section 12.01, Change of Contract Price, in Paragraph C.2.a change "15" to "10" and in C.2.c change "15" to "10."

19. On Page 53 of 62 in Section 14.02, Applications for Payments, in Paragraph A.1 add the following at the end of Paragraph one.

   The Contractor shall be responsible for securing and paying any off site storage areas required and shall pay all costs incurred for moving materials from such storage sites to the job site.

20. On Page 53 of 62 in Section 14.02, Applications for Payments, in Paragraph B.1 change "10" to "20."

21. On Page 54 of 62 in Section 14.02 (C)(1), change "ten days" to "thirty five (35) work days".

22. On Page 61 of 62 in Section 16.01, Methods and Procedures, delete Paragraphs C, C1,C2, and C3 in their entirety.

23. On Page 54 of 62 in Section 14.02, Applications for Payment, add a new paragraph 14.02, B5e immediately after paragraph 14.02 B, 5d which is to read as follows:

   e    Engineer has knowledge that the requirements of 6.12 (Record Documents) are not being complied with.

24. On Page 55 of 62 in Section 14.04, Substantial Completion, add the following at the end of paragraph 14.04 B:

   The Engineer may withhold the certificate of Substantial Completion if the requirements for completion and submittal of Record Documents, Samples and Shop Drawings have not been complied with per 6.12.

25. On Page 58 of 62 in Section 14.07, Final Payment, add the following at the end of paragraph 14.07 B 1:

> The Engineer may withhold the Final Payment if the requirements for completion and submittal of Record Documents, Samples and Shop Drawings have not been complied with per 6.12.

# SECTION 1

## SPECIAL CONDITIONS

### PART 1 GENERAL

1-01   GENERAL

A.   The following Special Conditions consist of special requirements which shall apply to this project and to the Contractor executing the work.

B.   The information contained in these special conditions and technical specifications shall supersede information contained in NSPE, EDA, CDBG or SRF General Conditions if any found elsewhere herein.

C.   OWNER shall furnish to CONTRACTOR up to three (3) copies (unless otherwise specified in the General Requirements) of the Contract Documents as are reasonably necessary for the execution of the Work. Additional copies will be furnished, upon request, at the cost of reproduction.

D.   CONTRACTOR shall protect the finished work from damage and loss resulting from carelessness or by reason of the elements and from all other causes until the entire work is completed and accepted. The work is entirely at the Contractor's risk. The Owner assumes no responsibility or obligation whatsoever for damage or loss to the work.

E.   At all times, CONTRACTOR shall protect existing work and adjacent property; correct all damage thereto caused by construction operations of the Contractor's employees at the expense of the Contractor; and to the complete the work to the satisfaction of the Owner and Engineer.

F.   **CONSTRUCTION SAFETY IS A PROJECT REQUIREMENT.** The Contractor shall be responsible for providing Safety equipment and or methods necessary for the safe prosecution of the work by his personnel and the personnel of any sub-contractors, as well as providing safe access and site conditions to all elements of the project for the Owner, Engineer and their representatives. Such safety requirements shall meet guidelines as contained in OSHA and U.S. Department of Health and Human Services (National Institute for Occupational Safety and Health) (NIOSH) publication sections relative to the work contemplated herein.

G.   PAYMENTS TO CONTRACTOR: The Owner will pay to the Contractor in the manner and at such times as set forth in the General Conditions, such amounts as required by the Contract Documents. The Owner shall retain five percent (5%) of the amount of each progress payment until final completion and acceptance of all work covered by the Contract Documents unless otherwise mutually agreed.

1-02  PUBLIC SAFETY AND CONVENIENCE

A.   The Contractor shall at all times so conduct his work as to ensure the least possible obstruction to traffic and inconvenience to the general public and the residents in the vicinity of the work, and to ensure the protection of persons and property in a manner satisfactory to the Owner and Engineer.

B.   All work on existing highways, roads or streets, shall be in a manner to assure the least practicable interference with the public use of the facility. The Contractor shall use reasonable care and precaution to avoid accidents, damage, unnecessary delay or interference with traffic and provide competent flaggers when necessary to insure maximum public safety.

1-03  CONSTRUCTION STAKES AND GRADES

A.   The Engineer has provided a base line from which all layout is to be done. Preservation of reference points will be the responsibility of the Contractor. The Contractor must provide all grades, stakes, string lines, and other control work necessary for completion of the project in accordance with the requirements of the Specifications and Drawings.

B.   **No changes to grades will be made without the approval of the Engineer.**

1-04  EXISTING WATER, SEWER, ELECTRIC GAS AND UNDERGROUND TELEPHONE FACILITIES

A.   Existing water, sewer, gas, electricity, television cable, and buried telephone cable facilities shown on the drawings are approximate locations. The Contractor is required to coordinate his work with the representative of the respective utility company and protect all other adjacent structures, utilities, and work against damage or interruption of services. Damages which may result from failure of the Contractor to observe such precautions are the responsibility of the Contractor.

B.   **The Owner shall be held harmless for any and all claims for cost of repairing damage to public or private utilities.**

1-05  UTILITIES

A.   Water, electricity, gas or other utilities required on the site of the work by the Contractor must be arranged for by him and furnished at his expense.

B.   Required temporary utility installations are subject to the approval of the Engineer and are to be maintained and removed by the Contractor at his expense prior to completion of the construction work.

I-06    TEMPORARY STORAGE

A.    If materials are stored on the site of the work, each Contractor shall provide and maintain on the premises, where directed, water-tight storage sheds for the storage of materials that would be subject to damage by the weather.

B.    The Contractor shall be responsible for security of material storage sites.

I-07    CLEAN AIR ACT AND FEDERAL WATER POLLUTION CONTROL ACT

A.    The Contractor will execute and provide to the Engineer at the Pre-construction Conference a compliance statement where required.

B.    Such compliance form shall be provided by the Engineer.

I-08    LEAD BASED PAINT

A.    Use of lead based paint on the project is prohibited.

I-09    TEMPORARY TOILETS

A.    CONTRACTOR shall provide and maintain temporary toilets as necessary for use of workmen and locate toilets in locations acceptable to the Owner.

B.    Toilets shall meet requirements of the State Health Department and any local codes.

I-10    TEMPORARY JOB OFFICE FOR ENGINEER

A.    None required for this Contract.

I-11    WAGE RATES

A.    See attached wage rates in Section M.

I-12    PROJECT SIGN

A.    Two required for each work order. See details at end of this section.

I-13    MAINTENANCE OF TRAFFIC

Unless otherwise provided, the construction area and all roads and entrances to adjacent property within the right-of-way will be kept open to through and local traffic.

The Contractor shall keep the portion of the project being used by public traffic in satisfactory condition for traffic to be adequately accommodated. The Contractor shall also provide and maintain in a safe condition temporary approaches or crossings and intersections with trails, roads, streets, businesses, parking lots, residences, garages, and

farms. Representatives of the Owner and the Engineer shall have access to all portions of the project at all times.

In case it is necessary or desirable to close a portion of the project to traffic, the plans, special provisions, or other contract documents will so indicate, or in case provisions are not made on the plans or in other contract documents, the Owner may permit temporary closures of small portions of the project as deemed necessary to expedite the work without compromising the convenience and safety of traffic.

The Contractor shall be bound by the provisions of this subsection and other applicable provisions of the contract with regard to the safe and convenient passage of traffic.

In the case of a project for improvements or construction alongside an existing roadway on which traffic is required to be maintained, only construction rolling stock equipped with pneumatic tires and actually required to expedite the work will be permitted to use or park on roadway shoulders during daylight hours. No equipment will be allowed to park on the shoulders during hours of darkness. Rolling stock (including employees' vehicles) not essential to the work at hand and materials shall not be parked or stored on the shoulders.

The Contractor shall not obstruct any traffic facility or connection thereto which is officially opened to public or private traffic or required under the contract to be maintained except as permitted in writing by the Owner on the basis that other suitable provisions have been made.

Due to high accident probabilities for certain days of peak traffic use, the right is hereby reserved for the Owner to suspend upon due notice to the Contractor any operation which, if allowed to be carried on, would seriously jeopardize the safety of the traveling public on holidays, the preceding day, and the following day or on days of major public events in the general area. The notice will specifically state the dates of the suspension. When work is suspended as provided herein, the affected phase(s) will be considered as zero for assessment of contract time. Additional compensation will not be paid because of such suspension.

The Contractor will not be directly compensated for constructing, maintaining and removing temporary traffic maintenance facilities unless the proposal contains pay items specifically covering such work.

## 1-14  BARRICADES, WARNING SIGNS, AND FLAGGERS

The Contractor shall provide, erect and maintain all necessary barricades, lights, danger signals, signs and other traffic control devices; shall provide qualified flaggers where necessary to direct the traffic; and shall take all necessary precautions for the protection of the work and the safety of the public. Highways, roads, streets, or parts of the work closed to through traffic shall be protected by effective barricades. Suitable warning signs shall be provided to properly control and direct traffic.

The Contractor shall erect warning signs in advance of all places on the project where operations may interfere with traffic and at all intermediate points where the work crosses or coincides with the existing roadway. Such warning signs shall be constructed and erected in accordance with the provisions of the contract.

All barricades, warning signs, lights, temporary signals, other protective devices, flaggers and signaling devices shall meet or exceed the minimum requirements contained in the MUTCD published by the U.S. Government Printing Office which is current at the time bids are received.

All traffic control devices on an existing highway, road or street are understood to be public property.

On all sections of a project which are coincident with an existing highway, road, or street and open to through or local traffic, the Contractor shall be fully responsible for the protection, maintenance, and replacement of all existing signs, route markers, traffic control signals, and other traffic service features from the beginning of contract time or beginning of work, whichever occurs earlier, until final completion of the work.

The Contractor shall restore or replace in kind, without additional compensation, all devices damaged, destroyed or lost by the Contractor.

Prior to performing work on the project, the Contractor shall make the necessary arrangements to prevent damage or loss of signs and other traffic control devices. Those which cannot be left in their existing positions shall be removed, stored, or reinstalled at locations approved by the Owner. As soon as work which conflicted with the original position of each device has been performed, the device shall be reinstalled at the original position or modified position as approved by the Owner.

The Contractor shall maintain in position only those signs that are appropriate for existing conditions and those that are not or have served their purpose shall be removed or covered as approved by the Owner. Sign coverings shall be of such material and so placed such that the information contained thereon will not be legible during day or night. The Contractor shall not allow vegetation, construction materials, equipment, etc. to obscure an applicable traffic control device.

Unless otherwise provided in the contract, no measurement for payment will be made for materials or work under this subsection, it being understood that the cost thereof is included in the price bid for Maintenance of Traffic or other items of work.

J-15    TESTING LABORATORY SERVICES

A.    Scope: The Contractor will employ and pay for the services of an independent laboratory to perform specified services. Employment of a testing laboratory shall in no way relieve Contractor of his obligation to perform work in accordance with the contract.

B.    Inspection, Sampling and Testing is Required for:

   1.    Section 02612 – Asphaltic Concrete

   2.    Section 03300 – Concrete General

C.    Qualification of Laboratory:

1. Meet "Recommended Requirements for Independent Laboratory Qualification" published by American Council of Independent Laboratories.

2. Meet basic requirements of ASTM E 329-70, "Standards of Recommended Practice for Inspection and Testing Agencies for Concrete and Steel as Used in Construction."

3. Responsible Engineer: Perform all testing under the direction of a registered professional engineer employed full time by the testing laboratory.

4. Submittals: Submit copy of report of inspection of facilities made by materials reference laboratory of National Bureau of Standards of any deficiencies reported by inspection.

5. Approval: Engineer must approve the testing laboratory.

D. Laboratory's Duties:

1. Upon notice, cooperate with Engineer and Contractor to promptly provide qualified personnel. Perform specified inspections, sampling and testing of materials and methods of construction to ascertain compliance with requirements of contract documents. Promptly notify Engineer and Contractor of irregularities or deficiencies of work observed during performance of services.

2. Promptly prepare reports of inspections and tests including:

   a. Date issued
   b. Project title and number
   c. Testing laboratory, name and address
   d. Name and signature of inspector
   e. Date of inspection or sampling
   f. Record of temperature and weather
   g. Date of test
   h. Identification of product and specification section
   i. Location of project
   j. Type of inspection or test
   k. Observations regarding compliance with contract documents

3. Promptly distribute copies of report of inspections and tests to:

   a. Engineer
   b. General Contractor
   c. Subcontractor, when pertinent

E. Contractor's Responsibilities:

1.  Cooperate with laboratory personnel to provide access to work and to manufacturer's operation. Provide to laboratory in required quantities preliminary representative samples of materials to be tested. When required, furnish copies of mill test reports. Furnish to laboratory casual labor to obtain and handle samples at the site and to facilitate inspections and tests. Provide facilities for laboratory's exclusive use for storage and curing of test samples. Notify laboratory sufficiently in advance of operations to allow for his assignment of personnel and scheduling of tests.

2. Arrange and pay for additional samples and tests required for Contractor's convenience. When initial tests indicate work does not comply with contract documents, the Contractor may employ and pay for the services of a separate, equally qualified independent testing laboratory to perform additional inspections, sampling and testing.

## 1-16  PRE-CONSTRUCTION CONFERENCE

A.   Prior to commencement of construction, a pre-construction conference will be scheduled with the date, time and location of the meeting to be established by the Engineer.

B.   The Engineer will prepare an agenda and distribute advance copies to each participant. The Engineer will also prepare and complete the minutes of the meeting and distribute same to all participants.

C.   Prior to the pre-construction conference, CONTRACTOR shall submit to ENGINEER an estimated progress schedule, in the form of a bar chart, indicating the starting and completion dates of the various stages of the Work along with anticipated earnings, and a preliminary schedule of Shop Drawings submissions. The ENGINEER shall review and return this schedule or require revisions thereto within fourteen (14) days of its submittal. If there is more than one CONTRACTOR involved in a Project each such CONTRACTOR shall cooperate with the other and coordinate the Work of all on the Project. Updated progress schedules will be required on a monthly basis at the time of submittal of the CONTRACTOR'S monthly progress pay request.

D.   The above schedules will be reviewed during the pre-construction conference to establish procedures for handling Shop Drawings and other submissions and for processing Application for Payment, and to establish a working understanding between the parties as to the Project requirements.

Present at the conference will be the OWNER or his representative, ENGINEER, Resident Project Representative, CONTRACTOR, his Superintendent, major Subcontractors and any other parties involved with the Project.

## SECTION 3

## SPECIAL PROVISIONS

1.    LOCATION AND DESCRIPTION

The Work includes the furnishing of all materials, tools, equipment, labor and incidentals necessary for the **Two Year Unit Bid for the Furnishing and Installation of Water Mains, Sewer Mains, Force Mains, Pump Stations, and Appurtenances HARCUA 2008-02** and all related items required by the plans and specifications.

The summary of Work as described above is a general description of the Project and responsibilities of the CONTRACTOR and in no way supersedes the specific requirements of the Contract Documents.

2.    TEMPORARY CONTROLS

2.1    General

The CONTRACTOR shall provide and maintain methods, equipment, and temporary construction, as necessary to provide control over environmental conditions at the construction site and adjacent areas. Physical evidence of temporary facilities shall be removed after completion of the work.

2.2    Noise Control

The CONTRACTOR'S vehicles and equipment shall be such as to minimize noise to the greatest degree practical. Noise levels shall conform to the latest OSHA standards and in no case will noise levels be permitted which interfere with the work of others.

2.3    Water Control

   2.3.1    The CONTRACTOR shall provide methods to control surface water and water from excavations and structures to prevent damage to the work, the site, or adjoining properties.

   2.3.2    Fill, grading and ditching shall be controlled to direct water away from excavations, pits, tunnels and other construction areas, and to proper runoff course so as to prevent any erosion, damage or nuisance.

   2.3.3    The CONTRACTOR shall provide, operate and maintain equipment and facilities of adequate size to control surface water.

   2.3.4    Drainage water shall be disposed of in a manner to prevent flooding, erosion, or other damage to any portion of the site or to adjoining areas and in conformance with all environmental requirements.

2.4    Pollution Control

   2.4.1    The CONTRACTOR shall provide methods, means and facilities required to prevent contamination of soil, water or atmosphere by the discharge of noxious substances from construction operations.

2.4.2 The CONTRACTOR shall provide equipment and personnel, perform emergency measures required to contain any spillage, and remove contaminated soils or liquids. The contaminated earth will be removed and disposed of offsite, and replaced with suitable compacted fill and topsoil at no additional cost to the OWNER.

2.4.3 The CONTRACTOR shall prevent disposal of wastes, effluents, chemicals, or other such substances adjacent to streams, or in sanitary or storm sewers. All sewage, oil and refuse generated during the course of the work shall not be discharged into any watercourses adjacent to the job site.

2.5 Erosion Control

2.5.1 The CONTRACTOR shall plan and execute construction and earthwork by methods to control surface drainage from cuts and fills, and from borrow and waste disposal areas, to prevent erosion and sedimentation. The areas of bare soil exposure at one time shall be held to a minimum, and temporary control measures such as silt screens, berms, dikes and drains shall be provided.

2.5.2 Fills and waste areas shall be constructed by selective placement to eliminate surface silts and clays which will erode.

2.5.3 The CONTRACTOR shall periodically inspect earthwork to detect any evidence of the start of erosion, and shall apply corrective measures to control erosion as required by the ENGINEER at not additional cost to the OWNER.

3. RECORDS

The CONTRACTOR shall maintain a complete and accurate log of any control or survey work as it progresses. Upon completion of major items or upon request, the CONTRACTOR shall submit two (2) copies to the ENGINEER.

4. CONTRACT DRAWINGS

Contract Drawings identified as **Two Year Unit Bid for the Furnishing and Installation of Water Mains, Sewer Mains, Force Mains, Pump Stations, and Appurtenances, HARCUA 2008-02,** will be issued with Work Orders as required by the Harrison County Utility Authority. It is understood and agreed that although the Drawings and Specifications are adequate for pricing and, in certain instances, performance of the Work, further development of the Drawings and Specifications will be accomplished from time to time and issued through a specific Work Order. No adjustment in the Contract Price, the Scheduled Completion Date or any Interim Completion Dates shall be made unless reflected in the specific Work Order issued by Owner. Contractor and Owner agree that the price set forth in the BID, including individual Unit Prices, is based upon Contractor's determination that the information set forth in the Drawings and Specifications is sufficient to define the scope of Work and allow Contractor to guarantee to perform the Work for the applicable Unit Prices.

5. CONTRACT SPECIFICATIONS

The Specifications governing the work under this Contract shall be as set forth hereinafter as Technical Specifications together with any and all addenda.

6. ENGINEER

References in these contract documents to ENGINEER shall refer to Garner Russell and Associates, Inc.

7. REVIEW OF THE WORK

Construction Review Representatives, who are representatives of the ENGINEER, will be appointed to review materials used and work performed. The Construction Review Representatives will not be authorized to revoke, alter, enlarge or relax the provisions of these Contract Documents, nor to delay the fulfillment of this Contract by failure to inspect materials and work with reasonable promptness. Construction Review Representatives are placed on the work to keep the ENGINEER informed as to the progress of the work and the manner in which it is being done; also to call the attention of the CONTRACTOR to nonconformity with the requirements of the Drawings and Specifications. The Construction Review Representatives will not have authority to approve or accept portions of the Work, to insure instructions contrary to the Drawings, Specifications or other parts and sections of these Contract Documents, or to act as foreman for the CONTRACTOR. **The Construction Review Representatives or Owner will have authority to reject defective material.**

The presence of a Construction Review Representative or other party representing the Owner or Engineer shall in no way lessen the responsibility of the CONTRACTOR for full compliance with the requirements of these Contract Documents.

8. SUGGESTIONS TO CONTRACTOR

Means, process or method of Work suggested by the ENGINEER or other representative of the OWNER to the CONTRACTOR, if adopted or followed by the CONTRACTOR in whole or in part, shall be used at the risk and responsibility of the CONTRACTOR, and the ENGINEER and the OWNER will assume no responsibility therefore.

9. CONTRACTOR'S OBLIGATIONS

The CONTRACTOR shall do and perform all work and furnish supplies and materials, machinery, equipment, facilities and means, except as herein otherwise expressly specified, necessary or proper to perform and complete the Work required by the Contract, within the time herein specified, in accordance with the provisions of the Contract, Specifications, Drawings and Supplemental Drawings, and in accordance with the directions of the ENGINEER as given from time-to-time during the progress of the Work. He shall furnish, erect, maintain and remove such construction plant and such temporary works as may be required. The CONTRACTOR shall observe, comply with and be subject to terms, conditions, requirements and limitations of the Contract and Specifications, and shall do, carry on and complete the entire work to the satisfaction of the ENGINEER and the OWNER.

The CONTRACTOR shall be responsible for identifying and obtaining any state and local permits which are not identified in the Contract Documents as provided by the Owner,

## 10.    TIME FOR COMPLETION

It is hereby understood and mutually agreed. by and between the CONTRACTOR and the OWNER, that the date of beginning and the time for completion as specified in specific Work Orders for the work to be done hereunder are ESSENTIAL CONDITIONS of the Contract; and it is further mutually agreed that the work embraced in this Contract shall be commenced on or before a date to be specified in a written "WORK ORDER". Further, the time for performance of each Work Order shall be negotiated with the guidance of the following average production rates, which are inclusive of all work associated with the Work Order - mobilization, installation, cleaning, testing, restoration/repairs, project closeout, and appurtenances. An additional time period, approximately 90 calendar days, will be allowed for each Work Order for material delivery to the job site including time for completion of the Submittal process..

| Average Production Rates for Water Mains/Force Mains | | |
|---|---|---|
| Pipe Diameter (inches) | Rural | Urban |
| 24 | 600 ft/day | 300 ft/day |
| 16 | 600 ft/day | 300 ft/day |
| 12 | 800 ft/day | 300 ft/day |
| 10 | 800 ft/day | 300 ft/day |
| 8 | 1,000 ft/day | 300 ft/day |
| 6 | 1,000 ft/day | 300 ft/day |
| | | |

| Average Production Rates for Gravity Sewer Mains | | |
|---|---|---|
| Depth to Invert | Average Feet/Day | Pipe Diameter (inches) |
| 0' to 6' | 350 | All sizes |
| 6' to 10' | 300 | 8",10",12" |
| 6' to 10' | 250 | 15",18",21",24" |
| 10' to 15' | 250 | 8",10",12" |
| 10' to 15' | 175 | 15",18",21",24" |
| 15' to 20' | 150 | 8",10",12" |
| 15' to 20' | 100 | 15",18",21",24" |
| Over 20' | 50 | All sizes |
| | | |

The CONTRACTOR agrees that said Work shall be prosecuted regularly and diligently without interruption at such rate of progress as will ensure full completion thereof within the time specified.

It is expressly understood and agreed, by and between the CONTRACTOR and the OWNER, that the time for the completion of the Work described in a specific Work Order is a reasonable time for the completion of same, taking into consideration the average climatic range and usual industrial conditions prevailing in this locality.

If the said CONTRACTOR shall neglect, fail or refuse to complete the Work within the time specified, or extension thereof granted by the OWNER, the CONTRACTOR does hereby agree, as a part of consideration for the awarding of this Contract, to pay to the OWNER the amount specified in the Contract, not as a penalty but as liquidated damages for such breach of Contract as

## SECTION 2

## INSTRUCTIONS FOR BONDS

### PART 1 - GENERAL

1-01   GENERAL: The following instructions and requirements for Bonds shall apply to this Project.

1-02   SURETY: The surety on each bond must be a responsible surety company, qualified to do business in Mississippi, and shall be satisfactory to the Owner.

1-03   NAME: The name, including full Christian name, and residence of each individual party to the bond shall be inserted in the body thereof, and each such party shall sign the bond with his usual signature on the line opposite the seal.

1-04 PARTNERSHIPS

A.   If the principals are partners, their individual names will appear in the body of the bond with the recital that they are partners composing a firm, naming it, and shall have all the partners of the firm execute the bond as individuals.

B.   The signature of a witness shall appear in the appropriate place, attesting to the signature of each individual party to the bond.

1-05 CORPORATIONS

A.   If the principal or surety is a corporation, the name of the State in which incorporated shall be inserted in the appropriate place in the body of the bond, and said instrument shall be executed and attested under the corporate seal as indicated in the form.

B.   The official character and authority of the person or persons executing the bond for the principal, if a corporation, shall be secretary or assistant secretary according to the form attached hereto. In lieu of such certificate, there may be attached to the bond copies of so much of the records of the corporation as will show the official character and authority of the officer signing, duly certified by the secretary or assistant secretary, under the corporate seal, to be true copies.

1-06 LIMITED LIABILITY COMPANIES

A.   If the principal is a limited liability company, the name of the state under which the limited liability company is organized shall be inserted in the appropriate place in the body of the bond, and said instrument shall be executed and attested.

B.   The bond shall be executed by a Manager of the limited liability company if managed by one or more Managers, or by a Member if managed by one or more Members. The bond shall disclose the capacity in which executed by the Member or Manager.

1-07   DATE: The date shown on these bonds must not be prior to the date of the contract in connection with which they are given.

hereinafter set forth, for each and every calendar day that the CONTRACTOR shall be in default after the time stipulated in the contract for completing the Work. Liquidated damages shall be determined for each Work Order based on the following table of values:

| Schedule of Liquidated Damages for Each Day of Overrun in Time | | |
|---|---|---|
| Original Work Order Amount | | Daily Charge Per Calendar Day |
| From More Than | Up To and Including | |
| $ 0 | $250,000 | $ 250 |
| $250,000 | $500,000 | $400 |
| $500,000 | $1,000,000 | $550 |
| $1,000,000 | $2,500,000 | $750 |
| $2,500,000 | $5,000,000 | $1,000 |
| $5,000,000 | $10,000,000 | $1,500 |
| $10,000,000 | $15,000,000 | $2,500 |
| Over $15,000,000 | | $4,000 |

11.   SUPPLEMENTARY DRAWINGS

Whenever required by the Specifications or the Drawings, as well as for all undetailed material to be fabricated and furnished by the CONTRACTOR, the CONTRACTOR shall make specialty or detailed shop drawings in amplification of the Drawings referred to in the Contract before commencing the work.

Six (6) copies of each drawing and necessary data shall be submitted to the ENGINEER. Each drawing or data sheet shall be clearly marked with the name of the Project, the CONTRACTOR'S name and references to applicable Specification paragraphs and Drawing sheet.

After the ENGINEER has reviewed the Drawings and data, three (3) copies will be returned to the CONTRACTOR marked either (1) "Rejected", (2) "Reviewed", (3) "Furnish as Corrected", or (4) "Revise and Resubmit".

Unless otherwise directed by the ENGINEER, when Drawings and data are returned marked "Furnish as Corrected", the changes shall be made as noted thereon and six (6) corrected copies furnished to the ENGINEER.

When Drawings and data are returned marked "Revise and Resubmit", the corrections shall be made as noted thereon and as instructed by the ENGINEER and six (6) corrected copies resubmitted.

The ENGINEER'S review of Drawings and data submitted by the CONTRACTOR will cover only general conformity to the Drawings and Specifications, external connections and dimensions which affect the layout. The ENGINEER'S review of Drawings marked "Reviewed" or "Furnish as Corrected" does not indicate a through review of all dimensions, quantities and details of the material, equipment, device or item shown and does not relieve the CONTRACTOR from the responsibility for errors or deviations from the Contract Requirements.

Corrections or comments made on the drawings during the ENGINEER's review do not relieve the CONTRACTOR from compliance with the requirements of the Drawings and Specifications. Checking will be only for review of general conformance with the information given in the Contract Documents. The CONTRACTOR is responsible for: confirming and correlating quantities and dimension; selecting fabrication processes and techniques of construction; coordination his work in a safe and satisfactory manner.

Drawings and data, after final processing by the ENGINEER, shall become a part of the Contract Documents and the work shown or described thereby shall be performed in conformity therewith unless otherwise authorized by the OWNER or the ENGINEER.

## 12. CORRECTION OF DEFECTIVE WORK AFTER FINAL ACCEPTANCE

The CONTRACTOR hereby agrees to make, at his own expense, repairs or replacements necessitated by defects in materials or workmanship, supplied under terms of this Contract, which become evident within one (1) year after the date of substantial completion. The CONTRACTOR further assumes responsibility for a similar one (1) year guarantee for work and materials provided by subcontractors or manufacturers of packaged equipment components. The effective date for the start of the guarantee or warranty period is defined as the date of substantial completion established by the ENGINEER in the Certificate of Substantial Completion.

## 13. COOPERATION BETWEEN CONTRACTORS

If separate contracts are let within the limits of a project, such CONTRACTORS shall arrange and conduct the performance of their work and handling of materials so as to minimize interference with work being performed by other CONTRACTORS within the limits of the same project.

## 14. TERM CONTRACT

CONTRACTOR acknowledges that the OWNER will issue one or more Work Orders throughout the term of this Contract. The Contract shall run for a term of two years unless extended by Change Order. During this term the Unit prices shall be adjusted only as may be provided in this Contract..

For items not subject to fuel usage and material price adjustments as provided below, a CPI adjustment will be applied on Work Orders issued one year or longer after the Bid Date.

The following fuel usage and material price adjustments apply only to pay items on the Bid Proposal indicating that such adjustment is allowed.

Where such Work Order is issued more than ninety (90) calendar days after the Bid date, the unit price shall be adjusted one time (whether an increase or decrease in the unit price) for fuel costs in accordance with Section 109.07 of the Mississippi Standard Specifications for Road and Bridge Construction, 2004 Edition per the following table:

COST ADJUSTMENT FACTORS FOR FUEL USAGE

| Item of Work | Units | | Code | Diesel | Gasoline |
|---|---|---|---|---|---|
| Structural concrete, pipe, structural excavation and other concrete related items. | gallons/$1,000 | | F | 11.0 | 13.0 |
| Hot Mix Asphalt | gallons/ton | | F | 2.57 | 0.78 |
| Granular materials | gallons/cy | or | F | 0.88 | 0.57 |
| | gallons/ton | | | 0.62 | 0.40 |

Adjustments will be applied to the total number of each units issued in the individual Work Order.

For pipe materials and structural steel components for Work Orders issued more than ninety (90) calendar days after the Bid date, the unit price shall be adjusted one time for each Work Order (whether an increase or decrease in the unit price), utilizing the applicable monthly prices reflected in Construction Economics section of Engineering News Record for New Orleans, Louisiana.

For items listed in the Structural Steel , Rebar, Building Sheet and Piling report, apply the per hundred weight price for thicknesses of components in the Work Order not exactly matching the listed items. For pipe sizes and/or thicknesses in the Work Order not exactly matching the sizes listed in the Sewer, Water and Drain Pipe report, the monthly prices shall be converted from linear foot prices to a per-pound unit cost and applied to appropriate pipe pay items in the Work Order.

Where catalog pipe weights include the weight of any lining applied to the pipe, the lining weight shall be deducted from the catalog weight, except for thin coatings such as paints and epoxies.

## SAMPLE NOTICE OF AWARD LETTER

DATE:_____

TO:    _____
       _____
       _____

ATTN:  _____

RE:    _____
       _____
       _____

Dear _____

Bids received on_____, for the referenced project have been tabulated, and _____, has been identified as the low bidder. The **Harrison County Utility Authority** has authorized award of the Bid in the amount of $_____, to your firm. Enclosed, for your information, is a certified Tabulation of Bids, Section 2 - Instructions for Bonds, Section 4 - Insurance Requirements, and a copy of the Contract Documents and Specifications. Also enclosed, for your execution, are five copies of the following sections from the Contract Documents: Contract Agreement, Payment Bond, and Performance Bond.

Please return all five copies of the Contract Agreement, Payment Bond, and Performance Bond sections, fully executed, and insurance forms required by the documents, within the time specified by the Contract, to this office. We will then transmit this information to the Owner for execution. Note that the Contract Bond format is as required by the Owner, and must be utilized for this project. Please leave all dates blank. The Owner will date all documents when he has executed them.

Thank you for your assistance in expediting the execution process for these documents. Please contact us if you have any questions or require further information.

Sincerely,


_____
_____

cc:    _____
       _____

## SECTION 4

## INSURANCE REQUIREMENTS

Note: All references to "Owner" herein shall refer to the Harrison County Utility Authority.

The Contractor shall carry insurance as prescribed herein and all policies shall be with companies satisfactory to the Owner.

If a part of this Contract is sublet, the Contractor shall require each subcontractor to carry insurance of the same kinds and in like amounts as carried by the prime Contractor.

**Certificates of insurance shall state that thirty (30) days written notice WILL BE given to the Owner before the policy is canceled or changed.** No Contractor or subcontractor will be allowed to start construction work on this Contract until certificates of all insurance required herein are filed and approved by the Owner. The certificates shall show the type, amount, class of operations covered, effective dates and the dates of expiration of policies.

The Contractor shall secure and maintain in effect for the period of the Contract and pay all premiums for the following kinds and amounts of insurance:

1.  Workmen's Compensation and Employer's Liability Insurance:

    This insurance shall protect the Contractor against all claims under applicable State Workmen's Compensation Laws. The Contractor shall also be protected and shall cause each subcontractor to be protected against claims for injury, disease, or death of employees which, for any reason, may not fall within the provisions of a Workmen's Compensation law. The liability limits shall not be less than the required statutory limits for Workmen's Compensation and Employer's Liability in the amount of Five Hundred Thousand Dollars ($500,000) for each person. This policy shall include an "all states" endorsement.

2.  Contractor's Comprehensive Public Liability and Property Damage Insurance, covering all operations in connection with the performance of this Contract in amounts not less than the following:

    Bodily injury liability in the amount of One Million Dollars ($1,00,000) for each person and One Million Dollars ($1,000,000) for each accident and property damage liability in the amount of One Million Dollars ($1,000,000) for all damages arising out of the injury or destruction of property in any one accident and subject to that limit per accident a total (or aggregate) limit of Two Million Dollars ($2,000,000) for all damages arising out of injury to or destruction of property during the policy period.

    The Comprehensive Public Liability and Property Damage policies carried by both the prime and the subcontractors shall contain an endorsement to include the coverage of the following hazards;

    a.     Explosion, collapse, and underground property damage (XCU) to include any damage or destruction of property below the surface of the ground, such as wires, conduits, pipes, mains, sewers, etc. caused by the contractor's operations.

    b.     The collapse of or structural injury to buildings, structures or property on or adjacent to the Owner's premises caused by the Contractor's operations in the removal of other buildings, structures, or supports, or by excavation below the surface of the ground.

    c.     Contractual Liability Coverage for the "Hold Harmless" segments of the Contract Documents.

3.    Contractor's Contingent or Protective Liability and Property Damage:

In case part of this Contract is sublet, the Contractor shall secure contingent or protective liability and property damage insurance to protect him from claims arising from the operation of his subcontractors in the execution of work included in the Contract. In no case shall the amount of such protection be less than the limits of $500,000/1,000,000 for Public Liability Insurance and $500,000/$1,000,000 for Property Damage Insurance. The coverage in each case shall be acceptable to the Owner.

4.    Automotive Public Liability and Property Damage:

The Contractor shall maintain automobile public liability insurance in the amount of not less than $1,000,000 for injury to one person and $2,000,000 for one accident; and automobile property damage insurance in the amount of not less than $1,000,000 for one accident to protect him from any and all claims arising from the use of the following:

    a.     Contractor's own automobiles and trucks.
    b.     Hired automobiles and trucks.
    c.     Automobiles and trucks owned by sub-contractors.

The aforementioned is to cover use of automobiles and trucks on and off the site of the project.

5.    Owner's Protective Liability Policy:

The Contractor shall maintain Owner's Protective Liability Insurance with the Owner as the named insured, and their servants, agents including the Engineer and employees as additional insureds in amount not less than the following:

    **a.  Bodily Injury in the amount of ONE MILLION DOLLARS ($1,000,000) for each person and TWO MILLION DOLLARS ($2,000,000) for each accident and property damage liability in the amount of ONE MILLION DOLLARS ($1,00,000) for all damages arising out of any injury or destruction of property in any one accident and subject to that limit per accident a total (or aggregate) limit of TWO MILLION DOLLARS ($2,000,000) for all damages arising out of injury to or destruction or property during the policy period.**

6.      Umbrella liability insurance with a limit of not less than five million dollars (5,000,000) providing additional coverage to the policies listed above.

7.      Builder's Risk Insurance:

Until the Project is completed and is accepted by the Owner the Contractor is required to maintain Builder's Risk Insurance, in a form acceptable to the Owner, adequate to fully cover the insurable portion of the project for the benefit of the Owner, the prime Contractor, and sub-contractors as their interests may appear.

Insurance policies shall remain in effect on portions of the work which have been completed and which may or may not be occupied or utilized by the Owner prior to the completion and acceptance of the entire work included in the Contract.

## SECTION 5

## SHOP DRAWINGS, PRODUCT DATA AND SAMPLES

### PART 1 - GENERAL

1-01 REQUIREMENTS INCLUDED

A.     Submit Shop Drawings, Product Data and Samples required by Contract Documents.

B.     Submit six (6) bound copies to Engineer for review unless otherwise specified.

1-02 SHOP DRAWINGS

A.     Drawings shall be presented in a clear and thorough manner.

B.     Identify details by reference to sheet and detail, schedule or item numbers shown on Contract Drawings.

1-03 PRODUCT DATA

A.     Preparation:
1.     Clearly mark each copy to identify pertinent products.
2.     Show performance characteristics and capacities.
3.     Show dimensions and clearances required.
4.     Show wiring or piping diagrams and controls as necessary.

B.     Manufacturer's standard schematic drawings and diagrams: 1) Modify drawings and diagrams to delete information which is not applicable to the work; 2) Supplement standard information to provide information specifically applicable to the work.

1-04 SAMPLES

A.     Office samples shall be adequate to clearly illustrate: 1)  Functional characteristics of the product, with integrally related parts and attachment devices; 2) Full range of color, texture, pattern, operation, use, etc.

1-05 CONTRACTOR RESPONSIBILITIES

A.     Review Shop Drawings, Product Data and Samples prior to submission to Engineer.

B.     Determine and verify:

1.     Field measurements where necessary.
2.     Field construction criteria from drawings or manufacturer's manuals.
3.     Catalog numbers and similar data from manufacturer.
4.     Conformance with specifications and detailed drawings.

C.     Coordinate each submittal with requirements of the Work and of the Contract Documents.

D.   Notify the Engineer in writing, at time of submission, of deviations in the submittals from requirements of the Contract Documents and provide an explanation for such deviation.

E.   Begin no fabrication of items or perform items of work which requires submittals until return of submittals indicating Engineer's review.

1-06 SUBMISSION REQUIREMENTS

A.   Transmittal Letter and Submittals:

1.   Use transmittal forms acceptable to the Engineer.
2.   One copy only, with each item completed, is required for each submittal.

a.   Submittals tendered with incomplete "Transmittal Letters" will be returned for resubmission.

3.   Make submittals promptly and in such sequence as to cause no delay in the work or in the work of other Contractors, should one or more Contractors be involved on a project.

B.   Number of submittals required:

1.   Shop Drawings: Submit the number of opaque reproductions which the Contract Documents require, but in no case less than six (6) copies. Three (3) copies of each will be retained by the Engineer for the project files. Three (3) copies will be stamped, indicating any additional requirements, and returned to the Contractor.

C.   Submittals shall contain:

1.   The date of submission and the dates of any previous unapproved submissions.
2.   The project title and number.
3.   The names of:
     a.   Contractor
     b.   Supplier
     c.   Manufacturer

4.   Identification of the product or component, with reference to the applicable specification section number.

5.   Field dimensions, clearly identified as such.

6.   Relation to adjacent or critical features of the work or materials.

7.   Applicable standards, such as ASTM, AWWA, AASHTO, or Federal Specification numbers, etc.

8.   Identification of deviations from Contract Specifications.

9.   Identification of revisions made on resubmittals.

10.  Contractor's stamp, initialed or signed, certifying as to review of submittal,
     verification of products, field measurements and field construction criteria and
     coordination of the information within the submittal, with requirements of the work
     and of Contract Documents.

## 1-07 RESUBMISSION REQUIREMENTS

A.   Make any corrections or changes in the submittals required and resubmit until approved.

B.   Shop Drawings and Product Data

   1.   Revise initial drawings or data, and resubmit as specified for the initial submittal.

   2.   Indicate changes which have been made other than those requested by the Engineer.

C.   Samples: Submit new samples as required for initial submittal.

## 1-08 ENGINEER'S DUTIES

A.   Review submittals with reasonable promptness and in accord with project schedule.
     Affix stamp and initials or signature, and indicate requirements for resubmittal, or review of
     submittal.

C.   Return submittals to Contractor for distribution or for resubmission.

## SECTION 6

### RECORD DOCUMENTS

**PART 1 - GENERAL**

1-01 REQUIREMENTS INCLUDED

A. **The Contractor shall maintain, during the course of the work, and provide to the Engineer, upon project completion, record documents as specified herein.**

1-02 MAINTENANCE OF DOCUMENTS

A. Maintain in Contractor's field office in clean, dry condition the following: (1) Contract Drawings, (2) Specifications, (3) Addenda, (4) Approved Shop Drawings, (5) Change Orders, (6) Other Modifications of Contract, Test Records, Survey Data, Field Orders and (7) All other documents pertinent to the Contractor's Work.

B. Provide files and racks for proper storage and easy access as needed.

C. Make documents available at all times for inspection by the Engineer and the Owner.

D. Record documents shall not be used for other purposes and shall not be removed from the field office without the Engineer's approval.

1-03 MARKING SYSTEM

A. Make changes, revisions, additions, deletions, etc., carefully and in legible form acceptable to the Engineer.

B. Provide colored pencils for marking changes, revisions, additions, deletions, etc., to the record set of Contract Drawings.

C. **Do not use ink or felt tip pens for marking documents.**

1-04 RECORDING

A. Label each document "PROJECT RECORD" in large red printed letters.

B. Keep record documents current with work completed.

C. Do not permanently conceal work until required information has been recorded on drawings.

D. As Built Contract Drawings: Legibly mark to record actual construction to include the following:

1. Depths or heights of various elements in relation to datum.

      2.       Horizontal and vertical location of underground utilities and appurtenances referenced to permanent surface improvements or bench marks.

      3.       Location of internal appurtenances concealed in construction referenced to visible and accessible features of the work.

      4.       Field changes of dimensions and details.

      5.       Changes made by Change Order or Field Order clearly identified as such.

      6.       Details not on original Contract Drawings.

E.    Specifications and Addenda: Legibly mark up each Section and record the following:

      1.       Manufacturer, trade name, catalog number and supplier of each product and item of equipment actually installed.

      2.       Changes made by Change Order or Field Order clearly identified as such.

      3.       Other matters not originally specified.

F.    Shop Drawings: Maintain as record documents and legibly annotate Drawings to record changes made after review.

1-05 SUBMITTAL.

A.    At completion of project, deliver record documents to the Engineer.

B.    Accompany submittal with transmittal letter containing:

      1.       Date.

      2.       Project title and number.

      3.       Contractor's name and address.

      4.       Title and number of each record document.

      5.       Certification that each document as submitted is complete and accurate.

      6.       Signature of Contractor, or his authorized representative.

C.    **Incomplete or illegible record documents will be returned to the Contractor for completion or correction.**

<center>**SECTION 7**</center>

<center>**CONTRACT CLOSEOUT**</center>

**PART 1 - GENERAL**

1-01 REQUIREMENTS INCLUDED

A.  Comply with requirements stated in conditions of the Contract and Specifications for administrative procedures in closing out the work.

B.  Contractor shall submit all notices and certifications in a form acceptable to the Engineer.

1-02 SUBSTANTIAL COMPLETION

A.  When contractor considers the work is substantially complete, he shall submit to the Engineer:

   1.  Written notice that the work, or designated portion thereof, is substantially complete.

   2.  A list of items to be completed or corrected.

B.  Within a reasonable time after receipt of such notice, an inspection will be made by the Engineer to determine the status of completion.

C.  Should it be determined that the work is not substantially complete:

   1.  Contractor will be notified in writing, giving the reasons for such determination.

   2.  Contractor shall remedy the deficiencies in the work, and send a second written notice of substantial completion.

   3.  Work will be reinspected.

D.  When the Engineer concurs that the work is substantially complete, he will:

   1.  Prepare a Certificate of Substantial Completion on an acceptable form accompanied by a list of items to be completed or corrected.

   2.  Submit the Certificate to Owner and Contractor for their written acceptance of the responsibilities assigned to them in the Certificate.

1-03 FINAL INSPECTION

A.  When Contractor considers the work is complete, he shall submit written certifications to the Engineer that:

   1.  Equipment and systems have been tested in the presence of the Engineer and Owner's representative and are fully operational.

      2.     Work has been completed in accordance with Contract documents and is ready for final inspection.

B.    An inspection will be made by the Engineer to verify the status of completion with reasonable promptness after receipt of such certification.

C.    Should work be considered incomplete or defective:

      1.     The Engineer will promptly notify the Contractor in writing, listing the incomplete or defective items of work.

      2.     Contractor shall take immediate steps to remedy the stated deficiencies, and send a second written certification to the Engineer that the work is complete.

      3.     Work will be reinspected.

D.    When the work is acceptable under the contract documents, the contractor will be requested to deliver closeout submittals.

## 1-04 CONTRACTOR CLOSEOUT SUBMITTALS

A.    Evidence of compliance with requirements of governing authorities:

      1.     Certificate of Inspection:

          a.     Mechanical: City and/or County
          b.     Electrical: City and/or County
          c.     General: Applicable Building Code

B.    Waivers and Liens Affidavit.

C.    Surety Release.

D.    Labor and Material Warranty.

E.    **Certification Statement that material incorporated into the project meets or exceeds specification requirements of the Contract.**

F.    Project record documents and As Built drawings.

G.    Operating and Maintenance Data, Instructions to Owner's Personnel: As specified in Contract Documents or ordered by the Engineer.

H.    Spare Parts and Maintenance Materials: As specified in Contract Documents or ordered by the Engineer.

I.    Receipt for keys, if any, to all locks, gates and doors.

## 1-05 FINAL ADJUSTMENT OF ACCOUNTS

A.    Submit a final statement of accounting to Engineer.

B.   Statement shall reflect all adjustments to the contract sum:

    1.   The original contract sum.

    2.   Additions or deductions resulting from:

        a.   Previous change orders.
        b.   Allowances.
        c.   Unit Prices.
        d.   Deductions for uncorrected work.
        e.   Deductions for liquidated damages.
        f.   Other adjustments.

    3.   Total contract sum, as adjusted.

    4.   Previous payments.

    5.   Sum remaining due.

C.   Final Change Order will be prepared reflecting approved adjustments to the Contract sum which were not made by previous Change Orders.

## 1-06 FINAL APPLICATION FOR PAYMENT

A.   Contractor shall submit the final Application for Payment in accordance with procedures and requirements stated in the Conditions of the Contract.

B.   **No final application for payment will be processed until the Project Record Documents and As Built Drawings have been submitted and approved.**

## SECTION 8

## SCHEDULE OF VALUES
## LUMP SUM BID ITEMS

I.  **GENERAL**

A.  The successful Bidder, within five (5) days of the receipt of the "NOTICE OF AWARD", shall submit, a Schedule of Values for "lump sum bid items", for Owner's and City Engineer's review. The Schedule of Values shall be an itemized list that establishes the various quantities and value or cost of each major part or component of Lump Sum Items. It shall be used as the basis for preparing progress payment applications and for use as a basis for negotiations concerning additional work or credits which may arise during the construction.

II.  **PREPARATION**

A.  The Schedule shall be prepared in the form and supported by the data required herein.

B.  The Schedule shall show a breakdown of costs for labor, materials, equipment, delivery, installation, overhead, profit and other costs used in preparation of the Bid.

C.  Costs shall be in sufficient detail to indicate a separate amount for each major component of the item listed.

D.  Contractor may include items for bonds, insurance, and temporary facilities. Bonds and insurance may be claimed on the first application for payment. Any remaining items will be included for payment at the same percentage rate as total percent of the lump sum item completion.

E.  The Schedule shall be prepared on 8-1/2 inch by 11-inch white paper.

F.  Use items listed as Lump Sum on the Bid Form as basis for Schedule format and identify each item with number and description as shown on Bid Form.

G.  The sum of the individual values shown on the Schedule of Values for each item must equal the Total Price bid for that item on the Bid Form.

SUPPLEMENTAL GENERAL CONDITIONS

GULF REGION DISASTER RECOVERY

COMMUNITY DEVELOPMENT BLOCK GRANT PROJECTS

# TABLE OF CONTENTS

The attached instructions and regulations as listed below are incorporated into the Contract Documents.

Attachment No. 1. Special Provisions And Regulations Stipulated by the U.S. Department of Housing and Urban Development (HUD) Community Development Block Grant (CDBG) Program to Be Included in All Contracts between the Subrecipient and Contracted Parties, and in All Contracts between Contracted Parties and Their Subcontractors......................................... 7

Tab A to Attachment No. 1. Section 3 Clause ...................................................... 16

Attachment No. 2. U.S. Department of Housing and Urban Development (HUD) Disaster Recovery Community Development Block Grant (CDBG) Assurances....................................... 18

Attachment No. 3. U.S. Department of Housing and Urban Development (HUD) Disaster Recovery Community Development Block Grant (CDBG) Certifications................................... 23

Attachment No. 4. U.S. Department of Housing and Urban Development Office of Labor Relations Federal Labor Standards Provisions........................................................ 24

Tab A to Attachment No. 4. Davis-Bacon Wage Rate Determination ....................................... 32

Attachment No. 5. Mississippi Department of Environmental Quality (MDEQ) Special Provisions to Be Included in All Contracts between the Subrecipient and Contracted Parties and in All Contracts between Contracted Parties and their Subcontractors ........................................ 33

Attachment No. 6. Prohibition against Bypasses and Overflows during Construction .............. 35

Attachment No. 7. Best Management Practices for Erosion and Sediment Control during Construction............................................................................................................. 36

Attachment No. 8. Notification Requirements for Unforeseen Site Occurrences during Construction, Such As Previously Unknown Wetlands, Stream Crossings, Endangered Plants/Animal Species, and/Or Archaeological Finds ................................................................ 38

Attachment No. 9. Price Reduction for Defective Cost or Pricing Data ..................................... 39

Attachment No. 10. Audit: Access to Records ...................................................................... 40

Attachment No. 11. Covenant against Contingent Fees......................................................... 42

Attachment No. 12. Gratuities ............................................................................................ 43

Attachment No. 13. Utilization of Minority and Women's Businesses ..................................... 44

Tab A to Attachment No. 13. Sample Letter from Contractor to MBE/WBE Firms ...... ........... 49

Tab B to Attachment No. 13. Department of Environmental Quality's MBE/WBE Directory......50

Attachment No. 14. Advertisement for Bids..........................................................................63

Attachment No. 15. Instructions for Bidders ..................................................................64

Attachment No. 16. U. S. Citizenship Certification for Minority and Women's Business
Enterprises...........................................................................................................65

Attachment No. 17. General Requirements (Guidance) ......................................................66

Attachment No. 18. CSD Policy Statement #04-001 Revised Project Signs for Mississippi
Development Authority...........................................................................................67

**Attachment No. 1. Special Provisions And Regulations Stipulated by the U.S. Department of Housing and Urban Development (HUD) Community Development Block Grant (CDBG) Program to Be Included in All Contracts between the Subrecipient and Contracted Parties, and in All Contracts between Contracted Parties and Their Subcontractors**

For the purpose of clarification, the Contracted Party shall refer to the firm providing professional services, construction work, equipment, supplies, or commodities to the Subrecipient as specified in the contract to which this document is attached, and also all subcontractors to the contracted party.

1.  **Access of Subrecipient, State of Mississippi, MDEQ and MDA, HUD and Others to CDBG Documents, Papers, and Books**

    The Contracted Party agrees to allow the Subrecipient, Departments and Agencies of the State of Mississippi, HUD, the Comptroller General of the United States, and any of their duly authorized representatives access to any books, documents, papers, and records of the Contracted Party which are directly pertinent to the CDBG Program for the purpose of making audits, examinations, excerpts, and transcriptions.

2.  **Termination of Contract For Cause**

    If, through any cause, the Contracted Party shall fail to fulfill in timely and proper manner, his obligations under this Contract, or if the Contracted Party shall violate any of the covenants, agreements, or stipulations of this Contract, the Subrecipient shall thereupon have the right to terminate this Contract by giving written notice to the Contracted Party of such termination and specifying the effective date of such termination. In such event, all finished or unfinished documents, data, studies, and reports prepared by the Contracted Party shall entitle the Contracted Party's receipt of just and equitable compensation for any satisfactory work completed on such documents.

    Notwithstanding the above, the Contracted Party shall not be relieved of liability to the Subrecipient for damages sustained to the Subrecipient by virtue of any breach of the Contract by the Contracted Party. The Subrecipient may withhold any payments to the Contracted Party for the purpose of set off until such time as the exact amount of damages due the Subrecipient from the Contracted Party is determined.

3.  **Termination for Convenience of the Subrecipient**

    The Subrecipient may terminate this Contract any time by a notice in writing from the Subrecipient to the Contracted Party. If the Contract is terminated by the Subrecipient as provided herein, the Contracted Party will be paid an amount which bears the same ratio to the total compensation as the services actually performed bear to the total services of the Contracted Party covered by this Contract, less payments of compensation previously made, provided that if less than sixty percent of the services covered by this Contract have been

performed upon the effective date of such termination, the Contracted Party shall be reimbursed (in addition to the above payment) for that portion of actual out-of-pocket expenses (not otherwise reimbursed under this Contract) incurred by the Contracted Party during the Contract period which are directly attributable to the incomplete portion of the services covered by this Contract.

4.   **Records**

All records required to be kept on the project shall be maintained for at least three years after final payments and until all other pending matters under the grant for this project are closed.

5.   **Health and Safety Standards**

All parties participating in this project agree to comply with Section 107 of the Contract Work Hours and Safety Standards Act. Section 107 of the Act is applicable to construction work and provides that no laborer or mechanic shall be required to work in surroundings or under working conditions, which are unsanitary, hazardous, or dangerous to his health and safety as determined under construction, safety, and health standards promulgated by the Secretary of Labor. These requirements do not apply to the purchase of supplies or materials or articles ordinarily available on the open market, or contracts for transportation.

6.   **Environmental Compliance**

Contracts, subcontracts, and subgrants of amounts in excess of $100,000.00 shall contain a provision which requires compliance with all applicable standards, orders, or requirements issued under Section 306 of the Clean Air Act (42 U.S.C. 1957 (h)), Section 508 of the Clean Water Act (33 U.S.C. 1368), Executive Order 11738, and Environmental Protection Agency (EPA) regulations (40 CFR, 15), which prohibit the use under nonexempt Federal contracts, grants, or loans of facilities included on the EPA List of Violating Facilities. The provisions shall require reporting of violations to the grantor agency and the U.S. EPA Assistant Administrator for Enforcement (EN-329).

7.   **Energy Efficiency**

All participants in the projects shall recognize mandatory standards and policies relating to energy efficiency, which are contained in the state energy conservation plan issued in compliance with the Energy Policy and Conservation Act (PL 94-163).

8.   **Changes**

The Subrecipient may, from time to time, request changes in the scope of the services of the Contracted Party to be performed hereunder. Such changes, including any increase or decrease in the amount of the Contracted Party's compensation which are mutually agreed upon by and between the Subrecipient and the Contracted Party, shall be incorporated in written and executed amendments to this Contract.

## 9. Personnel

The Contracted Party represents that it has, or will secure at its own expense, all personnel required in performing the services under this Contract. Such personnel shall not be employees of or have any contractual relationship with the Subrecipient.

All the services required hereunder will be performed by the Contracted Party or under its supervision, and all personnel engaged in the work shall be fully qualified and shall be authorized or permitted under State and local law to perform such services.

No person who is serving sentence in a penal or correctional institution shall be employed on work under this Contract.

## 10. Anti-Kickback Rules

Salaries of personnel performing work under this Contract shall be paid unconditionally and not less often than once a month without payroll deduction or rebate on any account except only such payroll deductions as are mandatory by law or permitted by the applicable regulations issued by the Secretary of Labor pursuant to the "Anti-Kickback Act" of June 13, 1934 (48 Stat. 948; 62 Stat. 740; 63 Stat. 108; Title 18 U.S.C. 874; and Title 40 U.S.C. 276c). The Contracted Party shall comply with all applicable "Anti-Kickback" regulations and shall insert appropriate provisions in all subcontracts covering work under this contract to insure compliance by the subcontractors with such regulations, and shall be responsible for the submission of affidavits required of subcontractors thereunder except as the Secretary of Labor may specifically provide for variations of or exemptions from the requirements thereof.

## 11. Equal Employment Opportunity

During the performance of this Contract, the Contracted Party agrees to comply with Executive Order 11246, and the regulations issued pursuant thereto (24 CFR 130 and 41 CFR Chapter 60), which provides that no person shall be discriminated against on the basis of race, color, religion, gender, or national origin in all phases of employment during the performance of Federal or Federally assisted construction contracts. Contractors and subcontractors on Federal and Federally assisted construction contracts shall take affirmative action to ensure fair treatment in employments, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination, rates or pay or other forms of compensation and selection for training apprenticeship.

## 12. Anti-Discrimination Clauses

The Contracted Party will comply with the following clauses:

1.  Title VI of the Civil Rights Act of 1964 (PL 88-352), and the regulations issued pursuant thereto (24 CFR 1), which provides that no person in the United States shall on the grounds of race, color, or national origin, be excluded from participation

in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity for which the Subrecipient receives Federal financial assistance and will immediately take any measures necessary to effectuate this assurance. If any real property or structure thereon is provided or improved with the aid of Federal financial assistance extended to the subrecipient, this assurance shall obligate the subrecipient, or in the case of any transfer of such property, any transferee, for the period during which the real property or structure is used for a purpose for which the Federal financial assistance is extended, or for another purpose involving the provision of similar services or benefits;

2. Title VIII of the Civil Rights Act of 1968 (PL 90-284), as amended, administering all programs and activities relating to housing and community development in a manner to affirmatively further fair housing, and taking action to affirmatively further fair housing in the sale or rental of housing, the financing of housing, and the provision of brokerage services; and,

3. Executive Order 11063, as amended by Executive Order 12259, on equal opportunity in housing and nondiscrimination in the sale or rental of housing built with Federal assistance. Section 109 of the Housing and Community Development Act of 1974, as amended which requires that no person in the United States shall on the grounds of race, color, national origin, or gender be excluded from participation in, be denied the benefits or be subjected to discrimination under, any program or activities funded in whole or in part with community development funds made available pursuant to the Act. Section 109 further provides that any prohibition against discrimination on the basis of age under the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.) or with respect to an otherwise qualified handicapped individual as provided in Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 796) shall also apply to any such program or activity.

### 13. Section 3 Clause (See Tab A)

The Contracted Party will comply with Section 3 of the Housing and Urban Development Act of 1968, as amended (12 U.S.C. 1701θ) requiring that to the greatest extent feasible, opportunities for training and employment be given to lower income residents of the project area and contracts for work in connection with the project area be awarded to eligible business concerns which are located in, or owned in substantial part by persons residing in the area of the project.

### 14. Discrimination Because of Certain Labor Matters

No person employed on the work covered by this Contract shall be discharged or in any way discriminated against because he has filed any complaint or instituted or caused to be instituted any proceeding or has testified or is about to testify in any proceeding under or relating to the labor standards applicable hereunder to his employer.

### 15. Compliance with Local Laws

The Contracted Party shall comply with all applicable laws, ordinances, and codes of the state and local governments, and shall commit no trespass on any public or private property in performing any of the work embraced by this Contract.

### 16. Subcontracting

None of the services covered by this Contract shall be subcontracted without prior written consent of the Subrecipient. The Contracted Party shall be as fully responsible to the Subrecipient for the acts and omissions of his subcontractors and of persons either directly or indirectly employed by him. The Contracted Party shall insert in each subcontract appropriate provisions requiring compliance with the labor standards provisions of this Contract.

### 17. Assignability

The Contracted Party shall not assign any interest in this Contract, and shall not transfer any interest in the same (whether by assignment or novation) without prior written approval of the Subrecipient provided that claims for money due or to become due the Contracted Party from the Subrecipient under this Contract may be assigned to a bank, trust company, or other financial institution, or to a Trustee in Bankruptcy, without such approval. Notice of any such assignment or transfer shall be furnished promptly to the Subrecipient.

### 18. Interest of Members of Local Public Agency and Others

The Contracted Party agrees to establish safeguards to prohibit employees from using positions for a purpose that is or gives the appearance of being motivated by a desire for private gain for themselves or others, particularly those with whom they have a family, business, or other tie.

The Contracted Party will comply with Section 21-39-1, Mississippi Code Annotated (1972), which prohibits municipal officers and employees from having or owning any interest or share, individually or as agent or employee of any person or corporation, either directly or indirectly, in any contract made or let by the governing authorities of such municipality for the construction or doing of any public work, or for the sale or purchase of any materials, supplies or property of any description, or for any other purpose whatsoever, or in any subcontract arising therefrom or connected therewith, or to receive, either directly or indirectly, any portion or share of any money or other thing paid for the construction or doing of any public work, or for the sale or purchase of any property, or upon any other contract made by the governing authorities of the municipality, or subcontract arising therefore or connected therewith.

The Contracted Party will also be aware of and avoid any violation of Section 97-11-19, Mississippi Code Annotated (Supp. 1982), which prescribes a criminal penalty for any public officer who has an interest in any contract passed by the board of which he is a member during the term he was a member and for one year thereafter.

**19. Interest of Certain Federal Officers**

No member of or delegate to the Congress of the United States and no Resident Commissioner, shall be admitted any share or part of this Contract or to any benefit to arise therefrom.

**20. Interest of Contractor**

The Contracted Party covenants that he presently has no interest and shall not acquire any interest direct or indirect in the above described project or any parcels therein or any other interest which would conflict in any manner or degree with the performance of his services hereunder. The Contracted Party further covenants that in the performance of this Contract no person having any such interest shall be employed.

**21. Political Activity**

The Contracted Party will comply with the provisions of the Hatch Act (5 U.S.C. 1501 et seq.), which limits the political activity of employees.

**22. Davis-Bacon Act Requirements**

The Contracted Party will comply with Section 110 of the Housing and Community Development Act of 1974, as amended, which requires that all laborers and mechanics employed by contractors or subcontractors on construction work assisted under the Act shall be paid at rates not less than those prevailing on similar construction in the locality as determined by the Secretary of Labor in accordance with the Davis-Bacon Act, as amended 40 U.S.C. 276a-276-a5), and it will comply with the Contract Work Hours and Safety Standards Act (40 U.S.C. 327 *et seq.*). However, these requirements apply to the rehabilitation of residential property only if such property is designed for residential use of eight or more families.

a.     Withholding of Salaries

If in the performance of this Contract, there is any underpayment of salaries by the Contractor/subrecipient or by any subcontracted party thereunder, the subgrantee shall withhold from the Contractor/subrecipient out of payment due to him an amount sufficient to pay to employees underpaid the difference between the salaries required thereby to be paid and the salaries actually paid such employees for the total number of hours worked. The amounts withheld shall be disbursed by the subgrantee for and on account of the Contractor/subrecipient or subcontractor to the respective employees to whom they are due.

b.     Claims and Disputes Pertaining to Salary Rates

Claims and disputes pertaining to salary rates or to classifications of professional staff or technicians performing work under this Contract shall be promptly reported in writing by the Contractor/subrecipient to the subgrantee for the latter's decision which shall be final with respect thereto.

### 23. Uniform Act Requirements

The Contracted Party will comply with all applicable requirements of Titles II and III of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (42 U.S.C. 4630) as specified in regulations issued by the Secretary of the Department of Housing and Urban Development and published in 24 CFR 570-1.

### 24. Lead-Based Paint Requirements

The Contracted Party will comply with Title IV of the Lead-Based Paint Poisoning Prevention Act (42 U.S.C. 4831), which prohibits the use of lead-based paint in residential structures constructed or rehabilitated with Federal assistance in any form.

### 25. Compliance with Office of Management and Budget

The parties agree to comply with the regulations, policies, guidelines, and requirements of the Office of Management and Budget, Circulars A-95, A-102, A-133, and A-54, as they relate to the use of Federal funds under this contract.

### 26. Flood Insurance Purchase Requirements

Both parties agree to comply with the flood insurance purchase requirements of Section 102(2) of the Flood Disaster Protection Act of 1973, (PL 93-234, 87 Stat. 975) approved December 31, 1976. Section 102 (a) requires, on and after March 2, 1975, the purchase of flood insurance in communities where such insurance is available as a condition for the receipt of any Federal financial assistance for construction or acquisition purposes for use in any area that has been identified by the Secretary of the Department of Housing and Urban Development as an area having special flood hazards. The phrase, "Federal financial assistance," includes any form of loan, grant, guaranty, insurance payment, rebate, subsidy, disaster assistance loan or grant, or any other form of direct or indirect Federal assistance.

### 27. Historic Preservation

Both parties agree to assist the Federal grantor agency in its compliance with Section 106 of the National Historic Preservation Act of 1966 as amended (16 USC 470), Executive Order 11593, and the Archaeological and Historic Preservation Act of 1966 (16 USC 469a-1 *et seq.*) by (a) consulting with the State Historic Preservation officer on the conduct of investigations, as necessary, to identify properties listed in or eligible for inclusion in the National Register of Historic Places that are subject to adverse effects (CFR Part 600.8) by the activity, and notifying the Federal grantor agency of the existence of any such properties,

and by (b) complying with all requirements established by the Federal grantor agency and the state grantor agency to avoid or mitigate adverse effects upon such properties.

### 28.  Program Monitoring

Both parties agree to assist and cooperate with the Federal grantor agency and the state grantor agency or their duly designated representatives in the monitoring of the project or projects to which this grant relates, and to provide in form and manner approved by the state grantor agency such monitoring reports, progress reports, and the like as may be required and to provide such reports at the times specified.

### 29.  Discrimination Due to Beliefs

No person with responsibilities in operation of the project to which this grant relates will discriminate with respect to any program participant or any applicant for participation in such program because of political affiliation or beliefs.

### 30.  Confidential Findings

All of the reports, information, data, etc., prepared or assembled by the Contracted Party under this Contract are confidential, and the Contracted Party agrees that they shall not be made available to any individual or organization without prior written approval of the Subrecipient.

### 31.  Third-Party Contracts

The Subrecipient shall include in all contracts with Participating Parties receiving grant funds provisions requiring the following:

1.  Each such Participating Party keeps and maintains books, records, and other documents relating directly to the receipt and disbursement of such grant funds; and,

2.  Any duly authorized representative of the Mississippi Department of Environmental Quality, the Mississippi Development Authority, the U.S. Department of Housing and Urban Development, and the Comptroller General of the United States shall, at all reasonable times, have access to and the right to inspect, copy, audit, and examine all such books, records, and other documents of such Participating Party until the completion of all close-out procedures respecting this grant and the final settlement and conclusion of all issues arising out of this grant.

### 32.  Lobbying

The contracted party certifies, to the best of his or her knowledge and belief that:

1.  No federally appropriated funds have been paid or will be paid, by or on behalf of the contracted party, to any person for influencing or attempting to influence an officer or

employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with the awarding of any federal contract, the making of any federal grant, the making of any federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any federal contract, grant, loan, or cooperative agreement.

2. If any funds other than federally appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this federal contract, grant, loan, or cooperative agreement, the contracted party shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

## 33. Architectural Barriers Act and Americans with Disabilities Act

The parties will comply with the architectural Barriers Act and the Americans with Disabilities Act as described in 24 CFR Section 487(c).

**Tab A to Attachment No. 1. Section 3 Clause**

**All Section 3 covered contracts shall include the following clause (24 CFR Part 135.38):**

1.  The work to be performed under this contract is subject to the requirements of Section 3 of the Housing and Urban Development (HUD) Act of 1968, 12 U.S.C. 1701 u (Section 3). The purpose of Section 3 is to ensure that employment and other economic opportunities generated by HUD assisted projects covered by Section 3 shall, to the greatest extent feasible, be directed to low- and very low-income persons, particularly persons who are recipients of HUD Assistance.

2.  The parties to this contract agree to comply with HUD's regulations in 24 CFR Part 135, which implement Section 3. As evidenced by their execution of this contract, the parties to this contract certify that they are under no contractual or other impediment that would prevent them from complying with the Part 135 regulations.

3.  The contractor agrees to send each labor organization or representative or worker with which the contractor has collective bargaining agreement or other understanding, if any, a notice advising the labor organization or worker's representative of the contractor's commitments under this Section 3 clause and will post copies of the notice in conspicuous places at the work site where both employees and applicants for training and employment positions can see the notice. The notice shall describe the Section 3 preference, shall set forth minimum number and job titles subject to hire, availability of apprenticeship and training positions, the qualifications for each; the name and location of the person(s) taking applications for each of the positions; and the anticipated date the work shall begin.

4.  The contractor agrees to include this Section 3 clause in every subcontract subject to compliance with regulations in 24 CFR Part 135 and agrees to take appropriate action, as provided in an applicable provision of the subcontract or in this Section 3 clause, upon a finding that the subcontractor is in violation of the regulations in 24 CFR Part 135. The contractor will not subcontract with any subcontractor where the contractor has notice of knowledge that the subcontractor has been found in violation of the regulations in 24 CFR Part 135.

5.  The contractor will certify that any vacant employment positions, including training positions, that are filled (i) after the contractor is selected but before the contract is executed and (ii) with persons other than those to whom the regulations of 24 CFR Part 135 require employment opportunities to be directed were not filled to circumvent the contractor's obligations under 24 CFR Part 135.

6.  Noncompliance with HUD's regulations in 24 CFR Part 135 may result in sanctions, termination of contract for default, and debarment or suspension from future HUD assisted contracts.

7.  With respect to work performed in connection with Section 3-covered Indian Housing assistance, Section 7(b) of the Indian Self-determination and Education Assistance Act (25 U.S.C. 450e) also applies to the work to be performed under this contract. Section 7(b)

requires that, to the greatest extent feasible, (i) preference and opportunities for training and employment shall be given to Indians and (ii) preference in the award of contracts and subcontracts shall be given to Indian organizations and Indian-owned Economic Enterprises. Parties to this contract that are subject to the provisions of Section 3 and Section 7(b) agree to comply with Section 3 to the maximum extent feasible but not in derogation of compliance with Section 7(b).

**Attachment No. 2. U.S. Department of Housing and Urban Development (HUD) Disaster Recovery Community Development Block Grant (CDBG) <u>Assurances</u>**

The subrecipient hereby assures and certifies that:

(a)　It possesses legal authority to apply for the grant and to execute the proposed program.

(b)　Its governing body has duly adopted or passed as an official act a resolution, motion, or similar action authorizing the filing of the application.

(c)　Its application program has been developed so as to give maximum feasible priority to activities which will benefit low- and moderate-income families, or aid in the prevention or elimination of slums or blight, or meet other community development needs having a particular urgency because existing conditions pose a serious and immediate threat to the health or welfare of the community, and no other financial resources are available to meet such needs.

(d)　It will:

　　(1)　Comply with Section 104(f) of the Housing and Community Development Act of 1974, as amended, which requires compliance with the policies of the National Environmental Policy Act of 1969 (NEPA) and other provisions of law which further the purposes of the National Environmental Policy Act. Such other provisions of law which further the purposes of the NEPA are specified in regulations issued pursuant to Section 104(f) of the Housing and Community Development Act of 1974, as amended, and are contained in 24 CFR Part 58; and

(e)　It will, in connection with the Department's performance of environmental assessments under the National Environmental Policy Act of 1969, comply with Section 106 of the National Historic Preservation Act of 1966 (16 U.S.C. 470), Executive Order 11593, and the Preservation of Archeological and Historic Data Act of 1966 (16 U.S.C. 469 a-1, et seq) by:

　　(1)　Consulting with the State Historic Preservation Officer to identify properties listed in or eligible for inclusion in the National Register of Historic Places that are subject to adverse effects of the proposed activities; and

　　(2)　Complying with all requirements established by HUD to avoid or mitigate adverse effects upon such properties.

(f)　It will comply with Executive Order Number 12898, issued February 11, 1994, by:

　　(1)　Focusing attention on the environment and health conditions in minority and low-income communities; and

(2)    Fostering non-discrimination in federal programs that substantially affect human health and the environment; and

(3)    Providing minority and low-income communities with access to information on, and opportunities for public participation in, matters relating to human health and the environment.

(g)    It will comply with the regulations, policies, guidelines, and requirements of 24 CFR Part 85 and 24 CFR Part 87, as they relate to the application and use of federal funds.

(h)    It will comply with:

(1)    Title VI of the Civil Rights Act of 1964 (Public Law 88-352) and the regulations issued pursuant thereto (24 CFR Part 1), which provides that no person in the United States shall, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity for which the subrecipient receives federal financial assistance and will immediately take any measures necessary to effectuate this assurance. If any real property or structure thereon is provided or improved with the aid of federal financial assistance extended to the subrecipient, this assurance shall obligate the subrecipient, or in the case of any transfer of such property, any transferee, for the period during which the real property or structure is used for a purpose for which the federal financial assistance is extended, or for another purpose involving the provision of similar services or benefits;

(2)    Title VIII of the Civil Rights Act of 1968 (Public Law 90-284), as amended, administering all programs and activities relating to housing and community development in a manner to affirmatively further fair housing in the sale or rental of housing, the financing of housing, and the provision of brokerage services;

(3)    Executive Order 11063, as amended by Executive Order 12259, on equal opportunity in housing and nondiscrimination in the sale or rental of housing built with federal assistance; and

(4)    Executive Order 11246 and the regulations issued pursuant thereto (24 CFR Part 130 and 41 CFR Chapter 60), which provide that no person shall be discriminated against on the basis of race, color, religion, sex, or national origin in all phases of employment during the performance of federal or federally assisted construction contracts. Contractors and subcontractors on federal and federally assisted construction contracts shall take affirmative action to ensure fair treatment in employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates

of pay or other forms of compensation; and selection for training and apprenticeship.

(i) It will comply with Section 3 of the Housing and Urban Development Act of 1968, as amended (24 CFR, Part 135), requiring that opportunities for training and employment be given to low-income residents in the project area and contracts for work in connection with the project be awarded to eligible business concerns which are located in, or owned in substantial part by, persons residing in the area of the project.

(j) It will comply with the Uniform Relocation Assistance and Real Property acquisition policies Act of 1970, as amended, and Federal Implementing regulation at 49 CFR Part 24, and the requirements of Section 570.496a (including the requirement to provide a certification that the recipient is following a residential antidisplacement and relocation assistance plan under Section 104(d)) of the Act).

(k) It will establish a written Code of Standards of Conduct to prohibit any of its officers, employees, and agents from using his/her position in any manner or matter, which would have the purpose or effect of a conflict of interest, real or apparent. In order to properly implement this provision, it will fully comply with the requirements of 24 CFR, Part 85.36.

(l) It will comply with the provisions of the Hatch Act 5 U.S.C. 1501 et seq), which limits the political activity of employees.

(m) It will give the State of Mississippi, HUD, and the Controller General, through any authorized representatives, access to and the right to examine all records, books, papers, or other documents related to the grant.

(n) It will comply with Section 110 of the Housing and Community Development Act of 1974, as amended, which requires that all laborers and mechanics employed by contractors or subcontractors on construction work assisted under the Act shall be paid at rates not less than those prevailing on similar construction in the locality as determined by the Secretary of Labor in accordance with the Davis-Bacon Act, as amended (40 U.S.C. 276a-276a-5), and it will comply with the Contract Work Hours and Safety Standards Act (40 U.S.C. 327 et seq). (However, these requirements apply to the rehabilitation of residential property only if such property is designed for residential use of eight or more families.)

(o) It will comply with the applicable requirements of the Copeland Act (40 U.S.C. 276c).

(p) It will comply with Section 109 of the Housing and Community Development Act of 1974, as amended, which requires that no person in the United States shall on the grounds of race, color, national origin, or sex be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any programs or activities funded in whole or in part with community development funds made

available pursuant to the Act. Section 109 further provides that any prohibition against discrimination on the basis of age under the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq), or with respect to an otherwise qualified handicapped individual as provided in Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794), shall also apply to any such program or activity.

(q) It will comply with Title IV of the Lead-Based Paint Poisoning Prevention Act (42 U.S.C. 4831), which prohibits the use of lead-based paint in residential structures constructed or rehabilitated with federal assistance in any form.

(r) It will adopt and enforce a policy of prohibiting the use of excessive force by law enforcement agencies within its jurisdiction against any individuals engaged in nonviolent civil rights demonstrations; and enforcing applicable State and local laws against physically barring entrance to or exit from a facility or location which is the subject of such nonviolent civil rights demonstrations within its jurisdiction.

(s) The subrecipient shall remain fully obligated under the provisions of the "Statement of CDBG Award," notwithstanding its designation of any third party or parties for the undertaking of all or any parts of the program with respect to which assistance is being provided under the "Statement of CDBG Award" to the subrecipient. Any recipient who is not the subrecipient shall comply with all lawful requirements of the subrecipient necessary to ensure that the program, with respect to which assistance is being provided under the "Statement of CDBG Award" to the subrecipient, is carried out in accordance with the subrecipient's assurances and certifications to comply with all applicable laws, regulations, and other requirements.

(t) The subrecipient's authorized representative certifies, to the best of his or her knowledge and belief, that:

(1) No federally appropriated funds have been paid or will be paid, by or on behalf of the subreccipient, to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with the awarding of any federal contract, the making of any federal grant, the making of any federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than federally appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this federal contract, grant, loan, or cooperative agreement, the authorized representative shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(3)    The subrecipient shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all contracted parties shall certify and disclose accordingly.

(u)    The subrecipent agrees and understands that the CDBG award is limited to the amount under this agreement. Any cost overruns will be the sole responsibility of the subrecipient.

**Attachment No. 3. U.S. Department of Housing and Urban Development (HUD) Disaster Recovery Community Development Block Grant (CDBG) Certifications**

a.  The subrecipient certifies that it will affirmatively further fair housing, which means that it will follow the State's analysis developed by the Mississippi Development Authority ("MDA") to identify impediments to fair housing choice within the state, take appropriate actions to overcome the effects of any impediments identified through that analysis, and maintain records reflecting the analysis and actions in this regard. (See 24 CFR 570.487(b)(2)(ii).)

b.  The subrecipient certifies that it will minimize residential displacement in connection with any activity assisted with funding under the CDBG program for implementation of the Gulf Region Water and Wastewater Plan for water, wastewater and storm water infrastructure. No displacement is expected as a result of any of the activities now proposed or contemplated.

c.  The subrecipient certifies its compliance with restrictions on lobbying required by 24 CFR Part 87, together with disclosure forms, if required by that part.

d.  The subrecipient certifies that the Action Plan for Disaster Recovery is authorized by the State, and the subrecipient possesses the legal authority to carry out the program for which it is seeking funding, in accordance with applicable HUD regulations and this Notice.

e.  The subrecipient certifies that it will comply with the acquisition and relocation requirements of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended, and implementing regulations at 49 CFR Part 24, except where waivers or alternative requirements are provided for in this grant.

f.  To the extent practicable, the subrecipient certifies that it will comply with section 3 of the Housing and Urban Development Act of 1968 (12 U.S.C. 1701u), and implementing regulations at 24 CFR Part 135.

g.  The subrecipient certifies that it is following a detailed citizen participation plan that satisfies the requirements of 24 CFR 570.486 (except as provided for in notices providing waivers and alternative requirements for this grant).

h.  The subrecipient certifies that it is complying with each of the following criteria:

 (1)  Funds will be used solely for necessary expenses related to disaster relief, long-term recovery, and restoration of infrastructure in the most impacted and distressed areas related to the consequences of the Gulf Coast hurricanes of 2005 in communities included in Presidential disaster declarations.

 (2)  The subrecipient will not attempt to recover any capital costs of public improvements assisted with CDBG disaster recover grant funds, by assessing

any amount against properties owned and occupied by persons of low-and moderate-income, including any fee charged or assessment made as a condition of obtaining access to such public improvements, unless

    (a)    Disaster recover grant funds are used to pay the proportion of such fee or assessment that relates to the capital costs of such public improvements that are financed from revenue sources other than under this title; or

    (b)    For purposes of assessing any amount against properties owned and occupied by persons of moderate income, the grantee certifies to the Secretary that it lacks sufficient CDBG funds (in any form) to comply with the requirements of clause (a).

i.    The subrecipient certifies that the grant will be conducted and administered in conformity with Title VI of the Civil Rights Act of 1964 (42 U.S.C. 2000d) and the Fair Housing Act (42 U.S.C. 3601-3619) and implementing regulations.

j.    The subrecipient certifies that they have adopted and are enforcing:

    (1)    A policy prohibiting the use of excessive force by law enforcement agencies within its jurisdiction against any individuals engaged in non-violent civil rights demonstrations; and

    (2)    A policy of enforcing applicable state and local laws against physically barring entrance to or exit from a facility or location that is the subject of such non-violent civil rights demonstrations within its jurisdiction.

k.    The subrecipient certifies that it has the capacity to carry out disaster recovery activities in a timely manner.

l.    The subrecipient certifies that it will not use CDBG disaster recovery funds for any activity in an area delineated as a special flood hazard area in FEMA's most current flood advisory maps unless it also ensures that the action is designed or modified to minimize harm to or within the floodplain in accordance with Executive Order 11988 and 24 CFR Part 55.

m.    The subrecipient certifies that it will comply with applicable laws.

## Attachment No. 4. U.S. Department of Housing and Urban Development Office of Labor Relations Federal Labor Standards Provisions

**Applicability**

The Project or Program to which the construction work covered by this contract pertains is being assisted by the United States of America and the following Federal Labor Standards Provisions are included in this Contract pursuant to the provisions applicable to such Federal assistance.

**A. 1. (i) Minimum Wages.** All laborers and mechanics employed or working upon the site of the work will be paid unconditionally and not less than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act (29 CFR Part 3), the full amount of wages and bona fide fringe benefits (or cash equivalents thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged to exist between the contractor and such laborers and mechanics. Contributions made or costs reasonably anticipated for bona fide fringe benefits under Section l(b)(2) of the Davis-Bacon Act on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of 29 CFR 5.5(a)(1)(iv); also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs, which cover the particular weekly period, are deemed to be constructively made or incurred during such weekly period.

Such laborers and mechanics shall be paid the appropriate wage rate and fringe benefits on the wage determination for the classification of work actually performed, without regard to skill, except as provided in 29 CFR 5.5(a)(4). Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein: Provided, That the employer's payroll records accurately set forth the time spent in each classification in which work is performed. The wage determination (including any additional classification and wage rates conformed under 29 CFR 5.5(a)(1)(ii) and the Davis-Bacon poster (WH-1321) shall be posted at all times by the contractor and its subcontractors at the site of the work in a prominent and accessible, place where it can be easily seen by the workers.

(ii) (a) Any class of laborers or mechanics which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination. HUD shall approve an additional classification and wage rate and fringe benefits therefor only when the following criteria have been met:

(1) The work to be performed by the classification requested is not performed by a classification in the wage determination; and

(2) The classification is utilized in the area by the construction industry; and

(3) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

(b) If the contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and HUD or its designee agree on the classification and wage rate (including the amount designated for fringe benefits where appropriate), a report of the action taken shall be sent by HUD or its designee to the Administrator of the Wage and Hour Division,

Employment Standards Administration, U.S. Department of Labor, Washington, D.C. 20210. The Administrator, or an authorized representative, will approve, modify, or disapprove every additional classification action within 30 days of receipt and so advise HUD or its designee or will notify HUD or its designee within the 30-day period that additional time is necessary. (Approved by the Office of Management and Budget under OMB control number 12150140.)

(c) In the event the contractor, the laborers or mechanics to be employed in the classification or their representatives, and HUD or its designee do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), HUD or its designee shall refer the questions, including the views of all interested parties and the recommendation of HUD or its designee, to the Administrator for determination. The Administrator, or an authorized representative, will issue a determination within 30 days of receipt and so advise HUD or its designee or will notify HUD or its designee within the 30-day period that additional time is necessary. (Approved by the Office of Management and Budget under OMB Control Number 12150140.)

(d) The wage rate (including fringe benefits where appropriate) determined pursuant to subparagraphs (1)(ii)(b) or (c) of this paragraph, shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

(iii) Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

(iv) If the contractor does not make payments to a trustee or other third person, the contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program, Provided, That the Secretary of Labor has found, upon the written request of the contractor, that the applicable standards of the Davis-Bacon Act have been met. The Secretary of Labor may require the contractor to set aside in a separate account assets for the meeting of obligations under the plan or program. (Approved by the Office of Management and Budget under OMB Control Number 1215-0140.)

2. **Withholding.** HUD or its designee shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld from the contractor under this contract or any other Federal contract with the same prime contractor, or any other Federally-assisted contract subject to Davis-Bacon prevailing wage requirements, which is held by the same prime contractor so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees and helpers, employed by the contractor or any subcontractor the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee or helper, employed or working on the site of the work, all or part of the wages required by the contract, HUD or its designee may, after written notice to the contractor, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased. HUD or its designee may, after written notice to the contractor, disburse such amounts withheld for and on account of the contractor or subcontractor to

the respective employees to whom they are due. The Comptroller General shall make such disbursements in the case of direct Davis-Bacon Act contracts.

3. (i) Payrolls and basic records. Payrolls and basic records relating thereto shall be maintained by the contractor during the course of the work preserved for a period of three years thereafter for all laborers and mechanics working at the site of the work. Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in Section l(b)(2)(B) of the Davis-bacon Act), daily and weekly number of hours worked, deductions made and actual wages paid. Whenever the Secretary of Labor has found under 29 CFR 5.5 (a)(1)(iv) that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in Section l(b)(2)(B) of the Davis-Bacon Act, the contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of the apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs. (Approved by the Office of Management and Budget under OMB Control Numbers 1215-0140 and 1215-0017.)

(ii) (a) The contractor shall submit weekly for each week in which any contract work is performed a copy of all payrolls to HUD or its designee if the agency is a party to the contract, but if the agency is not such a party, the contractor will submit the payrolls to the
applicant sponsor, or owner, as the case may be, for transmission to HUD or its designee. The payrolls submitted shall set out accurately and completely all of the information required to be maintained under 29 CFR 5.5(a)(3)(i). This information may be submitted in any form desired. Optional Form WH-347 is available for this purpose and may be purchased from the Superintendent of Documents (Federal Stock Number 029-005-00014-1), U.S. Government Printing Office, Washington, DC 20402. The prime contractor is responsible for the submission of copies of payrolls by all subcontractors. (Approved by the Office of Management and Budget under OMB Control Number 1215-0149.)

(b) Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify the following:

(1) That the payroll for the payroll period contains the information required to be maintained under 29 CFR 5.5 (a)(3)(i) and that such information is correct and complete;

(2) That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in 29 CFR Part 3;

(3) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

(c) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirement for submission of the "Statement of Compliance" required by subparagraph A.3.(ii)(b).

(d) The falsification of any of the above certifications may subject the contractor or subcontractor to civil or criminal prosecution under Section 1001 of Title 18 and Section 231 of Title 31 of the United States Code.

(iii) The contractor or subcontractor shall make the records required under subparagraph A.3.(i) available for inspection, copying, or transcription by authorized representatives of HUD or its designee or the Department of Labor, and shall permit such representatives to interview employees during working hours on the job. If the contractor or subcontractor fails to submit the required records or to make them available, HUD or its designee may, after written notice to the contractor, sponsor, applicant or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

### 4. Apprentices and Trainees.

(i) **Apprentices.** Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Office of Apprenticeship Training, Employer and Labor Services, or with a State Apprenticeship Agency recognized by the Office, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the Office of Apprenticeship Training, Employer and Labor Services or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice. The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the contractor as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated above, shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeymen hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the

apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination. In the event the Office of Apprenticeship Training, Employer and Labor Services, or a State Apprenticeship Agency recognized by the Office, withdraws approval of an apprenticeship program, the contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(ii) **Trainees.** Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration. Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed on the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with has corresponding journeyman wage rate on the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the Employment and Training Administration shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. In the event the Employment and Training Administration withdraws approval of a training program, the contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(iii) **Equal employment opportunity.** The utilization of apprentices, trainees and journeymen under 29 CFR Part 5 shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended, and 29 CFR Part 30.

**5. Compliance with Copeland Act requirements.** The contractor shall comply with the requirements of 29 CFR Part 3 which are incorporated by reference in this contract

**6. Subcontracts.** The contractor or subcontractor will insert in any subcontracts the clauses contained in subparagraphs 1 through 11 of this paragraph A and such other clauses as HUD or its designee may by appropriate instructions require, and a copy of the applicable prevailing wage decision, and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts. The prime contractor shall be responsible for the compliance by any subcontractor or lower tier subcontractor with all the contract clauses in this paragraph.

**7. Contract termination; debarment.** A breach of the contract clauses in 29 CFR 5.5 may be grounds for termination of the contract and for debarment as a contractor and a subcontractor as provided in 29 CFR 5.12.

**8. Compliance with Davis-Bacon and Related Act Requirements.** All rulings and interpretations of the Davis-Bacon and Related Acts contained in 29 CFR Parts 1, 3, and 5 are herein incorporated by reference in this contract

**9. Disputes concerning labor standards.** Disputes arising out of the labor standards provisions of this contract shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR Parts 5, 6, and 7. Disputes within the meaning of this clause include disputes between the contractor (or any of its subcontractors) and HUD or its designee, the U.S. Department of Labor, or the employees or their representatives.

**10. (i) Certification of Eligibility.** By entering into this contract the contractor certifies that neither it (nor he or she) nor any person or firm who has an interest in the contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of Section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1) or to be awarded HUD contracts or participate in HUD programs pursuant to 24 CFR Part 24.

(ii) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of Section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1) or to be awarded HUD contracts or participate in HUD programs pursuant to 24 CFR Part 24.

(iii) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001. Additionally, U.S. Criminal Code, Section 1 01 0, Title 18, U.S.C., "Federal Housing Administration transactions", provides in part: "Whoever, for the purpose of . . . influencing in any way the action of such Administration..... makes, utters or publishes any statement knowing the same to be false..... shall be fined not more than $5,000 or imprisoned not more than two years, or both."

**11. Complaints, Proceedings, or Testimony by Employees.** No laborer or mechanic to whom the wage, salary, or other labor standards provisions of this Contract are applicable shall be discharged or in any other manner discriminated against by the Contractor or any subcontractor because such employee has filed any complaint or instituted or caused to be instituted any proceeding or has testified or is about to testify in any proceeding under or relating to the labor standards applicable under this Contract to his employer.

**B. Contract Work Hours and Safety Standards Act.** The provisions of this paragraph B are applicable only where the amount of the prime contract exceeds $100,000. As used in this paragraph, the terms "laborers" and "mechanics" include watchmen and guards.

**(1) Overtime requirements.** No contractor or subcontractor contracting for any part of the contract work which may require or involve the employment of laborers or mechanics shall require or permit

any such laborer or mechanic in any workweek in which he or she is employed on such work to work in excess of 40 hours in such workweek

unless such laborer or mechanic receives compensation at a rate not less than one and one-half times the basic rate of pay for all hours worked in excess of 40 hours in such workweek.

**(2) Violation; liability for unpaid wages; liquidated damages.** In the event of any violation of the clause set forth in subparagraph (1) of this paragraph, the contractor and any subcontractor responsible therefor shall be liable for the unpaid wages. In addition, such contractor and subcontractor shall be liable to the United States (in the case of work done under contract for the District of Columbia or a territory, to such District or to such territory), for liquidated damages. Such liquidated damages shall be computed with respect to each individual laborer or mechanic, including watchmen and guards, employed in violation of the clause set forth in subparagraph (1) of this paragraph, in the sum of $10 for each calendar day on which such individual was required or permitted to work in excess of the standard workweek of 40 hours without payment of the overtime wages required by the clause set forth in sub paragraph (1) of this paragraph.

**(3) Withholding for unpaid wages and liquidated damages.** HUD or its designee shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld, from any moneys payable on account of work performed by the contractor or subcontractor under any such contract or any other Federal contract with the same prime contract, or any other Federally-assisted contract subject to the Contract Work Hours and Safety Standards Act which is held by the same prime contractor such sums as may be determined to be necessary to satisfy any liabilities of such contractor or subcontractor for unpaid wages and liquidated damages as provided in the clause set forth in subparagraph (2) of this paragraph.

**(4) Subcontracts.** The contractor or subcontractor shall insert in any subcontracts the clauses set forth in subparagraph (1) through (4) of this paragraph and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts. The prime contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with the clauses set forth in subparagraphs (1) through (4) of this paragraph.

**C. Health and Safety.** The provisions of this paragraph C are applicable only where the amount of the prime contract exceeds $100,000.

**(1)** No laborer or mechanic shall be required to work in surroundings or under working conditions which are unsanitary, hazardous, or dangerous to his health and safety as determined under construction safety and health standards promulgated by the Secretary of Labor by regulation.

**(2)** The Contractor shall comply with all regulations issued by the Secretary of Labor pursuant to Title 29 Part 1926 and failure to comply may result in imposition of sanctions pursuant to the Contract Work Hours and Safety Standards Act, 40 USC 3701 et seq.

**(3)** The Contractor shall include the provisions of this paragraph in every subcontract so that such provisions will be binding on each subcontractor. The Contractor shall take such action with respect to any subcontract as the Secretary of Housing and Urban Development or the Secretary of Labor shall direct as a means of enforcing such provisions.

**Tab A to Attachment No. 4. Davis-Bacon Wage Rate Determination**

Wage rates in section M.

**INSERT WAGE RATES HERE.**

**Attachment No. 5. Mississippi Department of Environmental Quality (MDEQ) Special Provisions to Be Included in All Contracts between the Subrecipient and Contracted Parties and in All Contracts between Contracted Parties and their Subcontractors**

For the purpose of clarification, the Contracted Party shall refer to the firm providing professional services, construction work, equipment, supplies, or commodities to the Subrecipient as specified in the contract to which this document is attached, and also all subcontractors to the contracted party.

1.  It is the duty of the subrecipient and contracted party to insure the construction of the project, including the letting of contracts in connection therewith, shall comply with all applicable laws and regulations and requirements of the United States of America or any agency thereof, the State of Mississippi or any agency thereof, or any local government or political subdivision to the extent that such requirements do not conflict with Federal laws and regulations and any regulations or policies established by the Commission on Environmental Quality.

2.  To the extent allowed by State Law, the subrecipient and contracted party agree to indemnify and save, release and hold harmless the State of Mississippi, the Commission on Environmental Quality, the Department, all of their employees and officers, and the Department's contractors from and against any and all claim, demand, cause of action, liability, loss, damage, injury, suit, judgement, debt and cost, including attorney's fees or expenses on the part of any contracted party, their agents or employees or any other parties arising out of or incident to, any and all work under the terms of this contract.

3.  The subrecipient and contracted party acknowledge and agree that the Department is not a party, in any manner whatsoever, to any contract between the subrecipient and the construction contractor(s), engineer(s), attorney(s), equipment supplier(s), subcontractor(s), or between any other parties of any kind whatsoever (hereinafter collectively referred to as "vendor"). The subrecipient and contracted party also acknowledge and agree that any benefit to vendors contracting with the subrecipient or contracted parties arising from, or associated with this contract is strictly incidental and all such vendors are not, and are not intended to be considered as third party beneficiaries under any agreement between the Department and subrecipient.

4.  Upon execution of any contract between the subrecipient and any other party in regard to this project, the Department does not assume any authorities, duties, responsibilities, or liabilities under such contract.

5.  The subrecipient and it's vendors acknowledge and agree that no actions taken by the Department, either directly or indirectly, in regard to this project constitute or establish any determinations, authority, duty, responsibility, or liability under the contract(s) between the subrecipient and any other party.

6.     The subrecipient and its vendors acknowledge and agree that any action taken by the Department in its role of grantor, or in its separate and distinct role as regulator shall not in any way change or alter its position as that of grantor.

7.     The Department does not have any authority, duty, responsibility, or liability in contract claims or dispute identification, negotiation, resolution, or any other actions regarding contract claims under the contract(s) between the subrecipient and any other party.

8.     The subrecipient and the contracted party agree to resolve all claims and contract disputes by negotiations, arbitration, litigation, or other means as provided in the contract documents and state law, prior to submission of any related change order or contract amendment to the Department for review and approval, in order to obtain a grant eligibility or allowability determination.

9.     The subrecipient and the contracted party acknowledge and agree that the Department is not obligated to review, comment on, approve, or discuss the merits of any contract claims presented by or to any party. Any Department reviews, approvals, observations, presence at meetings, written communications, verbal communications or other actions are not to be interpreted as addressing the merits of any claims, nor are they to be construed as interpreting the contract between the subrecipient and the contracted party or any other parties.

**Attachment No. 6. Prohibition against Bypasses and Overflows during Construction**

There can be no overflows or bypasses of wastewater during construction. During construction any wastewater treatment provided must not be less than before construction. Any exception to these requirements must be approved in writing by the Mississippi Department of Environmental Quality beforehand.

**Attachment No. 7. Best Management Practices for Erosion and Sediment Control during Construction**

1.  Best Management Practices (BMP's) shall be used for erosion and sediment control on the construction site. **Erosion and Sediment Controls:** the owner or operator shall list and describe controls appropriate for the construction activities and the procedures for implementing such controls. Controls shall be designed to retain sediment onsite and should:

    - Divert upslope water around disturbed areas
    - Limit exposure of disturbed areas to the shortest time possible
    - Disturb the smallest area possible
    - Preserve existing vegetation where possible, especially trees
    - Preserve vegetated buffer zones around any creek, drain, lake, pond or wetland
    - Slow rainfall runoff velocities to prevent erosive flows
    - Avoid disturbing sensitive areas such as:
        - Steep and/or unstable slopes
        - Land upslope of surface waters
        - Areas with erodible soils
        - Existing drainage channels
    - Transport runoff down steep slopes through lined channels or piping
    - Minimize the amount of cut and fill
    - Re-vegetate disturbed areas as soon as possible
    - Implement best management practices to mitigate adverse impacts from storm water runoff; and
    - Remove sediment from storm water before it leaves the site by allowing runoff to pond in controlled areas to drop out sediment
    - Filter runoff by using natural vegetation, brush barriers, silt fences, hay bales, etc.

2.  **At a minimum, the controls must be in accordance with the standards set forth in "Planning and Design Manual for the Control of Erosion, Sediment & Stormwater," or other recognized manual of design as appropriate for Mississippi.** The planning and design manual can be obtained by calling 601/961-5171 or may be found electronically at Mississippi State's educational web site at http://abe.msstate.edu/csd/p-dm/. In addition, Mississippi's "Storm Water Pollution Prevention Plan (SWPPP) Guidance Manual for Construction Activities" is available by calling 601/961-5171 or on the MDEQ website at www.deq.state.ms.us. The erosion and sediment controls shall address the following minimum components.

    a.  **Vegetative practices** shall be designed to preserve existing vegetation where possible and re-vegetate disturbed areas as soon as practicable after grading or construction. Such practices may include surface roughening, temporary seeding, permanent seeding, mulching, sod stabilization, vegetative buffer strips, and protection of trees.

    b.  **Structural practices** shall divert flows from exposed soils, store flows or otherwise limit runoff from exposed areas. Such practices may include construction entrance/exit, straw bale dikes, silt fences, earth dikes, brush barriers, drainage

swales, check dams, subsurface drains, pipe slope drains, level spreaders, drain inlet protection, outlet protection, detention/retention basins, sediment traps, temporary sediment basins or equivalent sediment controls.

c. **Post construction control measures** shall be installed to control pollutants in storm water after construction is complete. These controls include, but are not limited to on-site infiltration of runoff, flow attenuation using open vegetated swales, exfiltration trenches and natural depressions, constructed wetlands and retention/detention structures. Where needed, velocity dissipation devices shall be placed at detention or retention pond outfalls and along the outfall channel to provide a non-erosive flow.

3. Disturbed areas shall be restored to the original or better condition.

**Attachment No. 8. Notification Requirements for Unforeseen Site Occurrences during Construction, Such As Previously Unknown Wetlands, Stream Crossings, Endangered Plants/Animal Species, and/Or Archaeological Finds**

If any special site occurrences such as previously unknown wetlands, stream crossings, endangered plants/animal species, and/or archaeological finds are discovered during construction, then the Subrecipient is responsible for immediately contacting the appropriate Intergovernmental Review Agency (IGR) to report such findings.

**Attachment No. 9. Price Reduction for Defective Cost or Pricing Data**

1.   The following clauses (a) and (b) apply to (1) any subagreement negotiated between the Owner and its Contractor in excess of $25,000; (2) negotiated subagreement amendments or change orders in excess of $25,000 affecting the price of formally advertised, competitively awarded, fixed price subagreements, or (3) any lower tier subagreement or purchase order in excess of $25,000 under a subagreement other than a formally advertised, competitively awarded, fixed price subagreement. This clause does not apply to subagreements awarded on the basis of effective price competition.

2.   Any cost or pricing data submitted by the contractor to the owner in support of a negotiated subagreement, or a change order to a subagreement is hereby deemed to include the following certification, as if the certification were on the cost and pricing data itself: "This is to certify to the best of my knowledge and belief that the cost and pricing data summarized herein are complete, current, and accurate as of the date the negotiated subagreement, negotiated subagreement amendment, or change order is signed by the contractor and submitted to the owner. I further certify that I understand that the subagreement price may be subject to downward renegotiation and/or recoupment where the submitted cost and pricing data have been determined not to have been complete, current, and accurate as of the date submitted by the contractor."

   a.   The Contractor and Subcontractor, where appropriate, assure that the cost and pricing data submitted for evaluation with respect to negotiation of prices for negotiated subagreements, lower tier subagreements and change orders is based on current, accurate and complete data supported by their books and records. If the Owner determines that any price (including profit) negotiated in connection with this subagreement, lower tier subagreement or amendment thereunder was increased because the data provided was incomplete, inaccurate or not current at the time of submission, then such price or cost or profit shall be reduced accordingly and the owner and contractor shall modify the subagreement in writing to reflect such action.

   b.   Failure to agree on a reduction shall be subject to the remedies clause of this subagreement.

(Note - Since the agreement is subject to reduction under this clause by reason of defective cost or pricing data submitted in connection with lower tier subagreements, the Contractor should consider including a clause in each lower tier subagreement requiring the lower tier subcontractor to comply with this requirement. It is also expected that any lower tier Subcontractor subject to this requirement will generally require substantially similar requirements for defective cost or pricing data submitted by lower tier contractors.)

**Attachment No. 10. Audit; Access to Records**

1.  The Contractor shall maintain books, records, documents and other evidence directly pertinent to performance on Community Development Block Grant (CDBG) funded work under this subagreement in accordance with generally accepted accounting principles and practices consistently applied in effect on the date of execution of this subagreement. The Contractor shall also maintain the financial information and data used in the preparation or support of the cost submission for any negotiated subagreement or change order and a copy of the cost summary submitted to the Owner (responsible utility authority receiving CDBG). The CDBG subrecipient, the departments and agencies of the State of Mississippi, the U.S. Department of Housing and Urban Development, the Comptroller General of the United States, and any of their duly authorized representatives shall have access to all such books, records, documents and other evidence for the purpose of inspection audit and copying during normal business hours. The Contractor shall provide proper facilities for such access and inspection.

2.  If this is a formally advertised, competitively awarded, fixed price subagreement, the Contractor agrees to make paragraphs 1 through 7 of this clause applicable to all negotiated change orders and subagreement amendments affecting the subagreement price. In the case of all other types of prime subagreements, the contractor agrees to make paragraphs 1 through 7 applicable to all subagreements awarded in excess of $10,000, at any tier, and to make paragraphs 1 through 7 of this clause applicable to all change orders directly related to project performance.

3.  Audits conducted under this provision shall be in accordance with generally accepted auditing standards and with established procedures and guidelines of the reviewing or audit agency(ies).

4.  The Contractor agrees to disclose all information and reports resulting from access to records under paragraphs 1 and 2 of this clause to any of the agencies referred to in paragraph (a).

5.  Records under paragraphs 1 and 2 above shall be maintained by the Contractor during performance on CDBG assisted work under this subagreement and for three years from the end of the project. In addition, those records which relate to any controversy arising under a CDBG agreement, litigation, the settlement of claims arising out of such performance or to costs or items to which an audit exception has been taken shall be maintained by the Contractor for three years after the end of the project or until the litigation, appeal, claim, or audit is completed and resolved, whichever is longer.

6.  Access to records is not limited to the required retention periods. The authorized representatives designated in paragraph 1 of this clause shall have access to records at any reasonable time for as long as the records are maintained.

7. This right of access clause applies to financial records pertaining to all subagreements (except formally advertised competitively awarded, fixed price subagreements) and all subagreement change orders regardless of the type of subagreement, and all subagreement amendments regardless of the type of subagreement. In addition this right of access applies to all records pertaining to all subagreements, subagreement change orders and subagreement amendments:

    a. To the extent the records pertain directly to subagreement performance; or

    b. If there is any indication that fraud, gross abuse or corrupt practices may be involved; or

    c. If the subagreement is terminated for default or for convenience.

## Attachment No. 11.  Covenant against Contingent Fees

The Contractor assures that no person or selling agency has been employed or retained to solicit or secure this subagreement upon an agreement or understanding for a commission, percentage, brokerage or contingent fee excepting bonafide employees or bonafide established commercial or selling agencies maintained by the Contractor for the purpose of securing business.  For breach or violation of this assurance, the Owner shall have the right to annul this agreement without liability or, at its discretion, to deduct from the contract price or consideration, or otherwise recover the full amount of such commission, percentage brokerage or contingent fee.

**Attachment No. 12. Gratuities**

1.  If the Owner finds after a notice and hearing that the Contractor or any of the Contractor's agents or representatives offered or gave gratuities (in the form of entertainment, gifts or otherwise) to any official, employee or agent of the Owner, or the State in an attempt to secure a subagreement or favorable treatment in awarding, amending or making any determination related to the performance of this subagreement, the Owner may, by written notice to the Contractor, terminate this subagreement. The Owner may also pursue other rights and remedies that the law or this subagreement provides. However, the existence of the facts on which the Owner bases such findings shall be in issue and may be reviewed in proceedings under the Remedies clause of this subagreement.

2.  In the event this subagreement is terminated as provided in paragraph 1 the Owner may pursue the same remedies against the Contractor as it could pursue in the event of a breach of the subagreement by the Contractor, and as a penalty, in addition to any other damages to which it may be entitled by law, may be entitled to exemplary damages in an amount (as determined by the owner) which shall be not less than three nor more than ten times the costs the Contractor incurs in providing any such gratuities to any such officer or employee.

**Attachment No. 13.. Utilization of Minority and Women's Businesses**

1.  The successful bidder must submit to the owner within 10 days after bid opening, evidence of the affirmative steps taken to utilize minority and women's businesses, as described under section 4 of this attachment. The affirmative steps are:

    a.      Include qualified minority and women's businesses on solicitation lists;

    b.      Assure that minority and women's businesses are solicited whenever they are potential sources;

    c.      Divide total requirements, when economically feasible, into small tasks or quantities to permit maximum participation of minority and women's business;

    d.      Establish delivery schedules, where the requirements of the work permit, which will encourage participation by minority and women's businesses;

    e.      Utilize the services and assistance of the Department of Economic and Community Development's Rural Minority Business Development Center and the contract procurement centers.

2.  Should the successful bidder later intend to subcontract, then the above affirmative steps must be followed and documentation of such submitted to MDEQ, as described under under section 4 of this attachment, for review and approval prior to award of the subcontract.

3.  For purposes of clarification:

    a.      The term subagreement as used in this section refers to a subcontract for construction work or a purchase order for equipment, supplies and/or materials.

    b.      This requirement applies to any CDBG financially assisted agreement or subagreement in excess of $10,000.

    c.      This requirement mandates two responsiblities. Separate solicitations must be made of minority and women's business enterprises.

    d.      A minority business is a business, at least 51 percent of which is owned and controlled by minority group members (Black; Hispanic; Asian American; American Indian; and any other designations approved by the Office of Management and Budget). Any specific clarification concerning the ownership and/or control issues will be provided by the Department.

    e.      A women's business is a business, at least 51 percent of which is owned and controlled by one or more women.

f.    The control determination will revolve around the minority or woman owner's involvement in the day-to-day management of the business enterprise.

g.    Solicitation should allow adequate time for price analysis; the Department recommends that contact be made no later than 10 days before bid opening.

h.    Prime Contractors must include the project's MBE and WBE goals percentages in their requests for quotes (solicitations) to MBE and WBE firms.

i.    Efforts taken to comply with this requirement must be documented in detail; maintain records of firms contacted, including any negotiation efforts to reach competitive price levels, and awards to the designated firms.

j.    Challenges to MBE/WBE status will not be accepted under the bid protest procedures. Any individual or firm that files a false statement may be prosecuted under U.S.C. 1001. If allegations are made that a firm misrepresented its status as a MBE/WBE, the matter may be investigated by the Office of the Inspector General, and, if appropriate, turned over to the Department of Justice for criminal and/or civil prosecution.

k.    Credit for MBE/WBE participation shall be granted for MBE/WBE firms performing a useful business function according to custom and practice in the industry. A MBE and/or WBE firm may further subcontract a portion of the work provided that such further subcontracting is in accordance with these contract documents and that the majority of work is being performed by the MBE or WBE firm having the contract. MBE/WBE participation will not be credited toward the project's goals when the MBE and/or the WBE subcontracts back to the prime contractor.

l.    MBE and WBE firms serving as material and equipment suppliers under CDBG funded projects will be credited toward the project's MBE and WBE goals in accordance with the following definition and conditions:

    (1)    A supplier is defined as a business which acts as a distributor of materials or equipment, and which provides a commercially useful function when such activity is traditional in the industry manufacturing the material or equipment supplied. Commercially useful function normally includes:

        (a)    Providing technical assistance to the purchaser prior to the purchase, during installation and after the supplies or equipment is placed in service;

        (b)    Manufacturing or being first tier below manufacturer of the supplies or equipment supplied;

(c)     Providing functions other than just accepting and referring request for supplies or equipment to another party for direct shipment to a contractor. MBE/WBE suppliers who provide a commercially useful service such as delivery to site, modification or assembly of purchased items at their place of operation or at the job site will have 100% of procurement value credited to the project's MBE or WBE goals;

(2)     MBE/WBE suppliers who serve as sales representatives of authorized dealers will have 25% of the procurement value credited to the project's MBE or WBE goal. Haulers will receive 100% credit if they provide the material that is hauled.

(3)     No credit will be granted for MBE/WBE suppliers who serve as passive conduits of funds for the purchase of supplies and/or equipment to some other, non-minority firm.

m.     Expenditures to MBE and/or WBE firms that act as a broker in a transaction will not be counted toward the MBE/WBE goals. A broker is a firm that does not, itself, perform, manage or supervise the work of its contract or subcontract in a manner consistent with the normal business practices for contractors or subcontractors in its line of business. An MBE and/or WBE firm will also be considered a broker if it subcontracts more than 49 percent of the work.

n.     Any proposed changes from the approved Minority/Woman business participation after MBE/WBE approval shall be reported to the Department with the reason for the proposed deviation and shall be approved by the Department prior to initiation of the action. Should there be any changes to subcontracting firms, the prime contractor must continue to demonstrate good faith efforts by soliciting participation from other certified MBE/WBE firms.

o.     During construction of the project the Department may conduct an MBE/WBE Utilization Follow-up Review. Prime contractor(s) may be required to provide verification of reported MBE/WBE utilization. This verification may include invoices for supplies and/or equipment, pay requests from MBE and WBE subcontractors, etc.

p.     Each Owner and his prime contractor shall be required to submit a, Quarterly MBE/WBE Utilization Report to the MDEQ within seven (7) days after the end of each fiscal quarter.

4.     Submittal and Approval of MBE/WBE Documentation

The successful bidder shall submit the following documentation of good faith efforts to achieve the project's MBE/WBE goals:

a.     If the goals were met:

(1) Total dollar amount of the prime contract;

(2) Total dollar amount of proposed MBE and WBE participation;

(3) List of all proposed subcontractors including name, address, telephone number, contact person, scope and dollar amount of each proposed subcontract and identify which proposed subcontracts are with MBE or WBE firms;

(4) Certification (MDOT or MDA) from each MBE and/or WBE firm declaring its status as a MBE or WBE firm. A valid certification cannot be older than 3 years.

(5) U. S. Citizenship Certification .

b. If the goals were not met:

(1) For all subcontracts for which there are qualified MBE/WBE firms, the successful bidder must submit letters mailed to MBE and WBE firms requesting quotes or proposals for specific subcontracting opportunities, for construction, equipment, materials, or supply needs and encouraging inquiries for further details. Solicitation letters should include the project's MBE and WBE percentages. Solicitation letters should have been sent in a timely manner. Letters that are general in nature and do not request quotes or proposals for specific subcontracting opportunities, equipment, material and supply needs will not be acceptable as good faith efforts to obtain MBE and WBE participation (See Tab A - Sample letter from contractor to MBE/WBE firms ).

(2) The successful bidder must submit a listing of certified MBE and WBE firms from whom quotes or proposals were received if any, who were not awarded subcontracts, for construction, equipment, materials or supplies.

(3) The successful bidder must submit evidence that the selected subcontractor or supplier selected for the scope of work, or material purchase, if any was lower in price or (other acceptable reason) than the MBE/WBE proposal and that the scope of work, or material purchase, was the same for both the MBE/WBE and Non-MBE/WBE.

(4) Please be aware that MBE/WBE Documentation is a matter of bidder responsibility. Failure on the part of the low bidder to take the required corrective action will cause the Owner to determine whether the low bidder satisfied the required responsibility criteria and to reject any bidder that fails to meet the criteria.

(5) If there are any MBE/WBE subcontracts (although the goals were not met), then provisions in paragraphs 1.a.--1.e must also be addressed.

**Tab A to Attachment No. 13. Sample Letter from Contractor to MBE/WBE Firms**

**(CONTRACTOR'S LETTERHEAD)**

Date

MBE/WBE
Address

RE:    Project #

Dear____:

This company intends to submit a bid on the above referenced project.

We are soliciting a proposal from you for any item or items on this project for which you are qualified to subcontract. You may submit proposals to subcontract items of construction or for project materials and supplies if you are a distributor of materials or equipment. The project's MBE/WBE goals are 10% MBE and 5% WBE.

A Bid Schedule is attached for your review. You are encouraged to submit proposals on any item(s) for which you are qualified to subcontract. Proposals must be submitted by ___(date)___ to be considered.

For further details, you are encouraged to call this office at _(telephone number)_ and ask for _(person's name)_ during normal business hours.

Sincerely,

(Name of Contractor)

Enclosure:

Attachment No. 13.  Utilization of Minority and Women's Businesses


**Tab B to Attachment No. 13.  Department of Environmental Quality's MBE/WBE Directory**

# CENTRAL MISSISSIPPI PROCUREMENT CENTER

## MINORITY BUSINESS ENTERPRISES

3-J DIRTWORK COMPANY INC
708 MAIN STREET
UTICA MS 39175
HOMERO G JIMENEZ
601-885-8649
EXCAVATION WORK

BARNES TRUCKING
2034 MILES STATION ROAD
HERMANVILLE MS 39086
ISAAC BARNES
601-885-6727      601-941-2043 (FAX)
HAULING, CLEARING, GRUBBING, EXCAVATION

DONALDSON CONSTRUCTION COMPANY INC
4852 WEST COUNTY LINE ROAD
JACKSON MS 39209
PERCY DONALDSON
601-362-3991
HIGHWAY AND STREET CONSTRUCTION

ENVIRONMENTAL RESEARCH & DEVELOPMENT
1015 MEADOWS STREET
VICKSBURG MS 39180
MILTON BEVERLY
601-529-2317
ENVIR CONTROLS, RESEARCH, MGT CONSULTING
SERVICES

FISH & FISHER TRUCKING INC
405 BRIARWOOD DRIVE SUITE 105B
P O BOX 347
JACKSON MS 39205
601-899-9492      601-899-9972 (FAX)
EXCAVATION WORK, TRANSPORTATION SERVICES
AND EQUIPMENT

F & L CONSTRUCTION
217 W CAPITOL STREET
JACKSON MS 39201
TABORIS FISHER
601-353-2711      601-353-9976 (FAX)
GENERAL CONTRACTOR, BUILDING
CONSTRUCTION

FORTSON ENTERPRISES
P O BOX 3256
JACKSON MS 39207
ROBERT L WILLIAMS
601-948-2053   1-800-948-2058
601-948-2065 (FAX)
SITE WORK LANDSCAPING, DIRT WORK,
DEMOLITION, DEBRIS REMOVAL, ELECTRICAL
UTILITIES, GENERAL CONSTRUCTION

FOUR C DRILLING LLC
599 SW 4TH STREET
MAGEE MS 39111
CAROL W WARREN
601-849-5173
EXCAVATION WORK

HATCHETT & SONS INC
P O BOX 11613
JACKSON MS 39283
601-981-0252
HAULING

HILL CONSTRUCTION
P O BOX 719
BOLTON MS 39041
CHARLES S HILL
601-866-9325
HEAVY CONSTRUCTION, EXCAVATION WORK

L SCOTT CONSTRUCTION COMPANY
84 EAST FRANKLIN STREET
NATCHEZ MS 39120
LEE EDWARD SCOTT
601-446-7535      601-445-8553 (FAX)
CONCRETE, PAVEMENT REMOVAL, GRASSING,
CLEARING & GRUBBING

MAC CONSTRUCTION COMPANY
2440 BAILEY AVENUE SUITE D
JACKSON MS 39213
601-362-1852
DEMOLITION, HAULING, PAINTING, FOUNDATION,
ETC.

MARK MCDONALD CONSTRUCTION
P O BOX 31295
JACKSON MS 39286
MARK W MCDONALD
601-362-6229      601-362-9506 (FAX)
CONSTRUCTION, CONCRETE WORK

# CENTRAL MISSISSIPPI PROCUREMENT CENTER

MASTER CURB
267 BOZEMAN ROAD
MADISON MS 39110
601-898-376          601-898-3766 (FAX)
CONCRETE CONTRACTORS

MULTI-CON INC
P O BOX 9325
JACKSON MS 39206
JOE COLLIN
601-373-4777          601-982-1522 (FAX)
ELECTRICAL WORK

PRAS TRUCKING INC
P O BOX 644
JACKSON MS 39205
601-317-7771          601-898-8487 (FAX)
HAULING, TRANSPORTATION OF CONSTRUCTION
ITEMS

RGB CONTRACTORS INC
P O BOX 9517
BYRAM MS 39286
BILL GRIFFITHS
601-373-3104          601-372-9160 (FAX)
SEWER CONSTRUCTION & REHAB

SOCRATES GARRETT ENTERPRISES INC
P O BOX 31238
JACKSON MS 39286
601-896-0090
SITE PREPARATION & ASPHALT

THURMAN & THURMAN
324 RT BRADDY ROAD
FLORENCE MS 39073
JAMES THURMAN
601-845-5874
HAULING, CLEARING & GRUBBING
EXCAVATION

TRUCKLA TRUCKING
1411 CHERRY STREET
VICKSBURG MS 39180
601-636-9062

U S COATING SPECIALTIES & SUPPLIES
P O BOX 11809
JACKSON MS 39283-1809
EARL WASHINGTON
601-981-8986          601-981-9583 (FAX)
SUPPLIER OF SECONDARY CONTAINMENT
COATING, PAINT

WALTON BULLDOZER SERVICE
295 WALTON LANE
VICKSBURG MS 39180
DONALD WALTON
601-636-0352
EXCAVATION, GRADING & DIRT WORK

# CENTRAL MISSISSIPPI PROCUREMENT CENTER

## WOMEN BUSINESS ENTERPRISES

AMERICAN FIELD SERVICE CORP
110 AMERICAN WAY
MADISON MS 39110
CYNTHIA B WARNER
601-853-1000
CONCRETE WORK

DIVERSIFIED VENTURES INC
P O BOX 5021
JACKSON MS 39296-5021
LINDA ROCHELLE
601-939-5533
ELECTRICAL

EZ ENTERPRISES INC
4030 COKER ROAD
MADISON MS 39110
KATHRYN R ZIGLAR
601-856-2292      601-856-2238
WATER, SEWAGE, PIPELINE, UNDERGROUND
BORING

FORNEA ROAD BORING CO INC
P O BOX 16141
JACKSON MS 39236
TONIA FORNEA-BALLARD
601-362-0139      601-982-5477 (FAX)
ROAD BORING, DIRECTIONAL BORING

JOHN MOSES ELECTRIC COMPANY
P O BOX 6879
JACKSON MS 39282
VIVIAN T MOSES
601-922-668      601-922-0662 (FAX)
ELECTRICAL WORK

JOHNSTON'S SAND & GRAVEL INC
14612 CR 210
VICKSBURG MS 39366
PAULA JOHNSTON
601-787-4326      601-787-4215 (FAX)
SAND & GRAVEL PROCESSING & DELIVERY

LAMMONS INC
507 TWIN CEDARS DRIVE
MADISON MS 39110
LESIA LAMMONS ROUSE
601-922-4716      601-922-6083 (FAX)
WATER & WASTEWATER EQUIPMENT SUPPLIER,
PUMPS & VALVES

RYAN HYDRICK CONSTRUCTION LLC
201 MAGNOLIA TRAIL
BRANDON MS 39047
NANCY HYDRICK
601-992-7169
CONSTRUCTION, SAND & GRAVEL, ASPHALT

SOUTHERN CONSULTANTS INC
5740 COUNTY CORK ROAD
JACKSON MS 39206
SUSAN H LUNARDINI
601-957-0999      957-9332 (FAX)
ENGINEERING SERVICES

SOUTHERN PINES ELECTRICAL CONTRACTORS
100 ROCKHAVEN ROAD
BRANDON MS 39042
KATHY SMITH-KING
601-825-7867      601-825-1959 (FAX)
ELECTRICAL WORK

SUN-BELT HEAVY HAULERS INC
P O BOX 726
HAZLEHURST MS 39083
PATRICIA HUNT
601-892-5346      601-892-3998 (FAX)
HEAVY HAULING, TRUCKING

TREMAC RESTEEL INC
P O BOX 1422
MADISON MS 39130
PHYLISS TREVATHAN
601-853-3123      601-853-3559 (FAX)
REBAR PLACEMENT

# CONTRACT PROCUREMENT CENTER
# (GULF COAST)

## MINORITY BUSINESS ENTERPRISES

ACE CONSTRUCTION COMPANY
P O BOX 6354
D'IBERVILLE MS 39540
KEVIN F DAVIS
228-396-1007
EARTH WORK, ASPHALT & CONCRETE
FOUNDATIONS

GMR CONSTRUCTION COMPANY
P O BOX 2579
BAY ST LOUIS MS 39521
HENRY MARTINEZ
228-467-0872      228-466-3945 (FAX)
MUNICIPAL & PUBLIC WORKS CONSTRUCTION

FELIX LEE ELECTRIC LLC
14005 DUNDEE COVE
GULFPORT MS 39503
FELIX L LEE
228-832-6520      228-539-4147
ELECTRICAL WORK

JOHNNY TURNER CONSTRUCTION
205 PINE STREET
MCCOMB MS 39648
JOHNNY TURNER
601-249-2808
GENERAL CONSTRUCTION

LANDSHAPERS INC
P O BOX 995
GULFPORT MS 39501
ROBERT PARKER
228-863-8996      228-868-8878
EXCAVATION, DIRT WORK & LANDSCAPING

SULLIVAN & SULLIVAN TRUCKING CO
6528 COLUMBUS CIRCLE
OCEAN SPRINGS MS 39564
HORACE SULLIVAN
228-875-6401      228-875-1489 (FAX)
HAULING

SUMRALL'S CONSTRUCTION CO INC
P O BOX 3898
GULFPORT MS 39505
ARTICE SUMRALL
228-832-8049      228-832-9440 (FAX)
CONCRETE CONSTRUCTION, EXCAVATION & DIRT
WORK

## WOMEN BUSINESS ENTERPRISES

ABC UTILITY COMPANY INC
P O BOX 17799
HATTIESBURG MS 39401
VIRGINIA CATT
601-544-1225
PUBLIC WORKS CONSTRUCTION

ALL-STATES MASONRY CONSTRUCTION
105 DEANNA STREET
P O BOX 2935
GULFPORT MS 39505
WANDA L BENEFIELD
228-832-3653      228-832-3672 (FAX)
MASONRY WORK

BENVENUTTI ELECTRICAL APPARATUS
17865 16TH STREET SUITE C
GULFPORT MS 39503
MARY ANN BENVENUTTI
228-831-0445      832-8105 (FAX)
ELECTRICAL EQUIPMENT & SUPPLIES, NEC

BROOME LLC
P O BOX 16147
HATTIESBURG MS 39404
BETTIE JANE BROOME
601-583-6551      601-583-6552 (FAX)
EXCAVATION, CLEARING & GRUBBING, CONCRETE
STRUCTURES

C B DEVELOPERS INC
672 JERICHO LOOP
MCLAIN MS 39456
SHERRY BRELAND
601-753-9200      601-753-2622 (FAX)
WATER, SEWER, PIPELINE CONSTRUCTION

COASTAL HYDROGRASS INC
12400 LISA DRIVE
GULFPORT MS 39503
LISA MCINTOSH
228-831-0030      228-831-0412 (FAX)
EROSION CONTROL

ENGINEERING TESTING SERVICES
100 FLORENCE STREET
P O BOX 1507
HATTIESBURG MS 39401
JERRI SIMMONS
601-583-3536
QUALITY CONTROL TESTING

# CONTRACT PROCUREMENT CENTER
## (GULF COAST)

GFH
404 RUSSELL AVENUE
LONG BEACH MS 39560
DAWN PARKER LOCKHART
228-868-1066     228-586-2079 (FAX)
EROSION CONTROL, CLEARING & GRUBBING

J W LEE COMPANY INC
10131 SOUTHPARK DRIVE
GULFPORT MS 39503
JENNY M LEE
228-896-5330     228-896-5312 (FAX)
WATER, SEWER, PIPELINE CONSTRUCTION

LANDMARK CONTRACTING INC
P O BOX 2391
GULFPORT MS 39505
SUE B WALLER
228-831-4425     228-831-4467 (FAX)
CONCRETE PAVING

MID-SOUTH CONSTRUCTION INC
504 COLUMBIA-PURVIS ROAD
COLUMBIA MS 39429
MARTHA S BAUGHMAN
601-736-6867     601-736-9011 (FAX)
GENERAL BLDG CONTRACTORS, HEAVY
CONSTRUCTION

MS CONCRETE CUTTING
P O BOX 6697
DIBERVILLE MS 39540
REGINA L MARCUM
228-872-5808
CONCRETE WORK

TCB CONSTRUCTION CO INC
5913 HIGHWAY 53
POPLARVILLE MS 39470
JENNIFER L LAGAN
228-255-1141
HIGHWAY & STREET CONSTRUCTION

TITAN CONSTRUCTION
24238 ARCAIDA ROAD
PASS CHRISTIAN MS 39571
PAM WHITE
228-860-3163     228-452-7422 (FAX)
GENERAL CONTRACTING, FENCING

# DELTA CONTRACT PROCUREMENT CENTER

## MINORITY BUSINESS ENTERPRISES

CUSTOM SERVICES
120 COURT STREET
MAYERSVILLE MS 39113
MICHAEL SHORTER
662-873-6223     662-873-4671 (FAX)
EXCAVATION, PIPE LAYING, TRENCHING, SEWAGE
INSTALLATION, DOZER WORK, DIRT HAULING

DOUGLAS BROTHERS CONSTRUCTION
P O BOX 631
MOOREHEAD MS 38761
662-246-5341
PIPE, INLETS, DIRT EXCAVATION, BOX CULVERTS,
MINOR CONCRETE WORK

GREGORY BELL CONSTRUCTION COMPANY
P O BOX 148
ANGUILLA MS 38721
GREGORY BELL
662-873-6624
SITE PREPARATION CONTRACTORS

HUNTER SAND & GRAVEL
P O BOX 32
YAZOO CITY MS 39194
CLARENCE HUNTER
662-746-6316     662-746-6018 (FAX)
HAULING, CLEARING & GRUBBING

J & L TRUCKING
1781 RANCH ROAD
HERNANDO MS 38632
JERRY L BELL
662-429-0904
HAULING ASPHALT, GRAVEL, SAND

JEHOVAH TRUCKING
20462 HWY 330 WEST
TILLATOBA MS 38961
KIP PROHT
662-675-2540
TRUCKING, HAULING ASPHALT, GRAVEL

L ROY SERVICES AND TRANSPORTATION
15175 HIGHWAY 61
CARY MS 39054
LEROY SMITH JR
662-873-0081     775-245-8985 (FAX)
HEAVY CONSTRUCTION

LINDA CONSTRUCTION INC
18633 NIGHTENGALE TERRACE
COUNTRY CLUB HILLS IL 60478
JESSIE MAGEE
708-922-1357     708-922-1358 (FAX)
ASPHALT PAVING MIXTURES AND BLOCKS

MIDWAY CONSTRUCTION
P O BOX 103
DELTA CITY MS 39061
CHARLES BELL
662-873-6747
GENERAL CONSTRUCTION

NELSON PLUMBING INC
3889 ROBERTSON ROAD
NESBIT MS 38651
HATTIE NELSON
901-332-5670     901-332-5680 (FAX)
WATER, SEWER, PIPELINE CONSTRUCTION

R L BRAND DBA BRAND CONSTRUCTION CO
403 L F PACKER
RULEVILLE MS 38771
R L BRAND
662-756-4930
GENERAL CONSTRUCTION

ROBY CONSTRUCTION COMPANY INC
703 TALLAHATCHIE STREET
GREENWOOD MS 38930
JIMMIE L ROBY
662-455-6655     662-453-5122 (FAX)
EXCAVATION WORK

TOWNES CONSTRUCTION CO INC
16398 HWY 8 WEST
GRENADA MS 38901
ARMSTEAD TOWNE III
662-226-4816
GRADING, CONCRETE WORK, SUPPLIER OF SAND &
GRAVEL

## WOMEN BUSINESS ENTERPRISES

FLOYD CONSTRUCTION & DEVELOPMENT INC
1505 GENIE FAIRWAY
GREENVILLE MS 38701
ELIZABETH FLOYD
662-347-9417     662-332-6783 (FAX)
EQUIPMENT, CONSTRUCTION

# DELTA CONTRACT PROCUREMENT CENTER

GLYNN W LEONARD INC
352 LEONARD ROAD
MT OLIVE MS 39119
LUCY M LEONARD
601-797-3715      601-797-3765 (FAX)
EXCAVATION WORK

MATT JOHNSON ELECTRIC LLC
4328 UNION ROAD
SARDIS MS 38666
MATT JOHNSON
662-487-3188
ELECTRICAL WORK

MEMPHIS ROAD BORING CO INC
P O BOX 1280
OLIVE BRANCH MS 38654
MARGO E DODSON
662-895-7156      901-526-6582 (FAX)
ROAD BORING

QUINN CONTRACTING INC
24590 HIGHWAY 370 WEST
FAULKNER MS 38629
JANET QUINN
662-837-8778      662-837-8334 (FAX)
GRADING, CONCRETE WORK & DRAINAGE

ROBY CONSTRUCTION COMPANY INC
703 TALLAHATCHIE STREET SUITE 3
GREENWOOD MS 38930
JIMMIE L ROBY
662-455-6655      662-453-5122 (FAX)
EXCAVATION WORK

SPECIALTY SUPPLY COMPANY INC
P O BOX 1121
GREENVILLE MS 38702
TRACY PROVENZA
662-378-2622      662-378-2625 (FAX)
ELECTRICAL APPARATUS

# EAST CENTRAL REGIONAL PROCUREMENT CENTER

## MINORITY BUSINESS ENTERPRISES

BUSCO CONSTRUCTION
609 12TH AVENUE
MERIDIAN MS 39301
ROY L BUSSEY II
601-454-5580     601-622-4037
GENERAL CONTRACTOR

FERNWOOD CONSTRUCTION LLC
404 FUTCH ROAD
FOREST MS 39074
JIMMY FULTON
601-625-7805     601-253-0203 (FAX)
CONSTRUCTION, SAND & GRAVEL

R & S CEMENT
P O BOX 1847
MERIDIAN MS 39303
STEPHEN COLE
601-481-235     601-527-8043 (FAX)
MINOR CONCRETE, CONCRETE FLATWORK,
DRAINAGE, CONCRETE STRUCTURE, PIPE

## WOMEN BUSINESS ENTERPRISES

C & O DIRT SERVICE
P O BOX 191
RALEIGH MS 39153
CHRISTY ARENDER
601-782-9015     601-782-9011 (FAX)
HEAVY CONSTRUCTION, EXCAVATION WORK

DAVIDSON HAULING & CONSTRUCTION INC
P O BOX 665
MERIDIAN MS 39342
601-482-1815     601-485-9188 (FAX)
SITE PREPARATION, TRUCKING & MATERIAL SALES

J & M INC
3219 MINNOW BUCKET ROAD
TOOMSUBA MS 39364
MARGARET PRITCHETT
601-632-4534     601-632-1904 (FAX)
EXCAVATION WORK

LANDRUM CONSTRUCTION INC
2001 HIGHWAY 37
RALEIGH MS 39153
JODY LANDRUM
601-782-4958
HEAVY CONSTRUCTION, NEC

MILLER STAKING INC
2813 HWY 49
COLLINS MS 39428
BOBBIE H MILLER
601-765-0015
SPECIAL TRADE CONTRACTORS, NEC

RJM MCQUEEN CONTRACTING INC
12 MCQUEEN LANE
COLLINS MS 39428
601-765-6563     601-765-6562 (FAX)
EROSION CONTROL, MINOR CONCRETE
STRUCTURES

SIMMONS EROSION CONTROL INC
6690 LAKE NORRIS ROAD
LAKE MS 39092
JENNIE SIMMONS
601-775-3305
LANDSCAPE COUNSELING & PLANNING,
EXCAVATION WORK

TWO RIVERS CONSTRUCTION CO INC
650 HWY 49
SEMINARY MS 39479
LAURA FOLKES
601-722-4193
EXCAVATION & DIRT WORK

# NORTHEAST MISSISSIPPI PROCUREMENT CENTER

## MINORITY BUSINESS ENTERPRISES

AGNEW TRUCKING
201 CR 553
RIPLEY MS 38663
662-837-2721
HAULING

BUDDY AYERS CONSTRUCTION INC
202 AYERS ROAD
CORINTH MS 38834
BUDDY AYERS
662-287-2296     662-287-4668
SITE CLEARING, EXCAVATION, AND STORM
DRAINAGE, HIGHWAYS, STREETS, & BRIDGES

CLOPTON CONTRACTORS INC
20366 EGYPT ROAD
ABERDEEN MS 39730
MICHAEL CLOPTON
662-369-9538     662-369-9657 (FAX)
HEAVY CONSTRUCTION, SPECIAL TRADE
CONTRACTORS

COLOM CONSTRUCTION COMPANY INC
P O BOX 414
HWY 15 NORTH
RIPLEY MS 38663
RODRICK COLOM
662-837-3474     662-837-3494 (FAX)
SEWER CONSTRUCTION, WASTEWATER
TREATMENT FACILITIES, EXCAVATION & STEEL
PLACEMENT

4-D CONSTRUCTION COMPANY INC
P O BOX 127
LOUISVILLE MS 39339
K R DEMPSEY
662-773-4739     662-773-2095 (FAX)
SEWER & WATER CONSTRUCTION

DOCHER TRUCKING
5004 CR 2113
MCCOOL MS 39108
DAVID DOCHER
601-547-9665
HAULING

FLOYD L MARTIN CONCRETE
114 CR 405
OXFORD MS 38655
662-234-0065
MINOR CONCRETE, BLDG FOUNDATIONS &
CONCRETE FLATWORK

HERNANDEZ CORPORATION
P O BOX 30187
ABERDEEN MS 39730
LARRY HERNANDEZ
662-256-7817     662-256-8361 (FAX)
LAYING & COVERING OF SEWER PIPE, CLEARING &
GRUBBING, CONSTRUCTION SAND & GRAVEL

J C CHEEKS CONTRACTOR INC
P O BOX 1138
KOSCIUSKO MS 39090
HOLLIS CHEEKS
662-289-1631     662-289-6806 (FAX)
LANDSCAPING, EROSION CONTROL, EXCAVATION

MCCLINTON CONTRACTORS INC
561 SMITH STREET
WEST POINT MS 39773
LEON MCCLINTON
662-329-0724     662-329-3397 (FAX)
EXCAVATION & DIRT WORK

MS PAVING & CONSTRUCTION
P O BOX 237
MATHISTON MS 39752
HAROLD GUYTON
662-323-7277     662-323-7145 (FAX)
PAVING, ASPHALT & CONCRETE

NELL'S ELECTRICAL CONTRACTING
626 WATERWORK ROAD
COLUMBUS MS 39701
IRNELL JONES
662-574-6320
ELECTRICAL WORK

SYKES TRUCKING COMPANY
10029 JACK ROAD
WEST POINT MS 39773
ROBERT SYKES JR
662-494-5558
WATER & SEWER, CLEARING & GRUBBING,
EXCAVATION, DEMOLITION

W & T CONTRACTING CORPORATION
P O BOX 437
ASHLAND MS 38603
WILLIE RICHARDS
662-224-3591     662-224-9293 (FAX)
WATER, SEWER, PIPELINE

# NORTHEAST MISSISSIPPI PROCUREMENT CENTER

W J WALKER TRUCKING
P O BOX 1012
CALHOUN CITY MS 38916
JAMES WALKER
662-628-4421
HAULING

## WOMEN BUSINESS ENTERPRISES

ATWOOD FENCE COMPANY INC
P O BOX 565
KOSCIUSKO MS 39090
662-289-6338      662-289-6371 (FAX)
GUARDRAIL

BIG SKY TRUCKING
953 BOULDER COVE
SOUTHAVEN MS 38671
REGINA MCGEE
901-355-2875
HAULING

GATTMAN CONSTRUCTION CO
P O BOX 95
GATTMAN MS 38344
SHEILA RASBURY
662-256-4088
RIP-RAP & CRUSHED STONE SUPPLIER

G & C CONSTRUCTION LLC
538 A ROCK SPRINGS DRIVE
OXFORD MS 38655
KAREN GRONER
662-234-8885
EXCAVATION WORK, DEBRI REMOVAL

GREERS ELECTRIC INC
1190 A CR 628
DUMAS MS 38625
YVONNE GREER
662-837-8510      662-837-0995 (FAX)
ELECTRICAL WORK

HALL'S CONSTRUCTION COMPANY
1354 STATE 30 EAST
NEW ALBANY MS 38652
PATRICIA HALL
662-534-7158      662-534-9232 (FAX)
CONCRETE STRUCTURES, DRAINAGE & RIP-RAP

HELLUMS TRUCKING COMPANY INC
P O BOX 308
DENNIS MS 38838
SHELLIE HELLUMS
662-454-3666      662-454-3661 (FAX)
HAULING

INTERSTATE LANDSCAPING OF MS INC
20900 HWY 15 N
FAULKNER MS 38629
CATHY GRIFFIN
662-837-0079
SEEDING, SODDING, EROSION CONTROL, MINOR
CONCRETE STRUCTURE

NELL'S ELECTRICAL CONTRACTING
626 WATERWORKS ROAD
COLUMBUS MS 39701
IRNELL JONES
662-327-6648      662-240-4199 (FAX)
ELECTRICAL WORK

O W JACKSON SODDING
2096 CRAIG SPRINGS ROAD
STURGIS MS 39769
SYLVIA JACKSON
662-465-7530      662-465-7588 (FAX)
SOIL EROSION CONTROL

PARKER SAND & GRAVEL
501 BARTON FERRY ROAD
COLUMBUS MS 39701
FLORENCE K PARKER
662-434-8555      662-434-8096 (FAX)
SAND & GRAVEL SUPPLIER

RAF CONTRACTING INC
P O BOX 369
COLUMBUS MS 39703
AMY P ELLIS
662-327-1969
CONCRETE WORK

REA'S COUNTRY LANE CONSTRUCTION INC
102 RHODES STREET
HOUSTON MS 38851
662-456-9898      662-456-5815 (FAX)
EXCAVATION WORK, PLASTICS PIPE

TLSL INC
210 CR 770
WALNUT MS 38683
LORAINE NULL
662-223-5376      662-223-5600 (FAX)
HEAVY CONSTRUCTION

# NORTHEAST MISSISSIPPI PROCUREMENT CENTER

TULA TURF INC
14 COUNTY ROAD 466
OXFORD MS 38655
662-234-0376
EROSION CONTROL

WALTER COMPANY INC
125 B MARTIN STREET
RIPLEY MS 38663
662-837-0040
TRANSPORATION/HAULING OF LIQUID ASPHALT

WMP CONSTRUCTION INC
420 TIBBEE DRIVE
COLUMBUS MS 39701
WENDY PETERSON
662-574-4052       662-327-3672 (FAX)
HEAVY CONSTRUCTION, WATER, SEWER, PIPELINE
CONSTRUCTION

# OUT-OF-STATE MBE/WBE CONTRACTORS

## MINORITY BUSINESS ENTERPRISES

C H HILL & SON
1956 DUNN AVENUE
MEMPHIS TN 38114
C H HILL
901-744-3483     901-744-3485 (FAX)
EROSION CONTROL

GULF STATES CONSTRUCTORS LLC
4415 SHORES DRIVE SUITE 204
METAIRIE LA 70006
IGNACIO C VILLANUEVA
504-887-6500     504-887-6549 (FAX)
CONCRETE FOUNDATIONS

PICKWICK CONSTRUCTION COMPANY
P O BOX 253
COUNCE TN 38326
CHARLES IRONS
901-689-3353
ASPHALT PAVING, DIRT EXCAVATION, RIP-RAP,
HAULING

POTTS DISTRIBUTING COMPANY
P O BOX 179
COLUMBIA LA 71418
MABLE POTTS
318-649-6133
CONCRETE & PLASTIC PIPES, METAL PIPES, FENCE
AND GUARDRAIL, JOINT MATERIALS

RAY-BAR CONTRACTORS INC
2830 NEEDHAM DRIVE
BATON ROUGE LA 70814
225-923-0680
INSTALLATION OF REINFORCING STEEL,
CONCRETE SLAB

SOUTH SEAS HOMES INC
2804 BARTLETT ROAD SUITE 3
BARTLETT TN 38134
901-382-2737
EXCAVATION, CLEARING & GRUBBING,
SPREADING OF GRANULAR MATERIALS

THE CONERLY CORPORATION
2930 FRENCHMAN STREET
NEW ORLEANS LA 70122
504-945-4147     504-945-0212 (FAX)
MUNICIPAL & PUBLIC WORKS CONSTRUCTION

## WBE BUSINESS ENTERPRISES

FORTE & TABLADA INC
9107 INTERLINE AVENUE
BATON ROUGE LA 70809
ANN FORTE
225-927-9321     227-927-9326 (FAX)
CONSTRUCTION STAKING & CONSULTING
ENGINEERING

HAY TRUCKING INC
3874 PRESCOTT
MEMPHIS TN 38118
662-233-2409     901-484-5177 (FAX)
HAULING

L I SMITH & ASSOCIATES INC
302 NORTH CALDWELL STREET
PARIS TN 38242
LUCILE D SMITH
731-644-1014
SURVEY & STAKING

MARLIN CONTRACTING CO INC
5920 KUSHLA MCLEOD ROAD
EIGHT MILE AL 36613-3500
D KAY MEADOW
251-675-1357     251-675-3084 (FAX)
ELECTRICAL WORK, CONSTRUCTION

## Attachment No. 14. Advertisement for Bids

### ADVERTISEMENT FOR BIDS

_____     _____
        **(Owner)**                                     **(Address)**

Separate Sealed Bids for the Construction of (detailed description)_____ _____
_____
_____
_____

will be received by _____ herein called the "owner" at the office
of _____ until _____ local time _____
and then at said office publicly opened and read aloud.                       **(Date)**

The PLANS, SPECIFICATIONS and CONTRACT DOCUMENTS may be examined at the following locations:

1._____
                **(County Utility Authority's, City Clerk's, or Chancery Clerk's Office)**

2._____
                         **(Consulting Engineer's Office)**

### The BID SCHEDULE may be examined at the following locations:

A.        Mississippi Procurement Technical Assistance Program (MPTAP)
        Mississippi Development Authority, Minority & Small Business Development
                       Woolfolk Building
                      501 North West Street
                          Suite B-01
                        Jackson, MS 39201
                Contact: Carol Harris, 601-359-3448

        South Mississippi Contract Procurement Center, Inc. (SMCPC)
                Marcia McDowell, ACAS, Director
                1636 Popps Ferry Road, Suite 203
                   Biloxi, Mississippi 39532
                    Phone: 228-396-1288

Minority and women's business enterprises are solicited to bid on this contract as prime contractors and are encouraged to make inquiries regarding potential subcontracting opportunities and equipment, material and/or supply needs.

Any contract or contracts awarded under this invitation for bids are expected to be funded in whole or in part by anticipated funds from the Hurricane Katrina Disaster Recovery Community Development Block Grant (CDBG) Program from the U.S. Department of Housing and Urban Development and the State of Mississippi. Neither the State of Mississippi nor the Commission on Environmental Quality nor any of their employees is or will be a party to this invitation for bids or any resulting or related contracts. This procurement will be subject to all applicable sections of the Mississippi Code of 1972, Annotated.

---

*IF THE PROJECT IS TAKING PLACE WITHIN THE BOUNDARIES OF THE MAIN OFFICE (MPTAP), NO OTHER DISTRICT OFFICE NEEDS TO BE LISTED IN B.

---

**Attachment No. 15. Instructions for Bidders**

The following information must be included in the Instructions for Bidders:

Minority Business and Women's Business Utilization Requirements:  Positive efforts as required by the Community Development Block Grant (CDBG) Program shall be made by BIDDERS to utilize minority-owned and women-owned businesses as sources of construction, materials, supplies and services.  Such efforts must allow these sources the maximum feasible opportunity to compete for subagreements and contracts.  Documentation of efforts made to utilize minority and women-owned firms must be maintained by all BIDDERS.

The OWNER's goal for minority-owned business participation as a percentage of construction cost is 10%.  The OWNER's goal for women-owned business participation is 5%.

The lowest qualified BIDDER must submit to the OWNER within 10 days after BID opening, proof of compliance with the Contract Provisions including required documentation regarding the use of minority and women's businesses.  (See Supplemental General Conditions, Attachment No. 13).

The Supplemental General Conditions (Attachment No. 13) provides a list of qualified minority and women's business enterprises for assisting contractors in their MBE/WBE solicitation efforts.

**Attachment No. 16.  U. S. Citizenship Certification for Minority and Women's Business Enterprises**

I certify that _____ is

<div align="center">MBE/WBE Company Name</div>

a _____ owned business enterprise as defined in

<div style="margin-left:2em">Enter "Minority" or "Women"</div>

Federal Regulations 40 CFR, Part 31. I further certify that I am a citizen of the United States of America (resident aliens are not eligible for minority or women owned business status under programs funded in part by the CDBG program).

_____

**Signature of MBE/WBE Business Owner**

_____

**Date**

**Attachment No. 17. General Requirements (Guidance)**

The following documents/provisions must be included in the Contract Documents:

1. Bid Form.

    a. All CDBG ineligible bid items shall be separated and labeled as such on the bid form, with such determinations being made in accordance with the CDBG regulations and guidance.

    b. For lump sum type contracts a description must be given which identifies different scopes of work to be included in the lump sum bid.

2. Bid Bond Form

3. Contract Agreement Form

4. Payment Bond Form

5. Performance Bond Form

6. Contract time and liquidated damages provisions. The contract time shall be counted in calendar days, and normal weather shall be assumed and allowed for in the original contract time.

7. General Conditions

    The contract documents shall include a set of general conditions that describes the general responsibilities of all parties. The general conditions shall:

    a. Allow the loan recipient to retain a certain percentage of the progress payments otherwise due the contractor until the building of the project is substantially complete, in accordance with state law;

    b. Require the contractor to obtain and maintain the appropriate insurance coverage, including flood insurance if applicable, and;

    c. Include an arbitration clause or acceptable procedure regarding the handling of claims, disputes and other matters in question arising out of, or related to, the agreement or the breach thereof, in accordance with state law.

    d. Include Notice of Award provisions and/or Form

    e. Include Notice to Proceed provisions and/or Form

    f. Include Change Order provisions (The contract time or price may ONLY be changed by change order.

**Attachment No. 18. CSD Policy Statement #04-001 Revised Project Signs for Mississippi Development Authority**

NOTE: Appropriate names and references should be checked for accuracy.



**STATE OF MISSISSIPPI**
HALEY BARBOUR, GOVERNOR
**MISSISSIPPI DEVELOPMENT AUTHORITY**
LELAND R. SPEED
EXECUTIVE DIRECTOR

**CSD POLICY STATEMENT #04-001**

**TO:** Local Units of Government, Community Housing Development Organizations (CHDOs), and Other Interested Parties

**FROM:** Sam Mozee, Jr., Director
Community Services Division

**DATE:** February 13, 2004

**SUBJECT:** Revised Project Signs for MDA

---

1. **Purpose:** To notify all local units of government, Community Housing and Development Organizations (CHDOs), and other interested parties operating the Community Development Block Grant Program (CDBG) and the HOME Investment Partnerships Program that the Community Services Division will require a project sign be placed in the project area(s) as described in this policy. All recipients of CDBG or HOME grants that have not begun construction are required to adhere to this revised policy.

2. **Discussion:** Project signs shall be installed when construction or rehabilitation activity begins and shall remain in place throughout the project activity period. The signs shall be placed at the entrance of the project site. This requirement shall exclude area wide projects such as homebuyer assistance or homeowner rehabilitation projects with scattered sites. The signs shall be weatherproof and shall have a background of red, white and blue in three segments, and shall be 4 feet by 5 feet, except to meet special or local requirements. Project signs shall include the following information as indicated in the attached example:

   - Program Name (Community Development Block Grant Program or HOME Investment Partnerships Program)
   - Project Name
   - Name of grantee (City, Town, County or CHDO)
   - Grantor agency (Governor Haley Barbour, State of Mississippi, MS Development Authority, Leland R. Speed, Executive Director)
   - Local Officials' Names
   - United States Department of Housing and Urban Development

POST OFFICE BOX 24625 · JACKSON, MISSISSIPPI 39225-4625
TELEPHONE (601) 359-3179 · FAX (601) 359-9311 · www.mississippi.org

The purchase of the project signs shall be an allowable expenditure under the CDBG and HOME programs, and should be included in the bid proposal for all construction contracts when applicable. Projects with no construction contract should include as a line item in the budget. Recipients with MDA signed contracts may complete a local budget modification to include the cost of the signs.

3.   **Action:**  Local units of government, CHDOs, and program administrators should be aware of this policy, effective February 13, 2004

4.   **Contact:**  Inquiries or comments concerning this Policy Statement should be directed to Tommy James, Frank Reed or Jim Catt at (601) 359-3179.

:pjbt

Attachment

PROJECT SIGN

4 ft X 6 ft



Harrison County Utility Authority
WORK ORDER

Work Order No. _____

Project Titles _____

Start Date: _____

Completion Date: _____

Contractor: _____

| Item No. | Description | Unit Cost | Unit | QTY. | Total Cost | QTY. Installed | Total Cost |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | TOTAL | $ | TOTAL | $ |

Work Authorization
Verified By: _____ Date: _____

Authorized By: _____ Date: _____

Inspected By: _____ Date: _____
Authorized By: _____ Date: _____

| Mississippi Department of Environmental Quality Office of Pollution Control P.O. Box 2261 Jackson, Mississippi 39225-2261 | REQUEST FOR WAGE DETERMINATION RESPONSE TO REQUEST | | Davis Bacon Act as Amended and Related Statutes |
|---|---|---|---|
| | Requesting Officer (typed name and signature) Cheri Emery | | |
| FOR COMMUNITY SERVICES USE ONLY | Agency Jimmy G. Gouras Urban Planning Consultants, Inc. | Phone Number (601) 638-7121 | Project Number UARCCA-02 1S22 |
| Response to Request | Date of Request 26-Sep-08 | Estimated Advertising Date 30-Sep-08 | Est Bid Opening Date 22-Oct-08 | Project Name D'Iberville Waterfront Wastewater System Improvements |
| Type of Work | | | |
| Bldg. | | | |
| Hwy. | | | |
| Heavy  X | 1st Construction Start Date Est Nov 25, 2008 | Est $ Value Of Contract $4,550,055.00 | Est Contract Award Date 21-Nov-08 | If buildings: No. of Stories    NA |
| Resid. | | | No. of Dwelling Units    NA |
| Wage Decision No. MS20080035 | | | |
| Date 9/5/08 | County Harrison County | State Mississippi | |
| Prior Superseded Decision: | | | |
| | Address to which wage determinations should be mailed. Must be complete and include ZIP CODE. | | Wage Determination under the Davis Bacon and Related Acts. This Decision is effective as of the Federal Register without limitation as to time. |
| Approving Representative Signature and Title | Cheri Emery Jimmy Gouras Urban Planning 1100 Cherry Street Vicksburg, Mississippi 39183 | | This Decision should not be used for this project without contacting this office and requesting any special modifications or supersedeas. |
| [signature] Ray Beran, P.E. Community Grants Branch | Send Copy of Wage Decision to: Mark Seymour, Jr. Seymour Engineering 922 Tommy Munroe Suite G Biloxi, MS 39532 | | DO NOT REMOVE THIS SHEET FROM THIS SPECIFICATION BOOK. USE OF WAGE RATES IS CONTRACT SPECIFIC ALWAYS. |
| PROJECT DESCRIPTION Replacement of existing low pressure wastewater system | | | |

Date: July 25, 2008
General Decision Number: **MS20080012** 07/25/2008

Superseded General Decision Number: MS20070022

State: Mississippi

Construction Type: Heavy Flood Control

Counties: Mississippi Statewide.

*RIVER, HARBOR AND FLOOD CONTROL PROJECTS  FOR CONSTRUCTION OF
ALL RIVER, HARBOR AND FLOOD CONTROL WORK ON THE MISSISSIPPI
RIVER AND TRIBUTARIES - (EXCLUDING ANY CONTRACTS FOR ANY PHASE
OF CONSTRUCTION OF A LOCK AND DAM)  MISSISSIPPI - EXCEPT THE
METROPOLITAN AREAS OF GREENVILLE,  NATCHEZ AND VICKSBURG

| Modification Number | Publication Date |
|---|---|
| 0 | 02/08/2008 |
| 1 | 07/25/2008 |

* SUMS1991-004 12/18/1991

|  | Rates | Fringes |
|---|---|---|
| CARPENTER......................$ 6.55 | | |

Laborers:
| AIR TOOL OPERATOR...........$ 6.55 | | |
| CHAIN SAW OPERATOR OR FILER.$ 6.55 | | |
| REVETMENT & DIKES...........$ 6.55 | | |
| UNSKILLED...................$ 6.55 | | |

Power equipment operators:
ASPHALT PLANT DRYER
OPERATOR, ASPHALT
DISTRIBUTOR, ASPHALT
ROLLER, BULLDOZER (ROUGH,
INCLUDING DISC, PLOW, OR
ROLLER), MOTOR PATROL
(HAUL ROADS), TRENCHING
MACHINE (18" & UNDER),
SELF-PROPELLED ROLLER
(EXCEPT ASPHALT, END DUMP
EQUIPMENT (OFF HIGHWAY),
MIXER (CONCRETE UP TO 21
CU. FT.), BOTTOM DUMP
EUCLIDS (& LIKE EQUIPMENT)..$ 6.55                .05
BULLDOZER (FINISHER, PUSH
CAT & ON BARGES), MOTOR
PATROL FINISHER, SCRAPER &
LIKE EQUIPMENT, FRONT END
LOADER, BACKHOE (TRACTOR
MOUNTED) ASPHALT FINISHER
OR SPREADING MACHINE, WELL
POINT SYSTEM OPERATOR,
SELF PROPELLED LOADER
(CONVEYOR TYPE).............$ 6.95                .05
FIREMAN (HEAVY

```
                CONSTRUCTION), PILEDRIVER,
                LEADSMAN, WINCHMAN..........$  6.55                    .05
                OILER, PUMP, GREASER,
                TRACTOR (FARM TYPE
                INCLUDING DISC, PLOW OR
                ROLLER).....................$  6.55                    .05
                PILEDRIVER OPERTOR,
                MECHANIC (HEAVY
                EQUIPMENT), CRANES,
                DERRICKS, DRAGLINES,
                WELDER, POWER SHOVELS &
                BACKHOES, MIXER (CONCRETE,
                21 CU. FT. & OVER),
                ASPHALT PLANT OPERATOR,
                TRENCHING MACHINE (OVER
                18")........................$  7.75                    .05

Truck drivers:
       1 1/2 TONS OR LESS..........$  6.55
       OVER 1 1/2 TONS.............$  6.55
----------------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.
=====================================================================

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).
----------------------------------------------------------------------


In the listing above, the "SU" designation means that rates
listed under the identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.

----------------------------------------------------------------------

            WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

*  an existing published wage determination
*  a survey underlying a wage determination
*  a Wage and Hour Division letter setting forth a position on
   a wage determination matter
*  a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
```

process described here, initial contact should be with the Branch of Construction Wage Determinations.  Write to:

>Branch of Construction Wage Determinations
>Wage and Hour Division
>U.S. Department of Labor
>200 Constitution Avenue, N.W.
>Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7).  Write to:

>Wage and Hour Administrator
>U.S. Department of Labor
>200 Constitution Avenue, N.W.
>Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board).  Write to:

>Administrative Review Board
>U.S. Department of Labor
>200 Constitution Avenue, N.W.
>Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

   END OF GENERAL DECISION

GENERAL DECISION: MS20080022 02/08/2008 MS22

Date: February 8, 2008
General Decision Number: **MS20080022** 02/08/2008

Superseded General Decision Number: MS20070032

State: Mississippi

Construction Types: Heavy Dredging

Counties: Mississippi Statewide.

SELF PROPELLED HOPPER DREDGING

| Modification Number | Publication Date |
| --- | --- |
| 0 | 02/08/2008 |

  SUMS1991-005 09/01/1991

|  | Rates | Fringes |
| --- | --- | --- |
| Self-Propelled Hopper<br>Dredge, Drag Tender............$ 9.70 | | 3.45+a |

  FOOTNOTE: Fourteen days paid vacation and eight paid
  holidays: New Year's Day, Good Friday, Memorial Day,
  Independence Day, Labor Day, Veterans Days, Thanksgiving Day,
  & Christmas day provided that employee has had one year or
  more of service.
-------------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.
===================================================================

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).

-------------------------------------------------------------------

In the listing above, the "SU" designation means that rates
listed under the identifier do not reflect collectively
bargained wage and fringe benefit rates. Other designations
indicate unions whose rates have been determined to be
prevailing.

-------------------------------------------------------------------

                WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

*  an existing published wage determination

* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

        Branch of Construction Wage Determinations
        Wage and Hour Division
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

        Wage and Hour Administrator
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

        Administrative Review Board
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

------------------------------------------------------------

   END OF GENERAL DECISION

GENERAL DECISION: **MS20080024** 07/25/2008 MS24

Date: July 25, 2008
General Decision Number: **MS20080024** 07/25/2008

Superseded General Decision Number: MS20070034

State: Mississippi

Construction Type: Heavy Dredging

Counties: Mississippi Statewide.

DREDGING PROJECTOS ALONG THE MISSISSIPPI RIVER AND ITS
TRIBUTARIES

| Modification Number | Publication Date |
|---|---|
| 0 | 02/28/2008 |
| 1 | 07/25/2008 |

* SUMS1990-015 02/15/1990

|  | Rates | Fringes |
|---|---|---|
| Derrick Operator.................$ | 6.55 | |
| Dozer Operator..................$ | 6.55 | |

Dredge 16" and Over
| | | |
|---|---|---|
| Deckhand...................$ | 6.55 | |
| Dredge tender operator......$ | 6.55 | |
| Fireman....................$ | 6.55 | |
| First assistant engineer....$ | 6.55 | |
| Leverman...................$ | 6.55 | |
| Oiler......................$ | 6.55 | |
| Second assistant engineer...$ | 6.55 | |
| Shoreman...................$ | 6.55 | |
| Third assistant engineer....$ | 6.55 | |
| Truck driver...............$ | 6.55 | |
| Welder.....................$ | 6.55 | |

Dredge Under 16"
| | | |
|---|---|---|
| Deckhand...................$ | 6.55 | |
| Dredge tender operator......$ | 6.55 | |
| Leverman...................$ | 6.55 | |
| Oiler......................$ | 6.55 | |
| Welder.....................$ | 6.55 | |

Hydraulic Dredging
| | | |
|---|---|---|
| First cook.................$ | 6.55 | |
| Handyman...................$ | 6.55 | |
| Janitor, cabin person......$ | 6.55 | |
| Second cook................$ | 6.55 | |

Marsh Buggy Dragline

```
    Oiler.......................$  6.55
    Operator....................$  6.70
```
------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.
============================================================

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).

------------------------------------------------------------

In the listing above, the "SU" designation means that rates
listed under the identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.

------------------------------------------------------------

## WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on
  a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the
Branch of Construction Wage Determinations.  Write to:

        Branch of Construction Wage Determinations
        Wage and Hour Division
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

        Wage and Hour Administrator
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

> Administrative Review Board
> U.S. Department of Labor
> 200 Constitution Avenue, N.W.
> Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

=================================================================

END OF GENERAL DECISION

# Table of Contents for Technical Specifications

| Section Number | Section Title |
| --- | --- |
| GI | General Instructions for the Technical Specifications |
| 01000 | Mobilization |
| 01025 | Measurements and Payments |
| 02101 | Removal of Structures and Obstructions |
| 02111 | Clearing and Grubbing |
| 02200 | Earthwork |
| 02225 | Encased Crossings for Utility Lines |
| 02311 | Horizontal Directional Drilling |
| 02312 | Horizontal Directional Drilling for Subaqueous Crossings |
| 02520 | Concrete Curb and Combination Concrete Curb and Gutter |
| 02540 | Seeding and Sodding |
| 02542 | Riprap |
| 02543 | Geotextile Fabric Stabilization |
| 02547 | Silt Fence |
| 02548 | Temporary Erosion Checks |
| 02549 | Stormwater Pollution Prevention |
| 02555 | Water Distribution System |
| 02559 | New Well Equipment House |
| 02560 | Sanitary Sewer |
| 02561 | Manholes |
| 02562 | Precast Sewage Pump Station |
| 02563 | Sewage Force Main |
| 02579 | Potable Water Supply – Test Holes and Test Wells |
| 02580 | Potable Water Wells |
| 02603 | Crushed Limestone Base Course |
| 02612 | Asphalt Concrete Paving |
| 02711 | Chain Link Fencing |
| 02733 | Pressure Sewer Main and Appurtenances |
| 02800 | Landscaping |
| 02831 | Fencing |
| 03315 | Mediumweight Structural Concrete |
| 07146 | Crystalline Concrete Waterproofing |
| 07900 | Joint Sealers |

| | |
|---|---|
| 08221 | Fiberglass Reinfoced Door and Frame System |
| 09900 | Painting |
| 09960 | Coating and Painting Steel Water Storage Tanks |
| 11261 | Chlorination Equipment and Accessories |
| 13210 | Single Pedestal Elevated Water Storage Tank |
| 13212 | Multi-Leg Elevated Water Storage Tank |
| 15065 | Fusible Polyvinylchloride Pipe |
| 15601 | Emergency Power Generator |
| 16000 | Electrical General Provisions |
| 16040 | Basic Materials and Methods |
| 16060 | Grounding |
| 16070 | Hangers and Supports |
| 16075 | Electrical Identification |
| 16123 | Building Wire and Cable |
| 16131 | Conduit |
| 16138 | Boxes |
| 16140 | Wiring Devices |
| 16310 | Water Well and Tank Control System |
| 16413 | Automatic Transfer Switch |
| 16510 | Lighting Fixtures |

# GENERAL INSTRUCTIONS
## FOR
## THE TECHNICAL SPECIFICATIONS

## PART 1 - GENERAL

    A.    The following Technical Specifications represent the standards and requirements to be met by materials, equipment and workmanship incorporated into or relating to the Project.

    B.    These Specifications supersede the Drawings wherever information depicted by the Drawings may be incomplete, unclear or in conflict with the requirements of the Specifications.

## PART 2 - DEFINITIONS

    A.    Inspection when used in reference to the Engineer or his authorized Representative, means visual observation of materials, equipment, or construction work, on an intermittent basis, to determine that the work is in conformance with the Contract Documents and the design intent. Such inspection does not constitute acceptance of the work, nor shall it be construed to relieve the Contractor from his responsibility for the means and methods of construction or for safety on the construction site.

    B.    Equal, or Approved Equal - when appearing in these specifications, means that submittals of materials, equipment or methods differing from a specific description in the specification may be reviewed by the Engineer after Contract Award, to determine if the proposed substitute meets the test of apparent equivalence for application to the requirements of the project, and appears to possess the same performance qualities and characteristics and fulfill the utilitarian function without decrease in quality, durability, or longevity. No inference is intended that items must be identical in all respects if above conditions are satisfied. The decision of the Engineer will be final. It remains the Contractor's responsibility for submittals to meet the requirements of the Specifications.

    C.    Approve - when used in reference to responses by the Engineer to work performed, material, equipment, or methods used, means to give limited, or conditional or qualified approval to the work or use of material, equipment or methods; the qualified condition being strict compliance with Contract Document and Specifications requirements.

<center>

**SECTION 01000**

**MOBILIZATION**

</center>

## PART 1    GENERAL

1.01 SCOPE

A.    Mobilization shall consist of all moving in, including preparatory work and operations and moving out, including all dismantling and clean-up work and operations performed by the Contractor.

B.    Mobilization shall include the movement of all labor, equipment, supplies and incidentals to the project site; establishment of facilities necessary for work on the project; and other work and operations which must be performed or costs not directly attributable to other pay items, exclusive of bidding costs, which must be incurred by the Contractor before beginning and during the early stages of production work on the project site.

C.    Mobilization shall include the movement of all labor, equipment, supplies and incidentals from the project site; dismantling and removal of temporary facilities; clean-up of the project site and all work areas; and other work and operations which must be performed or costs not directly attributable to other pay items which must be incurred by the Contractor after completion of certain items of work and all other work on the Contract has been completed.

## PART 2 APPLICATION

2.01 MEASUREMENT

Measurement for payment of Mobilization will be in accordance with the following schedule:

| % of Contract Earned | % of Maximum Lump Sum Allowed |
|---|---|
| 2% | 10% |
| 10% | 50% |
| 25% | 85% |
| 100% | 100% |

2.02 WORK ORDERS

Mobilization for individual Work Orders will consist of the percentage of the Work Order value to the total mobilization bid price for the bid schedule applicable to the Work Order. It should be noted that each separate bid schedule will have a line item cost for mobilization.

## SECTION 01025

## MEASUREMENT AND PAYMENT

## FOR UNIT PRICE CONTRACTS

### PART 1    GENERAL

#### 1.01    PROJECT QUANTITIES

All quantities given in schedule of contract items have been carefully estimated but are still to be considered as approximate, except as specifically stated for particular pay items. Final contract quantities will be determined by field measurements of completed work, except as specifically stated for particular pay items.

#### 1.02    FIELD ADJUSTMENTS

Location and elevation of lines shown on plans have been determined as accurately as practical. Field conditions or underground obstructions may require adjustments in location or elevations of any line. Such changes will be made when locations are staked and as construction proceeds. Unless a filed adjustment involves a change in construction conditions, per provisions of the General Conditions and other Contract Documents, no change in contract price shall be involved. The requirements of the General Conditions, including timely notification, must be followed for a field adjustment to be reviewed as a possible changed condition.

#### 1.03    INCIDENTAL WORK

The Contractor's attention is directed to items of work for which no bid item is given but which are necessary for completion of work shown on the plans and outlined in the specifications. Payment will be considered full compensation for all labor, materials, equipment, and all other items necessary and incidental for completion of the work.

#### 1.04    MEASUREMENTS REQUIRED FOR PAY REQUESTS AND RECORD DRAWING SUBMITTAL

The Contractor shall furnish an instrument person and labor to make field measurements for quantity surveys for monthly and final estimates, to obtain field data, and to mark the field data on the Contractor's record drawing submittal for the Engineer's use in preparing final record drawings.

#### 1.05    LINEAR MEASUREMENT

Pay items which are to be measured on a "per linear foot" basis shall be measured for payment as follows herein. Unless specifically directed otherwise, measurement shall extend along a line parallel to the centerline of the item being measured excluding the

01025

footage occupied by any item for which separate payment is made, including fittings. Restrained pipe joints will not be measured separately for payment, unless a separate pay item is provided in the bid. Piping installed inside casings will be measured separately for payment per the bid price for the carrier pipe. Measurement of piping that terminates at a wall of a catch basin, manhole, or other structure shall be measured from the inside edge of the wall.

1.06    AREA MEASUREMENT

The measurement of areas for "per acre" pay items shall be based on plan or map measure unless more accurate measurements are available from subsequent work. The measurement of areas for "per square yard" or "per square foot" pay items shall be based on field measurement unless specifically noted as "plan measure."

1.07    WEIGHT MEASUREMENTS

For bulk materials, weight-type measurements shall be based on the loaded weight less the unloaded weight of haul vehicles. To establish a tare weight, haul vehicles shall be weighed unloaded. All weighing will be done at a facility approved by the Owner.

Where payment for earthwork by weight is indicated in the bid schedule (usually by the ton), the Contractor is responsible for deploying and maintaining a portable truck scale suitable for this purpose. If the Engineer determines that a lack of control of soil moisture content may be resulting in a density exceeding the average condition by a significant amount, he may designate determination of the soil moisture for use in adjusting the density to a reasonable average for calculation of the weight for payment.

Force main fittings shall be measured by the pounds of fittings in place, including restrained glands, bolts, and gaskets computed upon unit weights listed in AWWA C-110. Where standard glands per C-110 are specified, payment for glands will be based upon the weights per C-110, regardless of the actual weights of the glands used.

1.08    CONCRETE VOLUME MEASUREMENTS

The measurement of concrete volume shall be a calculated volume based on the dimensions shown in the plans, plus or minus authorized changes in the work. Volumes required to correct over-excavation will not be measured for payment. The work will include all appurtenances for which separate pay items are not provided, such as but not limited to reinforcing steel, joints, and embedments.

1.09    EARTHWORK MEASUREMENTS

A. Final Measurement (FM)

Final Measurement shall be the calculated volume of the space occupied by the earthwork, sometimes referred to as "net section in place." In some cases, this measurement is shown on the plans or in the bid schedule, and will not be measured in the field except as specified otherwise.

**01025**

B. Loose Vehicle Measurement (LVM)

Loose vehicle measurement or "truck measure" shall be accomplished by recording the haul vehicle's rated payload volume and the number of full payloads of delivered material. A full payload shall be defined as the volume of material required to equal the rated payload volume of the haul vehicle being used.

Partial loads or loads of materials which are impractical to load without a high volume of voids shall be recorded as a partial load. The volume of partial loads shall be estimated by the Engineer.

If the Contractor objects to the estimated volume, the load shall be weighed at the Contractor's expense and compared to the unit weight of the material being hauled to establish a calculated volume. The Contractor shall be responsible for deploying a portable truck scale suitable for this purpose.

D. Other Methods

Volumetric measurement of excavation, embankment, granular materials, or similar materials in cubic yards will be made by the methods designated on the plans or in the bid schedule. For justifiable reasons, such as impracticability of measurement of volumes (usually small) by the designated method, the Owner may order measurement by another method as follows:

Volumes designated for payment by FM may be measured LVM and converted to contract measurement by multiplying the loose measure by 80 percent.

Volumes designated for payment by LVM may be measured in its original position by the average end area method and multiply the FM measure by 125 percent.

Small volumes of surplus, excess excavation, or other small volumes of excavation which are impractical to measure by the average end area method but are designated to be measured by FM may be measured LVM and multiply the loose measure by 72 percent.

1.08    FOR LUMP SUM ITEMS - PAYMENT BY A SCHEDULE OF VALUES

Periodic payments for lump sum items of homogeneous nature will be made on an estimated percentage of progress on the item. Periodic payments for lump sum items with various components will be made based on the Schedule of Values. The Schedule of Values shall be prepared and submitted based on the requirements in other sections of the Contract Documents. The Contractor shall prepare the schedule in the detail required to support his payment application when it includes a partially-complete system.

## PART 2    PRODUCTS

None.


## PART 3    EXECUTION

3.01    MOBILIZATION

A. Method of Measurement

1. Measurement for payment will be in accordance with the following schedule:

   a. When one percent of the original contract amount is earned from other bid items (exclusive of those listed as dependent items), 10 percent of the amount bid for mobilization, or one percent of the original contract amount, whichever is lesser, will be paid.

   b. When five percent of the original contract amount is earned from other bid items (exclusive of those listed as dependent items), 50 percent of the amount bid for mobilization, or five percent of the original contract amount, whichever is lesser, will be paid.

   c. When 10 percent of the original contract amount is earned from other bid items (exclusive of those listed as dependent items), 100 percent of the amount bid for mobilization, or 10 percent of the original contract amount, whichever is lesser, will be paid.

   d. Upon completion of all work, payment of any amount bid for mobilization in excess of 10% of the original contract amount will be paid.

2. In the event the contract is terminated under the provisions of these documents, the percentages listed of this item will not be used in computing total payment, but the percentage of original contract amount (exclusive of dependent items) earned at the time of termination will be applied to the lump sum price bid for mobilization.

3. For monthly estimates, the Engineer will estimate the percentage of requisite work completed. Upon satisfactory completion of all requisite work, measurement will be considered as 100 percent.

B. Basis of Payment

Mobilization and requisite work will be paid for at the contract lump sum prices, which shall be full compensation for completing the work.

**01025**

The price bid for Mobilization shall not include the costs of bonds, taxes, testing, layout, or other similar items which continue throughout the project, and these costs shall be prorated among the various items of work.

3.02   DEMOLITION OF SITEWORK

A. Method of Measurement

1. Chain Link Fencing Removal

Chain link fencing removal shall be measured "per linear foot" along the centerline of the fence and shall include the complete removal and disposal of posts, concrete post anchors, chain link fabric, rails, gates, barbed wire, and all other associated fencing items. Payment for fencing removal shall also include furnishing, backfilling, and compacting suitable material for filling fence post holes.

2. Storm Drainage Pipe Removal

Storm drainage pipe removal shall be measured only where specifically called out on the drawings and included as a pay item. Otherwise, this work shall be included in the demolition or Clearing and Grubbing pay items where applicable. Where storm drainage pipe removal is to be paid for specifically, it shall be measured "per linear foot" along a line parallel to the centerline of the pipe. Payment shall be based on the pipe size categories listed in the project bid documents and shall include sheeting, shoring, dewatering, excavating, breaking and removing the pipe, hauling, disposing of the broken pipe, and backfilling per the applicable trench detail.

When the demolition of existing storm drains require that the ends of existing pipe to remain in service be plugged, the plugging of such lines shall not be measured for payment and shall be considered incidental to the work.

B. Basis of Payment

Payment for the demolition of structures, roadways, utilities, and miscellaneous sitework shall be paid for only where specifically called out on the drawings and included as pay items. Otherwise, this work shall be included in the demolition or Clearing and Grubbing pay items where applicable.

Where this work is to be paid for specifically, it shall be at the respective bid prices for each category of item. Payment shall be full compensation for completing the specified work. Materials or work not specifically designated but necessary for the full completion of each respective demolition item shall be considered an associated item of work. No additional payment will be made for such items unless specifically indicated as a separate pay item in the project documents.

3.03  CLEARING AND GRUBBING

A. Measurement and Payment

Unless a pay item is specifically provided, any mowing required as a part of the clearing and grubbing operation will not be measured for payment and will be included as work required for completing the specified work.

Measurement for clearing and grubbing shall be "per acre" which shall include the entire area required for completion of the project, within the designated construction limits unless increased by the Owner.

Areas acquired for haul routes, areas designated as lay-down areas, or areas acquired by the Contractor for his own use will not be measured for payment, unless the Owner elects to use a pay item for stockpiling the material on site.

B. Basis of Payment

This work will be paid for at the contract unit price or adjusted lump sum price which shall be full compensation for completing the work.

3.04  EXCAVATIONS, DISPOSAL OF MATERIALS, AND IMPORTING AND INSTALLING SELECT MATERIALS

A. Measurements

1. Where a pay item is provided for "Stripping," the payment quantity shall be the quantity shown in the bid schedule, which is the net section in place estimated quantity, unless the Contractor discovers a substantive discrepancy between the bid quantity and the actual quantity. In such a case the Owner will consider an adjustment only if the Contractor supplies credible field data (usually a topo survey before and after the stripping) showing that the depth, width, or length has changed.

Pay items related to removal and/or replacement of unsuitable materials will be paid for only where agreed in advance by the Engineer that the work is necessary and where he has been notified sufficiently in advance for arrangement of monitoring the work. Where pay items are provided for excavation and removal of unsuitable materials from trenching, providing and installation of select backfill, and similar pay items, the payment quantity shall be determined as provided herein. Materials or work for which a pay item is not included and are necessary to complete the work under this section shall be furnished or performed and shall be considered incidental to the completed construction.

Unless provided for elsewhere and designated in the bid schedule, where pay items provided for select fill in designated locations are not intended to be measured separately, but shall be the quantity shown in the bid schedule, which is the net section in place estimated quantity. If, after notifying the Engineer

sufficiently in advance that he intends to verify the bid quantity, the Contractor discovers a substantive discrepancy, supported by survey data, between the bid quantity and the actual quantity, the Owner may consider an equitable adjustment.

Unless a pay item is specifically provided, any mowing required as a part of the clearing, grubbing, stripping, excavating, and mucking operation will not be measured for payment and will be included as work required for completing the specified work.

Areas provided for haul routes and/or areas acquired by the Contractor for his own use will not be measured for payment.

B. Basis of Payment

This work will be paid for at the contract unit price or adjusted lump sum price which shall be full compensation for removing, loading, hauling, and legally disposing of waste materials off the property.

## 3.05    GEOTEXTILE AND TURF REINFORCEMENT MAT (TRM)

A. Method of Measurement

Fabric placed in accordance with these specifications and accepted by the Engineer will be measured by the units indicated in the following table.   Any overwidth of material installed and additional material required for laps or sewing will not be measured.

| Fabric Usage | Unit of Measure |
|---|---|
| Grade Stabilization | SY |
| Under Rip Rap | SY |
| Pipe Joint Wrap | Not Measured |
| Underseal for Roadway Paving | SY |
| Silt Fencing | LF |

B. Basis of Payment

The accepted quantities of fabric will be paid for at the contract unit price. This payment will be full compensation for furnishing and placing the fabric, pins, lapping, sewing, maintaining the fabric, removal and disposal of silt fencing, and all related items.

3.06   UTILITY AND DRAINAGE SYSTEMS

A. Method of Measurement

1. General

Except where pay items are specifically provided, no separate measurement will be done for pipe fittings, items shown in the trenching details and/or backfilling details, system testing, or other associated items required to construct utility and drainage items as specified and as indicated on the drawings.

Protection of Existing Utilities - No separate measurement will be made of the labor, equipment, and materials necessary to locate, brace, shore up, and make slight alignment changes to constructed pipelines to protect existing underground utilities, poles, signs, and any other items which extend underground or require a stable soil footing for support. Such work shall be considered subsidiary work to the construction of the associated utility piping.

2. Piping

Piping shall be measured "per linear foot" for each size, depth range (if segregated in the bid form), and type of pipe.

3. Manholes, Inlets, Catch Basins, and Junction Boxes, Headwalls, and Other Structural Concrete (Where concrete is to be paid on a volume basis, see other provisions herein.)

These items shall be measured as shown in the bid schedule.

The bid price shall include the excavation, backfill, and all other appurtenances for the work for which separate pay items are not provided (e.g. reinforcement, frames, grates).

Where the project includes trench drains, the concrete, reinforcement, and other appurtenances related to encasing the trench drain will be included in the trench drain pay item, and not measured for payment in this section.

Drop manhole connections shall included furnishing and installing all piping, fittings, concrete, and connections to manhole as indicated on the Drawings. Drop manhole connections of the various sizes of pipe will be measured by the vertical distance from the sewer line invert to the drop connection invert. Payment shall be paid by the vertical linear foot for the various sizes of pipe at the price indicated in the Prices Bid Table as installed and accepted.

4. Box Culverts (Where concrete is to be paid on a volume basis, see other provisions herein.)

**01025**

Box culverts shall be measured "per linear foot" along the centerline of the box culvert. Headwalls shall be measured separately.

5. Flared End Sections and Safety End Sections

Unless otherwise specified, flared end sections and safety end sections shall be measured "per each" for each pipe diameter and shall include embedment and backfill as specified for the associated piping.

6. Underdrains

Underdrain piping shall be measured "per foot" and shall include perforated sock pipe, sand embedment, and backfill. Costs for appurtenances for which pay items are not established shall be included in the various items.

7. Connections

Connections to existing pipelines and/or structures, if they are to be measured, shall be measured "per each" for each size and type of connection, but only when specifically listed in the schedule of bid items. If no pay category is listed in the bid schedule, there shall be no measurement of this items and also no separate payment.

8. Associated Restoration

No restoration work or repairs outside the trench width authorized in the specifications shall be measured for payment. Only those bid items located within the authorized trench width plus specified extra widths shall be measured.

B. Basis of Payment

Payment for drainage components shall be according to the project bid price and shall include clearing and grubbing (if not included elsewhere), trenching, embedment, backfilling, final testing, fittings, and accessories except those which are specifically noted for separate payment bid schedule.

The bid price shall be full compensation for completing the work specified. Materials or work for which a pay item is not included and are necessary to complete the work under this section shall be furnished or performed and shall be considered incidental to complete the installation of pipe.

## 3.07   FIRE HYDRANTS

A. Method of Measurement

Fire hydrants shall be measured on a "per each" basis and shall include aggregate foundation, thrust blocking and/or retainer glands, and hydrant extensions if required

**01025**

for deep water mains. Gate valves and piping between the mains and the hydrants shall be measured separately.

3.08    IN-GRADE PREPARATION

A.  Method of Measurement

If a pay item is provided for "in-Grade Preparation," its purpose id to separate the cost of subgrade preparation from the cost of installing a base or paving material, particularly where the project includes more than one thickness of such materials paid for on a quantity basis.

Material which is "in-grade" is defined as existing material in place regardless of whether the material was placed under this contract or a previous contract. The term "in-grade preparation" is defined as the work required to prepare (blade, shape, scarify, disk, mix, compact, test) the in-grade material to specification requirements before placement of a subsequent course of material.

# SECTION 02101

## REMOVAL OF STRUCTURES AND OBSTRUCTIONS

## PART 1  GENERAL

### 1-01  SCOPE

Removal of Structures and obstructions shall consist of the removal and satisfactory disposal of all buildings, fences, structures, old pavements, abandoned pipe lines and other obstructions which are not designated or permitted to remain, except for the obstructions to be removed and disposed of under other items in the Contract as directed. It shall also include the salvaging of designated materials and backfilling the resulting trenches, holes and pits. When the Proposal does not include Pay Items for removal of Structures and obstructions as set forth in this Section, the cost of such work shall be included in prices bid on other construction items.

## PART 2  CONSTRUCTION REQUIREMENTS

### 2-01  GENERAL

A.  The Contractor shall remove and dispose of all buildings and foundations, structures, fences and other obstructions, any portions of which are on the right of way, except utilities and those for which other provisions have been made for removal. All designated salvageable material shall remain the property of the City and shall be removed, without unnecessary damage, in sections or pieces which may be readily transported and shall be stacked at specified storage areas by the Contractor within the project's limits or hauled to a designated maintenance storage yard and stacked. All materials designated not to be salvaged may be destroyed or disposed of off the project outside the limits of view with written permission of the property owner on whose property material is placed. Copies of all agreements with property owners are to be furnished to the Engineer prior to initiating work. Basements or cavities left by structure removal shall be filled to the level of the surrounding ground and, if within the prism of construction, shall be compacted to the approximate density of the surrounding ground.

B.  All materials specified for salvage shall be removed, without unnecessary damage, in sections or pieces which may be readily transported and shall be stacked or stored by the Contractor at such places as may be designated within the project's limits, unless other locations are specified in the Contract.

### 2-02  REMOVAL OF BRIDGES, CULVERTS AND OTHER DRAINAGE STRUCTURES

A.  Bridges, culverts and other drainage structures in use by traffic shall not be removed until satisfactory arrangements have been made to accommodate traffic. Unless otherwise directed, the substructures of existing structures shall be removed to the natural stream bottom and those parts outside of the stream shall be removed one foot (1') below natural ground surface. Where such portions of existing structures lie wholly or in part within the

limits for a new structure, they shall be removed as necessary to accommodate the construction of the proposed structure.

B.     As specified, steel bridges and wood bridges shall be carefully dismantled without unnecessary damage. The dismantling shall include the stripping of all hardware and the removal of all nails. Steel members shall be match marked before dismantling unless otherwise indicated. All salvaged material shall be stored or removed as specified in Subsection 2-01 and shall remain the property of the City.

C.     If permitted, blasting or other operations necessary for the removal of an existing structure or obstruction which may damage new construction shall be completed prior to placing the new work.

D.     Concrete which is of suitable size and condition to be used as rip rap which has been removed from the existing bridges may be utilized if desired by the Contractor and approved by the Engineer. Otherwise, the removed concrete shall be disposed of by the Contractor off the project as specified in Subsection 2-01.

2-03 MAINTENANCE OF TRAFFIC

The Contractor shall maintain local access to all properties fronting along the project for the duration of the work

# SECTION 02111

## CLEARING AND GRUBBING

### PART 1 GENERAL

#### 1-01  DESCRIPTION

A.  This item shall consist of the removal and satisfactory disposal of trees, (except those that may be designated to remain in place,) stumps, logs, snags, brush, weeds and other perishable or objectionable material within the limits of project site or along the length of the project as designated.

B.  When specified on the Bid Form as lump sum, this item shall include costs for incidental work required on other non-related items  specifically detailed on the Drawings but not listed separately on the Bid Form, which is subsidiary to the completion of that item of work in accordance with the Contract Documents.

C.  This work shall include the stripping and stockpiling of topsoil, stump removal, felling of trees, clearing of brush and other operations as may be detailed herein or indicated on the Drawings.

### PART 2 MATERIALS

#### 2-01  GENERAL

A.  Materials cleared from the site, including merchantable timber, if any, shall become the property of the CONTRACTOR for his disposal unless otherwise noted elsewhere in the Specifications.

B.  The Contractor shall provide equipment of whatever nature is needed to complete the work to the satisfaction of the Engineer.  Equipment deemed by the Engineer to be inadequate for the work must be removed from the site.

### PART 3 EXECUTION

#### 3-01  GENERAL

A.  Clearing and grubbing shall be completed a satisfactory distance in advance of earthwork for site preparation, roadways, pipe laying operations etc. and such operations shall not be started until the cleared and grubbed area has been reviewed by the Engineer.

B.  The Contractor shall be responsible for obtaining permits for hauling, dumping, burning, disposal and other operations, as may be required by Local, State and Federal requirements.

3-02   CLEARING AND GRUBBING

A.   The area within the construction limits of the project site shall be cleared of trees, stumps, roots, logs, vegetation and other objectionable matter. Roots over 1-1/2 inches in diameter shall be grubbed out to a minimum depth of 18 inches below original ground or 12 inches below the proposed finished grade in excavated areas. Where indicated on the Drawings or directed by the Engineer, trees that are to remain in place within the project limits, shall be protected from damage by other clearing or construction operations.

B.   Stump holes shall be backfilled and compacted to the density required for subgrades in Section 02200 "Earthwork" where applicable.

C.   When necessary to completely remove grass and small roots from the areas to be covered by earth fill, such as roadways, levees, or other site construction, such areas shall be stripped to sufficient depth to remove same, to the extent directed by the Engineer.

D.   Felling of trees and other clearing operations shall be conducted in a manner that prevents damage to trees that are to remain and to protect existing improvements, structures, utility lines or other items.

3-03   DISPOSAL OF MATERIALS

A.   All merchantable timber shall become the property of the CONTRACTOR for his disposal unless otherwise noted.

B.   Burying of stumps, trees, logs, snags or other vegetative materials will not be permissible within the project site limits unless otherwise provided for in these Specifications.

C.   When permitted by the Owner, on designated projects, perishable material shall be burned within cleared areas. When on site burning is not permitted, perishable material shall be completely removed from Owner's property to disposal areas provided by the Contractor and approved by the Engineer. Piles for burning shall be placed in the center of cleared areas, and shall be limited in size so that no damage to remaining trees or other vegetation will occur. The Contractor will be responsible for obtaining all permits required and for controlling fires in compliance with all Federal, State and Local laws and regulations for burning. Sufficient watchmen and fire extinguishers shall be provided for constant care of burning material. The Contractor shall submit to the Engineer for review, his proposed method of burning and appropriate precautions for protection of the adjacent areas. The Contractor shall notify the local firefighting unit in advance of burning operations. The Contractor shall furnish and maintain adequate firefighting equipment and personnel at the site during burning operations.

D.   Ashes resulting from burning and incombustible materials such as green roots and debris shall be removed to designated disposal areas provided by the CONTRACTOR and approved by the ENGINEER.

E.   Materials which are stripped from the project site which are not suitable for reuse shall be disposed of by the Contractor at a location provided by him and approved by the Engineer.

F.     The cost of hauling, stockpiling and disposal of material shall be included in the Contract
       Price bid for clearing and grubbing.

# SECTION 02200

## EARTHWORK

### PART 1 GENERAL

### 1-01 DESCRIPTION

A.  This work shall consist of general grading, excavating, site preparation, hauling, placing, processing, filling, spreading, compacting, and protecting areas to be filled in accordance with these Specifications and the MISSISSIPPI STANDARD SPECIFICATIONS FOR ROAD AND BRIDGE CONSTRUCTION, 2004 EDITION and in conformity with the lines, grades, slopes, and typical cross sections depicted by the CONTRACT DRAWINGS.

B.  This item shall also consist of satisfactorily stockpiling materials or disposing of all unsatisfactory materials encountered within the construction limits of the project site. The work includes grading and subgrade construction on streets, roadways, and parking areas, drainage ditch and channel construction, water and sewer main construction and site work for wells, tanks, pumping stations, etc.

### 1-02 EXAMINATION OF SITE

A.  The Contractor shall visit the site and inform himself fully of the amount of excavation, filling and grading required under the Contract.

B.  The Contractor shall fully familiarize himself with the surrounding area and the conditions of access under which the project is to be completed.

### 1-03 CLASSIFICATION OF EXCAVATION

A.  Authorized excavation shall be identified as either Unclassified Excavation, Undercut Excavation, Channel Excavation, Borrow Excavation (Owner furnished or Contractor furnished), Structure Excavation, or Rock Excavation as indicated by item description on the Bid Form and as described in Section L, Geotechnical Report, Discussion and Recommendations. All work shall conform with the recommendations of the Geotechnical Report.

B.  Unclassified Excavation: Unclassified excavation will consist of all excavation materials of whatever character encountered (including existing slag and ballast) in the work except for those classes of excavation for which separate pay items are provided.

C.  Undercut Excavation: Undercut excavation shall consist of the removal of deposits of soils and organic matter not suitable for foundation or subgrade material as determined by the Engineer and satisfactorily disposing of materials off-site at a site to be furnished by the Contractor.

Undercut excavation shall include materials which will decay or produce unsatisfactory subsidence in the embankment, pipe or structural bedding. Undercut excavation may be made up of decaying stumps, roots, logs, humus, highly plastic clay (CH), or other unsatisfactory material.

D. Channel and Ditch Excavation: Excavation of drainage ways shall consist of excavating all earthen materials and shaping the channel to the neat lines, grades and typical sections required for the various type sections of channel improvements proposed. Channel and ditch excavation shall include the hauling, spreading, placing, processing, compacting, or disposal of all excavated material.

Channel excavation shall be that required to improve or relocate existing channels.

Ditch excavation shall be that required to construct upstream and downstream channels for pipe culverts or for the excavation of drainage swales.

E. Borrow Excavation: Borrow excavation shall consist of the removal, hauling, placing, processing, shaping, and compacting of approved select off-site material at any location shown on the Drawings or directed by the Engineer.

F. Structure Excavation: Structure excavation shall consist of the removal of all material to the dimensions and depths shown on the Plans, or as directed by the Engineer, necessary for the construction of structures and the installation of other items. It shall also include, as necessary, all pumping, bailing, drainage, cribbing, sheeting and other foundation work; and should include backfilling and the proper disposal of all excavated material as directed.

G. Rock Excavation: When shown as a pay item, rock excavation will consist of material which cannot be excavated without blasting and shall also include large boulders and detached stones having volumes of one-half cubic yard or more. The use of the words "rock", "boulders", "stone", or synonyms of these words appearing elsewhere on the plans, soil profile or these specifications does not imply that these materials may be included under this classification unless so indicated in the contract proposal.

The Contractor shall immediately notify the Engineer when rock excavation is encountered during the progress of the work so the necessary measurements may be made for determining the volume removed.

## PART 2 MATERIALS

2-01 EQUIPMENT

CONTRACTOR may use the type of earth moving, compaction, processing, and watering equipment that he desires or has at his disposal, provided the equipment is in satisfactory condition, of adequate design to perform the work efficiently, and is of such capacity and quantity that the construction schedule can be maintained as planned by the CONTRACTOR and approved by the ENGINEER in accordance with the CONTRACT time contained in the AGREEMENT. The

CONTRACTOR shall furnish, operate and maintain such equipment as is necessary to control uniform density, layers of fill and cross sections.

2-02 MATERIALS

Material for fills shall consist of material obtained from the excavation of on site banks, borrow pits or approved off-site sources. The material used shall be free from vegetable matter and other deleterious substances and shall not contain large rocks or lumps.

## PART 3 EXECUTION

### 3-01 GENERAL REQUIREMENTS

A. Suitable materials excavated in project site construction shall be used insofar as practicable in the formation of fills, subgrades and shoulders as shown on the DRAWINGS. When suitable material is not needed for fills on the site, it shall be placed on other areas designated by the ENGINEER and in accordance with subparagraph "I" hereof or disposed of by CONTRACTOR in approved off-site disposal areas.

B. Sequence of Operations: No site construction shall be started until sufficient clearing, grubbing, stripping adequate pipe and drainage work to allow proper drainage within construction limits has been satisfactorily completed to allow earthwork to proceed without interruption.

C. Foundation Preparation:

   1. When clearing and grubbing has been completed, stump holes remaining in areas to receive fill shall be filled with suitable material and compacted to the specified density.

   2. Prior to placing material on areas to receive fill, the existing ground shall be thoroughly proof-rolled with a roller to prove that the area is of a satisfactory density with stability to begin placement of fill material. Stability shall be determined by proof-rolling with loaded dump trucks or other suitable equipment by the Contractor. At least two (2) full coverage passes over the site should be performed. Any areas that are soft or yielding during proof-rolling should be processed (spread, scarify, water, or dry) to compact with stability or undercut, filled, and compacted with suitable material as directed by the Engineer.

D. Excavation shall be performed at locations indicated on the DRAWINGS, to lines, grades and cross sections shown, and shall be made in such manner that fills can be formed in accordance with the requirements herein. Suitable material encountered within the limits indicated shall be used in the formation of fills. Material not approved for use in fills shall be disposed of in approved Contractor furnished off-site disposal areas or on site if so directed by the Engineer. During the process of excavation, the grade shall be maintained to assure that it will be well drained at all times.

   1. The non-organic, non-high plasticity clay debris-free soils removed from the excavated areas should be suitable for use in the embankment. All suitable materials

removed from the required excavations shall be utilized in construction of embankments, fills, and backfill for undercut areas as designated on the Construction Drawings. The Contractor shall organize the excavation and fill such that on-site materials from excavated areas can be used for fill. Excess materials (suitable or unsuitable) shall be wasted or disposed of off-site at a site to be furnished by the Contractor. No separate payment will be considered for the disposal of excess materials (suitable or unsuitable).

The Contractor shall control the excavation work so that the ground surface is properly pitched to prevent water from running into the excavated areas. Water that has accumulated in the excavated areas shall be promptly removed by the Contractor at his expense.

2.     Undercutting: When objectionable material not suitable for foundation or subgrade material as determined by the Engineer remains after clearing, grubbing, stripping, and earthwork operations, in areas for subgrade or foundation construction, the CONTRACTOR will undercut such material to such depth and extent as directed and backfill with suitable material. This shall not relieve the Contractor of his obligation to process suitable but wet soils for use in embankment as directed by the Engineer. Fill material shall be placed in uniform layers and compacted as specified for fills. Undercut materials shall be disposed of and fill material obtained as directed by the ENGINEER.

3.     Tolerances: Excavation and grading shall be completed to conform to the lines and grades shown on the Drawings. The surface shall conform to the specified grades within 0.5 inches, unless a different tolerance is indicated by the drawings or elsewhere in these Specification. Deviations shall be corrected by further grading, filling, reshaping and compacting until conformance is obtained.

E.    Formation of Fills:

1.     Fills for project site shall be constructed to lines, grades, cross sections and dimensions shown on the DRAWINGS.

2.     Earth fills shall be formed by distributing the materials in successive uniform horizontal layers not to exceed nine inches (9") in thickness, loose depth, for the full width of the cross sections. Each layer of fill shall be compacted to a density of at least ninety-five percent (95%) of maximum laboratory density with stability present as determined by the latest issue of A.A.S.H.T.O. Method T-99. Material placed in fills shall be within three percent (3%) of optimum moisture content to obtain the prescribed density. The Contractor shall spread, scarify water, or dry the material to achieve the required moisture content. Stability shall be determined by proof-rolling performed by the Contractor.

3.     The upper surface of the fill shall be shaped to provide complete drainage of surface water at all times. The forming of ruts will not be permitted. The Contractor shall protect the work from erosion and adverse weather conditions.

4.     Each layer of earth fill shall be compacted as required, with appropriate equipment. Fill material shall be compacted within three percent (3%) of optimum moisture

content by processing to dry or watered and properly mixed as needed before being rolled. The furnishing and application of water for construction of fills or processing to dry soils will not be paid for separately; such operations shall be considered as incidental to the formation of fills.

5. Construction operations shall be performed in such manner that the simultaneous rolling and placing of material in the same lane or section will not occur. To avoid uneven compaction, the hauling equipment shall traverse, as much as possible, the full width of the cross section. Each layer shall be compacted as required before material for the next layer is deposited.

6. Fills and embankments will not be paid for as a separate item. The cost of making fills shall be made at the CONTRACT unit price specified on the Bid Form for unclassified excavation unless otherwise noted.

F. Subgrades Preparation: Subgrade preparation as specified in this section shall ordinarily apply to the graded section prior to the placing of a course of selected material such as base material. Materials shall not be deposited on the prepared subgrade until it has been checked and approved by the Engineer. When practicable, such prepared subgrade shall be maintained free from ruts and depressions, adequately drained and in a smooth and compacted condition. Damaged subgrade shall be reshaped, recompacted and approved by the Engineer prior to use.

1. As required by the Plans and established in the Proposal, all silty and clayey soils in the finished subgrade shall be treated with lime in accordance with the Specifications. These soils are defined as silty or sandy clays (CL and CL-ML) and silts (ML). Delineation of the areas requiring lime will require close inspection by the Contractor and Engineer. Exposed silty and clayey soils shall be treated to a minimum depth of six inches (6") in the final subgrade level.

2. When the subgrade material is thoroughly and completely mixed and at the proper moisture content for compaction (as specified by the Engineer), the roadbed or foundation shall be machined and the subgrade material shaped in such a manner that after full compaction, the finished subgrade course shall be the width indicated and closely conform to the lines, grades, and typical section shown on the plans or as specified.

The Contractor shall guard against all irregularities in shape or section and loss of crown or segregation of materials. Proper drainage shall be maintained at all times.

3. After shaping has been completed and the material is at plus or minus three percent (3%) of the optimum moisture content, the subgrade shall be compacted in accordance with the provisions and requirements specified hereinafter.

Compaction shall be accomplished by rolling with the sheepsfoot rollers and pneumatic-tired traffic rollers of the type heretofore specified. Compaction shall begin at the bottom and continue until the entire area is thoroughly compacted to at least 95 percent (95%) of Standard Proctor maximum dry density with stability. Stability shall be determined by proof-rolling performed by the Contractor. During the compacting, the subgrade shall be maintained at the proper section by light

machining or dragging and at the proper moisture content. Final rolling shall be accomplished with pneumatic tired rollers.

4. Lack of uniformity in the mixture, inequalities in the surface or other irregularities shall be corrected by adding or replacing materials and remixing, reshaping, and recompacting as necessary and required.

The Contractor shall be responsible for producing a subgrade, the surface of which shall present a uniform appearance and a smooth riding surface, without sharp breaks or depressions which will collect or hold water. The finished grade and typical section shall be as close to that shown on the Plans as can be constructed with proper and expert manipulation of a motor grader. In no case shall be maximum variation (when tested with a ten foot (10') straight-edge parallel to the centerline) be more than one-fourth inch ($^1/_4$").

5. The compacted subgrade will be tested for specified compaction and thickness before acceptance. No minus tolerance in base thickness will be allowed. No density below that specified above will be accepted.

6. Any areas which do not meet the above requirements shall be corrected by means satisfactory to the Engineer, including rebuilding where necessary.

G. Channel and Ditch Excavation and Grading: Channel and Ditch excavation shall be performed in proper sequence with other construction. Satisfactory materials shall be placed in fills as needed. Unsatisfactory material shall be wasted in disposal areas. Ditches and slopes shall be dressed to a tolerance of plus or minus 0.1 foot from indicated grade.

H. Foundations: Excavation for structural foundations shall be made at slopes which will provide safe working conditions, or adequate sheet piling shall be installed. Where the recommendations of a geotechnical evaluation are included in the Contract Documents, Contractor shall follow said recommendations. Backfill material shall not contain any expansive materials and shall be compacted in lifts to ninety-five percent (95%) maximum density with stability present.

I. Disposal of Excess Material: All excess material and material unsuitable for use in fills shall be disposed of in approved Contractor furnished off-site disposal areas or as directed by the ENGINEER, in designated on-site areas. Material disposed of on-site shall be placed and graded to field established contours and elevations. After placement of excess material, such fills shall be consolidated by complete coverages with construction equipment. Fills shall be dressed to present a neat appearance before project acceptance.

3-02 SEASONAL AND WEATHER LIMITS

No fill material shall be placed, spread or rolled while the ground or fill is frozen or thawing or during unfavorable weather conditions. When the work is interrupted by heavy rain, fill operations shall not be resumed until the moisture content and density of the fill are as previously specified.

3-03 TESTING

A.    Contractor shall be responsible for determining that material utilized in fills meet project requirements and shall provide Atterburg Limits, Gradation, Standard Proctor density tests, field density tests, etc. for on-site and off-site materials utilized in fills, foundations or bases. Proctors shall be run a frequently as necessary to assure consistency of material and wherever changes in material are encountered.

B.    Density tests shall be performed at not less than the following interval:

   1.    Foundation Backfill - at least in every second lift of vertical fill, or every 100 CY, whichever is more frequent.

   2.    Subgrade Fills - in every lift of vertical fill in a maximum of 300 linear feet, or every 1000 cubic yards, whichever is more frequent.

   3.    Road and Street Bases - in every lift of each day's production, with spacing in each lift not to exceed 300 feet, and with total yardage per test not to exceed 1000 cubic yards.

C.    Testing shall be performed by a certified testing laboratory, approved by the Engineer, which shall submit test results to the Engineer for review. Contractor shall pay testing costs.

END OF SECTION

## SECTION 02225

### ENCASED CROSSINGS FOR UTILITY LINES

## PART 1 - GENERAL

1-01   DESCRIPTION

A.   The work includes providing labor, materials, equipment and incidentals to install the transmission pipeline beneath roadway or railroad rights-of-way within steel casing, by boring and jacking as herein specified and shown on Drawings.

B.   Work shall comply with the terms and conditions as set forth by the Owner and those having jurisdiction over the affected right-of-way, including approved MDOT and Railroad permits.

C.   The work shall include excavation, backfill, construction of cribbing and cofferdams, dewatering, casing material, carrier pipe and all incidental work associated with installation of the crossing.

D.   It must be anticipated that existing piping, cable, telephone lines and utilities shown on Drawings will vary. When encountered during excavation or other work, Contractor shall immediately notify Engineer and applicable utility company. Cost for any required repairs shall be paid by the Contractor.

E.   Installer shall be experienced in this type of work and be approved by the Engineer.

F.   Contractor is solely responsible for contacting the owners of buried utilities in the vicinity, locating and protecting such utilities.

## PART 2 - MATERIALS

2-01   MATERIALS

A.   Casing: Steel casing shall be ASTM A-53, Grade B, plain end steel pipe, butt welded of the size and wall thickness specified below.

| OUTSIDE DIAMETER (INCHES) | WALL THICKNESS (INCHES) | |
|---|---|---|
| | UNDER HIGHWAY | UNDER RAILROAD* |
| 12 AND UNDER | 0.188 | 0.250 |
| 16 | 0.250 | 0.281 |
| 18 | 0.250 | 0.312 |
| 20 | 0.250 | 0.344 |
| 24 | 0.281 | 0.406 |
| 30 | 0.312 | 0.469 |
| 36 | 0.375 | 0.532 |

|     | 42 | 0.438 | 0.625 |

*Meets AREA "Specifications for Pipelines for Conveying Nonflammable Substances".

B.  Carrier pipe shall be as specified in Technical Specification Sections 02555, 02560, or 02563 herein.

C.  Steel encasement pipe shall provide a minimum inside diameter not less than 3 inches greater than the outside diameter of the carrier pipe joints and/or bells, whichever is greater.

D.  Casing end seals shall be 1/8 inch minimum thickness, specially compounded synthetic rubber casing end seals provided by a manufacturer that is regularly engaged in producing casing end seals.

E.  Casing spacers shall be projection type totally non-metallic spacers constructed of preformed sections of high density polyethylene. Projection type spacers shall be RACI type spacers as marketed by Public Works Marketing, Inc. or approved equal.

## PART 3 - EXECUTION

3-01    CONSTRUCTION REQUIREMENTS

A.  Restore the work and adjacent areas to original appearance and compaction.

B.  Installation of crossings under highways and railroad rights-of-way shall be performed in accordance with these specifications and requirements of the applicable permit(s) issued for such work.

C.  Contractor shall install the carrier pipe through the casing at no additional charge to the Owner.

3-02    BORES

A.  The transmission main shall be installed in steel encasement pipe as shown on the plans and in conformance with profile details. All boring shall be performed in accordance with the approved permits from Mississippi Department of Transportation, as well as in conformance with all applicable federal, state, city, or other requirements.

B.  The installation of carrier pipe within encasement pipe shall be carried out in strict accordance with the pipe manufacturer's recommendations. At no time shall the Contractor be allowed to pull or push the pipe through the encasement pipe without taking proper care and, in the judgement of the Engineer, adequate measures to protect the pipe from any structural or coating damage.

C.  The carrier pipe shall be installed in the encasement pipe in such a manner so that the pipe shall be electrically isolated from the encasement pipe.

1.  Dry Boring

a.     The encasement pipe shall be installed by drilling a hole of a size not larger than 1" greater than the outside radius of the encasement pipe.

b.     Water bearing sands and mucky soils will be well pointed as necessary prior to commencing the bore.

c.     All bores will be accomplished with the auger inside the casing pipe with the cutting edges positioned just ahead of the pipe.

d.     Care should be exercised at all times to keep the auger properly positioned within the encasement pipe and to maintain sufficient forward pressure upon the encasement pipe to quickly run through any pockets of loose soil.

e.     Borings shall be carefully observed for comparison between the amount of cuttings removed from the hole and the diameter of the bore together with the distance the auger has traveled in the bore. An excessive amount of cuttings removed from the bore indicates caving or spalling of the bore wall and the bore will be stopped until a method for completing the bore has been determined.

f.     An acceptable fluid may be introduced by gravity flow approximately 3 feet back of the forward end of the encasement pipe to lubricate the cuttings in order to facilitate the removal thereof; however, the intemperate use of such fluid causing undue flow back and erosion of the bore shall not be permitted.

2.   Wet Boring

a.     The drilling fluid shall be used to lubricate the cutters or reamers, as a binder to bind the cuttings into plugs of appropriate length and to form a filter cake around the circumference of the bore in order to prevent cave-ins or spalling, to maintain the arch and also to lubricate the bore for easy removal of masses or plugs of cuttings from the bore by using compressed air. Liquids other than the drilling fluids described in Alternative 1 and 2 will not be used in the bore. The intemperate use of drilling fluid causing undue flow back and erosion of the bore shall not be permitted.

Alternate 1

The encasement pipe is to be installed by drilling a hole of a size not larger than 1" around the outside circumference of the encasement pipe with an open type bit that leaves the cuttings in place. A gel-forming colloidal drilling fluid consisting of at least 10% by weight of Aqua-gel, or the equivalent of other gel-forming types, when boring in sandy subsoils, fine sands, water bearing sands or any soils which easily spall or cave and consisting of at least 5% by weight of Aquagel, or the equivalent of other gel-forming types, when boring in dense consolidated soils will be used to consolidate the cuttings and installation of the encasement immediately thereafter.

The percentage of gel-forming agent will be increased as required by soil conditions. All information necessary to establish the quality or equivalency of other gel-forming types will be furnished by the Contractor. When boring sandy subsoils, fine sands, water bearing sands or any soil which easily spalls or caves the bore entrance will be plugged or dammed in order to retain the drilling fluid and the cuttings within the bore until immediately before the encasement pipe is installed. Water bearing sands and mucky soils will be well pointed as necessary prior to commencing the bore.

When drilling through dense consolidated soils the cuttings may be partially removed from the hole in approximately three foot plugs by use of compressed air or by retraction of the cutter or reamer. No cutter or reamer larger than 3" in diameter shall have holes therein larger than 5/16" in diameter through which drilling fluid is forced during boring.

### Alternate 2

The encasement pipe is to be installed by drilling a hole of a size not larger than 1" around the outside circumference of the encasement pipe with an open type bit that leaves the cuttings in place. Drilling fluid composed of water an a polymer-surfactant of approximately 61% diesel fuel, 15% sodium carboxyl methyl cellulose of same quality as Drispac, 21.5% water and 2.5% anionic surfactant will be used to consolidate the cuttings and installation of the encasement pipe immediately thereafter.

When boring sandy subsoils, fine sands, water bearing sands or any soil which easily spalls or caves the bore entrance will be plugged or dammed in order to retain the drilling fluid and the cuttings within the bore until immediately before the encasement pipe is installed. Water bearing sands and mucky soils will be well pointed as necessary prior to commencing the bore. When drilling through dense consolidated soils the cuttings may be partially removed from the hole in approximately three foot plugs by use of compressed air.

The polymer-surfactant mixture or drilling fluid when used in dense consolidated soils will consist of not less than 2% of polymer-surfactant by volume and when used in sandy subsoils, fine sands or any soil which easily caves will consist of at least 4% of polymer-surfactant by volume. The percentage of polymer-surfactant will be increased as required by soil conditions. All information necessary to establish the quality or equivalency of any ingredient will be furnished by the Contractor.

END OF SECTION 02225

HORIZONTAL DIRECTIONAL DRILLING

# PART 1 – GENERAL

## 1-01 SCOPE OF WORK:

The work specified in this section consists of furnishing and installing underground utilities using the horizontal directional drilling (HDD) method of installation, also commonly referred to as directional boring. This work shall include all services, equipment, materials, and labor for the complete and proper installation, testing, restoration of underground utilities and environmental protection and restoration. For the supply of domestic water during construction, the contractor shall utilize an OWNER supplied meter assembly (meter & backflow device) and pay for all water consumed except in the case where the new water main is connected directly into the active water system for line filling and flushing operation. Un-metered reclaimed water may be utilized for flushing and testing of new reclaimed water mains. Un-accountable domestic water quantities shall be minimized, where possible.

## 1-02 QUALITY ASSURANCE:

The requirements set forth in this document specify a wide range of procedural precautions necessary to insure that the very basic, essential aspects of a proper horizontal directional drilling installation are adequately controlled. Strict adherence shall be required under specifically covered conditions outlined in this specification or within any associated permit. Adherence to the specifications contained herein, or the OWNER Representative's approval on any aspect of any directional bore operation covered by this specification, shall in no way relieve the Contractor of their ultimate responsibility for the satisfactory completion of the work authorized under the Contract. The HDD contractor shall be responsible for the repair of all damage to private and/or public property (at no expense to OWNER). Repair work shall meet all local and state rules and requirements.

## 1-03 PROJECT SCHEDULE AND COOPERATION:

A. The project schedule shall be established on the basis of working a normal work schedule including five days per week, single shift, and eight hours per day or four days per week, single shift, ten hours per day. Unless approved otherwise by OWNER normal or general items of work, such as bacteriological testing, leakage and pressure testing, density testing and final inspections, shall be scheduled during the normal work schedule. Due to operational and manpower limitations on the OWNER's systems, OWNER will require the contractor to perform work outside of the normal work schedule. These operational and manpower limitations, including but not limited to, line filling and flushing operation, tie-in work, (cut-in work or other work) and other phases of the work which may impact the continued (non-interruptible) service to existing OWNER customers. The contractor shall plan and anticipate the cost impact of these systems limitations and provide such work or services at no additional cost to OWNER.

B. In addition to the schedule requirements contained in the General and Special Conditions, the following tasks shall be included in the Contractor's detailed schedule: utility locate requests, utility locate verification, rig mobilization, pilot bore drilling, pre-reaming and reaming, layout and fusion of pipe, final reaming, pipe pullback, pressure testing, pig testing of installed pipeline, and restoration.

1-04 WARRANTY:

The contractor shall supply to OWNER a two (2) year unconditional warranty. The warranty shall include materials and installation and shall constitute complete replacement and delivery to the site of materials and installation of same to replace defective materials or defective workmanship with new materials/workmanship conforming to the specifications.

1-05 REFERENCED STANDARDS:

The work shall conform to applicable provisions of the OWNER Water and Sewer Standards, and the following standards, latest editions, except as modified herein.

American Water Works Association (AWWA) Standards:

| | |
|---|---|
| AWWA C906 | Polyethylene (PE) Pressure Pipe and Fittings, 4 inch through 63 inch, for Water Distribution American Society for Testing and Materials (ASTM) Standards. |
| ASTM D618 | Standard Methods of Conditioning Plastics and Electrical Insulating Materials for Testing. |
| ASTM D638 | Standard Test Method for Tensile Properties of Plastics. |
| ASTM D1238 | Standard Test Method for Flow Rates of Thermoplastics by Extrusion Plastometer. |
| ASTM D1248 | Standard Specifications for Polyethylene Plastics Molding and Extrusion Materials. |
| ASTM D1505 | Standard Test Method for Density of Plastics by the Density-Gradient Technique. |
| ASTM D1598 | Standard Test Method for Time-to-Failure of Plastic Pipe Under Constant Internal Pressure. |
| ASTM D1599 | Standard Test Method for Short-Time Hydraulic Failure Pressure of Plastic Pipe, Tubing, and Fittings. |
| ASTM D1603 | Standard Test Method for Carbon Black in Olefin Plastics. |
| ASTM D2122 | Standard Method of Determining Dimensions of Thermoplastics Pipe and Fittings. |
| ASTM D2290 | Standard Test Method for Apparent Tensile Strength or Tubular Plastics and Reinforced Plastics by Split Disk Method. |
| ASTM D2683 | Standard Specification for Socket-Type Polyethylene Fittings for Outside Diameter-Controlled Polyethylene Pipe and Tubing. |
| ASTM D2837 | Standard Test Method for Obtaining Hydrostatic Design Basis for Thermoplastic Pipe Materials. |
| ASTM D2839 | Standard Practice for Use of a Melt-Index Strand for Determining Density of Polyethylene |
| ASTM D3035 | Standard Specification for Polyethylene (PE) Plastic Pipe (SDR-PR) Based on Controlled Outside Diameter. |

| ASTM E3261 | Standard Specification for Butt Heat Fusion Polyethylene Plastic Fittings for Polyethylene (PE) Plastic Pipe and Tubing. |
| ASTM D3350 | Standard Specification for Polyethylene Plastic Pipe and Fittings Materials. |
| ASTM D4218 | Standard Test Method for Determination of Carbon Black Content in Polyethylene Compounds by the Muffle-Furnace Technique. |
| ASTM F412 | Standard Terminology Relating to Plastic Piping Systems. |

1-06 PERMITS:

Permits for all work within the DOT, local municipality, and Submerged Land of the State rights-of-way shall be obtained by the owner. The Contractor shall verify the existence of all permits before commencing any work on the project.

1-07 SUBMITTALS:

A. Bid Submittal – The Contractor shall submit with their bid the following required information for all individual HDD segments greater than 600 LF. All calculations and responses shall be based on the geotechnical data and other information provided in the Bid Documents, generic assumptions will be acceptable only when site specific data is not available. Each of these minimum qualifications will be reviewed and each technical proposal will be evaluated as qualified or not qualified. All items (1.7.1.1. through 1.7.1.7.) will receive either a PASS or FAIL status after review. To be considered QUALIFIED for this project, all items must be considered PASSING.

1. Contractor shall provide an example of similar successful project experience. Minimum requirements are 8" outside diameter, HDPE pipe, and 600 LF single pull. Provide project contact name, title, telephone number, mailing address, email address, etc. for whom the successful project was performed.

2. Contractor shall provide calculations (in accordance with ASTM F 1962 or equal) for pull back force required and the resulting rig size proposed for this project.

3. Contractor shall provide calculations (in accordance with industry standards) predicting the expected annular pressure and identify areas subject to hydrofracture.

4. Contractor shall provide an example of a similar project where the specified guidance system was successfully used.

5. Contractor shall provide calculations demonstrating that the pipe will not be overstressed.

6. Contractor shall verify that the information and calculations presented herein will be fully incorporated into the work plan.

7. Contractor shall identify which, if any, items of the basis of design that the Contractor proposes to change (entry/exit angles, depth, radius, etc.). These changes shall be reflected in the calculations and information required in these evaluation criteria.

B. Work Plan: Prior to beginning work, the Contractor must submit to the OWNER Representative a work plan detailing the procedure and schedule to be used to execute

the project. The work plan should include a description of all equipment to be used, down-hole tools, a list of personnel and their qualifications and experience (including back-up personnel in the event that an individual is unavailable), list of sub-contractors, a schedule of work activity, a safety plan (including MSDS of any potentially hazardous substances to be used), traffic control plan (if applicable), an environmental protection plan and a contingency plan. The work plan should be comprehensive, realistic and based on actual working conditions for this particular project. Plan should document the thoughtful planning required to successfully complete the project. The HDD contractor shall submit and obtain OWNER's approval of a pre-construction bore-log depicting a plan and profile (horizontal and vertical alignment) of the proposed bore path. The bore-log shall show all utility crossings and existing structures. All deviations from the drawings included in the contract documents shall be clearly identified. The work plan shall specifically address the following potential problems:

1. A Frac-Out and Surface Spill Contingency Plan
2. Loss of returns
3. Obstructions along borepath during reaming or pullback
4. Drill pipe or product pipe cannot be advanced
5. Deviations from design line and grade exceed allowable tolerances
6. Drill pipe or product pipe broken off in borehole
7. Collapse or product pipe or excessive deformation
8. Damage to a utility
9. Excessive subsidence or heave

C. Calculations - The following calculations shall be submitted prior to beginning any HDD work:

1. Pullback load calculation
2. Pipe stress calculation
3. Maximum allowable drilling fluid pressure calculation
4. Contractor shall confirm that the design parameters do not result in installation stresses that exceed allowable pipe stresses.

D. Existing Utilities - Provide a plan to locate and protect all adjacent utilities and infrastructure

E. Record Drawing: Submit for the OWNER's approval the record drawings in duplicate to the OWNER's Representative within ten days after completing the pull back for review and approval. The drawings (24 x 36 (min.) and Auto CAD disk of the drawing, 20 horizontal max scale with 2 foot vertical max scale) shall include a plan, profile (data every 25 LF of main, at a minimum), and all information recorded during the progress of the work. The entry and exit points shall be located with GPS coordinates based on a locally available reference system (lat/long, state plane coordinates, etc.). The HDD contractor shall certify the accuracy of all record drawings. Final record drawing submittals shall meet the requirements of Section 7 of the Contract Special Conditions..

1-08 NOTIFICATION:

The OWNER's representative must be notified 48 hours (minimum) in advance of starting the drilling work. The HDD work shall not begin until the proper preparations (see work plan) for the operation have been completed and approved.

1-09 SITE PREPARATION:

A. Prior to any alterations to work-site, Contractor shall photograph or video tape entire work area. One copy of which shall be given to the OWNER's Representative and one copy to remain with Contractor for a period of two (2) years following the completion of the project.

B. Protection of Existing Utilities - Contractor shall abide by the Common Ground Alliance, Best Practices Version 1.0 or latest, unless exceptions are specifically agreed to by OWNER. Also, the Contractor shall coordinate utilities locates with the state one-call. Once the locate service has field marked all utilities, the Contractor shall verify each utility (including any service laterals, i.e. water, sewer, cable, gas, electric, phone, etc.) and those within each paved area. Verification may be performed utilizing Ground Penetrating Radar, hand dig, or vacuum excavation. Prior to initiating drilling, the Contractor shall record on the drawings both the horizontal and vertical location of the utilities off of a predetermined baseline. The Contractor shall manage and control drilling practices to prevent damage to existing utilities. The Contractor shall be responsible for all losses and repairs as a result of damage to underground utilities resulting from drilling operations. The Contractor shall make a reasonable effort to locate evidence of any other potential subsurface obstructions such as piles or piers.

C. Work site shall be graded and filled to provide a level working area. No alterations beyond what is required for operations are to be made. Contractor shall confine all activities to designated work areas.

D. Following drilling operations, Contractor will de-mobilize equipment and restore the work-site to original condition. All excavations will be backfilled and compacted to 90% of original density (at a minimum), or as otherwise specified.

1-10 ENVIRONMENTAL PROTECTION:

Contractor shall place silt fence between all drilling operations and any drainage, wetland, waterway or other area designated for such protection by contract documents, state, federal and local regulations. Contractor shall place hay bales, or approved protection, to limit intrusion upon project area. Additional environmental protection necessary to contain any hydraulic or drilling fluid spills shall be put in place, including berms, liners, turbidity curtains and other measures. Contractor shall adhere to all applicable environmental regulations stated in local, state and federal permits.

1-11 SAFETY:

Contractor shall adhere to all applicable state, federal and local safety regulations and all operations shall be conducted in a safe manner.

1-12 PERSONNEL QUALIFICATIONS CERTIFICATION:

    A. Directional Drilling:

        All personnel shall be fully trained in their respective duties as part of the directional drilling crew and in safety. (Each person must have been fully trained for over 1,000 hours on all facets of directional drilling, including, but not limited to machine operations, mud mixing, locating, and material fusion.) A responsible representative who is thoroughly familiar with the equipment and type of work to be performed, must be in direct charge and control of the operation at all times. In all cases the supervisor must be continually present at the job site during the actual HDD operation. The Contractor shall have a sufficient number of competent workers on the job at all times to insure the HDD work is made in a timely and satisfactory manner.

    B. Pipe and Fitting Jointing:

        Joints between plain end pipes and pipe fittings shall be made by butt fusion when possible. The on-site welder making the joints shall have received specific training from the manufacturer of the fittings and/or pipe being welded and shall have written proof of proper training/certification from the associated manufacturers. Only certified welders who have written training certifications from the fitting and/or pipe manufacturer will be allowed to perform this work. That is, to weld a fitting in place, the on-site welder (employee) must be trained and certified by the fitting manufacturer. To butt weld pipe, the on-site welder (employee) must be trained and certified by the pipe manufacturer. The fusion work shall be accomplished (welding and cool-down/closing times) in accordance with the fitting and pipe manufacturers' recommendations, at a minimum. External and internal beads shall not be removed unless approved by OWNER.

## PART 2 – MATERIALS

2-01 HIGH DENSITY POLYETHYLENE (HDPE, PE) PIPE AND FITTINGS:

    A.    Materials used for the manufacturer of polyethylene pipe and fittings shall be PE3408 high density polyethylene meeting cell classification 345464C per ASTM D3350; and meeting Type III, Class B or Class C, Category 5, Grade P34 per ASTM D1248; and shall be listed in the name of the pipe and fitting Manufacturer in PPI TR-4, Recommended Hydrostatic Strengths and Design Stresses for Thermoplastic Pipe and Fittings Compounds, with a standard grade rating of 1600 psi at 73°F per ASTM D-2837. The Manufacturer shall certify that the materials used to manufacture pipe and fittings meet these requirements.

    B.    Polyethylene Pipe (4 inch and larger): HDPE Pipe shall conform to AWWA C906, DR-11, Ductile Iron Pipe (DIP) size and NSF 61 Standard. HDPE pipe for water or reclaimed water piping (not approved for sewer force mains) with pipe size 4 inch through 12 inch may be DR-17 conforming to AWWA C906 and NSF 61. For pipe sizes 24-inch and larger, the HDPE may be IPS size, DR 11. Polyethylene pipe shall be manufactured in accordance with ASTM F714,

Polyethylene (PE) Plastic Pipe (SDR-PR) Based on Controlled Outside Diameter and shall be so marked. Each production lot of pipe shall be tested for (from material or pipe) melt index, density, % carbon, dimensions and either quick burst or ring tensile strength (equipment permitting).

C. Nominal pipe sizes only are indicated on the drawings and bid form. Outside diameter of pipe is generally 1 to 2-inches greater than the nominal pipe diameter.

D. Service Identification:
Permanent identification of piping service shall be provided by co-extruding multiple equally spaced color stripes into the pipe outside surface or by solid colored pipe shell. The striping material shall be the same material as the pipe material except for color. The following colors shall be used to identify piping service (pressure service):

<div align="center">

Blue – potable water
Green   wastewater or force main
Purple – reclaimed water
Black – raw water

</div>

E. Polyethylene Fittings and Custom Fabrication:
Polyethylene fittings and custom fabrications shall be molded or fabricated by the pipe manufacturer or trained personnel. Butt fusion outlets shall be made to the same outside diameter, wall thickness, and tolerances as the mating pipe. All fittings and custom fabrications shall be fully rated for the same internal pressure as the mating pipe. Fabricated fittings must have the same working pressure as the mating pipe.

F. Molded Fittings:
Molded fittings shall be manufactured in accordance with ASTM D3261, Butt Heat Fusion Polyethylene (PE) Plastic Fittings for Polyethylene (PE) Plastic Pipe and Tubing, and shall be so marked. Each production lot of molded fittings shall be subjected to the test required under ASTM D3261.

G. Fabricated Fittings:
Fabricated fittings shall be made by heat fusion joining specially machined shapes cut from pipe, polyethylene sheet stock, or molded fittings. Fabricated fittings shall be rated for internal pressure service equivalent to the full service pressure rating of the mating pipe. Directional fittings 16" and larger such as elbows, tees, crosses, etc., shall have a plain end inlet for butt fusion and flanged directional outlets.

H. Polyethylene Flange Adapters:
Flange adapter shall be made with sufficient throughbore length to be clamped in a butt fusion joining machine without the use of a stubend holder. The sealing surface of the flange adapter shall be machined with a series of small v-shaped grooved to provide gasketless sealing, or to restrain the gasket against blow-out. Below ground flange adapters may only be utilized when specified and when MJ adapters are not commercially available in the required size. Adapters for 30 inch and smaller pipe shall utilize an MJ adapter (see below).

I. Back-up Rings and Flange Bolts:

Flange adapters shall be fitted with lap joint flanges pressure rated equal to or greater than the mating pipe. Convoluted style backup rings preferred over the flat stock rings. The lap joint flange bore shall be chamfered to provide clearance to the flange adapter radius. Flange bolts and nuts shall be Grade 2 or higher.

J. Manufacturer's Quality Control:
The pipe and fitting manufacturer shall have an established quality control program responsible for inspecting incoming and outgoing materials. Incoming polyethylene materials shall be inspected for density, melt flow rated, and contamination. The cell classification properties of the material shall be certified by the supplier, and verified by Manufacturer's Quality Control.

K. Polyethylene Mechanical Joint (MJ) Adapters:
Mechanical connections of HDPE pipe (4" and larger) to Ductile Iron or PVC piping, mechanical joint fittings, or valves shall be through a self-restraining, fusible mechanical joint adapter with or without an integral, internal stainless steel insert. Mechanical joint adapter shall be of the same SDR rating as the pipe. A separate, loose stainless steel type insert will only be allowed for pipe sizes 4 inch through 8 inches. Provide the mechanical joint adapter, including but not limited to longer tee bolts or all thread rods with nuts at the mechanical joint bell. Note that PE flanged adapters may only be utilized for pipe sizes where MJ adapters are not commercially available.

L. Cast Transition Couplings:
HDPE to MJ cast transition coupling may only be utilized for 8 inch and smaller pipe size. A stainless steel stiffener is required sized at proper ID of HDPE pipe. The transition coupling must be epoxy lined (3 mils minimum for water use and 12 mils minimum for sewer use). Acceptable is a Power Seal model 3520 or approved equal.

M. Electro fusion Couplings and Fittings:
Electro fusion joining procedures shall not be used in any location or application on this project.

N. Polyethylene service line tubing shall conform to AWWA C901-latest.

O. Drilling Fluids shall be a bentonite slurry.

2-02 DELIVERY, STORAGE, AND HANDLING OF MATERIALS:

A. Inspect materials delivered to the site for damage. All materials found during inspection or during the progress of work to have cracks, flaws, cracked linings, or other defects shall be rejected and removed from the job site without delay.

B. Unload and store opposite or near the place where the work will proceed with minimum handling. Store material under cover out of direct sun light. Do not store directly on the ground. Keep all materials free of dirt and debris.

C. Contractor is responsible for obtaining, transporting and sorting any fluids, including water, to the work site.

D. Disposal of fluids is the responsibility of the Contractor. Disposal of fluids shall be done in a manner that is in compliance with all permits and applicable federal, state, or local environmental regulations. The bentonite drilling slurry may be recycled for reuse in the hole opening operation, or shall be hauled by the Contractor to an approved location or landfill for proper disposal. Contractor shall thoroughly clean entire area of any fluid residue upon completion of installation, and replace any and all plants and sod damaged, discolored or stained by drilling fluids.

E. Locate Wire – Locate wire shall be as specified in section 02555.


## PART 3 - INSTALLATION

### 3-01 EQUIPMENT REQUIREMENTS

A. General:
The directional drilling equipment shall consist of a directional drilling rig of sufficient capacity to perform the pilot hole, reaming, and pullback the pipe; a drilling fluid mixing, delivery and recovery system of sufficient capacity to successfully complete the drill; a drilling fluid recycling system to remove solids from the drilling fluid so that the fluid can be re-used; a guidance system to accurately guide boring operations; a vacuum truck of sufficient capacity to handle the drilling fluid volume; and trained, competent personnel to operate the system. All equipment shall be in good, safe operating condition with sufficient supplies, materials and spare parts on hand to maintain the system in good working order for the duration of this project.

B. Drilling System:
1. Drilling Rig: The directional drilling machine shall consist of a power system to rotate, push and pull hollow drill pipe into the ground at a variable angle while delivering a pressurized fluid mixture to a guidable drill (bore) head. The power system shall be self contained with sufficient pressure and volume to power drilling operations. The hydraulic system shall be free of leaks. The rig shall have a system to monitor maximum pull-back force during pull-back operations. The rig shall be grounded during drilling and pull-back operations. There shall be a system to detect electrical current from the drilling string and an audible alarm which automatically sounds when an electrical current is detected.

2. Drill Head: The drillhead shall be steerable by changing its rotation and shall provide the necessary cutting surfaces and drilling fluid jets.

3. Mud Motors (if required): Mud motors shall be of adequate power to turn the required drilling tools.

4. Drill Pipe: Shall be constructed of high quality heat-treated, forged alloy steel.

C. Guidance System:

1. The position of the drill head shall be continuously tracked and recorded by a downhole wireline tracking locator system and shall be supplemented by a "TruTracker" or equivalent tracking system installed between the entry point and the exit point. The coordinates of the surface wire grid system shall be surveyed and recorded. The guidance system shall be capable of tracking at all depths up to eighty feet and in any soil condition, including hard rock. It shall enable the driller to guide the drill head by providing immediate information on the tool face, azimuth (horizontal direction), and inclination (vertical direction) The guidance system shall be accurate to +/-2% of the vertical depth of the borehole at sensing position at depths up to one hundred feet and accurate within 1.5 meters horizontally.

2. The Guidance System shall be of a proven type and shall be operated by personnel trained and experienced with this system. The Operator shall be aware of any magnetic anomalies on the surface of the drill path and shall consider such influences in the operation of the guidance system if using a magnetic system.

3. Bore Tracking and Monitoring: At all times during the pilot bore the Contractor shall provide and maintain a bore tracking system that is capable of accurately locating the position of the drill head in the x, y, and z axes. The Contractor shall record these data at least once per drill pipe length or every twenty-five (25) feet, whichever is most frequent.

4. Downhole and Surface Grid Tracking System: Contractor shall monitor and record x, y, and z coordinates relative to an established surface survey bench mark. The data shall be continuously monitored and recorded at least once per drill pipe-length or at twenty-five (25) feet, whichever is more frequent.

5. Deviations between the recorded and design bore path shall be calculated and reported on the daily log. If the deviations exceed plus or minus 5 feet (horizontal or vertical deviation) from the design path, such occurrences shall be reported immediately to OWNER. The Contractor shall undertake all reasonable and necessary measures to correct deviations and return to design line and grade.

D. DRILLING FLUID (MUD) SYSTEM and pressure monitoring system:

1. Mixing System: A self-contained, closed, drilling fluid mixing system shall be of sufficient size to mix and deliver drilling fluid. Mixing system shall continually agitate the drilling fluid during operations.

2. Drilling Fluid Pressures and Flow Rates: Drilling fluid pressures and flow rates shall be continuously monitored and recorded by the Contractor. The pressures shall be monitored at the pump. These measurements shall be made during pilot bore drilling, reaming, and pullback operations.

3. Downhole Annular Pressure Monitoring System: The Contractor shall use a downhole annular pressure monitoring system that will provide instantaneous and continuous operating pressures. This system shall incorporate a data recorder that will store the downhole annular pressure data for the entire drilling operation. This data shall be maintained and provided to the Engineer upon request or at the completion of the project. The data (x,y,z) shall be presented in a format easily referenced to the contract drawings. Pressure shall be indicated in psi at a specified datum.

4. Drilling Fluids: Drilling fluid shall be composed of clean water, appropriate additives and clay. Water shall be from an authorized source with a minimum pH of 6.0. Water of a lower pH or with excessive calcium shall be treated with the appropriate amount of sodium carbonate or equal. The water and additives shall be mixed thoroughly and be absent of any clumps or clods. No potentially hazardous material maybe used in drilling fluid.

5. Delivery System: The delivery system shall have filters in-line to prevent solids from being pumped into the drill pipe. Connections between the pump and drill pipe shall be relatively leak-free. Used drilling fluid and drilling fluid spilled during drilling operations shall be contained and conveyed to the drilling fluid recycling system. Pumps and or vacuum truck(s) of sufficient size shall be in place to convey excess drilling fluid from containment areas to storage and recycling facilities.

6. Drilling Fluid Recycling System: Control of Drilling Fluids: The drilling fluid recycling system shall separate sand, dirt and other solids from the drilling fluid to render the drilling fluid re-usable. Spoils separated from the drilling fluid will be stockpiled for later use or disposal. The Contractor shall follow all requirements of the Frac-Out and Surface Spill Contingency Plan as submitted and approved and shall control operational pressures, drilling fluid weights, drilling speeds, and any other operational factors required to avoid hydrofracture fluid losses to formations, and control drilling fluid spills. This includes any spillages or returns at entry and exit locations or at any intermediate point. All inadvertent returns or spills shall be promptly contained and cleaned up. The Contractor shall maintain on-site mobile spoil removal equipment during all drilling, pre-reaming, reaming and pullback operations and shall be capable of quickly removing spoils. The Contractor shall immediately notify OWNER of any inadvertent returns or spills and immediately contain and clean up the return or spill.

E. OTHER EQUIPMENT:

1. Pipe Rollers: Pipe rollers, if utilized, shall be of sufficient size to fully support the weight of the pipe while being hydro-tested and during pull-back operations. Sufficient number of rollers shall used to prevent excess sagging of pipe.

2.     Pipe Rammers: Hydraulic or pneumatic pipe rammers may only be used if necessary and with the authorization of the OWNER's Representative.

3.     Restrictions: Other devices or utility placement systems for providing horizontal thrust other than those defined above in the preceding sections shall not be used unless approved by the OWNER Representative prior to commencement of the work. Consideration for approval will be made on an individual basis for each specified location. The proposed device or system will be evaluated prior to approval or rejection on its potential ability to complete the utility placement satisfactorily without undue stoppage and to maintain line and grade within the tolerances prescribed by the particular conditions of the projects.

## 3-02 DRILLING PROCEDURES

A.     Drill Path: Prior to drilling Contractor shall utilize all verified locate information to determine drill pathway. Marked up drawings (see Site Preparation paragraph) shall be on site at all times, and referred to during the drill operation.

B.     Guidance System: Contractor shall provide and maintain a downhole wireline system to accurately locate the pilot hole (both horizontal and vertical position). A Tru-Tracker energized surface grid, or equivalent, shall be installed and used to supplement the wireline system. The OWNER Representative shall have access to instrumentation and readings at all times during operation.

C.     Drilling fluid pressures and flow rates: Drilling fluid pressures and flow rates shall be continuously monitored and recorded.

D.     Subsidence and Heave: Subsidence or heave of utilities, roads, or other features above the HDD centerlines and within the zone influenced by the HDD construction shall be limited to values that avoid damage. These values shall be determined by the utility or right-of-way owner. The Contractor shall repair any damage resulting from settlement or heave caused by HDD activities at no additional cost to OWNER. The Contractor shall grout any voids caused by or encountered during drilling.

E.     Pilot Hole: The pilot hole shall be drilled along the path shown on the plans and profile drawings or as directed by the OWNER Representative in the field. Unless approved otherwise by OWNER, the pilot-hole tolerances shall be as follows:

1.     Elevation: As shown on the plans.

2.     Alignment: ±5 feet and within 3 feet of right-of-way or easement boundary.

3.     Curve Radius: The pilot hole radius shall be no less than 150% of the minimum bending radius as recommended by the pipe manufacturer of the pipe being installed.

4.      Entry Point Location: The exact pilot hole entry point shall be within ±5 feet of the location shown on the drawing or as directed by the OWNER Representative in the field.

5.      Exit Point Location: The exit point location shall be within ± 5 feet of the location shown on the drawing or as directed by the OWNER Representative in the field.

6.      Water Main and Non-Water Main Separation Requirements: The minimum separation requirements between HDPE water main and a non-water main shall be as defined in 62-555, F.A.C.

F.      Pull Back:   After successfully reaming bore hole to the required diameter, Contractor will pull the pipe through the bore hole. In front of the pipe will be a swivel and reamer to compact bore hole walls. Once pull-back operations have commenced, operations must continue without interruption until pipe is completely pulled into bore hole. During pull-back operations Contractor will not apply more than the maximum safe pipe pull pressure at any time. Maximum allowable tensile force imposed on the pull section shall be equal to 80% of the pipe manufacturer's safe pull (or tensile) strength.

1.      Torsional stress shall be minimized by using a swivel to connect a pull section to the reaming assembly.

2.      The pullback section of the pipeline shall be supported during pullback operations so that it moves freely and the pipe is not damaged.

3.      External pressure shall be minimized during installation of the pullback section in the reamed hole. Damaged pipe resulting from external pressure shall be replaced at no cost to the OWNER.

4.      Locate wire shall be attached to the leading end of the pipe pulling head and shall extend the full length of the installed pipe.

5.      Buoyancy modification shall be at the discretion of the Contractor and shall be approved by the OWNER's Representative. The Contractor shall be responsible for any damage to the pull section resulting from such modifications.

6.      In the event that pipe becomes stuck, Contractor will implement the submitted and approved contingency plan. If pipe remains stuck, Contractor will notify OWNER Representative. The OWNER's Representative and Contractor will discuss options and then work will proceed accordingly.

7.      The Contractor shall cease operations if the pipe is damaged and shall remove the pipe from the bore hole and repair the pipe using the manufacturer's recommended procedure or replace the damaged pipe before resuming installation.

3-03    PIPE ASSEMBLY

A.  Pipe shall be welded/fused together in one length, if space permits. Pipe may be placed on pipe rollers before pulling into bore hole to minimize damage to the pipe. For pipe sizes larger than 12 inch, mechanical scrapers (per the fitting manufacturer's recommendation) shall be utilized during the fusion work. It is critical that all original oxidized pipe surface be removed in order for fusion to take place. The scraping process requires that approximately .10" of the outer "skin" be removed in order to penetrate the oxidation and contamination barrier.

B.  Acceptability of Damaged Pipe: Cuts or gouges that reduce the wall thickness by more than 10% are not acceptable and must be cut out and discarded.

C.  Fusion Testing: When requested by the OWNER's inspector, fusion testing will be performed. The test fusion shall be allowed to cool completely, and then fusion test straps shall be cut out. The test strap shall be 12" (min) or 30 times the wall thickness in length with the fusion in the center and 1" (min) or 1.5 times the wall thickness in width. Bend the test strap until the ends of the strap touch. If the fusion fails at the joint, a new test fusion shall be made, cooled completely and tested. No more than one passing test will be required per pull section.

D.  Mechanical Joining: Polyethylene pipe and fittings may be joined together or to the materials by means of flanged connections (flange adapters and back-up rings) or mechanical couplings designed for joining polyethylene pipe or for joining polyethylene pipe to another material. Mechanical couplings shall be fully pressure rated and fully thrust restrained such that when installed in accordance with manufacturer's recommendations. a longitudinal load applied to the mechanical coupling will cause the pipe to yield before the mechanical coupling disjoins. External joint restraints shall not be used in lieu of fully restrained mechanical couplings.

E.  Mechanical Joint and Flange Installation: Mechanical joints and flange connections shall be installed in accordance with the Manufacturer's recommended procedure. Flange faces shall be centered and aligned to each other before assembling and tightening bolts. In no case shall the flange bolts be used to draw the flanges into alignment. Bolt threads shall be lubricated, and flat washers shall be fitted under the flange nuts. Bolts shall be evenly tightened according to the tightening pattern and torque step recommendations of the Manufacturer. At least 1 hour after initial assembly, flange connections shall be re-tightened following the tightening pattern and torque step recommendations of the Manufacturer. The final tightening torque shall be as recommended by the Manufacturer.

## 3-04 TESTING

A.  DISINFECTION TESTS (potable water mains only: All water pipe and fittings shall be thoroughly disinfected prior to being placed in service. Disinfection shall follow the applicable provisions of the procedure established for the disinfection of water mains as set forth in AWWA - Standard C651 entitled "AWWA Standard for Disinfecting Water Mains". Bacteriological testing of the water main shall be scheduled and completed by the OWNER. OWNER will collect the water samples and be responsible for completing the water analysis (lab testing).

B.    Temporary blow-offs shall be installed for the purpose of cleaning the water main. Blow-offs installed on water mains up to and including 12" shall be the same diameter as the water main. Blow-offs installed on 16" water mains and larger may be the next smaller size, in diameter, than the water main being tested. Temporary blow-offs shall be removed and plugged after the main is cleared. The OWNER's Representative shall be present prior to and during the operation of blow-offs. The main shall be flushed prior to disinfection.

C.    The new water main shall be connected to the existing water main at one point only for flushing purposes (no looping). The new main MUST have a blow off on the end as required previously. After the new main is thoroughly flushed, the open end shall be sealed and restrained and the main shall be thoroughly disinfected. Anytime the new line is reopened (to repair defective joints or pipe, defective fitting or valve) the complete disinfection process shall be repeated. Once bacteriological clearance has been received from the regulatory authority, the new main may be pressure tested.

## 3-05 PRESSURE AND LEAKAGE TESTS

A.    Contractor shall test pipelines installed under this Contract in accordance with these specifications prior to acceptance of the pipeline by the OWNER. All field tests shall be made in the presence of the OWNER's Representative. Except as otherwise directed, all pipelines shall be tested. Unless approved otherwise by OWNER, all fusible or butt weld joints shall be tested, including MJ adapter fittings associated with the new construction. All piping to operate under liquid pressure shall be tested in sections of approved length. The pressure testing of an HDPE line section shall be tested separately from the PVC and DIP line sections. Where impractical, the HDPE test section shall include only a minimum amount of PVC and ductile iron pipe within the test section. If at all possible, the PVC and D.I.P. test sections shall be left exposed during the pressure test for visual leakage observation. For these tests, the Contractor shall furnish clean water, suitable temporary testing plugs or caps, and other necessary equipment, and all labor required. If the Contractor chooses to pressure test against an existing OWNER water main/valve, the new water main must be disinfected prior to connection to the OWNER's line. The OWNER will not be responsible for failure of the pressure test due to the existing valve leaking. The OWNER may elect to furnish suitable pressure gauges for these tests. If not, the contractor will furnish suitable pressure gauges, calibrated by an approved testing laboratory, with increments no greater than 2 psi. Gauges used shall be of such size that pressures tested will not register less than 10% or more than 90% of the gauge capacity. All valved sections shall be hydrostatic tested to insure sealing (leak allowance) of all line valves.

B.    Unless it has already been done, the section to pipe to be tested shall be filled with potable water and air shall be expelled from the pipe. Reclaimed water may be utilized for filling new reclaimed water or sewer force main installations. If blow offs or other outlets are not available at high points for releasing air, the Contractor shall provide 1 inch (minimum taps and blow-off valves (at the 12:00 position), as necessary. The cost of constructing blow-off valves and plugging them, after a

successful pressure test, shall be included in the unit price bid amount for the HDPE pipe.

C. For mains larger than 20" diameter, it is highly recommended that the contractor profile (line and grade) the main after installation and prior to pressure and leakage test to accurately locate all high points. Field survey instrument (Level equipment) shall be utilized for this task. Blow off valves shall be installed (at a minimum) at all high points which offset vertically more than two pipe diameters in length (at a minimum). The contractor shall consult the design engineer on any technical questions or concerns.

D. Hydrostatic testing shall consist of a 150 psig test pressures, based on the elevation of the highest point of the line or section under tests. Pressure shall be applied by means of a pump connected to the pipe in a manner satisfactory to the OWNER's Representative. The pump, pipe connection and all necessary apparatus shall be furnished by the Contractor and shall be subject to the approval of the OWNER's Representative.

E. Maximum duration for pressure test, including initial and final phase of the test, shall not exceed eight (8) hours. If the test is not completed due to leakage, equipment failure, etc., depressurize the test section, and then allow it to "relax" for at least eight (8) hours before bringing the test section up to test pressure again.

F. Initial Phase of Pressure Testing: First, all air must be removed from the test section. The pressure test shall be completed after the line is backfilled. If possible, all flanged or mechanical joint valves and fittings shall be left exposed for visual leak inspection. If possible all PVC and D.I.P. test sections shall be left exposed for visual leak inspection. Initially, the pressure within the test section should be raised to approximately 160 psi and then allowed to be idle (no additional make-up water/pressure to be injected), for approximately 3 hours. During this 3 hour period, the test section shall be allowed to stabilize and come to an equilibrium stage. No additional make-up water/pressure shall be applied to the test section during this 3 hour stabilization period unless the line pressure drops below 140 psi. In this case, make-up water/pressure shall only be applied to the test section to maintain a minimum of 140 psi (during the 3 hour stabilization period).

G. Final Phase of Pressure Testing: The final phase of the pressure test shall involve applying make-up water/pressure to achieve an "initial test pressure" of 150 psi (minimum)/155 psi (maximum). The test section is then allowed to be idle (no make-up water/pressure is added) for a period of 2 hours. After this 2 hour period, make-up water/pressure is applied and measured to re-establish the "initial test pressure". The quantity of water utilized to re-pump the line shall be measured and compared to the allowable quantities as determined by the table below. If the actual make-up water quantity is equal or less than the allowable amount, the pressure test passes. If the actual make-up water quantities are greater than the allowable amount, the pressure test fails (see enclosed OWNER test form).

| Table 1: Allowable Make Up Amount | |
|---|---|
| Nominal Pipe Size (inches) | Make-up Water Allowance (Gallons/Linear feet of Pipe) 2-hour test |
| 6 | 0.003 |
| 8 | 0.005 |
| 10 | 0.0065 |
| 12 | 0.0115 |
| 14 | 0.014 |
| 16 | 0.0165 |
| 18 | 0.0215 |
| 20 | 0.0275 |
| 22 | 0.035 |
| 24 | 0.044 |
| 26 | 0.05 |
| 28 | 0.0555 |
| 30 | 0.0635 |
| 32 | 0.0715 |
| 34 | 0.081 |
| 36 | 0.09 |
| 42 | 0.1155 |
| 48 | 0.1350 |
| 54 | 0.1570 |

H.  In the event a section fails to pass the tests, the Contractor shall do everything necessary to locate, uncover (even to the extent of uncovering the entire section), and replace the defective pipe, valve, fitting or joint. Visible leaks shall be corrected regardless of total leakage. Lines which fail to meet these tests shall be retested as necessary until test requirements are complied with. All testing shall be performed at the Contractor's expense.

I.  If, in the judgment of OWNER, it is impracticable to follow the foregoing procedures exactly for any reason, modifications in the procedure shall be made with approval; but, in any event, the Contractor shall be responsible for the ultimate tightness of the piping within the above requirement. Re-disinfection shall be required if the line is de-pressurized for repairs.

3-06 LOCATE WIRE: Locate wire shall be provided on all installations. Locate wire shall be 12 AWG copper-clad carbon steel with 30 mils (min) insulation. Locate wire shall be brought to grade within a valve box or locate station box at all "entry point locations" and all "exit point locations". There is no maximum length or interval between locate wire stations.

## SECTION 02312
## HORIZONTAL DIRECTIONAL DRILLING
## FOR SUBAQUEOUS CROSSINGS

## PART 1- GENERAL

### 1-01 DESCRIPTION

It is the intent of this specification to define the acceptable methods and materials for Fusible Polyvinylchloride Pipe potable water mains and sewage force mains by the horizontal directional drilling method. Pipe materials shall meet the requirements of. Section 15065 - Fusible Polyvinylchloride Pipe, contained in these specifications.

### 1-02 INSTALLATION PLAN:

    A.    At least 30 days prior to mobilizing equipment Contractor shall submit his detailed installation plan to the Engineer. The plan shall include a detailed plan and profile of the bores and be plotted at a scale no smaller than 1 inch equals 20 feet horizontal and vertical.

    B.    The plan shall also include a listing of major equipment and supervisory personnel and a description of the methods to be used.

### 1-03 VARIATIONS IN PLAN OR PROFILE:

The Contractor may make changes to the proposed vertical and horizontal alignment of the installation and the location of the entry and exit points, provided these changes are submitted to writing to the Engineer and received approval of the Engineer prior to construction.

### 1-04 ALIGNMENT:

The proposed plan and profile installation locations are based on alignments to accommodate clearances required by the Mississippi Department of Transportation and future adjacent construction, to avoid obstructions and to properly maintain operation.

### 1-05 QUALIFICATIONS:

Directional drilling and pipe installation shall be done only by an experienced Contractor specializing in directional drilling and whose key personnel have at least 5 years experience in this work. Furthermore, the Contractor shall have installed directionally drifted pipe at least as large as 20 inches in diameter, have experience in rock drilling, and have performed crossings at least 2,000 feet in length.

## PART 2- INSTALLATION

### 2-01 GENERAL:

    A.    The Contractor shall install the pipelines by means of horizontal directional drilling.

B. Horizontal directional drilling shall consist of the drilling of a small diameter pilot hole from one end of the alignment to the other, followed by enlarging the hole diameter for the pipeline insertion. The exact method and techniques for completing the directionally drilled installation will be determined by the Contractor, subject to the requirements of these Specifications.

## 2-02 JOINING PIPE SECTIONS:

A. Pipes shall be joined to one another by means of thermal butt-fusion. Fusible Polyvinylchloride pipe lengths to be joined by thermal butt-fusion shall be of the same type, grade, and class of polyethylene compound and supplied from the same raw material supplier.

B. Mechanical connections of the polyethylene pipe to auxiliary equipment shall be through flanged connections which shall consist of the following:

1. A polyethylene "sub end" shall be thermally butt-fused to the ends of the pipe.

2. Provide ASTM A240, Type 304 stainless steel backing flange, 125-pound, ANSI B16.1 standard, and gaskets as required by the manufacturer.

3. Stainless steel bolts and nuts of sufficient length to show a minimum of three complete threads when the joint is made and tightened to the manufacturer's standard. Retorque the nuts after 4 hours.

4. Butt-Fusion Joining: Butt-fusion of pipes shall be performed in accordance with the manufacturer's recommendations as to equipment and technique. Butt-fusion joining shall be 100% efficient offering a joint weld strength equal to or greater than the tensile strength of the pipe.

## 2-03 TESTING:

A. The pipe shall be hydrostatically tested after joining into continuous lengths prior to installation and again after installation.

B. Hydrostatic testing shall be performed in accordance with Section 3-15 of Specification 02555 for potable water mains and Section 3-07 of Specification 02563 for force mains. All costs associated with acquiring water for testing shall be included in the established contract unit bid prices.

## 2-04 TOLERANCES:

A. Pipe installed by the directional drilled method must be located in plan as shown on the Drawings, and must be no shallower than shown on the Drawings unless otherwise approved. The Contractor shall plot the actual horizontal and vertical alignment of the pilot bore at intervals not exceeding 30 feet. This "as-built" plan and profile shall be updated as the pilot bore is advanced. The Contractor shall at all times provide and maintain instrumentation that will accurately locate the pilot hole and measure drilling fluid flow and pressure. The Contractor shall grant the

Engineer access to all data and readout pertaining to the position of the bore head and the fluid pressures and flows. When requested, the Contractor shall provide explanations of this position monitoring and steering equipment. The Contractor shall employ experienced personnel to operate the directional drilling equipment and, in particular, the position monitoring and steering equipment. No information pertaining to the position or inclination of the pilot bores shall be withheld from the Engineer.

B.  Each exit point shall be located as shown with an over-length tolerance of 40 feet and an alignment tolerance of 5 feet left/right with due consideration of the position of the other exit points. The alignment of each pilot bore must be approved by the Engineer before pipe can be pulled. If the pilot bore fails to conform to the above tolerances, the Engineer may, at his option, require a new pilot boring to be made.

## 2-05 REAM AND PULLBACK:

A.  Reaming:   Reaming operations shall be conducted to enlarge the pilot after acceptance of the pilot bore. The number and size of such reaming operations shall be conducted at the discretion of the Contractor.

B.  Pulling Loads:   The maximum allowable pull exerted on the Fusible Polyvinylchloride pipelines shall be measured continuously and limited to the maximum allowed by the pipe manufacturer so that the pipe or joints are not overstressed.

C.  Torsion and Stresses: A swivel shall be used to connect the pipeline to the drill pipe to prevent torsional stresses from occurring in the pipe.

D.  Pipeline Support: The pipelines shall be adequately supported during installation so as to prevent overstressing or buckling.

E.  The Contractor shall at all times handle the Fusible Polyvinylchloride pipe in a manner that does not overstress the pipe. Vertical and horizontal curves shall be limited so that wall stresses do not exceed 50% of yield stress for flexural bending of the Fusible Polyvinylchloride pipe. If the pipe is buckled or otherwise damaged, the damaged sections shall be removed and replaced by the Contractor at his expense. The Contractor shall take appropriate steps during pullback to ensure that the Fusible Polyvinylchloride pipe will be installed without damage.

2-06 HANDLING DRILLING FLUIDS AND CUTTINGS:

A. During the drilling, reaming, or pullback operations, the Contractor shall make adequate provisions for handling the drilling fluids, or cuttings at the entry and exit pits. To the greatest extent practical, these fluids must not be discharged into the waterway. When the Contractor's provisions for storage of the fluids or cuttings on site are exceeded, these materials shall be hauled away to a suitable legal disposal site. The Contractor shall conduct his directional drilling operation in such a manner that drilling fluids are not forced through the subbottom into the waterway. After completion of the directional drilling work, the entry and exit pit locations shall be restored to original conditions. The Contractor shall comply with all permit provisions.

B. Pits constructed at the entry or exit point area shall be so constructed to completely contain the drill fluid and prevent its escape to the beach or waterway.

C. The Contractor shall utilize drilling tools and procedures which will minimize the discharge of any drill fluids. The Contractors shall comply with all mitigation measures listed in the required permits and elsewhere in these Specifications.

D. To the extent practical, the Contractor shall maintain a closed loop drilling fluid system.

E. The Contractor shall minimize drilling fluid disposal quantities by utilizing a drilling fluid cleaning system which allows the returned fluids to be reused.

F. As part of the installation plan specified herein before, the Contractor shall submit a drilling fluid plan which details types of drillings fluids, cleaning and recycling equipment, estimated flow rates, and procedures for minimizing drilling fluid escape.

2-07 DISINFECTION:

A. The water mains shall be disinfected after installation.

B. Disinfection shall be performed in accordance with Sections 3-16 of Specification 02555. All costs associated disinfection of the pipe line shall be included in the established contract unit bid prices.

PART 3- DRILLING OPERATIONS

A. General:

The Contractor shall prepare a plan to be submitted for Engineer approval which describes the noise reductions program, solids control plant, pilot hole drilling procedure, the reaming operations, and the pullback procedure. All drilling operations shall be performed by supervisors and personnel experienced in horizontal directional drilling. All required support, including drilling tool suppliers,

survey systems, mud cleaning, mud disposal, and other required support systems used during this operations shall be provided by the Contractor.

B.   Drill pipe shall be API steel drill pipe, Range 2, Premium Class or higher, Grade S-135 in a diameter sufficient for the torque and longitudinal loads and fluid capacities required for the work. Only drill pipe inspected under API's Recommended Practice Specification API RP 7G within 30 days prior to start and certified as double white band or better shall be used.

C.   A smoothly drilled pilot hole shall follow the design centerline of the pipe profile and alignment described on the construction drawings.

D.   The position of the drill string shall be monitored by the Contractor with the downhole survey instruments. Contractor shall compute the position in the X, Y, and Z axis relative to ground surface from downhole survey data a minimum of once per length of each drilling pipe (approximately 31 foot interval). Serious deviations between the design position which may affect the installation of the pipeline which are beyond the control of the Contractor to correct shall be documented and immediately brought to the attention of the Engineer for discussion and/or approval. The profile and alignment defined on the construction drawings for the bores define the minimum depth and radius of curvature. The Contractor shall maintain and provide to the Engineer, upon request, the data generated by the downhole survey tools in a form suitable for independent calculation of the pilot hole profile.

E.   Between the water's edge and the entry or exit point the Contractor shall provide and use a separate steering system employing a ground survey grid system, such as "TRU-TRACKER" or equal wherever possible. The exit point shall fall within a rectangle 10 feet wide and 40 feet long centered on the planned exit point.

F.   During the entire operation, waste and leftover drilling fluids from the pits and cuttings shall be dewatered and disposed of in accordance with all permits and regulatory agencies requirements. Remaining water shall be cleaned by Contractor to meet permit requirements.

G.   Technical criteria for bentonite shall be as given in API Spec. 13A. Specification for Oil Well Drilling Fluids Material for fresh water drilling fluids. Any modifications to the basic drilling fluid involving additives must describe the type of material to be used and be included in Contractor's drilling plan presented to the Engineer. The Owner retains the right to sample and monitor the waste drilling mud, cuttings and water.

3-02 Environmental Provisions:

A.   The Horizontal Directional Drilling operation is to be operated in a manner to eliminate the discharge of water, drilling mud and cutting to the adjacent creek or land areas involved during the construction process. The contractor shall provide equipment and procedures to maximize the recirculation or reuse of drilling mud to minimize waste. All excavated pits used in the drilling operation shall be lined by Contractor with heavy duty plastic sheeting with sealed joints to prevent the migration of drilling fluids and/or ground water.

B. The Contractor shall visit the site and must be aware of the close proximity of structures on either side of the crossings and provide the Engineer with a drilling plan outlining procedures to prevent drilling fluid from adversely affecting these structures.

C. The general work areas on the enter and exit sides of the crossing shall be enclosed by a berm to contain unplanned spills or discharge.

D. Waste cuttings and drilling mud shall be processed through a solids control plant comprised as a minimum of sumps, pumps, tanks, desilter/desander, centrifuges, material handlers, and haulers all in a quantity sufficient to perform the cleaning/separating operations without interference with the drilling program. The cuttings and excess drilling fluids shall be dewatered and dried by the Contractor to the extent necessary for disposal in offsite landfills. Water from the dewatering process shall be treated by the Contractor to meet permit requirements and disposed of locally. The cuttings and water for disposal are subject to being sampled and tested. The construction site and adjacent areas will be checked frequently for signs of unplanned leaks or seeps.

E. Equipment (graders, shovels, etc.) and materials (such as groundsheets, haybales, booms, and absorbent pads) for cleanup and contingencies shall be provided in sufficient quantities by the Contractor and maintained at all sites for use in the event of inadvertent leaks, seeps, or spills.

F. Waste drilling mud and cuttings shall be dewatered, dried, and stockpiled such that it can be loaded by a front end loader, transferred to a truck, and hauled offsite to a suitable legal disposal site. The maximum allowed water content of these solids is 50% of weight.

G. Due to a limited storage space at the work site, dewatering and disposal work shall be concurrent with drilling operations. Treatment of water shall satisfy regulatory agencies before it is discharged.

## PART 4-PIPELINE ASSEMBLY AND INSTALLATION

4-01 LAYOUT:

A. The required piping shall be assembled in a manner that does not obstruct adjacent roadways or public activities. The Contractor shall create temporary fencing around the entry and exit pipe staging areas.
B. All work shall comply with applicable MDOT, MDMR, and U.S.A.C.E. section 404 permit requirements.

# SECTION 02520

## CONCRETE CURB AND COMBINATION
## CONCRETE CURB AND GUTTER

## PART 1 GENERAL

### 1-01 DESCRIPTION

    A.    This item consists of the construction of curb and combination curb and gutter for new application or replacement of existing areas removed during other construction. The curb or combination curb and gutter shall be constructed of Portland Cement Concrete with steel bar reinforcement in accordance with the details, dimensions and typical cross section and to the lines and grades as shown on Drawings or established by the Engineer.

    B.    Refer to Section 03315 "Concrete" included herein for details concerning cement and other related work.

## PART 2 MATERIALS

### 2-01 GENERAL

    A.    Insofar as applicable, all materials shall meet the requirements specified in Section 03315 "Concrete". Concrete for this construction shall be Class "B". The compressive strength of the cement when tested at 28 days age, shall be 3000 pounds per square inch, minimum except as otherwise required. The water/cement ratio shall in no case exceed the maximum allowed in the design mix.

    B.    Expansion joint filler shall be premolded bituminous fiber board of the non-extruding resilient type as specified. Joint sealants will not be required.

    C.    Concrete used in the placement of continuous poured curb and gutter by a paving machine shall be Class "B", 3,000 PSI concrete.

## PART 3 EXECUTION

### 3-01 FORMS

    A.    Metal forms and divider plates or templates between the ten (10) foot sections shall be used in all cases unless otherwise specified except that on curves of short radii the Engineer may permit wooden forms for backing flexible material. On normal curves the Contractor shall use flexible steel forms to avoid the effect of broken chords.

B. Metal forms shall have a flat surface on top for finishing edges of the curbs. All forms shall be securely staked, braced and held firmly against displacement from the required line and shall be sufficiently tight to prevent leakage of mortar.

C. Metal forms shall be free from rust, grease and old concrete accretions and shall be cleaned after each usage.

D. Curb and gutter may be placed by a paving machine in a continuous pour operation on straight sections and on sections with radii in excess of 50 feet.

3-02 EXPANSION JOINTS

A. Curb and gutter expansion joint fillers of the specified thickness shall be placed at intervals not to exceed 30 feet but the spacing shall be adjusted to prevent expansion joint occurring in a driveway. Joint filler shall be preformed and cut to the full cross section of the curb and gutter and extend full depth without horizontal joints. Any filler protruding after the concrete is finished shall be trimmed off flush.

B. Joints shall be 1/2" thick unless otherwise specified.

C. Curb and gutter placed by continuous pour machine using continuous reinforcing may have a maximum space between expansion joints of 60 feet.

3-03 JOINTS

A. Divider plates or templates shall be securely set in forms at ten (10) foot intervals to form a smooth vertical joint. The plates shall be lightly oiled to facilitate removal.

3-04 PLACING AND FINISHING CONCRETE

A. The concrete shall be placed on a moist subgrade, deposited to the proper depth, tamped and spaded sufficiently to compact the concrete and to bring the mortar to the surface, after which it shall be finished smooth and even by means of a wood float. Before the concrete is given the final finishing, the surface of the gutter shall be checked with a ten (10) foot straight edge and any irregularities of more than one eighth (1/8) inch in ten (10) feet shall be eliminated.

B. Concrete curb, gutter or combination curb and gutter shall be constructed true to line, grade and cross section and in uniform sections not to exceed ten (10) feet in length. The lengths of these sections may be reduced where necessary for closures but no section less than six (6) feet will be permitted. The templates shall be set carefully before placing the concrete and allowed to remain in place wherever possible until the concrete has set sufficiently to hold its shape, but shall be removed while the forms are still in place. The forms on the face of all curbs shall be removed as soon as the concrete will hold its shape and the surface shall be floated with a wooden float to a smooth and even finish, but no plastering will be permitted. For gutters, a strike off template, of the form and shape of the gutter, shall be used to shape the top surface of the gutter.

C. In cases where the curb and gutter is placed in straight sections or in curves with radii of 50 feet or greater, it may be placed by continuous pour curb and gutter machine guided to true line and grade with the use of offset string lines. Concrete curb and gutter placed with continuous pour machines shall be constructed true to line, grade and cross section as shown on the Drawings. The concrete used in the construction shall be poured with the desired slump and consistency that will allow the curb and gutter to hold its shape as the continuously moving template form progresses. Concrete found to have excessive slump and lacking in the desired consistency shall be discarded from use in the continuous pour machine.

D. The edges on the face of the curb shall be rounded with approved finishing tools having the radii shown on the Drawings. Edges where templates have been removed or expansion joint material has been placed shall be finished with an edging tool having a radius of not over one quarter (1/4) inch. Exposed surfaces against which some rigid type of construction is to be made shall be left smooth and uniform so as to permit free movement of the curb, gutter, or combination curb and gutter.

E. All tool marks shall be removed with a wetted brush or wooden float, and the finished surface shall be of uniform color free from discolorations.

3-05 REINFORCEMENT

A. Reinforcing steel for curb and gutter shall be installed in accordance with the detail shown on the Drawings. Longitudinal bars may be supported by pins before placing concrete or they may be placed directly on a layer of concrete struck off at the proper elevation. Bars shall not be disturbed or moved out of position by the concrete placing and spading operations. No reinforcing bars shall extend across expansion joints in curb and gutter construction.

B. Reinforcement shall conform to the requirements specified in the Section 03315 "Concrete" herein.

3-06 PROTECTION AND CURING

A. Immediately after finishing the concrete, it shall be protected and cured in accordance with the provisions and requirements of Section 03315 "Concrete" herein.

B. A section which is damaged, before final acceptance of the work, shall be removed and reconstructed by the Contractor without extra compensation.

3-07 BACKFILLING AND CLEANING UP

A. After the concrete has set sufficiently, the spaces on the sides of the combination curb and gutter shall be refilled to the required elevation with suitable material, which shall be tamped in layers of not over six (6) inches until firm and solid.

B. All surplus material shall be disposed of as directed and the entire work left in a neat and presentable condition.

END OF SECTION

SEEDING AND SODDING

## PART 1 GENERAL

1-01 DESCRIPTION

A. General: This item consists of preparing the ground surface, furnishing and applying fertilizer and lime, furnishing and sowing grass seeds, furnishing and placing grass sod on prepared areas, finishing, compacting, watering, establishing and repairing same in accordance with these Specifications at the locations shown on the plans or as directed by the Engineer.

B. Seeding: This work shall consist of furnishing the specified kind and variety of seeds and seed treatment materials, treating and planting the seeds in a prepared and approved seedbed; covering the seeds and compacting the seedbed; and providing plant establishment, in accordance with these Specifications and in the locations shown on the Drawings or as established by the Engineer.

C. Fertilizing: This work shall consist of furnishing, transporting, spreading, and incorporating fertilizers of the type and in the amount designated into the prepared ground in the locations shown on the plans.

D. Sodding: This work shall consist of supplying, transporting and placing live, viable sod of the types required in the locations specified on the plans.

E. Mulching: This work shall consist of furnishing, transporting and placing asphalt coated or mechanically stabilized vegetative mulch on seeded areas of slopes, shoulders, medians and other areas indicated on the plans, or as designated by the Engineer.

F. Lime: This work shall consist of furnishing, transporting, and placing lime on slopes, shoulders, ROW, and other areas as directed by the Engineer.

## PART 2 MATERIALS

2-01 SEED

A. Seeds shall meet the requirements of the Seed Laws of the State of Mississippi and shall be tested in accordance with the U.S.D.A guidelines. The seed shall be delivered in bags or containers bearing seed certification tags and other identification showing percent germination and purity of the seed.

B. Bermuda seed shall be common, hulled, fresh, clean, new crop seed testing at least 95% for purity and 85% for germination.

C. Crimson Clover seed shall be fresh, clean, new crop seed testing at least 98% for purity and 85% for germination.